# EXHIBIT A

**Exhibit B**

**table_name**

1.  aac_platform_aac_eligibility_inc_archive
2.  aad_f3_account_confirmed_features_inc_archive
3.  aad_f3_fb_registration_features_inc_archive
4.  aad_fnrp_features_inc_archive
5.  aad_registration_features_inc_archive
6.  aams_fb_automated_signals_inc_archive
7.  aams_signal_automation_feature_store_map_inc_archive
8.  aams_srt_shared_device_users_inc_archive
9.  aap_business_manager_inc_archive
10. aap_query_record_log_inc_archive
11. aap_template_approval_inc_archive
12. ab_testing_events_inc_archive
13. abp_message_score_inc_archive
14. abp_recommendation_waterfall_inc_archive
15. abuse_case_transactions_inc_archive
16. abusive_accounts_disable_block_handler_events_inc_archive
17. ac_ofa_graphql_inc_archive
18. access_handler_auth_proof_inc_archive
19. access_handler_exterior_inc_archive
20. access_handler_perf_inc_archive
21. access_handler_step_inc_archive
22. access_hub_inc_archive
23. access_hub_search_stats_inc_archive
24. access_token_auth_inc_archive
25. access_token_issuance_inc_archive
26. access_token_reception_sampled_inc_archive
27. account_cleanup_item_delete_inc_archive
28. account_cleanup_steps_inc_archive
29. account_confirmation_checkpoint_endpoints_inc_archive
30. account_deletion_inc_archive
31. account_integrity_metrics_inc_archive
32. account_integrity_routing_inc_archive
33. account_linking_authentication_inc_archive
34. account_linking_infra_inc_archive
35. account_linking_matched_users_business_id_inc_archive
36. account_linking_matched_users_inc_archive
37. account_quality_event_log_inc_archive
38. account_quality_vertical_education_inc_archive
39. account_recovery_challenges_inc_archive
40. account_recovery_client_events_inc_archive
41. account_recovery_eventual_state_inc_archive
42. account_recovery_inc_archive
43. account_recovery_send_code_inc_archive
44. account_restriction_endpoint_permissions_inc_archive
45. account_switcher_cg_inc_archive
46. account_throttling_api_call_history_inc_archive
47. account_throttling_api_call_history_sii_offsite_inc_archive
48. accounts_with_broken_deletion_schedule_inc_archive

Highly Confidential – Attorneys' Eyes Only

49. acdp_unified_api_inc_archive
50. ace_debug_events_inc_archive
51. ace_enforcement_evaluation_actions_inc_archive
52. ace_enforcement_evaluation_flow_inc_archive
53. ace_enforcement_final_state_inc_archive
54. ace_enforcement_notification_inc_archive
55. ace_survey_response_ent_history_inc_archive
56. aco_creative_guardrails_inc_archive
57. aco_d1_ads_fam_rendering_verification_log_inc_archive
58. aco_d1_migration_funnel_inc_archive
59. aco_eligibility_migration_shadow_evaluation_inc_archive
60. aco_glados4feed_all_traffic_inc_archive
61. aco_image_filtering_all_traffic_inc_archive
62. aco_media_liquidity_metrics_inc_archive
63. aco_text_liquidity_inc_archive
64. acp_client_side_biometrics_inc_archive
65. acquisition_client_events_inc_archive
66. acro_data_discrepancy_log_inc_archive
67. acro_image_invalidations_inc_archive
68. acrolinx_usage_inc_archive
69. acs_ent_message_blob_attachment_observer_inc_archive
70. act_push_notification_events_inc_archive
71. act_push_notification_events_restricted_inc_archive
72. acta_fanout_inc_archive
73. action_mapper_inc_archive
74. activation_service_debug_inc_archive
75. active_users_raw_inc_archive
76. activity_log_action_failures_inc_archive
77. activity_log_bulk_actions_inc_archive
78. activity_log_debug_inc_archive
79. activity_log_ent_fetcher_failures_inc_archive
80. activity_log_experiment_data_inc_archive
81. activity_log_gen_is_in_archive_inc_archive
82. activity_log_inc_archive
83. activity_log_t68213507investigation_inc_archive
84. activity_log_timeline_category_info_inc_archive
85. activity_notif_generator_inc_archive
86. actor_feedback_experience_inc_archive
87. actor_feedback_proxy_inc_archive
88. actor_framework_inc_archive
89. actor_gateway_service_inc_archive
90. actor_gateway_user_warning_inc_archive
91. actor_prevention_inc_archive
92. actor_review_actions_inc_archive
93. actor_sanctions_inc_archive
94. actor_spokes_events_inc_archive
95. ad4ad_unified_events_inc_archive
96. ad_3_dot_smsl_aet_labeling_model_inc_archive
97. ad_3_dot_smsl_aet_model_inc_archive
98. ad_3_dot_smsl_imp_model_inc_archive
99. ad_account_ad_volume_inc_archive

Highly Confidential – Attorneys' Eyes Only

100.  ad_account_agency_client_declaration_inc_archive
101.  ad_account_assoc_perms_inc_archive
102.  ad_account_billing_date_preference_inc_archive
103.  ad_account_creation_inc_archive
104.  ad_account_daily_topup_threshold_inc_archive
105.  ad_account_granular_perm_check_inc_archive
106.  ad_account_load_using_legacy_account_inc_archive
107.  ad_account_parent_qe_logging_details_inc_archive
108.  ad_account_reactivate_by_user_reactivation_inc_archive
109.  ad_account_risk_retry_inc_archive
110.  ad_account_status_inc_archive
111.  ad_account_user_banhammer_inc_archive
112.  ad_account_user_preharm_banhammer_inc_archive
113.  ad_account_validation_failure_inc_archive
114.  ad_aem_gt_debiaser_validation_inc_archive
115.  ad_aggregated_imps_filtered_rc_inc_archive
116.  ad_archive_alacorn_query_inc_archive
117.  ad_archive_keyword_validation_inc_archive
118.  ad_archive_typeahead_inc_archive
119.  ad_async_engine_original_exceptions_inc_archive
120.  ad_async_event_processor_inc_archive
121.  ad_async_execution_engine_event_inc_archive
122.  ad_async_execution_engine_event_unittest_inc_archive
123.  ad_async_post_processing_inc_archive
124.  ad_async_post_processing_non_critical_inc_archive
125.  ad_async_post_processing_request_mutation_inc_archive
126.  ad_blocker_detector_imps_inc_archive
127.  ad_blocker_detector_on_feed_imps_inc_archive
128.  ad_break_creator_performance_actions_inc_archive
129.  ad_break_disable_reasons_inc_archive
130.  ad_break_onboarding_entry_points_impression_inc_archive
131.  ad_break_page_onboarding_inc_archive
132.  ad_break_portal_inc_archive
133.  ad_break_prereview_inc_archive
134.  ad_break_segment_inc_archive
135.  ad_breaks_block_list_mutation_logger_inc_archive
136.  ad_breaks_creator_experiment_inc_archive
137.  ad_breaks_custom_creator_message_inc_archive
138.  ad_breaks_nps_survey_inc_archive
139.  ad_breaks_page_insights_inc_archive
140.  ad_breaks_user_journey_summary_inc_archive
141.  ad_breaks_yield_metrics_inc_archive
142.  ad_builder_inc_archive
143.  ad_campaign_group_budget_proration_debug_inc_archive
144.  ad_campaigns_saved_audience_dissociation_status_inc_archive
145.  ad_click_ip_ua_domain_inc_archive
146.  ad_client_render_events_inc_archive
147.  ad_creation_package_events_inc_archive
148.  ad_creative_attachments_from_object_story_spec_inc_archive
149.  ad_creative_dof_graph_validator_inc_archive
150.  ad_creative_image_download_action_inc_archive

Highly Confidential – Attorneys' Eyes Only

151.  ad_creative_inline_post_creation_inc_archive
152.  ad_creative_missing_optimization_type_inc_archive
153.  ad_creative_null_action_t_inc_archive
154.  ad_creative_optimization_impression_log_inc_archive
155.  ad_creative_optimization_log_inc_archive
156.  ad_creative_render_object_image_data_verification_inc_archive
157.  ad_creative_render_object_log_inc_archive
158.  ad_creative_render_object_video_data_verification_inc_archive
159.  ad_creative_util_gen_object_inc_archive
160.  ad_creative_video_optimization_creative_guardrails_inc_archive
161.  ad_creative_video_optimization_inc_archive
162.  ad_creative_video_subtitle_optimization_inc_archive
163.  ad_creative_website_creative_assets_extraction_log_inc_archive
164.  ad_d1_migration_rendering_verification_inc_archive
165.  ad_default_value_recommendation_inc_archive
166.  ad_delivery_landing_page_view_data_inc_archive
167.  ad_delivery_notifications_inc_archive
168.  ad_delivery_optimization_cache_log_inc_archive
169.  ad_device_has_too_many_users_inc_archive
170.  ad_device_idfa_reset_inc_archive
171.  ad_device_idfa_reset_uii_only_inc_archive
172.  ad_device_registry_exceptions_inc_archive
173.  ad_draft_active_error_details_inc_archive
174.  ad_draft_delete_non_active_drafts_inc_archive
175.  ad_draft_deletion_inc_archive
176.  ad_draft_fragment_status_transition_inc_archive
177.  ad_draft_publish_process_inc_archive
178.  ad_draft_realtime_observer_inc_archive
179.  ad_dynamism_rendering_verification_response_inc_archive
180.  ad_event_like_mbl_feed_by_position_inc_archive
181.  ad_event_like_mbl_feed_top_position_inc_archive
182.  ad_feedback_inc_archive
183.  ad_feedback_inc_archive
184.  ad_feedback_reason_ts_inc_archive
185.  ad_group_mutation_integrity_monitor_inc_archive
186.  ad_impression_soap_inc_archive
187.  ad_infosheet_dev_inc_archive
188.  ad_infosheet_inc_archive
189.  ad_injection_tool_metrics_inc_archive
190.  ad_injection_tool_metrics_unittest_inc_archive
191.  ad_inline_comment_inc_archive
192.  ad_interface_activity_event_data_merge_inc_archive
193.  ad_interface_raw_step_inc_archive
194.  ad_interface_tracking_bp_consistency_checker_inc_archive
195.  ad_interface_tracking_spec_2_attribution_event_inc_archive
196.  ad_interface_tracking_spec_2_raw_conversion_event_inc_archive
197.  ad_interface_tracking_spec_2_transaction_debug_inc_archive
198.  ad_interface_tracking_spec_best_practice_attribution_event_inc_archive
199.  ad_interface_tracking_spec_best_practice_raw_conversion_event_inc_archive
200.  ad_interface_tracking_spec_inc_archive
201.  ad_interfaces_entrypoint_inc_archive

Highly Confidential – Attorneys' Eyes Only

202. ad_invalidation_inc_archive
203. ad_library_dev_inc_archive
204. ad_library_downloads_inc_archive
205. ad_library_error_inc_archive
206. ad_library_inc_archive
207. ad_library_report_inc_archive
208. ad_library_user_base2
209. ad_limit_page_tool_inc_archive
210. ad_limits_adgroup_funding_page_assoc_inc_archive
211. ad_limits_ads_manager_inc_archive
212. ad_limits_enforcement_inc_archive
213. ad_limits_page_tool_inc_archive
214. ad_limits_scope_id_calculation_inc_archive
215. ad_limits_unit_inc_archive
216. ad_link_editing_pages_inc_archive
217. ad_media_info_inc_archive
218. ad_media_properties_inc_archive
219. ad_metrics_conversions_inc_archive
220. ad_metrics_paid_conversions_organic_raw_inc_archive
221. ad_multicat_pipeline_test_inc_archive
222. ad_network_analytics_query_inc_archive
223. ad_network_bundle_inc_archive
224. ad_network_click_inc_archive
225. ad_network_click_investigation_uii_inc_archive
226. ad_network_clicks_annotated_inc_archive
227. ad_network_convs_annotated_inc_archive
228. ad_network_device_id_to_user_map_inc_archive
229. ad_network_dropped_click_logger_inc_archive
230. ad_network_emails_inc_archive
231. ad_network_events_annotated_inc_archive
232. ad_network_fe_multiple_organizations_inc_archive
233. ad_network_identity_match_inc_archive
234. ad_network_impression_inc_archive
235. ad_network_impression_investigation_uii_inc_archive
236. ad_network_imps_annotated_inc_archive
237. ad_network_request_fraud_inc_archive
238. ad_network_request_fraud_investigation_uii_inc_archive
239. ad_network_request_inc_archive
240. ad_network_request_investigation_uii_inc_archive
241. ad_network_request_price_targets_inc_archive
242. ad_network_test_device_settings_inc_archive
243. ad_network_unified_logging_request_inc_archive
244. ad_network_user_return_inc_archive
245. ad_network_video_inc_archive
246. ad_network_video_investigation_uii_inc_archive
247. ad_network_video_player_state_based_inc_archive
248. ad_network_x_out_inc_archive
249. ad_object_ent_query_shadow_inc_archive
250. ad_pac_internal_adgroup_display_formats_mismatch_log_inc_archive
251. ad_policy_page_feedback_inc_archive
252. ad_policy_page_visits_inc_archive

Highly Confidential – Attorneys' Eyes Only

253.  ad_portable_preview_inc_archive
254.  ad_post_impression_rendering_validation_inc_archive
255.  ad_posts_data_inc_archive
256.  ad_preferences_basic_ads_inc_archive
257.  ad_preferences_control_imp_measurement_inc_archive
258.  ad_preferences_hub_inc_archive
259.  ad_prefiltered_training_data_orc_inc_archive
260.  ad_prefiltered_training_data_proto_canary_inc_archive
261.  ad_preview_creative_optimization_info_inc_archive
262.  ad_preview_dedupe_query_retries_inc_archive
263.  ad_preview_inc_archive
264.  ad_preview_notification_inc_archive
265.  ad_preview_pagelet_controller_inc_archive
266.  ad_preview_performance_debug_details_inc_archive
267.  ad_preview_rendering_error_inc_archive
268.  ad_preview_validation_inc_archive
269.  ad_preview_validation_path_comparison_inc_archive
270.  ad_products_and_feature_func_call_trace_inc_archive
271.  ad_query_inc_archive
272.  ad_relevance_diagnostics_api_scores_inc_archive
273.  ad_rendering_correctness_inc_archive
274.  ad_repetition_violations_inc_archive
275.  ad_report_builder_business_save_report_base2
276.  ad_report_builder_save_report_base2
277.  ad_saved_location_inc_archive
278.  ad_saved_target_spec_status_inc_archive
279.  ad_sds_validator_logger_inc_archive
280.  ad_shadow_mutation_inc_archive
281.  ad_social_context_friend_ordering_inc_archive
282.  ad_social_context_model_prediction_inc_archive
283.  ad_social_context_modeling_eligibility_prediction_inc_archive
284.  ad_social_feedback_assoc_cleanup_inc_archive
285.  ad_study_first_opportunities_inc_archive
286.  ad_study_holdout_opportunities_inc_archive
287.  ad_study_opportunities_balance_inc_archive
288.  ad_study_opportunities_dev_inc_archive
289.  ad_study_opportunities_polled_via_internal_polling_logger_inc_archive
290.  ad_super_resolution_inc_archive
291.  ad_user_group_bidding_events_inc_archive
292.  ad_video_thumbnails_inc_archive
293.  ad_whale_account_inc_archive
294.  ad_xout_support_case_inc_archive
295.  ad_xout_violations_inc_archive
296.  ada_integrity_action_platform_inc_archive
297.  adama_privacy_selector_inc_archive
298.  adaptive_encoding_config_selector_inc_archive
299.  adcali_ai_apple_signal_loss_app_track_conv_apple_ios134above_legacy_inc_archive
300.  adcali_ai_apple_signal_loss_app_track_conv_baseline_legacy_inc_archive
301.  adcali_ai_apple_signal_loss_app_track_conv_non_apple_ios134above_legacy_inc_archive
302.  adcali_ai_oc_apple_ios134above_legacy_inc_archive
303.  adcali_ai_offsite_apple_data_inc_archive

Highly Confidential – Attorneys' Eyes Only

304. adcali_ai_post_imp_cvr_an_model_with_new_features_inc_archive
305. adcali_features_experimental_data_drop_inc_archive
306. adcali_features_inc_archive
307. adcali_features_logger_inc_archive
308. adcali_features_passthrough_inc_archive
309. adcali_features_passthrough_logger_inc_archive
310. adcali_features_passthrough_v2_logger_inc_archive
311. adcali_features_shadow_inc_archive
312. adcali_input_inc_archive
313. adcali_post_imp_mai_for_aeo_model_inc_archive
314. adcali_product_features_logger_inc_archive
315. adcali_unified_cvr_feed_model_no_bounce_inc_archive
316. adconv_actions_inc_archive
317. adconv_advanced_local_compare_sample_impression_inc_archive
318. adconv_fb_only_scored_alpha_inc_archive
319. adconv_fb_only_scored_dev_inc_archive
320. adconv_fb_only_scored_prod_inc_archive
321. adconv_shop_ranking_purpose_inc_archive
322. adconv_shop_ranking_purpose_test_inc_archive
323. adconv_subscription_adimp_inc_archive
324. adcopy_cross_objective_inc_archive
325. add_assests_with_labels_inc_archive
326. add_to_story_button_inc_archive
327. additional_profile_onboarding_debugger_inc_archive
328. additional_profiles_disabled_features_inc_archive
329. adevent_conversion_core_nonbillable_inc_archive
330. adevent_conversion_core_nonbillable_test_inc_archive
331. adfinder_candidate_sampled_distribution_inc_archive
332. adfinder_crowdsource_features_inc_archive
333. adfinder_ecpm_percentile_inc_archive
334. adfinder_get_unified_request_indexed_inc_archive
335. adfinder_messenger_per_request_inc_archive
336. adfinder_model_system_optimization_inc_archive
337. adfinder_professional_rater_features_inc_archive
338. adgroup_ad_format_inc_archive
339. adgroup_adformat_validation_migration_inc_archive
340. adgroup_creative_action_t_validator_inc_archive
341. adgroup_post_creation_event_inc_archive
342. adgroup_sync_ads_inc_archive
343. adindexer_ctr_none_mbl_home_feed_model_inc_archive
344. adindexer_ctr_sampling_update_model_new_inc_archive
345. adindexer_cvr_with_optout_conv_scc_saw_model_opt_out_df_inc_archive
346. adindexer_frequency_cap_count_inc_archive
347. adlogger_basic_ads_post_click_inc_archive
348. adlogger_basic_ads_post_imp_inc_archive
349. adlogger_consideration_af_partitioned_1_inc_archive
350. adlogger_consideration_ai_partitioned_1_inc_archive
351. adlogger_input_feature_logging_inc_archive
352. adlogger_lite_ctr_feed_inc_archive
353. adlogger_master_dataset_1_inc_archive
354. adlogger_mf_cvr_models_inc_archive

Highly Confidential – Attorneys' Eyes Only

355.  adlogger_output_feature_logging_inc_archive
356.  adlogger_post_click_partitioned_1_inc_archive
357.  adlogger_post_click_partitioned_2_inc_archive
358.  adlogger_post_click_partitioned_3_inc_archive
359.  adlogger_post_click_partitioned_4_inc_archive
360.  adlogger_post_imp_partitioned_10_inc_archive
361.  adlogger_post_imp_partitioned_11_inc_archive
362.  adlogger_post_imp_partitioned_12_inc_archive
363.  adlogger_post_imp_partitioned_13_inc_archive
364.  adlogger_post_imp_partitioned_18_inc_archive
365.  adlogger_post_imp_partitioned_19_inc_archive
366.  adlogger_post_imp_partitioned_1_inc_archive
367.  adlogger_post_imp_partitioned_20_inc_archive
368.  adlogger_post_imp_partitioned_21_inc_archive
369.  adlogger_post_imp_partitioned_26_inc_archive
370.  adlogger_post_imp_partitioned_2_inc_archive
371.  adlogger_post_imp_partitioned_31_inc_archive
372.  adlogger_post_imp_partitioned_32_inc_archive
373.  adlogger_post_imp_partitioned_33_inc_archive
374.  adlogger_post_imp_partitioned_34_inc_archive
375.  adlogger_post_imp_partitioned_35_inc_archive
376.  adlogger_post_imp_partitioned_36_inc_archive
377.  adlogger_post_imp_partitioned_37_inc_archive
378.  adlogger_post_imp_partitioned_38_inc_archive
379.  adlogger_post_imp_partitioned_39_inc_archive
380.  adlogger_post_imp_partitioned_40_inc_archive
381.  adlogger_post_imp_partitioned_42_inc_archive
382.  adlogger_post_imp_partitioned_44_inc_archive
383.  adlogger_post_imp_partitioned_46_inc_archive
384.  adlogger_post_imp_partitioned_48_inc_archive
385.  adlogger_post_imp_partitioned_49_inc_archive
386.  adlogger_post_imp_partitioned_50_inc_archive
387.  adlogger_post_imp_partitioned_51_inc_archive
388.  adlogger_post_imp_partitioned_52_inc_archive
389.  adlogger_post_imp_partitioned_53_inc_archive
390.  adlogger_post_imp_partitioned_54_inc_archive
391.  adlogger_post_imp_partitioned_55_inc_archive
392.  adlogger_post_imp_partitioned_5_inc_archive
393.  adlogger_post_imp_partitioned_6_inc_archive
394.  adlogger_post_imp_partitioned_8_inc_archive
395.  adlogger_post_imp_partitioned_9_inc_archive
396.  adlookalike_events_inc_archive
397.  admarket_basic_ads_user_profile_delta_inc_archive
398.  admarket_bison_evaluation_log_inc_archive
399.  admarket_data_migration_consistency_inc_archive
400.  admarket_data_migration_loader_inc_archive
401.  admarket_data_migration_mutation_inc_archive
402.  admarket_db_lookup_inc_archive
403.  admarketdb_locking_inc_archive
404.  admin_contact_form_inc_archive
405.  admin_edit_waterfall_inc_archive

Highly Confidential – Attorneys' Eyes Only

406. admin_object_action_inc_archive
407. admin_object_action_reversal_inc_archive
408. admin_object_action_taker_inc_archive
409. admin_place_content_raw_scribe_inc_archive
410. admin_proposals_logging_inc_archive
411. admin_records_for_enforced_apps_inc_archive
412. administered_viewer_context_generation_error_inc_archive
413. administrative_accounts_inc_archive
414. adminless_viewer_context_inc_archive
415. admonitor_conversions_lite_by_admarket_id_inc_archive
416. admonitor_imps_lite_by_admarket_id_inc_archive
417. admonitor_imps_lite_by_admarket_id_staging_inc_archive
418. adnw_request_blocklist_violations_inc_archive
419. adpro_data_type_from_db_inc_archive
420. adpro_target_spec_hash_value_different_error_inc_archive
421. adpublisher_post_imp_cvr_model_with_attention_incl_an_pos_filter_inc_archive
422. adquery_entql_plan_consistency_checker_inc_archive
423. ads_account_mutator_inc_archive
424. ads_account_prisk_feature_store_generator_schema_inc_archive
425. ads_action_history_inc_archive
426. ads_activity_endpoint_usage_inc_archive
427. ads_activity_log_calypso_client_inc_archive
428. ads_activity_log_hidden_user_inc_archive
429. ads_activity_log_observer_inc_archive
430. ads_activity_log_usage_inc_archive
431. ads_activity_log_with_hash_inc_archive
432. ads_ad_preview_inc_archive
433. ads_adcreative_text_liquidity_inc_archive
434. ads_agp_ent_best_practice_history_inc_archive
435. ads_agp_experiment_inc_archive
436. ads_all_facebook_employees_inc_archive
437. ads_alpha_ad_objects_duplication_and_sync_inc_archive
438. ads_alpha_test_platform_inc_archive
439. ads_api_ad_copies_inc_archive
440. ads_api_adgroups_traces_inc_archive
441. ads_api_campaign_groups_traces_inc_archive
442. ads_api_campaigns_traces_inc_archive
443. ads_api_creatives_traces_inc_archive
444. ads_api_detail_inc_archive
445. ads_api_detail_sb_inc_archive
446. ads_api_detail_unittest_inc_archive
447. ads_api_draft_edge_usage_inc_archive
448. ads_api_multiple_posts_in_tracking_specs_inc_archive
449. ads_api_social_feedback_cleanup_ad_fix_inc_archive
450. ads_api_social_feedback_delegation_inc_archive
451. ads_app_capabilities_inc_archive
452. ads_archive_api_details_inc_archive
453. ads_asa_advertiser_test_inc_archive
454. ads_async_execution_results_inc_archive
455. ads_batch_deletion_details_inc_archive
456. ads_batch_deletion_details_sii_offsite_inc_archive

 Highly Confidential – Attorneys' Eyes Only

457.   ads_billing_email_inc_archive
458.   ads_buc_rate_limit_inc_archive
459.   ads_bug_report_events_inc_archive
460.   ads_bulk_fix_inc_archive
461.   ads_business_badge_random_traffic_inc_archive
462.   ads_business_publisher_list_download_inc_archive
463.   ads_business_questionnaire_inc_archive
464.   ads_buying_exceptions_inc_archive
465.   ads_buying_service_hits_inc_archive
466.   ads_buying_service_rate_limiter_inc_archive
467.   ads_campaign_manager_new_inc_archive
468.   ads_casd_validation_inc_archive
469.   ads_cbo_zero_conversion_prediction_inc_archive
470.   ads_collection_creation_data_inc_archive
471.   ads_collection_qualities_inc_archive
472.   ads_compromise_action_inc_archive
473.   ads_consent_value_engagement_inc_archive
474.   ads_conversion_traffic_inc_archive
475.   ads_coupon_balance_reminder_inc_archive
476.   ads_coupon_eligibility_inc_archive
477.   ads_coupon_promotion_events_inc_archive
478.   ads_creation_post_creation_time_inc_archive
479.   ads_creative_dynamism_asset_feature_inc_archive
480.   ads_creative_dynamism_asset_feature_unittest_inc_archive
481.   ads_creative_dynamism_debug_inc_archive
482.   ads_creative_dynamism_scale_test_metrics_inc_archive
483.   ads_creative_pending_dependency_inc_archive
484.   ads_creative_photo_download_trace_inc_archive
485.   ads_creative_reuse_inc_archive
486.   ads_custom_audience_customer_file_source_inc_archive
487.   ads_custom_audience_user_level_tos_acceptance_inc_archive
488.   ads_custom_data_event_partitioned_inc_archive
489.   ads_custom_data_event_partitioned_with_user_location_inc_archive
490.   ads_data_set_event_matcher_multi_candidates_inc_archive
491.   ads_data_set_matched_events_table_inc_archive
492.   ads_data_set_offline_tailed_events_hive_inc_archive
493.   ads_data_set_prematch_events_table_inc_archive
494.   ads_dco_image_cortex_log_inc_archive
495.   ads_debugging_data_inc_archive
496.   ads_delivery_column_event_v2_inc_archive
497.   ads_delivery_column_events_inc_archive
498.   ads_delivery_consideration_data_by_admarket_id_offline_inc_archive
499.   ads_delivery_dashboard_api_details_inc_archive
500.   ads_delivery_full_funnel_inc_archive
501.   ads_delivery_growth_events_inc_archive
502.   ads_delivery_insights_bid_strategy_migration_inc_archive
503.   ads_delivery_insights_inc_archive
504.   ads_delivery_insights_learning_stage_inc_archive
505.   ads_delivery_intelligence_decision_qe_exposure_inc_archive
506.   ads_delivery_learning_stage_inc_archive
507.   ads_delivery_learning_stage_verification_inc_archive

          Highly Confidential – Attorneys' Eyes Only

508. ads_delivery_outcome_prediction_survey_inc_archive
509. ads_delivery_performance_guidance_h2_composite_qe_exposure_inc_archive
510. ads_delivery_status_api_details_inc_archive
511. ads_delivery_thrift_comparison_inc_archive
512. ads_delivery_view_api_details_inc_archive
513. ads_delivery_www_events_inc_archive
514. ads_delivery_zero_conversion_online_prediction_features_inc_archive
515. ads_detailed_targeting_option_load_failures_inc_archive
516. ads_domain_permission_inc_archive
517. ads_dpa_carousal_description_all_traffic_inc_archive
518. ads_draft_fragment_validation_exceptions_inc_archive
519. ads_draft_publish_inc_archive
520. ads_draft_streamlined_publish_inc_archive
521. ads_draft_streamlined_publish_unittest_inc_archive
522. ads_e2e_events_inc_archive
523. ads_ent_mutation_inc_archive
524. ads_ent_mutation_sb_inc_archive
525. ads_entql_inc_archive
526. ads_escalations_inc_archive
527. ads_excel_addin_inc_archive
528. ads_experience_tool_inc_archive
529. ads_experiments_augmented_inc_archive
530. ads_experiments_funnel_v1_inc_archive
531. ads_experiments_funnel_v1_inc_archive
532. ads_feature_prediction_time_logging_inc_archive
533. ads_feature_predictor_logging_inc_archive
534. ads_feedback_interface_inc_archive
535. ads_feedback_interface_reliability_inc_archive
536. ads_feedback_signals_inc_archive
537. ads_flytrap_inc_archive
538. ads_gating_fraud_ip_dev_inc_archive
539. ads_gating_fraud_ip_inc_archive
540. ads_geo_coding_results_inc_archive
541. ads_geo_targeting_user_report_inc_archive
542. ads_gk_cache_inc_archive
543. ads_gk_stats_inc_archive
544. ads_growth_lax_suggested_posts_events_inc_archive
545. ads_growth_quick_ads_inc_archive
546. ads_growth_triggered_scheduler_events_inc_archive
547. ads_guidance_feedback_activity_inc_archive
548. ads_help_tray_embedding_search_event_inc_archive
549. ads_help_tray_inc_archive
550. ads_help_tray_non_user_interaction_inc_archive
551. ads_iab_user_survey_inc_archive
552. ads_idd_inc_archive
553. ads_identity_high_freq_user_inc_archive
554. ads_ids_single_issue_detection_info_inc_archive
555. ads_impression_vpvd_inc_archive
556. ads_incubator_inc_archive
557. ads_inline_comment_all_traffic_inc_archive
558. ads_inline_comment_and_image_filtering_all_traffic_inc_archive

Highly Confidential – Attorneys' Eyes Only

559.    ads_inline_comment_and_social_context_all_traffic_inc_archive
560.    ads_inline_comment_and_thumbnail_all_traffic_inc_archive
561.    ads_insights_async_detail_inc_archive
562.    ads_insights_detail_inc_archive
563.    ads_insights_new_platform_inc_archive
564.    ads_insights_spend_client_inc_archive
565.    ads_insights_waterfall_inc_archive
566.    ads_insights_x_account_api_dev_inc_archive
567.    ads_insights_x_account_api_inc_archive
568.    ads_integrity_api_decision_inc_archive
569.    ads_integrity_ato_inc_archive
570.    ads_integrity_realtimeish_inc_archive
571.    ads_integrity_rtr_image_inc_archive
572.    ads_intelligent_component_inc_archive
573.    ads_intelligent_component_server_latency_inc_archive
574.    ads_intent_aggregator_zippydb_tracking_inc_archive
575.    ads_interface_creative_fields_loading_inc_archive
576.    ads_interfaces_event_locations_inc_archive
577.    ads_interfaces_field_usage_inc_archive
578.    ads_interfaces_iterative_split_test_inc_archive
579.    ads_interfaces_predicted_outcomes_inc_archive
580.    ads_interfaces_predicted_outcomes_inc_archive
581.    ads_interfaces_split_test_error_inc_archive
582.    ads_interfaces_split_test_error_inc_archive
583.    ads_interfaces_split_test_inc_archive
584.    ads_interfaces_split_test_inc_archive
585.    ads_invalid_split_test_logger_inc_archive
586.    ads_invalid_split_test_logger_inc_archive
587.    ads_iterative_split_test_notifications_inc_archive
588.    ads_javascript_error_inc_archive
589.    ads_landing_page_pixels_api_validation_inc_archive
590.    ads_lead_gen_form_builder_inc_archive
591.    ads_light_weight_negative_feedback_inc_archive
592.    ads_location_typeahead_inc_archive
593.    ads_login_as_inc_archive
594.    ads_lpp_down_funnel_all_prod_traffics_inc_archive
595.    ads_lpp_primary_text_line_num_social_context_all_traffic_inc_archive
596.    ads_lpp_up_funnel_all_prod_traffics_inc_archive
597.    ads_lwi_coupon_inc_archive
598.    ads_lwi_failstates_inc_archive
599.    ads_lwi_intelligence_inc_archive
600.    ads_lwi_post_eligibility_status_inc_archive
601.    ads_lwi_questionnaire_inc_archive
602.    ads_lwnf_follow_up_feedback_inc_archive
603.    ads_manager_api_detail_inc_archive
604.    ads_manager_api_detail_unittest_inc_archive
605.    ads_manager_auto_logging_inc_archive
606.    ads_manager_events_inc_archive
607.    ads_market_dynamics_www_debug_inc_archive
608.    ads_mastercook_events_inc_archive
609.    ads_metrics_shadow_validation_inc_archive

610.   ads_midflight_budget_limited_recommendation_inc_archive
611.   ads_midflight_creative_fatigue_recommendation_inc_archive
612.   ads_midflight_dead_link_recommendation_inc_archive
613.   ads_midflight_learning_stage_prediction_inc_archive
614.   ads_midflight_recommendation_api_details_inc_archive
615.   ads_midflight_recommendation_lift_estimation_details_inc_archive
616.   ads_mutation_omni_viewer_context_inc_archive
617.   ads_nielsen_ip_geo_prediction_empty_ip_inc_archive
618.   ads_oba_events_inc_archive
619.   ads_object_run_status_inc_archive
620.   ads_odax_generic_debugging_inc_archive
621.   ads_offline_conversion_api_logger_inc_archive
622.   ads_offline_e2e_funnel_growth_reminder_inc_archive
623.   ads_offline_event_data_set_block_vanilla_employee_access_inc_archive
624.   ads_offline_event_data_set_manual_upload_reminder_inc_archive
625.   ads_offsite_conversion_tracking_inc_archive
626.   ads_partner_integration_api_log_inc_archive
627.   ads_partner_tool_inc_archive
628.   ads_pause_invalid_inc_archive
629.   ads_paused_on_invalid_ent_inc_archive
630.   ads_payment_cycles_inc_archive
631.   ads_payment_holdout_h2_inc_archive
632.   ads_payment_infra_reliability_inc_archive
633.   ads_payments_deny_if_pfs_is_tricky_bin_inc_archive
634.   ads_payments_flows_inc_archive
635.   ads_payments_infra_inc_archive
636.   ads_payments_latency_inc_archive
637.   ads_payments_support_flows_inc_archive
638.   ads_payments_transaction_pdf_inc_archive
639.   ads_pe_import_inc_archive
640.   ads_permission_usage_inc_archive
641.   ads_pixel_default_track_event_inc_archive
642.   ads_pixel_degraded_service_inc_archive
643.   ads_pixel_share_history_inc_archive
644.   ads_pixel_traffic_inc_archive
645.   ads_pixel_traffic_onsite_inc_archive
646.   ads_pixel_traffic_ppf_shadow_inc_archive
647.   ads_pixel_traffic_uii_only_inc_archive
648.   ads_pixel_user_feedback_inc_archive
649.   ads_planner_inc_archive
650.   ads_planner_plans_inc_archive
651.   ads_post_campaign_publisher_list_download_inc_archive
652.   ads_post_creation_event_lifecycle_inc_archive
653.   ads_precompute_ranking_volatility_inc_archive
654.   ads_precompute_scheduler_inc_archive
655.   ads_preflight_high_cost_front_end_inc_archive
656.   ads_preflight_recommendation_api_details_inc_archive
657.   ads_preview_without_permission_inc_archive
658.   ads_primary_text_all_traffics_inc_archive
659.   ads_product_platform_ad_account_feature_eligibility_check_inc_archive
660.   ads_publish_performance_inc_archive

 Highly Confidential – Attorneys' Eyes Only

661. ads_pubx_backend_events_inc_archive
662. ads_pubx_events_inc_archive
663. ads_ql_client_inc_archive
664. ads_ql_global_inc_archive
665. ads_ql_inc_archive
666. ads_quality_score_delivery_insights_inc_archive
667. ads_quality_score_inc_archive
668. ads_rack_qrt_dynamic_segment_level_invalidations_inc_archive
669. ads_ranking_model_push_action_inc_archive
670. ads_reach_estimate_inc_archive
671. ads_rendering_validator_auxiliary_inc_archive
672. ads_report_builder_api_details_inc_archive
673. ads_report_builder_async_details_inc_archive
674. ads_report_builder_validation_export_id_inc_archive
675. ads_report_builder_x_account_validation_inc_archive
676. ads_reporting_impression_refund_delivery_inc_archive
677. ads_rights_manager_trademark_searches_inc_archive
678. ads_risky_country_enforcement_inc_archive
679. ads_routing_segmentation_inc_archive
680. ads_saved_audience_inc_archive
681. ads_screen_capture_evaluation_inc_archive
682. ads_screen_capture_inc_archive
683. ads_screening_tool_action_stats_v2_inc_archive
684. ads_shadow_traffic_validation_inc_archive
685. ads_show_in_feed_check_inc_archive
686. ads_signal_diagnostic_issue_health_inc_archive
687. ads_signal_diagnostic_issue_inc_archive
688. ads_signals_share_diagnostics_inc_archive
689. ads_sk_an_bucket_reallocation_inc_archive
690. ads_social_context_all_traffic_inc_archive
691. ads_social_context_ctr_impression_all_inc_archive
692. ads_social_context_ctr_impression_all_opt_out_clustered_inc_archive
693. ads_social_context_ctr_impression_random_inc_archive
694. ads_social_context_ctr_impression_random_opt_out_clustered_inc_archive
695. ads_social_context_ctr_impression_random_v2_inc_archive
696. ads_social_context_ctr_impression_random_v3_inc_archive
697. ads_social_context_ctr_impression_random_v4_inc_archive
698. ads_social_context_ctr_impression_random_v5_inc_archive
699. ads_social_context_oc_impression_random_inc_archive
700. ads_split_test_notification_inc_archive
701. ads_split_test_report_exception_log_inc_archive
702. ads_split_test_winner_zippydb_adsatlas_log_inc_archive
703. ads_sto_quality_checks_inc_archive
704. ads_structured_offers_v2_inc_archive
705. ads_syd_redirection_controller_inc_archive
706. ads_tao_migration_inc_archive
707. ads_targeting_dfca_logger_inc_archive
708. ads_targeting_dfca_replace_logger_inc_archive
709. ads_targeting_generic_logger_inc_archive
710. ads_targeting_interests_recommendation_inc_archive
711. ads_targeting_review_object_failure_inc_archive

 Highly Confidential – Attorneys' Eyes Only

712. ads_text_auglogger_inc_archive
713. ads_text_suggestions_api_logger_inc_archive
714. ads_tracking_status_falco_event_inc_archive
715. ads_training_data_cli_output_inc_archive
716. ads_transparency_dfca_optout_inc_archive
717. ads_transparency_diagnostics_inc_archive
718. ads_transparency_inc_archive
719. ads_transparency_report_ad_inc_archive
720. ads_transparency_survey_inc_archive
721. ads_transparency_waist_dapl_inc_archive
722. ads_transparency_waist_inc_archive
723. ads_transparency_xouts_inc_archive
724. ads_traveller_information_inc_archive
725. ads_uca_creative_request_inc_archive
726. ads_unified_ad_account_creation_inc_archive
727. ads_volume_inc_archive
728. ads_xcontroller_detail_inc_archive
729. ads_xcontroller_detail_unittest_inc_archive
730. ads_xdb_tao_data_transfer_log_inc_archive
731. ads_xdb_tao_draft_sync_log_inc_archive
732. ads_xout_inc_archive
733. ads_zero_conversion_specific_guidance_prediction_inc_archive
734. advanced_analytics_client_events_inc_archive
735. advanced_analytics_server_response_inc_archive
736. advanced_analytics_terms_logs_inc_archive
737. advertiser_activity_events_inc_archive
738. advertiser_compromise_experiment_log_inc_archive
739. advertiser_feature_generation_inc_archive
740. advertiser_guidance_tip_metrics_inc_archive
741. advertiser_guidance_unified_notification_channel_inc_archive
742. advertiser_issue_events_inc_archive
743. advertiser_issue_validation_inc_archive
744. advertiser_positive_tiering_events_inc_archive
745. advertiser_reputation_inc_archive
746. advertiser_support_notification_events_inc_archive
747. advertiser_trust_tiering_client_inc_archive
748. advertiser_trust_tiering_quarantine_event_inc_archive
749. advertiser_trust_tiering_rules_inc_archive
750. advertising_restriction_info_inc_archive
751. aec_application_mutations_inc_archive
752. aec_auto_approval_inc_archive
753. aem_conversion_bits_activity_inc_archive
754. aem_simulator_traffic_inc_archive
755. aep_lift_population_update_alpha_inc_archive
756. aep_lift_population_update_canary_inc_archive
757. aep_lift_population_update_experimental_inc_archive
758. aep_lift_population_update_inc_archive
759. afc_exception_inc_archive
760. afc_internal_tool_inc_archive
761. affiliate_platform_creator_events_inc_archive
762. afx_blackhole_flow_event_inc_archive

Highly Confidential – Attorneys' Eyes Only

763. afx_flow_cms_content_inc_archive
764. ag_help_articles_inc_archive
765. ag_nudge_model_score_inc_archive
766. aggregated_alert_notif_inc_archive
767. aggregator_nebula_request_tracer_inc_archive
768. ags_nfc_online_features_inc_archive
769. ags_objective_ranking_model_scores_inc_archive
770. ags_page_intent_model_scores_inc_archive
771. ags_post_user_intent_model_scores_inc_archive
772. ags_ranking_model_scores_inc_archive
773. ai_product_detection_service_exc_logs_inc_archive
774. ai_product_rec_service_results_inc_archive
775. ai_product_video_rec_service_results_inc_archive
776. aidi_events_inc_archive
777. aig_api_usage_inc_archive
778. aig_ent_history_inc_archive
779. aig_exception_inc_archive
780. akkio_user_region_data_inc_archive
781. al_complex_selection_failures_inc_archive
782. al_double_check_settings_inc_archive
783. album_container_android_actions_inc_archive
784. album_container_ios_actions_inc_archive
785. album_friend_tagged_in_photo_inc_archive
786. ale_appeal_contact_form_inc_archive
787. ale_async_actions_inc_archive
788. ale_hub_entry_inc_archive
789. alite_non_allowlisted_interface_usage_inc_archive
790. alite_path_url_mutation_inc_archive
791. all_app_activity_install_events_inc_archive
792. all_application_mmp_auditing_inc_archive
793. all_identity_results_inc_archive
794. all_the_requests_employees_inc_archive
795. all_the_requests_experiment_sample_inc_archive
796. all_the_requests_for_some_endpoints_inc_archive
797. all_the_requests_logged_in_api_fb4a_inc_archive
798. all_the_requests_logged_in_api_other_inc_archive
799. all_the_requests_logged_in_web_inc_archive
800. all_the_requests_logged_out_inc_archive
801. all_the_requests_logged_out_ip_sample_inc_archive
802. all_the_requests_random_sample_inc_archive
803. all_the_requests_red_teams_inc_archive
804. all_the_requests_user_sample_inc_archive
805. all_users_no_code_acdc_properties_inc_archive
806. allow_if_sender_is_ig_msg_user_rule_inc_archive
807. alt_pay_routing_inc_archive
808. am_tabular_api_perf_details_inc_archive
809. ama_consumption_logging_inc_archive
810. an_bidding_api_call_inc_archive
811. an_bidding_bids_annotated_inc_archive
812. an_bidding_impressions_annotated_inc_archive
813. an_bidding_requests_annotated_inc_archive

     Highly Confidential – Attorneys' Eyes Only

814.  an_bidding_returned_bids_inc_archive
815.  an_bidding_wins_annotated_inc_archive
816.  an_direct_events_inc_archive
817.  an_direct_publisher_tracker_inc_archive
818.  an_prefetch_score_hive_inc_archive
819.  an_psm_automated_checklist_inc_archive
820.  an_sk_ad_network_metadata_inc_archive
821.  analytics_notebook_portal_usage_raw_inc_archive
822.  analytics_people_insights_custom_audience_loader_inc_archive
823.  android_apk_testing_exposure_inc_archive
824.  android_apk_testing_exposure_shadow_inc_archive
825.  android_apk_testing_exposure_source_inc_archive
826.  android_apk_testing_raw_exposures_inc_archive
827.  android_background_location_platform_event_inc_archive
828.  android_camera_shortcut_waterfall_inc_archive
829.  android_cold_starts_fb4a_persistent_inc_archive
830.  android_facecast_announcement_event_inc_archive
831.  android_facecast_endscreen_event_inc_archive
832.  android_heap_large_objects_inc_archive
833.  android_heap_profile_uploads_inc_archive
834.  android_henosis_event_inc_archive
835.  android_in_app_purchase_shadow_validation_insights_inc_archive
836.  android_live_video_create_mutation_result_event_inc_archive
837.  android_live_wallpaper_error_inc_archive
838.  android_live_wallpaper_event_inc_archive
839.  android_live_wallpaper_start_switch_inc_archive
840.  android_ls_login_nux_filtering_inc_archive
841.  android_messenger_cache_db_consistency_inc_archive
842.  android_messenger_db_delta_event_inc_archive
843.  android_messenger_db_server_consistency_inc_archive
844.  android_messenger_entrypoint_click_inc_archive
845.  android_messenger_failed_fetch_inc_archive
846.  android_messenger_fetch_thread_location_event_inc_archive
847.  android_messenger_inbox_open_thread_hive_inc_archive
848.  android_messenger_inbox_threads_prefetch_hive_inc_archive
849.  android_messenger_photoviewer_ats_inc_archive
850.  android_messenger_sync_latency_inc_archive
851.  android_messenger_view_image_dimension_inc_archive
852.  android_mgeoapi_module_internal_use_inc_archive
853.  android_mgeoapi_module_use_inc_archive
854.  android_msgr_notif_sys_inc_archive
855.  android_msgr_notification_error_report_inc_archive
856.  android_notification_channel_user_action_inc_archive
857.  android_orca_notif_sys_inc_archive
858.  android_power_app_wakeup_attribution_inc_archive
859.  android_power_cpu_thread_attribution_inc_archive
860.  android_power_disk_attribution_inc_archive
861.  android_power_liger_http_attribution_inc_archive
862.  android_power_liger_mqtt_attribution_inc_archive
863.  android_power_metrics_inc_archive
864.  android_power_wakelock_attribution_inc_archive

    Highly Confidential – Attorneys' Eyes Only

865. android_rage_shake_detected_inc_archive
866. android_screen_recorder_inc_archive
867. android_security_deeplink_handler_blacklisted_deeplink_inc_archive
868. android_security_fb4a_intent_logging_inc_archive
869. android_security_fb4a_intent_with_redirect_uri_inc_archive
870. android_security_fb4a_killed_intent_logging_inc_archive
871. android_tr_pipeline_qpl_inc_archive
872. android_universal_install_link_inc_archive
873. android_video_available_qualities_inc_archive
874. android_video_available_qualities_v2_inc_archive
875. android_video_bandwidth_estimation_inc_archive
876. android_video_stall_detail_logging_inc_archive
877. android_video_vod_playback_inc_archive
878. anomaly_detection_request_debug_info_inc_archive
879. anomaly_detection_survey_inc_archive
880. aoc_action_logging_inc_archive
881. aoc_error_inc_archive
882. ap_follow_profile_notif_inc_archive
883. api_cross_app_access_inc_archive
884. api_cross_user_data_access_inc_archive
885. api_error_details_inc_archive
886. api_error_details_inc_archive
887. api_error_details_sii_offsite_inc_archive
888. api_hits_ads_inc_archive
889. api_hits_ads_sb_inc_archive
890. api_hits_ads_sii_offsite_inc_archive
891. api_hits_from_maybe_server_only_users_inc_archive
892. api_hits_mobile_inc_archive
893. api_hits_mobile_query_text_sample_inc_archive
894. api_hits_www_inc_archive
895. api_hits_www_inc_archive
896. api_hits_www_offsite_pages_eii_inc_archive
897. api_hits_www_offsite_self_target_inc_archive
898. api_hits_www_offsite_users_inc_archive
899. api_product_bundle_events_inc_archive
900. api_public_profile_call_sites_inc_archive
901. api_session_no_confidence_inc_archive
902. api_tokenless_user_node_read_inc_archive
903. api_un_tosed_user_data_access_inc_archive
904. api_xfn_review_tooling_inc_archive
905. app_ad_constraints_inc_archive
906. app_admin_migration_inc_archive
907. app_admin_power_search_inc_archive
908. app_aem_campaign_bits_encoding_logger_inc_archive
909. app_aem_deeplink_debugger_inc_archive
910. app_aem_impression_flow_inc_archive
911. app_asset_upload_inc_archive
912. app_bundle_trust_tiering_rules_inc_archive
913. app_capabilities_migration_consistency_inc_archive
914. app_enforcement_record_inc_archive
915. app_event_subscription_insights_inc_archive

          Highly Confidential – Attorneys' Eyes Only

916. app_events_clear_history_analysis_inc_archive
917. app_events_duplicates_inc_archive
918. app_events_inc_archive
919. app_events_internal_call_waterfall_inc_archive
920. app_events_matching_inc_archive
921. app_events_operation_inc_archive
922. app_events_pii_matching_inc_archive
923. app_events_ppf_shadow_inc_archive
924. app_events_unsampled_waterfall_inc_archive
925. app_events_waterfall_inc_archive
926. app_identification_inc_archive
927. app_installations_inc_archive
928. app_locale_switches_inc_archive
929. app_new_install_inc_archive
930. app_owned_url_block_inc_archive
931. app_post_review_property_change_inc_archive
932. app_review_biz_verification_mutation_inc_archive
933. app_review_biz_verify_ui_inc_archive
934. app_review_case_changes_inc_archive
935. app_review_items_inc_archive
936. app_review_live_chat_support_inc_archive
937. app_roles_history_inc_archive
938. app_self_certification_enforcement_record_ent_history_inc_archive
939. app_session_summary_inc_archive
940. app_skan_settings_inc_archive
941. app_state_uig_only_inc_archive
942. app_store_selector_requests_inc_archive
943. app_submission_ent_history_inc_archive
944. app_submission_tier_inc_archive
945. app_suggested_events_inc_archive
946. appeal_enrollment_status_inc_archive
947. applet_events_inc_archive
948. applet_mutations_inc_archive
949. applet_sdk_event_inc_archive
950. application_activity_custom_events_inc_archive
951. application_activity_deferred_deep_links_inc_archive
952. application_activity_inc_archive
953. application_activity_install_events_inc_archive
954. application_activity_raw_events_uii_only_inc_archive
955. application_app_insights_queries_inc_archive
956. application_clear_history_logger_inc_archive
957. application_deletion_state_change_inc_archive
958. application_direct_install_event_inc_archive
959. application_enforcement_shield_check_inc_archive
960. application_release_fql_accesslog_inc_archive
961. application_user_data_requests_inc_archive
962. applink_navigation_mobile_events_inc_archive
963. applock_set_timeout_events_inc_archive
964. applock_toggle_events_inc_archive
965. applock_unlock_events_inc_archive
966. appmark_badging_notify_inc_archive

     Highly Confidential – Attorneys' Eyes Only

967. approved_machine_inc_archive
968. aps_advertiser_prediction_log_inc_archive
969. aps_events_inc_archive
970. aqp_shops_product_waterfall_inc_archive
971. aqp_shops_request_inc_archive
972. ar_achievements_inc_archive
973. ar_actions_inc_archive
974. ar_ads_backend_health_inc_archive
975. ar_ads_creation_inc_archive
976. ar_ads_earned_media_inc_archive
977. ar_ads_inc_archive
978. ar_ads_www_matcher_inc_archive
979. ar_birthdays_inc_archive
980. ar_collaborations_inc_archive
981. ar_decision_maker_inc_archive
982. ar_delivery_ad_hoc_events_inc_archive
983. ar_delivery_create_downscaled_assets_observer_inc_archive
984. ar_delivery_ml_model_delivery_inc_archive
985. ar_delivery_recompression_observer_inc_archive
986. ar_discovery_effect_rank_inc_archive
987. ar_effect3d_model_inc_archive
988. ar_effect_boosting_inc_archive
989. ar_effect_generated_tags_debug_inc_archive
990. ar_effect_instances_inc_archive
991. ar_effect_networking_capability_usage_inc_archive
992. ar_effect_reporting_inc_archive
993. ar_effect_review_flag_history_inc_archive
994. ar_effect_review_flow_inc_archive
995. ar_effect_seasons_flow_inc_archive
996. ar_effect_seasons_participants_inc_archive
997. ar_effects_review_automation_debug_inc_archive
998. ar_effects_review_automation_exceptions_inc_archive
999. ar_effects_review_automation_performance_inc_archive
1000. ar_escalation_manager_inc_archive
1001. ar_hub_creator_profile_action_inc_archive
1002. ar_hub_creator_profile_consumption_action_inc_archive
1003. ar_hub_gallery_inc_archive
1004. ar_hub_gallery_reliability_inc_archive
1005. ar_hub_marketplace_inc_archive
1006. ar_hub_user_navigation_inc_archive
1007. ar_hub_welcome_checklist_inc_archive
1008. ar_integrity_history_inc_archive
1009. ar_integrity_tags_staging_inc_archive
1010. ar_library_analytics_inc_archive
1011. ar_library_publishing_inc_archive
1012. ar_paxar_user_profile_inc_archive
1013. ar_publishing_reporting_inc_archive
1014. ar_transformer_client_inc_archive
1015. ar_virtual_object_search_inc_archive
1016. arc_reactor_pac_automation_srt_inc_archive
1017. arfx_effect_sessions_inc_archive

     Highly Confidential – Attorneys' Eyes Only

1018.  argus_report_query_change_status_inc_archive
1019.  armadillo_presence_setting_reset_inc_archive
1020.  arp_ad_hoc_inc_archive
1021.  article_context_null_state_crowdsource_inc_archive
1022.  article_context_wikipedia_api_inc_archive
1023.  arvr_family_of_apps_interactions_inc_archive
1024.  asid_psid_usage_inc_archive
1025.  ask_employee_activities_inc_archive
1026.  asp_client_async_request_inc_archive
1027.  asp_client_crash_inc_archive
1028.  asp_issue_tag_config_inc_archive
1029.  asp_javascript_exceptions_inc_archive
1030.  asp_relay_query_inc_archive
1031.  asp_web_error_boundary_exceptions_dev_inc_archive
1032.  asp_web_error_boundary_exceptions_inc_archive
1033.  asq_main_rating_news_feed_inc_archive
1034.  asr_mediation_client_inc_archive
1035.  asr_mediation_service_inc_archive
1036.  asset_feed_spec_to_static_creative_spec_conversion_inc_archive
1037.  asset_inventory_events_dev_inc_archive
1038.  asset_manager_ui_actions_inc_archive
1039.  asset_policy_assignment_events_inc_archive
1040.  asset_sharing_activity_inc_archive
1041.  asset_sharing_activity_unittest_inc_archive
1042.  asset_sharing_restriction_inc_archive
1043.  assets_highlighting_flow_inc_archive
1044.  assistant_owner_id_record_for_did_access_inc_archive
1045.  assisted_sticker_comment_inc_archive
1046.  assistive_id_heuristics_inc_archive
1047.  assistive_identification_inc_archive
1048.  astm_sessionlet_classifier_score_inc_archive
1049.  async_gen_runner_inc_archive
1050.  athens_client_events_inc_archive
1051.  athens_server_events_inc_archive
1052.  ats_music_promo_inc_archive
1053.  attachment_action_link_validation_inc_archive
1054.  attachment_db_store_inc_archive
1055.  attachment_footer_cta_usage_inc_archive
1056.  attachment_media_image_graph_ql_request_inc_archive
1057.  attributed_non_billable_conversion_full_inc_archive
1058.  attributed_open_application_inc_archive
1059.  attribution_id_hierarchy_inc_archive
1060.  attribution_id_v2_inc_archive
1061.  attribution_info_inc_archive
1062.  attribution_wait_time_inc_archive
1063.  attribution_window_deprecation_usage_inc_archive
1064.  auction_qp_bidding_platform_request_waterfall_inc_archive
1065.  auction_qp_hscroll_candidate_generation_debug_inc_archive
1066.  auction_qp_model_calibration_events_inc_archive
1067.  auction_qp_model_calibrator_inc_archive
1068.  auction_qp_pacing_multiplier_estimation_debug_inc_archive

                    Highly Confidential – Attorneys' Eyes Only

1069. auction_qp_quality_bid_value_inc_archive
1070. auction_slot_waterfall_canary_inc_archive
1071. auction_slot_waterfall_e2e_inc_archive
1072. auction_slot_waterfall_inc_archive
1073. auction_user_budget_inc_archive
1074. audience_alignment_inc_archive
1075. audience_discrepancies_inc_archive
1076. audience_network_ad_search_inc_archive
1077. audio_home_inc_archive
1078. audio_home_ranking_api_log_inc_archive
1079. audio_library_inc_archive
1080. audio_library_music_artist_creation_inc_archive
1081. audio_library_query_results_inc_archive
1082. audio_listen_session_deltas_inc_archive
1083. audio_ml_uih_long_video_view_event_podcast_inc_archive
1084. audio_room_clc_debug_inc_archive
1085. audio_room_events_inc_archive
1086. audio_room_events_inc_archive
1087. audio_room_integrity_text_classifier_inc_archive
1088. audio_room_server_monitoring_inc_archive
1089. audio_upload_inc_archive
1090. aup_advertiser_activity_system_requests_inc_archive
1091. aura_deletion_request_inc_archive
1092. aura_deletion_request_waterfall_inc_archive
1093. aura_logs_inc_archive
1094. aura_notification_generator_inc_archive
1095. auth_get_session_for_app_inc_archive
1096. authentication_graph_session_trace_inc_archive
1097. authentication_storm_inc_archive
1098. authenticator_inc_archive
1099. authenticity_address_verification_inc_archive
1100. authenticity_ads_delivery_status_inc_archive
1101. authenticity_api_inc_archive
1102. authenticity_autofix_inc_archive
1103. authenticity_bd_enrollment_base2
1104. authenticity_cache_inc_archive
1105. authenticity_commerce_merchant_verification_inc_archive
1106. authenticity_commercial_verification_inc_archive
1107. authenticity_enrollment_inc_archive
1108. authenticity_inc_archive
1109. authenticity_kba_check_inc_archive
1110. authenticity_lob_address_check_feature_maps_inc_archive
1111. authenticity_political_voice_api_inc_archive
1112. authenticity_reauthorize_revoke_inc_archive
1113. authenticity_reauthorize_revoke_inc_archive
1114. authenticity_rule_status_inc_archive
1115. authenticity_seller_verification_inc_archive
1116. authenticity_signal_exception_inc_archive
1117. authenticity_tools_inc_archive
1118. auto_archive_content_inc_archive
1119. auto_archive_settings_inc_archive

     Highly Confidential – Attorneys' Eyes Only

1120.  auto_close_performance_inc_archive
1121.  auto_hidden_from_profile_debug_inc_archive
1122.  auto_send_flow_inc_archive
1123.  auto_upgrades_inc_archive
1124.  automated_ads_auto_boost_inc_archive
1125.  automated_extended_credit_inc_archive
1126.  automated_holdout_exposures_inc_archive
1127.  automated_windowing_inc_archive
1128.  automated_windowing_inc_archive
1129.  automatic_memorialization_detection_investigation_inc_archive
1130.  automatic_memorialization_detection_scores_inc_archive
1131.  automatic_shipping_updates_inc_archive
1132.  avatar_effect_exceptions_inc_archive
1133.  avatar_effect_generation_inc_archive
1134.  avatar_feature_gating_inconsistency_inc_archive
1135.  avatars_autogen_user_modification_inc_archive
1136.  avatars_backend_inc_archive
1137.  avatars_backend_scuba_inc_archive
1138.  avatars_expressions_ods_inc_archive
1139.  aymt_audience_cluster_data_access_inc_archive
1140.  aymt_audience_cluster_data_update_inc_archive
1141.  aymt_boosted_marketplace_listings_inc_archive
1142.  aymt_channel_events_inc_archive
1143.  aymt_comet_migration_links_inc_archive
1144.  aymt_counter_service_error_log_inc_archive
1145.  aymt_email_invalidation_result_inc_archive
1146.  aymt_email_unsubscribe_inc_archive
1147.  aymt_integrity_source_log_inc_archive
1148.  aymt_managed_tip_generation_inc_archive
1149.  aymt_news_feed_auction_info_inc_archive
1150.  aymt_news_feed_channel_events_inc_archive
1151.  aymt_notif_events_inc_archive
1152.  aymt_notif_nudge_features_inc_archive
1153.  aymt_notification_return_status_inc_archive
1154.  aymt_notifs_inc_archive
1155.  aymt_pacing_inc_archive
1156.  aymt_page_insights_inc_archive
1157.  aymt_panel_inc_archive
1158.  aymt_safe_rollout_and_review_inc_archive
1159.  aymt_sbg_boost_up_link_generator_inc_archive
1160.  aymt_scheduled_notification_async_job_inc_archive
1161.  aymt_subscribe_messenger_inc_archive
1162.  aymt_tip_conversion_events_inc_archive
1163.  aymt_tip_events_flatten_inc_archive
1164.  aymt_tip_events_inc_archive
1165.  aymt_tip_filter_funnel_inc_archive
1166.  aymt_tip_model_scores_inc_archive
1167.  aymt_tip_notif_book_keeper_events_inc_archive
1168.  aymt_tip_push_tracking_inc_archive
1169.  aymt_tip_with_hard_link_violation_inc_archive
1170.  aymt_wall_time_inc_archive

          Highly Confidential – Attorneys' Eyes Only

1171. b2c_ads_attributed_mli_inc_archive
1172. b2c_ranking_item_creation_inc_archive
1173. backfill_encodes_inc_archive
1174. backfill_tao_metadata_thread_folder_inc_archive
1175. background_location_batch_upload_inc_archive
1176. background_location_collected_ios_inc_archive
1177. background_location_location_request_inc_archive
1178. background_location_location_update_batch_inc_archive
1179. background_location_routine_place_download_inc_archive
1180. background_location_server_write_inc_archive
1181. background_location_setting_refresh_inc_archive
1182. background_location_signal_update_inc_archive
1183. background_location_storage_access_fail_inc_archive
1184. background_location_task_info_inc_archive
1185. background_location_visit_state_change_inc_archive
1186. background_location_wifi_state_changed_inc_archive
1187. background_requests_inc_archive
1188. background_review_events_inc_archive
1189. bad_server_protocol_reg_usl_inc_archive
1190. badge_ctr_predictor_v0_loop_examples_inc_archive
1191. badge_pix_inc_archive
1192. badge_realtime_events_inc_archive
1193. badge_realtime_events_session_view_scribe_inc_archive
1194. badger_inc_archive
1195. bags_page_admin_biz_intent_model_pass_event_inc_archive
1196. bags_page_intent_model_pass_event_inc_archive
1197. bags_pricing_offline_test_inc_archive
1198. banner_ads_viewer_event_inc_archive
1199. banzai_reliability_inc_archive
1200. basic_typeahead_global_inc_archive
1201. batch_api_disallowed_parent_method_hits_inc_archive
1202. batch_contact_async_upload_error_inc_archive
1203. batched_comms_delivery_infra_inc_archive
1204. bc_error_logger_inc_archive
1205. bc_tagging_infra_migration_inc_archive
1206. bcf_real_time_share_feature_audit_inc_archive
1207. bcmp_ent_action_inc_archive
1208. bcmp_insights_query_inc_archive
1209. bcp_cash_log_inc_archive
1210. bcp_hisory_inc_archive
1211. bd_onsite_signals_inc_archive
1212. bd_operation_inc_archive
1213. bd_pdc_signals_inc_archive
1214. bde_ads_request_level_feature_inc_archive
1215. bento_web_events_inc_archive
1216. best_language_prediction_events_inc_archive
1217. best_time_vm_exploration_events_inc_archive
1218. bfa_action_inc_archive
1219. bh_friending_signals_inc_archive
1220. bi_account_quality_appeal_risk_inc_archive
1221. bi_account_quality_inc_archive

     Highly Confidential – Attorneys' Eyes Only

1222. bi_account_quality_mobile_inc_archive
1223. bi_afc_poc_inc_archive
1224. bi_amux_event_inc_archive
1225. bi_appeals_sigma_override_inc_archive
1226. bi_cloaking_widget_inc_archive
1227. bi_commerce_reporting_inc_archive
1228. bi_fanout_actions_inc_archive
1229. bi_friction_decision_inc_archive
1230. bi_helpfulness_survey_inc_archive
1231. bi_human_review_queue_resolver_inc_archive
1232. bi_ipc_core_inc_archive
1233. bi_ipc_targeting_dependent_policies_comparison_inc_archive
1234. bi_notifications_inc_archive
1235. bi_policy_education_event_inc_archive
1236. bi_post_disapproval_event_inc_archive
1237. bi_pre_approval_events_inc_archive
1238. bi_pre_approval_ui_events_inc_archive
1239. bi_pre_checker_inc_archive
1240. bi_pre_checker_landing_page_test_inc_archive
1241. bi_preapproval_request_review_events_inc_archive
1242. bi_review_error_inc_archive
1243. bi_thread_review_sampling_inc_archive
1244. bi_transparency_api_inc_archive
1245. bi_unified_event_inc_archive
1246. billboard_audit_inc_archive
1247. billboard_inc_archive
1248. billboard_report_full_inc_archive
1249. billing_adhoc_backfill_inc_archive
1250. billing_experience_debug_inc_archive
1251. billing_interface_debug_inc_archive
1252. billing_interface_events_inc_archive
1253. billing_interface_reliability_inc_archive
1254. billing_interface_surface_events_inc_archive
1255. billing_interface_surface_reliability_inc_archive
1256. billing_localization_inc_archive
1257. billing_support_experience_inc_archive
1258. bir_biz_inspiration_units_inventory_usage_inc_archive
1259. birar_sentry_ads_exceptions_inc_archive
1260. birthday_center_events_inc_archive
1261. birthday_fundraiser_eligibility_inc_archive
1262. birthday_migration_events_inc_archive
1263. bison_backend_leaf_prediction_log_inc_archive
1264. bison_backend_prediction_log_inc_archive
1265. bison_delivery_log_inc_archive
1266. bizapp_deeplink_handle_url_inc_archive
1267. bizapp_events_inc_archive
1268. bizapp_home_tab_events_inc_archive
1269. bizapp_insights_exception_inc_archive
1270. bizapps_crud_loggings_inc_archive
1271. bizapps_icp_log_inc_archive
1272. bizdisco_inc_archive

          Highly Confidential – Attorneys' Eyes Only

1273.  bizdisco_ranking_inc_archive
1274.  bizex_adhoc_inc_archive
1275.  bizsuite_notification_tracker_v2_inc_archive
1276.  blackbird_data_access_extraction_inc_archive
1277.  blackbird_data_access_token_checker_inc_archive
1278.  blackbird_data_access_token_operations_inc_archive
1279.  blackbird_gsii_messages_inc_archive
1280.  blacklist_queries_inc_archive
1281.  bladerunner_request_failure_inc_archive
1282.  bladerunner_stream_bridge_inc_archive
1283.  block_actions_inc_archive
1284.  block_invalid_aaa_edit_inc_archive
1285.  blogposts_crud_inc_archive
1286.  bloks_requests_inc_archive
1287.  blood_donation_partner_logging_inc_archive
1288.  blood_donation_profile_prompts_loop_examples_inc_archive
1289.  blood_donation_profile_prompts_loop_examples_inc_archive
1290.  blood_donation_registration_prompt_v2_loop_examples_inc_archive
1291.  blue_badge_verification_event_inc_archive
1292.  blue_service_execution_events_inc_archive
1293.  blue_service_queue_elapsed_time_events_inc_archive
1294.  blueprint_website_inc_archive
1295.  bm_intern_tool_events_inc_archive
1296.  bmi_2fa_adoption_in_business_users_inc_archive
1297.  bmx_plugin_offsite_impression_inc_archive
1298.  bmx_welcome_message_pre_inc_archive
1299.  boe_job_attribute_mapper_inc_archive
1300.  bof_seller_inc_archive
1301.  book_of_business_permission_token_inc_archive
1302.  bookmark_dismiss_inc_archive
1303.  bookmark_impressions_mobile_inc_archive
1304.  bookmark_see_all_behavior_inc_archive
1305.  bookmarks_custom_cache_events_inc_archive
1306.  bookmarks_display_info_inc_archive
1307.  boost_button_not_rendered_inc_archive
1308.  boost_up_shopify_inc_archive
1309.  boosted_automated_ads_page_settings_base2
1310.  boosted_component_abandonment_tti_inc_archive
1311.  boosted_component_async_creation_inc_archive
1312.  boosted_component_boost_unavailable_inc_archive
1313.  boosted_component_client_exceptions_inc_archive
1314.  boosted_component_exceptions_inc_archive
1315.  boosted_component_generic_events_inc_archive
1316.  boosted_component_inc_archive
1317.  boosted_component_mobile_tti_inc_archive
1318.  boosted_component_mobile_tti_v2_inc_archive
1319.  boosted_component_off_facebook_inc_archive
1320.  boosted_component_page_photo_creative_experiment_inc_archive
1321.  boosted_component_tti_inc_archive
1322.  boosted_component_unsampled_event_inc_archive
1323.  boosted_component_validation_inc_archive

 Highly Confidential – Attorneys' Eyes Only

1324.  boosted_job_post_imp_clk_cvr_mtml_model_inc_archive
1325.  boosted_listing_post_imp_clk_cvr_mtml_model_inc_archive
1326.  boosted_listings_post_imp_mtml_model_clustered_inc_archive
1327.  boosted_marketplace_listing_post_clk_li_rate_model_inc_archive
1328.  boosting_live_video_ad_events_inc_archive
1329.  bootstrap_result_inc_archive
1330.  bop_product_backend_inc_archive
1331.  bop_ui_events_inc_archive
1332.  bot_detection_ore_features_v2_inc_archive
1333.  bottom_jump_pill_clicked_events_inc_archive
1334.  bottom_jump_pill_shown_events_inc_archive
1335.  bottom_tabs_aggressive_nux_logging_inc_archive
1336.  bottomsheet_message_sends_inc_archive
1337.  bounce_count_check_inc_archive
1338.  bountyhunter_events_inc_archive
1339.  box_office_client_inc_archive
1340.  boxoffice_events_inc_archive
1341.  bps_case_routing_info_inc_archive
1342.  bps_case_routing_mapping_inc_archive
1343.  brand_awareness_holdout_opportunities_dev_inc_archive
1344.  brand_awareness_holdout_opportunities_inc_archive
1345.  brand_lift_request_form_ui_interaction_inc_archive
1346.  brand_middle_funnel_inc_archive
1347.  brand_polling_events_inc_archive
1348.  brand_polling_trouble_shooter_usage_inc_archive
1349.  brand_polling_validations_inc_archive
1350.  brand_safety_block_list_downloads_inc_archive
1351.  brand_safety_degraded_services_perf_inc_archive
1352.  brand_safety_delivery_report_downloads_inc_archive
1353.  brand_safety_fuse_inc_archive
1354.  brand_safety_hub_content_filtering_inc_archive
1355.  brand_safety_monetization_inc_archive
1356.  brand_safety_page_review_inc_archive
1357.  brand_safety_ux_events_inc_archive
1358.  brand_safety_whitelist_events_inc_archive
1359.  branded_content_boost_post_inc_archive
1360.  branded_content_enrollment_request_feedback_base2
1361.  branded_content_handshake_tool_event_inc_archive
1362.  branded_content_legitimacy_inc_archive
1363.  branded_content_matching_tool_brand_inc_archive
1364.  branded_content_matching_tool_creator_inc_archive
1365.  branded_content_post_inc_archive
1366.  branded_content_post_info_action_inc_archive
1367.  brandlift_poll_exposed_validated_inc_archive
1368.  brandlift_poll_holdout_opportunity_validated_inc_archive
1369.  breaking_news_events_inc_archive
1370.  breakout_room_inc_archive
1371.  breakup_inc_archive
1372.  brex_io_api_calls_inc_archive
1373.  broadcast_operations_history_inc_archive
1374.  broadcast_watch_time_prediction_inc_archive

Highly Confidential – Attorneys' Eyes Only

1375. browse_checks_inc_archive
1376. browse_deprecate_timeline_misc_event_inc_archive
1377. browse_error_inc_archive
1378. browse_modules_stats_inc_archive
1379. browse_object_privacy_inc_archive
1380. browse_perf_server_inc_archive
1381. browse_perf_stats_inc_archive
1382. browse_privacy_inc_archive
1383. browse_privacy_rules_inc_archive
1384. browse_query_entity_resolution_inc_archive
1385. browse_search_failure_inc_archive
1386. browse_search_query_inc_archive
1387. browser_extensions_inc_archive
1388. browser_measurement_traffic_debug_inc_archive
1389. browser_metrics_offsite_inc_archive
1390. browser_push_inc_archive
1391. browser_referrals_inc_archive
1392. browser_safe_browsing_actions_inc_archive
1393. brp_exception_logger_inc_archive
1394. brp_generic_item_logger_inc_archive
1395. brp_search_context_reported_items_logger_inc_archive
1396. bsg_activity_inc_archive
1397. bsg_comment_activity_inc_archive
1398. bsg_flow_stats_inc_archive
1399. bsg_retrieval_product_inc_archive
1400. bsg_suspicious_scam_comments_inc_archive
1401. bssid_collection_client_inc_archive
1402. budget_limit_proration_service_inc_archive
1403. buff_online_features_inc_archive
1404. bug_tool_action_events_inc_archive
1405. buggins_inc_archive
1406. bulletin_composer_events_inc_archive
1407. bulletin_exceptions_inc_archive
1408. bulletin_fb_app_events_inc_archive
1409. bulletin_growth_products_events_inc_archive
1410. bulletin_integrity_events_inc_archive
1411. bulletin_ipf_leak_detection_inc_archive
1412. bulletin_jewel_notif_events_inc_archive
1413. bulletin_notif_book_keeper_inc_archive
1414. bulletin_surface_events_inc_archive
1415. bullying_endearment_job_logs_inc_archive
1416. business_activation_inc_archive
1417. business_activity_api_inc_archive
1418. business_ad_account_bad_state_check_inc_archive
1419. business_ad_account_creation_inc_archive
1420. business_ad_account_limit_inc_archive
1421. business_add_people_inc_archive
1422. business_ads_growth_communication_experiences_product_event_inc_archive
1423. business_aggregator_risk_profile_events_inc_archive
1424. business_agreement_logger_inc_archive
1425. business_app_platform_inc_archive

Highly Confidential – Attorneys' Eyes Only

1426. business_app_store_activity_inc_archive
1427. business_asset_indexer_events_inc_archive
1428. business_asset_sharing_agreement_logger_inc_archive
1429. business_automated_response_events_inc_archive
1430. business_comments_inc_archive
1431. business_communication_rl_inc_archive
1432. business_composer_events_inc_archive
1433. business_compromise_event_inc_archive
1434. business_connected_object_with_permitted_users_mutations_inc_archive
1435. business_connected_object_with_permitted_users_mutations_unittest_inc_archive
1436. business_console_events_backend_inc_archive
1437. business_content_preview_inc_archive
1438. business_creation_inc_archive
1439. business_creative_api_details_inc_archive
1440. business_creative_asset_inc_archive
1441. business_cross_app_asset_link_inc_archive
1442. business_customer_satisfaction_events_dev_inc_archive
1443. business_customer_satisfaction_events_inc_archive
1444. business_deletion_steps_inc_archive
1445. business_email_debugger_events_inc_archive
1446. business_email_marketing_events_inc_archive
1447. business_email_require_verification_inc_archive
1448. business_ents_mutation_logs_inc_archive
1449. business_graph_asset_boarding_inc_archive
1450. business_graph_aymc_recommendation_inc_archive
1451. business_graph_business_limit_creation_inc_archive
1452. business_graph_data_consistency_inc_archive
1453. business_graph_instagram_inc_archive
1454. business_graph_logged_user_feedback_inc_archive
1455. business_graph_two_fac_inc_archive
1456. business_home_activity_inc_archive
1457. business_identity_events_inc_archive
1458. business_identity_events_v2_inc_archive
1459. business_identity_exceptions_inc_archive
1460. business_identity_log_inc_archive
1461. business_impersonation_reports_inc_archive
1462. business_inbox_events_dev_inc_archive
1463. business_inbox_events_inc_archive
1464. business_inbox_events_restricted_dev_inc_archive
1465. business_inbox_events_restricted_inc_archive
1466. business_inbox_events_unittest_inc_archive
1467. business_inbox_events_wa_dev_inc_archive
1468. business_inbox_events_wa_inc_archive
1469. business_inbox_igd_migration_validation_logger_inc_archive
1470. business_inbox_internal_logger_inc_archive
1471. business_inbox_notification_events_inc_archive
1472. business_inbox_notification_events_restricted_inc_archive
1473. business_inbox_offsite_events_inc_archive
1474. business_info_center_engagement_events_inc_archive
1475. business_info_center_entry_point_events_inc_archive
1476. business_insights_api_requests_testing_inc_archive

Highly Confidential – Attorneys' Eyes Only

1477. business_insights_audience_insights_risk_inc_archive
1478. business_insights_page_ban_flow_details_inc_archive
1479. business_insights_soft_deletion_inc_archive
1480. business_integrity_appeals_dev_inc_archive
1481. business_integrity_appeals_inc_archive
1482. business_integrity_appeals_v2_inc_archive
1483. business_integrity_business_banhammer_inc_archive
1484. business_integrity_commerce_manager_disapprovals_inc_archive
1485. business_integrity_domain_enforcement_inc_archive
1486. business_integrity_false_positive_inc_archive
1487. business_integrity_ipc_cache_inc_archive
1488. business_integrity_ipc_dev_inc_archive
1489. business_integrity_ipc_inc_archive
1490. business_integrity_ipc_traffic_inc_archive
1491. business_integrity_mlex_ad_activity_perf_inc_archive
1492. business_integrity_mlex_ad_history_inc_archive
1493. business_integrity_mlex_adv_dashboard_feedback_inc_archive
1494. business_integrity_mlex_appeal_inc_archive
1495. business_integrity_mlex_backend_exceptions_inc_archive
1496. business_integrity_mlex_ban_inc_archive
1497. business_integrity_mlex_feedback_qp_inc_archive
1498. business_integrity_mlex_feedback_survey_inc_archive
1499. business_integrity_mlex_feedback_survey_targeting_v2_inc_archive
1500. business_integrity_mlex_penalty_update_inc_archive
1501. business_integrity_mlex_playground_inc_archive
1502. business_integrity_notifications_inc_archive
1503. business_integrity_penalty_banner_renders_dev_inc_archive
1504. business_integrity_penalty_banner_renders_inc_archive
1505. business_invoice_report_inc_archive
1506. business_management_requests_inc_archive
1507. business_manager_actor_level_enforcement_rules_inc_archive
1508. business_manager_events_inc_archive
1509. business_manager_generic_log_inc_archive
1510. business_manager_inc_archive
1511. business_manager_intern_tool_inc_archive
1512. business_manager_ownership_transfer_inc_archive
1513. business_marketing_email_inc_archive
1514. business_messaging_products_analysis_inc_archive
1515. business_messaging_reengagement_events_inc_archive
1516. business_messaging_reengagement_recipient_events_inc_archive
1517. business_obo_events_inc_archive
1518. business_obo_request_details_inc_archive
1519. business_partner_center_exceptions_inc_archive
1520. business_partner_center_guidance_event_inc_archive
1521. business_perm_user_ref_update_inc_archive
1522. business_permission_events_inc_archive
1523. business_person_perm_checker_inc_archive
1524. business_planner_inc_archive
1525. business_post_messaging_inc_archive
1526. business_presence_linking_events_inc_archive
1527. business_presence_linking_events_sampled_inc_archive

   Highly Confidential – Attorneys' Eyes Only

1528.  business_profile_plus_chaining_inc_archive
1529.  business_public_conversations_events_inc_archive
1530.  business_scoping_error_inc_archive
1531.  business_sdk_hit_inc_archive
1532.  business_sdk_hit_sii_offsite_inc_archive
1533.  business_sensitive_action_review_inc_archive
1534.  business_service_provider_ent_restriction_inc_archive
1535.  business_service_provider_ent_restriction_unittest_inc_archive
1536.  business_sharing_debug_inc_archive
1537.  business_sharing_exception_inc_archive
1538.  business_subdomain_graph_ql_inc_archive
1539.  business_support_chatbot_inc_archive
1540.  business_support_non_user_interaction_inc_archive
1541.  business_support_platform_inc_archive
1542.  business_support_product_error_inc_archive
1543.  business_survey_inc_archive
1544.  business_tasks_inc_archive
1545.  business_two_tier_events_inc_archive
1546.  business_unified_navigation_inc_archive
1547.  business_unified_relationship_model_consistency_inc_archive
1548.  business_user_access_token_inc_archive
1549.  business_user_backing_user_ent_type_inc_archive
1550.  business_user_creation_inc_archive
1551.  business_user_email_confirmation_inc_archive
1552.  business_user_life_cycle_inc_archive
1553.  business_user_management_capability_inc_archive
1554.  business_verification_api_inc_archive
1555.  business_verification_core_metrics_inc_archive
1556.  business_verification_edit_changes_inc_archive
1557.  business_verification_false_positive_rejection_rule_inc_archive
1558.  business_verification_financial_services_authorization_inc_archive
1559.  business_verification_notification_events_inc_archive
1560.  business_verification_onboarding_reliability_inc_archive
1561.  business_verification_risky_rule_inc_archive
1562.  business_verification_status_reliability_inc_archive
1563.  business_verification_submission_risk_inc_archive
1564.  business_verification_ui_inc_archive
1565.  business_verification_uploaded_file_cv_extractor_inc_archive
1566.  business_verification_uploaded_file_ocr_extractor_inc_archive
1567.  buy_at_activities_inc_archive
1568.  buy_at_events_inc_archive
1569.  buy_at_metric_tracking_inc_archive
1570.  buy_at_purchase_order_activities_inc_archive
1571.  buy_at_user_events_inc_archive
1572.  buy_sell_group_debug_inc_archive
1573.  buzz_event_context_v1_inc_archive
1574.  buzzer_event_context_v2_inc_archive
1575.  buzzer_unified_event_counter_inc_archive
1576.  bv_verification_status_changes_inc_archive
1577.  bypass_login_events_inc_archive
1578.  bypass_login_exterior_inc_archive

          Highly Confidential – Attorneys' Eyes Only

1579.   bypass_login_native_inc_archive
1580.   bypass_login_rules_inc_archive
1581.   c2c_commerce_local_ranking_candidate_inc_archive
1582.   c2c_commerce_shipping_ranking_candidate_inc_archive
1583.   c2c_live_shopping_training_data_inc_archive
1584.   c2c_seller_and_listing_shipping_details_inc_archive
1585.   c2c_shipping_and_ecomm_transaction_training_inc_archive
1586.   c2c_shipping_and_ecomm_transaction_training_v2_inc_archive
1587.   c2c_shipping_checkout_training_inc_archive
1588.   c2c_shipping_checkout_training_v2_inc_archive
1589.   c2c_shipping_click_training_inc_archive
1590.   c2c_shipping_click_training_v3_inc_archive
1591.   c2c_shipping_seller_rate_limiting_inc_archive
1592.   c2c_shipping_transaction_mtml_training_inc_archive
1593.   c2c_shipping_transaction_mtml_training_v2_inc_archive
1594.   c2c_shipping_transaction_training_inc_archive
1595.   c2c_shipping_transaction_training_v2_inc_archive
1596.   c2c_transaction_survey_graphql_mutations_inc_archive
1597.   c2c_transaction_survey_inc_archive
1598.   c3_work_item_inc_archive
1599.   c4g_mib_messaging_events_inc_archive
1600.   ca_intern_permissions_inc_archive
1601.   cachius_query_log_inc_archive
1602.   caip_tool_commerce_inc_archive
1603.   caipt_ad_item_logger_inc_archive
1604.   caipt_commerce_item_logger_inc_archive
1605.   caipt_contact_information_actions_inc_archive
1606.   caipt_generic_report_logger_inc_archive
1607.   caipt_notification_logger_inc_archive
1608.   call_ads_events_inc_archive
1609.   call_ads_on_lwi_defaulting_inc_archive
1610.   call_center_connector_event_inc_archive
1611.   call_center_super_read_usage_inc_archive
1612.   camera_highlights_features_inc_archive
1613.   camera_highlights_story_features_inc_archive
1614.   camera_roll_asset_counts_inc_archive
1615.   camera_waterfall_ar_services_inc_archive
1616.   camera_waterfall_ar_services_location_effects_inc_archive
1617.   camera_waterfall_ar_services_location_effects_inc_archive
1618.   camera_waterfall_ar_services_restricted_inc_archive
1619.   camera_xplat_render_time_inc_archive
1620.   camera_xplat_render_time_restricted_inc_archive
1621.   campaign_gysj_events_inc_archive
1622.   campaign_medium_selection_inc_archive
1623.   campaign_story_notif_debug_inc_archive
1624.   campfire_notes_inc_archive
1625.   campus_actions_data_inc_archive
1626.   campus_recurring_content_inc_archive
1627.   cannon_group_members_broadcast_funnel_inc_archive
1628.   canonical_url_mismatch_shares_inc_archive
1629.   canonical_xposting_waterfall_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

1630. canonical_xposting_waterfall_events_inc_archive
1631. canvas_editor_creation_waterfall_inc_archive
1632. canvas_games_events_inc_archive
1633. canvas_games_iap_events_inc_archive
1634. canvas_state_based_inc_archive
1635. canvas_validation_inc_archive
1636. capy_agent_status_auto_update_event_inc_archive
1637. capy_bot_error_inc_archive
1638. capy_bot_info_inc_archive
1639. capy_bot_message_inc_archive
1640. capy_bot_nlp_triage_inc_archive
1641. capy_chat_demand_control_inc_archive
1642. capy_chat_failure_inc_archive
1643. capy_chat_form_submission_inc_archive
1644. capy_distribution_match_inc_archive
1645. capy_gms_srt_survey_inc_archive
1646. capy_messages_inc_archive
1647. capybara_mbi_inc_archive
1648. care_xray_oc_fp_remediation_in_flight_inc_archive
1649. careml_oc_proactive_events_inc_archive
1650. carousel_ad_optimization_inc_archive
1651. carousel_post_creation_inc_archive
1652. carrier_provisioning_v2_inc_archive
1653. carrier_signal_funnel_inc_archive
1654. carrier_signal_inc_archive
1655. carrier_signal_v2_client_ping_inc_archive
1656. carrier_signal_v2_client_run_inc_archive
1657. carrier_subscriber_profile_inc_archive
1658. carrier_zero_balances_redirect_inc_archive
1659. case_connect_engagement_events_inc_archive
1660. case_in_index_query_inc_archive
1661. cases_priority_predictor_inc_archive
1662. cases_user_events_inc_archive
1663. cases_user_events_with_heartbeat_inc_archive
1664. cat_intern_events_inc_archive
1665. catalog_based_targeting_product_exception_inc_archive
1666. catalog_hummingbird_readapi_migration_inc_archive
1667. catalog_inference_policy_inc_archive
1668. catalog_item_image_use_stats_inc_archive
1669. catalog_item_invalidations_inc_archive
1670. catalog_localization_template_builder_flow_inc_archive
1671. catalog_management_permission_events_inc_archive
1672. catalog_mobile_events_inc_archive
1673. catalog_partner_integration_events_inc_archive
1674. catalog_product_crawling_events_inc_archive
1675. catalog_segment_debugging_inc_archive
1676. catalog_segment_filter_mutation_inc_archive
1677. catalog_segment_signals_matching_inc_archive
1678. catalog_segment_signals_matching_sla_inc_archive
1679. catalog_sub_vertical_event_inc_archive
1680. catalog_uci_item_reads_inc_archive

 Highly Confidential – Attorneys' Eyes Only

1681. categorized_gysj_events_inc_archive
1682. catkit_category_typeahead_inc_archive
1683. ccs_changelog_logger_inc_archive
1684. ccs_event_logger_inc_archive
1685. ccs_uris_logger_inc_archive
1686. ccu_contacts_inc_archive
1687. ccu_setting_enable_disable_event_inc_archive
1688. ccu_setting_traffic_inc_archive
1689. cd_standardization_test_inc_archive
1690. cd_standardization_test_no_sampling_inc_archive
1691. cdevent_rejected_traffic_onsite_inc_archive
1692. cds__advertiser_provided__product_recommendations_inc_archive
1693. cds__events__ad_clicks_for_features_of_basic_ads_inc_archive
1694. cds__events__ad_impressions_for_admetrics_inc_archive
1695. cds__events__ad_impressions_for_bidding_inc_archive
1696. cds__events__ad_impressions_for_cocoon_inc_archive
1697. cds__events__ad_impressions_for_delivery_inc_archive
1698. cds__events__ad_impressions_for_delivery_of_basic_ads_inc_archive
1699. cds__events__ad_impressions_for_qrt_inc_archive
1700. cds__events__ad_unified_feedback_interface_inc_archive
1701. cds__events__ad_xouts_inc_archive
1702. cds__events__ads_transparency_inc_archive
1703. cds__events__click_to_call_app_state_change_inc_archive
1704. cds__events__commerce_inc_archive
1705. cds__events__facebook_stories_inc_archive
1706. cds__events__feed_tracking_inc_archive
1707. cds__events__marketplace_impressions_inc_archive
1708. cds__events__marketplace_local_sell_actions_inc_archive
1709. cds__events__multi_product_ads_inc_archive
1710. cds__events__non_oba__in_app_webviewer_inc_archive
1711. cds__events__non_ofa__ad_conversions_for_bidding_inc_archive
1712. cds__events__non_ofa__ad_conversions_for_delivery_inc_archive
1713. cds__events__non_ofa__ad_conversions_for_delivery_of_basic_ads_inc_archive
1714. cds__events__non_ofa__ad_conversions_for_qrt_inc_archive
1715. cds__events__oba__in_app_webviewer_inc_archive
1716. cds__events__ofa__ad_conversions_for_delivery_inc_archive
1717. cds__events__ofa__ad_impressions_for_delivery_inc_archive
1718. cds__events__ofa__offsite_signals_interim_inc_archive
1719. cds__events__offsite_signals_inc_archive
1720. cds__events__onsite_facebook_education_inc_archive
1721. cds__events__onsite_facebook_gaming_inc_archive
1722. cds__events__pages_inc_archive
1723. cds__events__profile_plus_transition_inc_archive
1724. cds__events__time_spent_navigation_mobile_inc_archive
1725. cds__events__user_feed_interactions_inc_archive
1726. cds__static__hec__user_profile_fbobject_fbtype_2048_base2
1727. cds__static__hec__user_profile_fbobject_fbtype_5021_base2
1728. cds__static__instant_article_to_publisher_page_base2
1729. cds__static__non_hec__user_profile_fbobject_fbtype_6057_base2
1730. cds__static__video_metadata_fbobject_fbtype_1_base2
1731. cdt_percentile_property_aggregation_result_delta_inc_archive

 Highly Confidential – Attorneys' Eyes Only

1732.  cdt_properties_change_offsite_inc_archive
1733.  cdt_properties_change_onsite_inc_archive
1734.  ceg_content_you_may_share_inc_archive
1735.  cell_tower_info_detection_inc_archive
1736.  centra_bi_actions_inc_archive
1737.  centra_data_export_inc_archive
1738.  centra_investigation_node_base2
1739.  central_dci_piv_events_inc_archive
1740.  central_gesture_with_nav_inc_archive
1741.  central_interest_manager_events_inc_archive
1742.  central_nav_from_gesture_inc_archive
1743.  central_pay_com_logs_inc_archive
1744.  centralized_ib_scores_fb_inc_archive
1745.  cert_verification_inc_archive
1746.  certificate_revoke_inc_archive
1747.  certificate_transparency_inc_archive
1748.  certmetrics_create_account_handler_inc_archive
1749.  certmetrics_sso_inc_archive
1750.  chaining_empty_result_inc_archive
1751.  challenge_eligibility_rules_inc_archive
1752.  charitable_giving_abandoned_profile_prompt_v1_loop_examples_inc_archive
1753.  chart_dictator_image_details_inc_archive
1754.  charta_perf_metrics_inc_archive
1755.  chat_in_a_box_common_inc_archive
1756.  chat_reliability_inc_archive
1757.  chatroom_action_exceptions_inc_archive
1758.  check_fss_when_currency_update_inc_archive
1759.  checkbox_plugin_inc_archive
1760.  checkpoint_account_status_async_job_inc_archive
1761.  checkpoint_captcha_inc_archive
1762.  checkpoint_client_filtered_events_inc_archive
1763.  checkpoint_delta_reg_attacks_inc_archive
1764.  checkpoint_enrollment_metadata_null_state_inc_archive
1765.  checkpoint_event_inc_archive
1766.  checkpoint_id_upload_exif_data_inc_archive
1767.  checkpoint_text_message_captcha_inc_archive
1768.  checkpoint_unexpected_null_inc_archive
1769.  checkpoint_webview_timespent_inc_archive
1770.  checkpointed_user_contact_form_submission_inc_archive
1771.  chex_buyer_order_seller_banned_notification_events_inc_archive
1772.  chex_insights_metrics_perf_dev_inc_archive
1773.  chex_insights_metrics_perf_inc_archive
1774.  chex_invoice_hourly_base2
1775.  chex_order_actions_inc_archive
1776.  chex_order_attribution_base2
1777.  chex_order_consistency_checker_inc_archive
1778.  chex_order_metrics_inc_archive
1779.  chex_order_operations_inc_archive
1780.  chex_order_tax_inc_archive
1781.  chex_order_tool_actions_inc_archive
1782.  chex_order_tracking_inc_archive

        Highly Confidential – Attorneys' Eyes Only

1783.   chex_orders_monitoring_inc_archive
1784.   chex_payment_invoice_base2
1785.   chex_pricing_engine_inc_archive
1786.   child_safety_prevention_treatments_inc_archive
1787.   chilipiper_api_calls_inc_archive
1788.   china_ad_account_creation_review_inc_archive
1789.   china_onboarding_history_events_inc_archive
1790.   china_smb_onboarding_creation_inc_archive
1791.   china_trust_product_interactions_inc_archive
1792.   chrome_push_permission_events_inc_archive
1793.   churn_model_events_inc_archive
1794.   ci_action_feedback_events_inc_archive
1795.   ci_automation_omega_inc_archive
1796.   ci_contactpoint_inc_archive
1797.   ci_friends_suggestion_policy_inc_archive
1798.   ci_pymk_first_fetch_inc_archive
1799.   ci_soft_actions_inc_archive
1800.   ci_soft_actions_trial_inc_archive
1801.   ci_strikes_count_comparison_inc_archive
1802.   ci_strikes_enforcement_inc_archive
1803.   ci_unified_strike_trace_inc_archive
1804.   cig_declared_user_interest_profile_inc_archive
1805.   cim_read_api_comparison_inc_archive
1806.   cim_user_interest_info_fbtype_43593_base2
1807.   cip_notif_delivery_inc_archive
1808.   cip_notif_jewel_inc_archive
1809.   cip_publisher_all_video_lvv30_event_xstream_inc_archive
1810.   cip_publisher_all_video_lvv60_event_xstream_inc_archive
1811.   cip_waterfall_inc_archive
1812.   cip_ya_bonus_score_realtime_inc_archive
1813.   cip_ya_vpv_realtime_inc_archive
1814.   cip_ya_wpi_realtime_inc_archive
1815.   cipp_events_unsampled_inc_archive
1816.   city_guides_data_api_inc_archive
1817.   city_guides_facts_inc_archive
1818.   city_guides_inc_archive
1819.   city_guides_msite_inc_archive
1820.   civic_action_raw_logs_inc_archive
1821.   civic_graph_loki_fallback_inc_archive
1822.   civic_integrity_feed_metrics_inc_archive
1823.   cix_account_status_vpvd_inc_archive
1824.   cix_report_actionability_predictor_inc_archive
1825.   cix_warning_screens_inc_archive
1826.   clas_input_signal_stream_inc_archive
1827.   clash_manager_events_inc_archive
1828.   clear_history_batch_mac_logger_inc_archive
1829.   clear_history_controls_actions_inc_archive
1830.   clear_history_controls_client_actions_inc_archive
1831.   clear_history_controls_life_cycle_inc_archive
1832.   clear_history_granular_controls_in_batch_inc_archive
1833.   clear_history_graphql_inc_archive

          Highly Confidential – Attorneys' Eyes Only

1834. clear_history_sanitized_admin_records_inc_archive
1835. clear_history_sid_disconnect_dapl_inc_archive
1836. clear_history_wabam_inventory_inc_archive
1837. clear_history_whitelist_blacklist_inc_archive
1838. clear_history_whitelist_events_inc_archive
1839. click_mbl_feed_inc_archive
1840. click_to_message_ads_debug_inc_archive
1841. click_to_message_destination_optimization_inc_archive
1842. click_to_messaging_ads_conversion_funnel_inc_archive
1843. click_to_messaging_ads_delivery_inc_archive
1844. click_to_messaging_ads_logging_inc_archive
1845. click_to_messaging_reply_cvr_all_model_ba_feature_only_inc_archive
1846. click_to_messaging_reply_cvr_all_model_inc_archive
1847. click_to_messenger_ads_engagement_inc_archive
1848. click_to_messenger_growth_inc_archive
1849. clicks_bookmark_clicks_mobile_inc_archive
1850. client_ad_delivery_inc_archive
1851. client_ad_delivery_v3_inc_archive
1852. client_animated_gif_type_inc_archive
1853. client_deprecation_login_block_inc_archive
1854. client_effect_query_inc_archive
1855. client_experiment_exposures_inc_archive
1856. client_interaction_timezone_inc_archive
1857. client_message_attachement_inc_archive
1858. client_msg_send_waterfall_inc_archive
1859. client_permission_state_inc_archive
1860. client_pymk_fetch_inc_archive
1861. client_side_ad_invalidations_inc_archive
1862. client_side_preview_data_fetching_inc_archive
1863. client_slot_fill_rate_feed_vpvd_inc_archive
1864. close_ad_account_inc_archive
1865. close_friends_curation_inc_archive
1866. close_friends_home_inc_archive
1867. cloud_ar_tracker_client_inc_archive
1868. cloud_games_a2u_inc_archive
1869. cloud_gaming_devsite_event_inc_archive
1870. cloud_gaming_events_inc_archive
1871. cloud_gaming_ml_score_inc_archive
1872. cloud_gaming_onboarding_tool_event_inc_archive
1873. cloud_gaming_session_events_inc_archive
1874. cloud_gaming_streaming_latency_inc_archive
1875. cloud_gaming_web_rtc_stats_inc_archive
1876. cloud_hero_banner_impression_inc_archive
1877. cm_groups_event_inc_archive
1878. cm_privacy_restriction_enforcement_inc_archive
1879. cm_search_members_client_events_inc_archive
1880. cm_smb_sensitive_events_inc_archive
1881. cmh_aymt_in_product_scheduled_inc_archive
1882. cmh_cucs_base2
1883. cmh_jucs_base2
1884. cmh_stored_events_base2

     Highly Confidential – Attorneys' Eyes Only

1885. cmm_read_inc_archive
1886. cmm_write_inc_archive
1887. cmri_event_logger_inc_archive
1888. cms_branches_inc_archive
1889. cms_bulk_actions_inc_archive
1890. cms_bulk_fetch_inc_archive
1891. cms_controller_request_inc_archive
1892. cms_editor_session_inc_archive
1893. cms_editor_subsession_inc_archive
1894. cms_event_inc_archive
1895. cms_folders_inc_archive
1896. cms_legacy_rendering_metrics_inc_archive
1897. cms_linter_rules_inc_archive
1898. cms_object_versioned_reference_async_inc_archive
1899. cms_power_search_inc_archive
1900. cms_rendering_perfomance_inc_archive
1901. cms_schedule_inc_archive
1902. cms_search_and_replace_inc_archive
1903. cms_search_inc_archive
1904. cms_search_index_inc_archive
1905. cms_tag_usage_inc_archive
1906. cms_usage_inc_archive
1907. cms_wizard_action_inc_archive
1908. cmswysiwyg_events_inc_archive
1909. cmu_task_plugin_thrift_calls_inc_archive
1910. cnc_credit_automation_job_instance_inc_archive
1911. cnc_extended_credit_application_inc_archive
1912. cnp_push_filter_xiaomi_inc_archive
1913. codeless_app_indexing_session_inc_archive
1914. coe_tools_inc_archive
1915. coefficient_rt_event_non_user_inc_archive
1916. coefficient_rt_event_user_inc_archive
1917. cohort_weighting_events_inc_archive
1918. collab_ads_platform_events_inc_archive
1919. collaboration_center_inc_archive
1920. collaborative_ads_merchant_discovery_inc_archive
1921. collaborative_ads_partner_option_inc_archive
1922. collaborative_stories_inc_archive
1923. collect_at_office365_inc_archive
1924. collection_link_click_post_imp_model_inc_archive
1925. comet_edf_nux_events_inc_archive
1926. comet_events_audit_inc_archive
1927. comet_feed_units_eligibility_inc_archive
1928. comet_incognito_mode_inference_inc_archive
1929. comet_magic_uploads_inc_archive
1930. comet_media_viewer_actions_inc_archive
1931. comet_metrics_health_inc_archive
1932. comet_top_navigation_inc_archive
1933. comet_trial_participation_detail_inc_archive
1934. comment_actions_inc_archive
1935. comment_assistant_candidate_level_inc_archive

    Highly Confidential – Attorneys' Eyes Only

1936. comment_assistant_ranking_inc_archive
1937. comment_assistant_waterfall_inc_archive
1938. comment_composer_drawer_suggestions_inc_archive
1939. comment_composer_gif_interaction_events_inc_archive
1940. comment_count_events_inc_archive
1941. comment_create_reliability_debugging_inc_archive
1942. comment_critical_mutator_exceptions_inc_archive
1943. comment_evt_test_distinct_types_inc_archive
1944. comment_fetching_debug_events_inc_archive
1945. comment_idempotent_inc_archive
1946. comment_inform_treatments_inc_archive
1947. comment_moderation_filters_inc_archive
1948. comment_mutation_error_inc_archive
1949. comment_ordering_mode_inc_archive
1950. comment_private_reply_inc_archive
1951. comment_quality_prediction_inc_archive
1952. comment_ranking_be_waterfall_inc_archive
1953. comment_ranking_candidate_level_inc_archive
1954. comment_ranking_comments_returned_shadow_inc_archive
1955. comment_ranking_error_inc_archive
1956. comment_ranking_events_inc_archive
1957. comment_ranking_procif_request_level_logging_inc_archive
1958. comment_ranking_shadow_logging_inc_archive
1959. comment_ranking_universe_selector_inc_archive
1960. comment_ranking_waterfall_inc_archive
1961. comment_ranking_waterfall_wt_inc_archive
1962. comment_reshare_events_inc_archive
1963. comment_vote_notification_inc_archive
1964. comments_modtool_inc_archive
1965. comments_ordering_mode_selector_usage_inc_archive
1966. commerce_about_this_shop_events_inc_archive
1967. commerce_actor_insights_inc_archive
1968. commerce_ae_clustering_features_inc_archive
1969. commerce_ae_unified_actioning_log_inc_archive
1970. commerce_api_details_inc_archive
1971. commerce_badging_platform_jobs_mtml_loop_examples_inc_archive
1972. commerce_blending_features_inc_archive
1973. commerce_budget_upsell_candidates_inc_archive
1974. commerce_buyer_integrity_general_logging_inc_archive
1975. commerce_buyer_ui_events_hive_inc_archive
1976. commerce_c2c_product_image_inc_archive
1977. commerce_c2c_theme_following_inc_archive
1978. commerce_care_general_logging_inc_archive
1979. commerce_cat_rental_msg_training_sgmoe_inc_archive
1980. commerce_ccds_search_embedding_training_non_us_inc_archive
1981. commerce_ccds_search_embedding_training_us_inc_archive
1982. commerce_checkout_actions_inc_archive
1983. commerce_click_training_bsg_inc_archive
1984. commerce_click_training_realtime_prod_new_hive_inc_archive
1985. commerce_click_training_realtime_test_new_hive_inc_archive
1986. commerce_click_training_test2_inc_archive

 Highly Confidential – Attorneys' Eyes Only

1987.   commerce_click_training_v2_hive_with_quantized_inc_archive
1988.   commerce_click_training_v2_inc_archive
1989.   commerce_comcom_click_training_v2_inc_archive
1990.   commerce_comcom_comment_training_inc_archive
1991.   commerce_comcom_message_training_inc_archive
1992.   commerce_cross_channel_data_share_search_for_ecomm_inc_archive
1993.   commerce_cross_channel_data_share_test_inc_archive
1994.   commerce_crow_actor_strike_system_inc_archive
1995.   commerce_discount_actions_inc_archive
1996.   commerce_eligibility_rules_inc_archive
1997.   commerce_eligibility_rules_unittest_inc_archive
1998.   commerce_events_filtered_rc_inc_archive
1999.   commerce_feature_logging_metadata_inc_archive
2000.   commerce_gifting_buyer_inc_archive
2001.   commerce_gifting_click_training_raw_data_inc_archive
2002.   commerce_group_sellproduct_autocategory_inc_archive
2003.   commerce_groupmall_events_inc_archive
2004.   commerce_groupmall_ranking_cursor_debug_inc_archive
2005.   commerce_image_knowledge_base_inc_archive
2006.   commerce_insights_api_activities_inc_archive
2007.   commerce_insights_inc_archive
2008.   commerce_integrity_hide_message_thread_inc_archive
2009.   commerce_integrity_identity_review_inc_archive
2010.   commerce_integrity_page_enforcement_inc_archive
2011.   commerce_integrity_reporting_inc_archive
2012.   commerce_integrity_system_events_inc_archive
2013.   commerce_integrity_unified_logging_inc_archive
2014.   commerce_interesting_product_notification_inc_archive
2015.   commerce_joiner_metadata_inc_archive
2016.   commerce_localized_store_migration_inc_archive
2017.   commerce_manager_ui_events_inc_archive
2018.   commerce_marketing_campaign_event_inc_archive
2019.   commerce_marketing_services_curl_inc_archive
2020.   commerce_marketing_services_inc_archive
2021.   commerce_marketplace_microsite_web_client_events_inc_archive
2022.   commerce_merchant_settings_actions_inc_archive
2023.   commerce_message_training_inc_archive
2024.   commerce_message_training_v2_inc_archive
2025.   commerce_model_discrepancy_monitor_inc_archive
2026.   commerce_mp_shipping_sig_candidates_inc_archive
2027.   commerce_mp_shop_sig_candidates_table_inc_archive
2028.   commerce_multilabel_training_bsg_groupmall_v1_inc_archive
2029.   commerce_multilabel_training_bsg_inc_archive
2030.   commerce_multilabel_training_bsg_v1_inc_archive
2031.   commerce_multilabel_training_ssfy_inc_archive
2032.   commerce_multilabel_training_v10_inc_archive
2033.   commerce_multilabel_training_v2_inc_archive
2034.   commerce_negative_events_training_data_raw_inc_archive
2035.   commerce_negative_events_training_inc_archive
2036.   commerce_nlp_service_inc_archive
2037.   commerce_offers_query_invocations_inc_archive

Highly Confidential – Attorneys' Eyes Only

2038. commerce_offline_ranking_inc_archive
2039. commerce_offline_value_model_data_inc_archive
2040. commerce_online_calibration_inc_archive
2041. commerce_pdp_fetch_failures_inc_archive
2042. commerce_platform_api_inc_archive
2043. commerce_platform_email_clickthrough_inc_archive
2044. commerce_platform_post_purchase_experience_inc_archive
2045. commerce_platform_tracking_number_validation_rate_inc_archive
2046. commerce_post_vpv_inc_archive
2047. commerce_privacy_policy_events_inc_archive
2048. commerce_privacy_policy_with_shadow_policies_events_inc_archive
2049. commerce_privacy_rules_inc_archive
2050. commerce_product_hide_training_data_inc_archive
2051. commerce_product_preference_training_data_inc_archive
2052. commerce_purchase_exp_inc_archive
2053. commerce_ranker_client_inc_archive
2054. commerce_ranker_features_inc_archive
2055. commerce_ranking_aggregator_cscan_inc_archive
2056. commerce_ranking_aggregator_request_inc_archive
2057. commerce_ranking_all_features_inc_archive
2058. commerce_ranking_client_shadow_inc_archive
2059. commerce_ranking_distilled_training_data_inc_archive
2060. commerce_ranking_events_dropped_inc_archive
2061. commerce_ranking_events_inc_archive
2062. commerce_ranking_events_mlp_inc_archive
2063. commerce_ranking_events_sessionized_inc_archive
2064. commerce_ranking_module_type_prediction_table_inc_archive
2065. commerce_ranking_products_shadow_inc_archive
2066. commerce_ranking_replay_test_2_inc_archive
2067. commerce_ranking_score_data_inc_archive
2068. commerce_ranking_sdf_adjuster_inc_archive
2069. commerce_ranking_traffic_log_inc_archive
2070. commerce_ranking_value_model_inc_archive
2071. commerce_rating_inc_archive
2072. commerce_related_item_results_inc_archive
2073. commerce_reporting_attempts_inc_archive
2074. commerce_reporting_exceptions_inc_archive
2075. commerce_reporting_failures_inc_archive
2076. commerce_reporting_handler_events_inc_archive
2077. commerce_reporting_perf_inc_archive
2078. commerce_rerank_model_inc_archive
2079. commerce_retrieval_filter_insights_inc_archive
2080. commerce_retrieved_products_inc_archive
2081. commerce_retrieved_products_search_source_inc_archive
2082. commerce_review_api_events_inc_archive
2083. commerce_review_client_action_events_inc_archive
2084. commerce_review_debug_events_inc_archive
2085. commerce_review_integrity_events_inc_archive
2086. commerce_review_reminder_events_inc_archive
2087. commerce_rnr_api_inc_archive
2088. commerce_search_query_v2_inc_archive

Highly Confidential – Attorneys' Eyes Only

2089. commerce_search_waterfall_inc_archive
2090. commerce_searchpr_feed_ranking_features_inc_archive
2091. commerce_searchpr_feed_ranking_features_v2_inc_archive
2092. commerce_seller_appeals_inc_archive
2093. commerce_seller_audience_inc_archive
2094. commerce_seller_experiments_inc_archive
2095. commerce_seq2slate_training_inc_archive
2096. commerce_sherlock_combined_embeddings_inc_archive
2097. commerce_sherlock_image_embeddings_inc_archive
2098. commerce_sherlock_predicted_category_score_inc_archive
2099. commerce_shipping_label_inc_archive
2100. commerce_shop_buyer_inc_archive
2101. commerce_shops_search_ebr_product_side_features_inc_archive
2102. commerce_showcase_click_training_inc_archive
2103. commerce_showcase_message_training_inc_archive
2104. commerce_sig_candidates_sync_inc_archive
2105. commerce_ssfy_click_training_inc_archive
2106. commerce_ssfy_message_training_inc_archive
2107. commerce_tab_product_autocategory_inc_archive
2108. commerce_targeting_inc_archive
2109. commerce_trust_platform_debug_events_inc_archive
2110. commerce_trust_platform_signal_events_inc_archive
2111. commerce_tum_prediction_hourly_trigger_inc_archive
2112. commerce_tum_training_v1_inc_archive
2113. commerce_tum_user_product_history_base64_inc_archive
2114. commerce_uhm_embedding_feature_rt_hive_inc_archive
2115. commerce_upsell_click_training_data_inc_archive
2116. commerce_upsell_hide_training_data_inc_archive
2117. commerce_upsell_hide_training_data_raw_inc_archive
2118. commerce_upsells_impressions_inc_archive
2119. commerce_user_embeddings_inc_archive
2120. commerce_user_profile_inc_archive
2121. commerce_vertical_rankings_inc_archive
2122. commercial_break_viewer_inc_archive
2123. commitment_error_inc_archive
2124. commitments_inc_archive
2125. common_ar_effect_search_inc_archive
2126. community_additional_profile_connection_actions_inc_archive
2127. community_additional_profile_migration_data_inc_archive
2128. community_additional_profile_user_migration_inc_archive
2129. community_awards_events_inc_archive
2130. community_chat_channel_conversions_inc_archive
2131. community_chat_cpi_events_inc_archive
2132. community_chats_notifications_inc_archive
2133. community_comment_signal_inc_archive
2134. community_commerce_inc_archive
2135. community_commerce_post_intent_detection_inc_archive
2136. community_commerce_privacy_policy_events_inc_archive
2137. community_commerce_shopper_actions_inc_archive
2138. community_explore_logging_inc_archive
2139. community_feed_backend_ranker_inc_archive

 Highly Confidential – Attorneys' Eyes Only

2140. community_help_server_events_inc_archive
2141. community_help_ux_interactions_inc_archive
2142. community_learning_classes_inc_archive
2143. community_limits_inc_archive
2144. community_manager_migration_inc_archive
2145. community_messaging_data_sync_inc_archive
2146. community_messaging_mi_events_inc_archive
2147. community_metrics_inc_archive
2148. community_moderator_actions_inc_archive
2149. community_presence_creation_events_inc_archive
2150. community_presence_delegate_group_onboarding_events_inc_archive
2151. community_promotion_qp_group_inc_archive
2152. community_qa_similar_questions_endpoint_inc_archive
2153. community_qna_user_activity_inc_archive
2154. community_reputation_voting_events_inc_archive
2155. community_shops_buyer_actions_inc_archive
2156. community_shops_seller_actions_inc_archive
2157. community_standards_ignore_messaging_screenshots_inc_archive
2158. community_standards_messaging_screenshots_inc_archive
2159. community_sustainability_actions_inc_archive
2160. community_sustainability_error_inc_archive
2161. community_sustainability_insights_actions_inc_archive
2162. community_sustainability_onboarding_actions_inc_archive
2163. community_sustainability_onboarding_error_inc_archive
2164. community_tab_exception_inc_archive
2165. community_tab_group_list_inc_archive
2166. community_tab_hide_post_event_inc_archive
2167. community_tab_pivot_framework_error_inc_archive
2168. community_tab_user_control_actions_inc_archive
2169. community_verticals_inc_archive
2170. community_view_actions_inc_archive
2171. community_waterfall_inc_archive
2172. comparison_fct_ssot_event_offsite_with_app_events_inc_archive
2173. compass_campaign_api_inc_archive
2174. compass_curated_content_validation_logger_inc_archive
2175. compass_curated_unit_intern_monitor_inc_archive
2176. compass_curated_unit_version_published_events_inc_archive
2177. compass_curation_content_source_inc_archive
2178. compass_curation_publication_events_inc_archive
2179. compass_easy_translation_api_inc_archive
2180. compass_editor_events_inc_archive
2181. compass_fbt_events_inc_archive
2182. compass_paywall_bypass_inc_archive
2183. compass_server_events_inc_archive
2184. compass_surface_events_inc_archive
2185. compass_surface_user_control_inc_archive
2186. compass_tagging_events_inc_archive
2187. compass_translation_requests_inc_archive
2188. compass_uip_backfill_inc_archive
2189. compassion_resources_events_inc_archive
2190. complete_view_video_instream_model_end_indicator_event_inc_archive

Highly Confidential – Attorneys' Eyes Only

2191.  complete_view_video_instream_model_end_indicator_event_without_ni_inc_archive
2192.  completed_payments_carriers_inc_archive
2193.  composer_block_client_events_inc_archive
2194.  composer_confirmation_dialog_event_inc_archive
2195.  composer_cross_posting_config_inc_archive
2196.  composer_debugger_inc_archive
2197.  composer_default_privacy_debug_inc_archive
2198.  composer_draft_retrieval_error_inc_archive
2199.  composer_events_inc_archive
2200.  composer_flytrap_session_ids_inc_archive
2201.  composer_life_event_activity_inc_archive
2202.  composer_media_upload_events_inc_archive
2203.  composer_music_post_consumption_inc_archive
2204.  composer_music_post_creation_inc_archive
2205.  composer_nt_picker_inc_archive
2206.  composer_perf_inc_archive
2207.  composer_post_actions_inc_archive
2208.  composer_publisher_bar_interactions_inc_archive
2209.  composer_sprouts_interactions_inc_archive
2210.  composer_tag_expansion_inc_archive
2211.  composer_tagging_events_inc_archive
2212.  composer_typing_perf_inc_archive
2213.  compressed_adcandidate_features_inc_archive
2214.  compressed_adfinder_ctr_mbl_feed_features_inc_archive
2215.  compressed_adfinder_inline_cvr_features_inc_archive
2216.  compressed_adfinder_oc_sl_features_inc_archive
2217.  compressed_adpublisher_ads_container_selection_inc_archive
2218.  compressed_async_adfinder_features_for_multistage_ranking_inc_archive
2219.  compressed_async_adfinder_more_features_for_multistage_ranking_inc_archive
2220.  compressed_async_adindexer_mai_features_for_multistage_ranking_inc_archive
2221.  compressed_instagram_model_features_inc_archive
2222.  compressed_precompute_async_adfinder_features_inc_archive
2223.  compressed_prospector_features_inc_archive
2224.  compressed_rank_all_creatives_features_inc_archive
2225.  compressed_recall_opt_features_inc_archive
2226.  compressed_recall_opt_features_ranking_modeling_inc_archive
2227.  compromised_accounts_challenges_inc_archive
2228.  compromised_accounts_labelling_request_event_inc_archive
2229.  compromised_accounts_trusted_and_tenured_inc_archive
2230.  compromised_checkpoint_clear_inc_archive
2231.  compromised_credential_matches_inc_archive
2232.  conf_si_inc_archive
2233.  configured_assoc_deletion_inc_archive
2234.  configured_field_deletion_inc_archive
2235.  confirmation_exceptions_inc_archive
2236.  connected_commerce_more_products_module_inc_archive
2237.  connected_tv_inc_archive
2238.  connection_deprecation_logger_inc_archive
2239.  connection_error_view_inc_archive
2240.  consent_flow_interactions_fb_inc_archive
2241.  consentify_front_end_inc_archive

Highly Confidential – Attorneys' Eyes Only

2242. consentify_mutation_inc_archive
2243. consentify_privacy_check_inc_archive
2244. consideration_signals_admin_feedback_inc_archive
2245. considered_sub_ad_feature_dataset_inc_archive
2246. consolidated_oe_oc_optimized_or_tracked_all_pages_1d_corrected_inc_archive
2247. consolidated_oe_oc_optimized_or_tracked_all_pages_1d_corrected_sl_inc_archive
2248. consolidated_oe_oc_optimized_or_tracked_all_pages_1d_corrected_with_oba_inc_archive
2249. consolidated_oe_oc_optimized_or_tracked_with_more_conv_types_1d_inc_archive
2250. consolidated_offsite_cvr_7d_optimized_and_tracked_label_ba_feature_only_inc_archive
2251. consolidated_offsite_cvr_7d_optimized_and_tracked_label_inc_archive
2252. constituent_title_inc_archive
2253. consumer_ads_identity_page_inc_archive
2254. consumer_connectivity_notification_state_base2
2255. contact_change_inc_archive
2256. contact_form_exceptions_inc_archive
2257. contact_form_inc_archive
2258. contact_graph_coefficient_generated_candidates_inc_archive
2259. contact_graph_events_dev_inc_archive
2260. contact_graph_events_inc_archive
2261. contact_importer_matched_inc_archive
2262. contact_importer_sigma_requests_inc_archive
2263. contact_point_acquisition_auto_conf_inc_archive
2264. contact_point_acquisition_inc_archive
2265. contact_point_update_inc_archive
2266. contact_preferences_changes_inc_archive
2267. contact_upload_address_book_migration_inc_archive
2268. contact_upload_cache_inc_archive
2269. contact_upload_ccu_setting_check_inc_archive
2270. contact_upload_check_term_accepted_in_reg_enabled_inc_archive
2271. contact_upload_device_id_in_session_inc_archive
2272. contact_upload_entry_event_inc_archive
2273. contact_upload_exceptions_inc_archive
2274. contact_upload_pymk_output_inc_archive
2275. contact_upload_setting_exceptions_inc_archive
2276. contact_upload_traffic_inc_archive
2277. contactpoint_claiming_inc_archive
2278. contactpoint_debug_inc_archive
2279. contactpoint_education_interstitial_table_inc_archive
2280. contactpoint_ent_access_inc_archive
2281. contactpoint_event_inc_archive
2282. contactpoint_giver_eventual_state_inc_archive
2283. contactpoint_login_inc_archive
2284. contactpoint_source_added_inc_archive
2285. contactpoint_source_event_inc_archive
2286. contactpoints_from_importer_generator_inc_archive
2287. contacts_batch_action_device_import_inc_archive
2288. contacts_query_wrapper_inc_archive
2289. contacts_state_machine_event_inc_archive
2290. contacts_storage_inc_archive
2291. contacts_upload_failed_inc_archive
2292. content_access_and_control_exceptions_inc_archive

Highly Confidential – Attorneys' Eyes Only

2293.  content_access_and_control_inc_archive
2294.  content_actions_filtered_inc_archive
2295.  content_actions_for_tailer_inc_archive
2296.  content_actions_latest_public_posts_inc_archive
2297.  content_actions_link_creation_inc_archive
2298.  content_actions_public_posts_inc_archive
2299.  content_actions_v2_inc_archive
2300.  content_annotator2_inc_archive
2301.  content_annotator_observer_events_inc_archive
2302.  content_discovery_client_events_inc_archive
2303.  content_manager_events_inc_archive
2304.  content_privacy_changes_inc_archive
2305.  content_production_unsessionized_inc_archive
2306.  content_search_inc_archive
2307.  content_targeter_inc_archive
2308.  content_targeter_timing_inc_archive
2309.  contextual_actor_debugging_inc_archive
2310.  contextual_config_context_inc_archive
2311.  contextual_config_server_inc_archive
2312.  contextual_info_monitoring_inc_archive
2313.  continuous_contact_sync_fired_inc_archive
2314.  continuous_contact_upload_error_inc_archive
2315.  continuous_contact_upload_event_inc_archive
2316.  continuous_contact_upload_events_inc_archive
2317.  continuous_sync_setting_inc_archive
2318.  contract_activity_inc_archive
2319.  contract_debug_inc_archive
2320.  contribution_board_pipeline_inc_archive
2321.  control_panel_aqp_bidding_inc_archive
2322.  control_panel_events_inc_archive
2323.  control_panel_user_content_source_preference_fbtype_45827_base2
2324.  controller_credential_accesses_inc_archive
2325.  controller_message_accesses_inc_archive
2326.  conversation_guide_comment_observer_inc_archive
2327.  conversation_guide_gif_usage_events_inc_archive
2328.  conversation_guide_giphy_analytics_inc_archive
2329.  conversation_guide_giphy_api_health_inc_archive
2330.  conversation_guide_reliability_inc_archive
2331.  conversation_guide_ui_events_inc_archive
2332.  conversion_debug_inc_archive
2333.  conversion_domain_mutation_inc_archive
2334.  convey_value_content_click_predictor_loop_examples_inc_archive
2335.  convey_value_qp_logging_inc_archive
2336.  cookbook_inc_archive
2337.  cookie_consent_event_inc_archive
2338.  cookie_tracking_consent_event_inc_archive
2339.  coplay_events_inc_archive
2340.  copyright_clearance_inc_archive
2341.  copyright_experiments_inc_archive
2342.  copyright_match_lifecycle_inc_archive
2343.  copyright_metrics_inc_archive

          Highly Confidential – Attorneys' Eyes Only

2344. copyright_policy_dry_run_inc_archive
2345. copyright_policy_eval_inc_archive
2346. copyright_reference_match_inc_archive
2347. copyright_takedown_report_inc_archive
2348. core_app_avatars_inc_archive
2349. core_app_avatars_sticker_inc_archive
2350. core_app_avatars_trace_inc_archive
2351. core_biz_growth_fanning_general_inc_archive
2352. core_graph_dry_run_inc_archive
2353. core_graph_folder_inc_archive
2354. core_graph_folder_restricted_inc_archive
2355. core_graph_l1_folder_inc_archive
2356. core_viz_percent_slow_inc_archive
2357. core_viz_session_actions_inc_archive
2358. core_viz_session_inc_archive
2359. coronavirus_community_help_post_features_inc_archive
2360. corpsec_intern_duo_admin_logs_inc_archive
2361. correct_the_record_logger_inc_archive
2362. cosmos_deletion_inc_archive
2363. cosmos_search_dev_inc_archive
2364. cosmos_search_error_logs_inc_archive
2365. cosmos_search_inc_archive
2366. cosmos_taxonomy_ui_logs_inc_archive
2367. cost_shadow_experiments_inc_archive
2368. coupon_ad_setting_details_inc_archive
2369. coupon_event_inc_archive
2370. covid19survey_anonymized_users_before_redirect_inc_archive
2371. covid19survey_anonymized_users_inc_archive
2372. covid_curation_unit_events_inc_archive
2373. covid_health_authorities_metadata_inc_archive
2374. covisitation_group_visits_inc_archive
2375. cowatch_retrieval_candidates_inc_archive
2376. cowatch_session_inc_archive
2377. cpas_ad_account_info_inc_archive
2378. cpas_adconv_attribution_offsite_inc_archive
2379. cpas_ads_manager_logging_inc_archive
2380. cpas_advertiser_discovery_inc_archive
2381. cpas_business_manager_inc_archive
2382. cpas_catalog_diagnostics_usage_inc_archive
2383. cpas_lead_events_inc_archive
2384. cpas_merchant_compliance_core_inc_archive
2385. cpas_merchant_onboarding_inc_archive
2386. cpas_producer_hub_inc_archive
2387. cpas_producer_onboarding_inc_archive
2388. cpas_producer_reachout_data_inc_archive
2389. cpas_producer_report_inc_archive
2390. cpas_real_time_ad_metrics_inc_archive
2391. cpas_retailer_directory_inc_archive
2392. cpas_syncing_observer_logs_inc_archive
2393. cpas_unified_degraded_services_inc_archive
2394. cpas_unified_tos_status_inc_archive

          Highly Confidential – Attorneys' Eyes Only

2395. cpas_url_tags_usage_inc_archive
2396. cpi_breakglass_logger_inc_archive
2397. cpx_channel_tab_inc_archive
2398. cpx_self_certification_inc_archive
2399. cpx_video_debug_event_inc_archive
2400. crawler_internal_share_missing_preview_inc_archive
2401. create_live_broadcast_ui_waterfall_inc_archive
2402. creation_fblite_harrison_menu_composer_inc_archive
2403. creation_ml_precreation_inc_archive
2404. creation_mobile_inc_archive
2405. creative_call_to_action_fields_inc_archive
2406. creative_link_data_post_processing_inc_archive
2407. creator_and_media_support_portal_inc_archive
2408. creator_incentives_inc_archive
2409. creator_monetization_eligibility_widget_inc_archive
2410. creator_monetization_onboarding_inc_archive
2411. creator_monetization_overview_tool_perf_logger_inc_archive
2412. creator_monetization_product_status_inc_archive
2413. creator_monetization_reachout_unified_inc_archive
2414. creator_monetization_tips_inc_archive
2415. creator_studio_insights_distribution_score_research_inc_archive
2416. creator_studio_insights_research_inc_archive
2417. creator_studio_insights_surface_loaded_inc_archive
2418. creator_support_inc_archive
2419. creator_tools_monetization_event_inc_archive
2420. creator_transparency_framework_inc_archive
2421. creators_moments_inc_archive
2422. creators_to_follow_inc_archive
2423. credible_threat_escalation_event_inc_archive
2424. credit_auto_increase_inc_archive
2425. credit_partition_flow_inc_archive
2426. crf_dataloader_drop_event_inc_archive
2427. crisis_exceptions_inc_archive
2428. crisis_system_inc_archive
2429. crisis_tool_inc_archive
2430. crm_agent_chat_ci_inc_archive
2431. crm_alacorn_cosmos_search_inc_archive
2432. crm_automation_events_inc_archive
2433. crm_commission_inc_archive
2434. crm_confirmation_page_scenario_inc_archive
2435. crm_contact_creation_inc_archive
2436. crm_controller_exceptions_inc_archive
2437. crm_crud_loggings_inc_archive
2438. crm_destination_events_inc_archive
2439. crm_entity_merges_inc_archive
2440. crm_error_logs_inc_archive
2441. crm_events_dev_inc_archive
2442. crm_events_inc_archive
2443. crm_hit_list_interaction_mutation_inc_archive
2444. crm_hit_list_lead_fetcher_inc_archive
2445. crm_hit_list_lead_unified_filter_inc_archive

    Highly Confidential – Attorneys' Eyes Only

2446. crm_javascript_exceptions_dev_inc_archive
2447. crm_javascript_exceptions_inc_archive
2448. crm_me_bm_scenario_inc_archive
2449. crm_me_live_call_demand_control_inc_archive
2450. crm_me_live_call_stats_inc_archive
2451. crm_me_scheduled_call_form_submission_inc_archive
2452. crm_nlp_crud_loggings_inc_archive
2453. crm_notification_clicks_inc_archive
2454. crm_notification_engine_inc_archive
2455. crm_office365_email_inc_archive
2456. crm_organization_mutations_inc_archive
2457. crm_page_stats_inc_archive
2458. crm_pw_feedback_loop_inc_archive
2459. crm_redaction_inc_archive
2460. crm_relay_route_stats_inc_archive
2461. crm_sbg_helper_events_inc_archive
2462. crm_search_inc_archive
2463. crm_twilio_call_inc_archive
2464. crm_webapp_error_boundary_exceptions_dev_inc_archive
2465. crm_webapp_error_boundary_exceptions_inc_archive
2466. crmme_schedule_call_delay_inc_archive
2467. cross_device_login_inc_archive
2468. cross_group_feed_error_inc_archive
2469. cross_group_feed_post_filter_inc_archive
2470. cross_group_feed_unconnected_content_inc_archive
2471. cross_group_feed_waterfall_inc_archive
2472. cross_platform_dedup_inc_archive
2473. crossposting_settings_info_inc_archive
2474. crow_ad_account_settings_mutations_inc_archive
2475. crow_catalog_product_review_actions_inc_archive
2476. crow_reviews_deletion_inc_archive
2477. crowdsourcing_feed_questions_funnel_inc_archive
2478. crowdsourcing_graph_editor_waterfall_inc_archive
2479. crowdsourcing_logging_inc_archive
2480. crowdsourcing_notification_inc_archive
2481. crowdsourcing_qrml_score_inc_archive
2482. crowdsourcing_question_filter_toggle_inc_archive
2483. crowdsourcing_ranker_inc_archive
2484. crowdsourcing_session_inc_archive
2485. crowdsourcing_user_inc_archive
2486. crypto_auth_token_debug_inc_archive
2487. crypto_service_catapult_inc_archive
2488. cs_unified_support_events_inc_archive
2489. csm_instream_ads_auto_insertion_inc_archive
2490. csom_partner_banner_inc_archive
2491. csrf_datr_binding_enforcement_inc_archive
2492. csrf_error_inc_archive
2493. csrf_protection_on_async_get_requests_inc_archive
2494. cst_ent_user_approval_flow_base2
2495. ctc_ad_format_logs_inc_archive
2496. ctc_native_call_events_inc_archive

2497. ctc_post_imp_for_call_optimization_goal_mf_inc_archive
2498. ctc_post_lc_for_call_optimization_goal_mf_inc_archive
2499. ctc_post_lc_for_lc_optimization_goal_mf_inc_archive
2500. ctm_ad_thread_events_inc_archive
2501. ctm_feed_page_presence_inc_archive
2502. ctm_leadgen_plus_reply_1d_model_inc_archive
2503. ctm_leadgen_plus_reply_3h_model_inc_archive
2504. ctm_multi_photo_carousel_inc_archive
2505. ctm_p2b_onsite_events_inc_archive
2506. ctm_product_delivery_inc_archive
2507. ctr_channel_watch_data_only_model_inc_archive
2508. ctr_fb_business_explore_inc_archive
2509. ctr_feed_opt_out_10ds_no_pos_cap_test_inc_archive
2510. ctr_feed_opt_out_lcc_remove_recall_20_neg_ds_no_pos_ds_inc_archive
2511. ctr_feed_opt_out_lcc_remove_recall_clustered_20_consolidated_inc_archive
2512. ctr_feed_opt_out_lcc_remove_recall_clustered_20_neg_ds_no_pos_ds_90min_inc_archive
2513. ctr_feed_opt_out_lcc_remove_recall_clustered_20_neg_ds_no_pos_ds_dedup_inc_archive
2514. ctr_feed_opt_out_lcc_remove_recall_clustered_20_neg_ds_no_pos_ds_inc_archive
2515. ctr_feed_opt_out_lcc_remove_recall_clustered_30_consolidated_inc_archive
2516. ctr_feed_opt_out_remove_recall_clustered_20_neg_ds_no_pos_ds_inc_archive
2517. ctr_for_join_fb_story_ads_model_inc_archive
2518. ctr_for_join_fb_vc_ads_model_inc_archive
2519. ctr_instagram_travel_click_only_model_opt_out_df_inc_archive
2520. ctr_instant_articles_model_inc_archive
2521. ctr_marketplace_augmented_with_mobile_feed_traffic_inc_archive
2522. ctr_marketplace_model_v1_opt_out_inc_archive
2523. ctr_marketplace_model_with_desktop_traffic_inc_archive
2524. ctr_mbl_channel_af_cd_async_ai_cd_20_neg_ds_inc_archive
2525. ctr_mbl_channel_ai_cd_async_20_neg_ds_inc_archive
2526. ctr_mbl_feed_model_af_cd_async_ai_cd_20_neg_ds_consolidated_inc_archive
2527. ctr_mbl_feed_model_af_cd_async_ai_cd_20_neg_ds_inc_archive
2528. ctr_mbl_feed_model_af_cd_async_ai_cd_20_neg_ds_md_inc_archive
2529. ctr_mbl_feed_model_af_cd_async_ai_cd_20_neg_ds_with_an_inc_archive
2530. ctr_mbl_feed_model_af_cd_async_ai_cd_inc_archive
2531. ctr_mbl_feed_model_af_cd_async_ai_cd_md_inc_archive
2532. ctr_mbl_feed_model_opt_out_ba_e2e_test_inc_archive
2533. ctr_mbl_feed_model_opt_out_clustered_adcreative_text_liquidity_body_inc_archive
2534. ctr_mbl_feed_model_opt_out_clustered_adcreative_text_liquidity_des_inc_archive
2535. ctr_mbl_feed_model_opt_out_clustered_adcreative_text_liquidity_title_inc_archive
2536. ctr_mbl_feed_model_opt_out_clustered_adcreative_thumbnail_inc_archive
2537. ctr_mbl_feed_model_opt_out_en_us_inc_archive
2538. ctr_mbl_feed_model_opt_out_inc_archive
2539. ctr_mbl_feed_model_opt_out_lcc4_remove_recall_20_downsample_inc_archive
2540. ctr_mbl_feed_model_opt_out_lcc4_remove_recall_clustered_20_downsample_inc_archive
2541. ctr_mbl_feed_model_opt_out_lcc4_remove_recall_clustered_30_downsample_inc_archive
2542. ctr_mbl_feed_model_opt_out_mobile_app_install_all_pagetype_inc_archive
2543. ctr_mbl_feed_model_opt_out_remove_recall_clustered_20_downsample_inc_archive
2544. ctr_mbl_feed_nanoshard_test_inc_archive
2545. ctr_messenger_inbox_ads_transfer_learning_mtml_adunit_inc_archive
2546. ctr_messenger_inbox_model_inc_archive
2547. ctr_messenger_inbox_post_imp_adunit_click_inc_archive

Highly Confidential – Attorneys' Eyes Only

2548. ctr_messenger_story_model_msgr_data_inc_archive
2549. ctr_mobile_external_model_v2_opt_out_inc_archive
2550. ctr_model_v2_opt_out_inc_archive
2551. ctr_placement_agnostic_ai_cd_all_pos_page_type_sampled_model_inc_archive
2552. ctr_placement_agnostic_all_pos_model_ba_feature_only_inc_archive
2553. ctr_placement_agnostic_all_pos_model_inc_archive
2554. ctr_placement_agnostic_all_pos_page_type_sampled_model_5_minutes_cd_data_inc_archive
2555. ctr_placement_agnostic_all_pos_page_type_sampled_model_5min_inc_archive
2556. ctr_placement_agnostic_all_pos_page_type_sampled_model_inc_archive
2557. ctr_placement_agnostic_model_inc_archive
2558. ctr_placement_agnostic_sampled_all_pos_model_inc_archive
2559. ctr_reels_ads_model_fb_reels_inc_archive
2560. ctr_reels_ads_model_fb_reels_story_inc_archive
2561. ctr_reels_ads_model_fb_reels_story_watch_channel_ig_reels_inc_archive
2562. ctr_reels_ads_model_fb_reels_story_watch_channel_inc_archive
2563. ctr_search_ads_model_inc_archive
2564. ctr_story_ads_model_fb_story_inc_archive
2565. ctr_story_ads_model_opt_out_clustered_inc_archive
2566. ctr_story_ads_model_opt_out_clustered_wo_position_inc_archive
2567. ctr_web_feed_model_opt_out_inc_archive
2568. cts_seller_notif_framework_inc_archive
2569. cu_bot_results_inc_archive
2570. cu_proactive_event_inc_archive
2571. cu_user_context_inc_archive
2572. curation_targeting_backend_inc_archive
2573. curl_crawler_content_inc_archive
2574. curl_crawler_content_inc_archive
2575. custom_ads_platform_request_level_logging_inc_archive
2576. custom_audience_backfill_jobs_inc_archive
2577. custom_audience_pii_match_keys_inc_archive
2578. custom_audience_reach_estimate_loggings_inc_archive
2579. custom_audience_recipient_ad_accounts_inc_archive
2580. custom_audience_user_upload_inc_archive
2581. custom_audiences_offline_offsite_inc_archive
2582. custom_audiences_offline_onsite_inc_archive
2583. custom_audiences_optout_inc_archive
2584. custom_audio_asset_inc_archive
2585. custom_converison_api_event_inc_archive
2586. custom_conversion_detach_inc_archive
2587. custom_feed_waterfall_employee_inc_archive
2588. custom_feed_waterfall_inc_archive
2589. custom_learning_path_inc_archive
2590. custom_sticker_inc_archive
2591. customer_care_agent_actions_inc_archive
2592. customer_care_bulk_edit_inc_archive
2593. customer_care_search_executions_inc_archive
2594. customer_journey_events_inc_archive
2595. customer_journey_self_serve_audience_inc_archive
2596. customer_journey_split_inc_archive
2597. customer_journey_stage_transition_inc_archive
2598. customer_journey_stuck_user_inc_archive

     Highly Confidential – Attorneys' Eyes Only

2599. customer_list_realtime_updates_v2_inc_archive
2600. cva_access_inc_archive
2601. cvarc_abusive_entities_inc_archive
2602. cvc_v3_debugging_inc_archive
2603. cvc_v3_fraud_tracker_inc_archive
2604. cvc_v3_http_event_inc_archive
2605. cvc_v3_live_count_actions_inc_archive
2606. cvc_v3_memcache_inc_archive
2607. cvc_v3_poll_actions_inc_archive
2608. cvi_image_context_backend_infra_inc_archive
2609. cvi_image_context_backend_infra_inc_archive
2610. cvi_image_context_cluster_oldest_image_updater_inc_archive
2611. cvi_ipoc_io_recidivist_candidates_only_inc_archive
2612. cvr_mbl_feed_model_opt_out_clustered_adcreative_thumbnail_inc_archive
2613. cvr_mobile_external_leftover_opt_out_df_inc_archive
2614. cvr_mobile_external_npa_maia_mtml_inc_archive
2615. cvr_mobile_external_offsite_with_multi_id_2h_inc_archive
2616. cvr_mobile_external_offsite_with_multi_id_inc_archive
2617. cvr_position_discount_prediction_logger_inc_archive
2618. cxp_fb_sourced_creation_inc_archive
2619. cymk_cache_fetching_inc_archive
2620. cymk_cache_invalidation_inc_archive
2621. cymk_impression_inc_archive
2622. cymk_suggestion_inc_archive
2623. cyr_logging_inc_archive
2624. da_format_optimization_test_impression_inc_archive
2625. da_product_unloadable_exceptions_inc_archive
2626. daa_partner_integration_inc_archive
2627. dac_laser_read_api_inc_archive
2628. daily_active_users_raw_inc_archive
2629. dapl_async_tier_jobs_inc_archive
2630. dapl_cdmembership_output_inc_archive
2631. dapl_cdmembership_output_onsite_inc_archive
2632. dapl_event_keys_offsite_inc_archive
2633. dapl_event_keys_onsite_inc_archive
2634. dapl_waist_request_logging_inc_archive
2635. dark_mode_setting_base2
2636. dark_test_new_typeahead_api_v2_inc_archive
2637. darwin_rtc_test_results_inc_archive
2638. dash_manifest_debug_inc_archive
2639. dash_mpd_curl_inc_archive
2640. dash_mpd_gen_inc_archive
2641. dashboard_perf_inc_archive
2642. dat_events_inc_archive
2643. data_access_available_access_justifications_queries_inc_archive
2644. data_access_expiration_dark_launch_inc_archive
2645. data_access_expiration_verification_inc_archive
2646. data_delivery_tracker_actions_inc_archive
2647. data_delivery_tracker_operations_inc_archive
2648. data_delivery_tracker_user_action_inc_archive
2649. data_discovery_collections_recommendations_inc_archive

 Highly Confidential – Attorneys' Eyes Only

2650. data_for_good_inc_archive
2651. data_for_good_partner_portal_inc_archive
2652. data_forwarder_output_feature_logging_inc_archive
2653. data_from_convo_events_dev_inc_archive
2654. data_from_convo_events_inc_archive
2655. data_graph_requests_inc_archive
2656. data_news_logger_inc_archive
2657. data_repo_events_inc_archive
2658. data_transfer_project_www_inc_archive
2659. data_use_consent_writes_inc_archive
2660. dataops_ent_history_inc_archive
2661. dataswarm_dashboard_events_inc_archive
2662. dating_alacorn_shadow_traffic_inc_archive
2663. dating_events_examples_inc_archive
2664. dating_external_events_inc_archive
2665. dating_inactive_user_notif_inc_archive
2666. dating_integrity_actions_inc_archive
2667. dating_offline_ranking_insights_inc_archive
2668. dating_ranking_events_inc_archive
2669. dating_ranking_feature_logging_inc_archive
2670. dating_semi_organic_engagement_notif_inc_archive
2671. datr_cross_product_inc_archive
2672. datr_login_dark_mode_inc_archive
2673. dawkins_inc_archive
2674. dbl_downgrading_debug_inc_archive
2675. dbl_nonce_update_exceptions_inc_archive
2676. dco_autogen_video_log_inc_archive
2677. dco_comment_moderation_inc_archive
2678. dco_dof_video_thumbnail_source_inc_archive
2679. dco_internal_adgroup_creation_result_inc_archive
2680. dco_internal_log_inc_archive
2681. dco_rendering_inc_archive
2682. dcp_fbcp_graph_ql_inc_archive
2683. dcp_on_device_fl_graph_ql_features_inc_archive
2684. dcp_raw_prediction_score_inc_archive
2685. dcu_sim_post_tagging_results_hive_inc_archive
2686. dcu_simpost_embeddings_results_hive_inc_archive
2687. ddex_debugger_inc_archive
2688. ddex_document_inc_archive
2689. ddt_scheduled_exceptions_inc_archive
2690. de_identification_deletion_system_actions_inc_archive
2691. deactivate_inc_archive
2692. deactivate_keep_messenger_opt_in_logger_inc_archive
2693. deal_ad_ai_waterfall_inc_archive
2694. deal_desk_inc_archive
2695. debiaser_post_click_oe_oc_1d_holdout_inc_archive
2696. debiaser_post_click_oe_oc_1d_optout_inc_archive
2697. dec_edge_ids_inc_archive
2698. dec_prediction_score_inc_archive
2699. deceased_pymk_inc_archive
2700. deck_of_advertisers_inc_archive

    Highly Confidential – Attorneys' Eyes Only

2701.  deep_deletion_cxp_events_inc_archive
2702.  deep_search_extension_inc_archive
2703.  deferred_feedback_experience_inc_archive
2704.  delayed_publishing_inc_archive
2705.  delete_blocked_content_inc_archive
2706.  delete_marketplace_thread_clear_hacked_lock_inc_archive
2707.  deleted_resource_handle_uri_inc_archive
2708.  deletion_request_history_inc_archive
2709.  delivery_north_star_events_inc_archive
2710.  deliveryprediction_grid_inc_archive
2711.  deliveryprediction_impressions_inc_archive
2712.  delta_autolabelled_login_features_inc_archive
2713.  delta_checkpoint_exp_inc_archive
2714.  delta_contact_point_changes_2_inc_archive
2715.  delta_forced_fetch_logs_inc_archive
2716.  delta_non_persisted_payload_size_inc_archive
2717.  delta_observer_queue_size_inc_archive
2718.  delta_templar_challenge_inc_archive
2719.  delta_unvetted_logins_inc_archive
2720.  delta_vetted_logins_inc_archive
2721.  delta_vetting_events_inc_archive
2722.  deltoid3_metric_centric_inc_archive
2723.  deltoid3_metric_manage_inc_archive
2724.  deltoid3_usage_inc_archive
2725.  demand_logging_bi_violation_types_inc_archive
2726.  deny_comment_debugger_inc_archive
2727.  deny_if_viewer_cannot_see_post_not_in_success_state_rule_inc_archive
2728.  depa_missing_edges_in_data_graph_inc_archive
2729.  depa_missing_nodes_in_data_graph_inc_archive
2730.  depa_requests_in_www_inc_archive
2731.  designer_diff_review_actions_inc_archive
2732.  desktop_video_chat_downloads_inc_archive
2733.  detection_system_prod_stg_inc_archive
2734.  dev_community_forum_notification_inc_archive
2735.  dev_community_forum_question_assignment_inc_archive
2736.  devc_site_interactions_inc_archive
2737.  developer_all_apps_page_inc_archive
2738.  developer_app_activity_inc_archive
2739.  developer_app_categorization_escape_hatch_feedback_inc_archive
2740.  developer_app_categorization_inc_archive
2741.  developer_app_quick_start_flow_inc_archive
2742.  developer_app_restriction_inc_archive
2743.  developer_app_role_inc_archive
2744.  developer_application_alert_inc_archive
2745.  developer_bug_create_flow_inc_archive
2746.  developer_bulk_self_certification_inc_archive
2747.  developer_capability_request_inc_archive
2748.  developer_center_ui_events_inc_archive
2749.  developer_communications_inc_archive
2750.  developer_communications_platform_v2_inc_archive
2751.  developer_community_activity_inc_archive

          Highly Confidential – Attorneys' Eyes Only

2752. developer_community_subscription_ent_history_inc_archive
2753. developer_events_inc_archive
2754. developer_faq_logs_inc_archive
2755. developer_followup_response_inc_archive
2756. developer_google_play_credentials_inc_archive
2757. developer_individual_verification_inc_archive
2758. developer_marketing_events_inc_archive
2759. developer_piper_inc_archive
2760. developer_piper_inc_archive
2761. developer_platform_app_and_business_edge_policy_error_inc_archive
2762. developer_platform_app_settings_basic_inc_archive
2763. developer_platform_app_settings_changes_inc_archive
2764. developer_platform_ftc_enforcement_app_journey_inc_archive
2765. developer_platform_governance_app_can_access_ci_inc_archive
2766. developer_platform_governance_app_delete_restore_inc_archive
2767. developer_platform_governance_app_devmode_inc_archive
2768. developer_platform_governance_app_enforcement_record_inc_archive
2769. developer_platform_governance_app_enforcement_record_unittest_inc_archive
2770. developer_platform_governance_app_frozen_reasons_debug_inc_archive
2771. developer_platform_governance_app_frozen_reasons_debug_unittest_inc_archive
2772. developer_platform_governance_app_frozen_reasons_inc_archive
2773. developer_platform_governance_app_platform_category_inc_archive
2774. developer_platform_governance_app_platform_category_unittest_inc_archive
2775. developer_platform_governance_appcreate_inc_archive
2776. developer_platform_governance_devonboard_inc_archive
2777. developer_platform_state_machines_history_inc_archive
2778. developer_product_adoption_inc_archive
2779. developer_public_profile_hit_inc_archive
2780. developer_registration_flow_inc_archive
2781. developer_registration_flow_unittest_inc_archive
2782. developer_self_certification_feedback_inc_archive
2783. developer_self_certification_inc_archive
2784. developer_signed_terms_inc_archive
2785. developer_site_app_test_accounts_inc_archive
2786. developer_support_funnel_interactions_inc_archive
2787. developer_support_home_interactions_inc_archive
2788. developer_support_home_survey_inc_archive
2789. developer_surface_tracker_inc_archive
2790. developer_surveys_inc_archive
2791. developer_tools_page_interactions_inc_archive
2792. developer_unregister_inc_archive
2793. developer_verification_events_inc_archive
2794. device_based_login_marauder_inc_archive
2795. device_based_login_nonce_error_inc_archive
2796. device_based_login_v2_marauder_inc_archive
2797. device_block_enforcement_inc_archive
2798. device_data_comparison_inc_archive
2799. device_detection_msite_display_params_inc_archive
2800. device_environment_status_inc_archive
2801. device_graph_msite_ip_inc_archive
2802. device_id_api_usl_inc_archive

 Highly Confidential – Attorneys' Eyes Only

2803.   device_info_event_details_inc_archive
2804.   device_info_events_inc_archive
2805.   device_info_identifier_match_inc_archive
2806.   device_info_qp_external_inc_archive
2807.   device_read_api_inc_archive
2808.   device_read_api_request_tracking_inc_archive
2809.   device_registry_insights_inc_archive
2810.   device_registry_update_requests_inc_archive
2811.   device_signals_bluetooth_debug_inc_archive
2812.   device_signals_bluetooth_inc_archive
2813.   device_signals_clvisit_debug_inc_archive
2814.   device_signals_clvisit_inc_archive
2815.   device_signals_deanonymization_inc_archive
2816.   device_signals_fingerprint_start_inc_archive
2817.   device_signals_fingerprint_stop_inc_archive
2818.   device_signals_location_debug_inc_archive
2819.   device_signals_location_inc_archive
2820.   device_signals_sensors_inc_archive
2821.   device_signals_wifi_active_scans_inc_archive
2822.   device_signals_wifi_debug_inc_archive
2823.   device_status_mobile_inc_archive
2824.   device_user_assoc_update_inc_archive
2825.   device_user_for_fa_raw_inc_archive
2826.   devops_srt_scheduled_requeue_inc_archive
2827.   devserver_allocator_event_inc_archive
2828.   devsite_doc_changes_feed_inc_archive
2829.   devsite_doc_translation_inc_archive
2830.   devsite_external_task_similarity_inc_archive
2831.   devsite_interactions_inc_archive
2832.   devsite_landing_page_logs_inc_archive
2833.   devsite_samplecodeprovider_misses_inc_archive
2834.   devsite_search_query_inc_archive
2835.   devsite_search_selection_inc_archive
2836.   devsite_self_service_app_recovery_inc_archive
2837.   devsupport_information_card_inc_archive
2838.   df_tuf_test_deleted_data_inc_archive
2839.   dialtone_facebook_inc_archive
2840.   dialtone_m_toggle_mode_inc_archive
2841.   dialtone_quota_capping_inc_archive
2842.   digest_email_notif_delivery_inc_archive
2843.   digital_circular_waterfall_inc_archive
2844.   digital_content_payment_events_inc_archive
2845.   digital_content_wallet_events_inc_archive
2846.   digital_product_inc_archive
2847.   digital_rights_support_case_inc_archive
2848.   digital_store_object_url_debug_inc_archive
2849.   digital_transformation_portal_events_inc_archive
2850.   dim_ace_enforcement_ban_events_base2
2851.   dim_ace_enforcement_notification_events_base2
2852.   dim_ace_survey_response_base2
2853.   dim_ad_campaign_activity_base2

2854. dim_ad_campaign_group_activity_base2
2855. dim_ad_custom_metrics_base2
2856. dim_ad_draft_tao_v2_base2
2857. dim_ad_network_bundle_appeal_base2
2858. dim_ad_network_payout_model_base2
2859. dim_ad_proposal_base2
2860. dim_adbreak_page_custom_messages_base2
2861. dim_admarket_user_profile_delta_inc_archive
2862. dim_adnetwork_publisher_base2
2863. dim_adrule_base2
2864. dim_ads_amm_accept_tos_base2
2865. dim_ads_conversion_base2
2866. dim_ads_conversion_hourly_base2
2867. dim_ads_conversion_proxy_base2
2868. dim_ads_pixel_base2
2869. dim_ads_pixel_proxy_base2
2870. dim_ads_pixel_terms_of_service_base2
2871. dim_ads_report_builder_saved_report_ent_base2
2872. dim_ads_sampled_locations_base2
2873. dim_ads_sampled_locations_unfiltered_base2
2874. dim_ads_user_settings_base2
2875. dim_all_created_additional_profile_plus_base2
2876. dim_all_event_reviews_scrape_base2
2877. dim_all_media_playlist_items_base2
2878. dim_all_pmv_metadata_base2
2879. dim_all_pmv_metadata_hourly_base2
2880. dim_all_pmv_reels_base2
2881. dim_all_soundbite_base2
2882. dim_amd_data_base2
2883. dim_an_onboarding_base2
2884. dim_app_ads_verification_challenge_base2
2885. dim_application_proxy_base2
2886. dim_ar_achievement_active_creator_base2
2887. dim_asst__speech_utt_base2
2888. dim_audio_asset_base2
2889. dim_authenticatable_free_form_org_entities_base2
2890. dim_authenticatable_standalone_businesses_base2
2891. dim_authenticity_appeals_base2
2892. dim_authenticity_expiry_marker_base2
2893. dim_authenticity_identity_check_base2
2894. dim_authenticity_kba_check_base2
2895. dim_authenticity_ledger_entries_base2
2896. dim_authenticity_notary_check_base2
2897. dim_authenticity_notary_document_check_base2
2898. dim_authenticity_notary_image_check_base2
2899. dim_authenticity_notary_jobs_base2
2900. dim_authenticity_page_admin_name_org_base2
2901. dim_authenticity_rule_override_base2
2902. dim_auto_boost_all_subscribers_base2
2903. dim_aymt_tip_config_base2
2904. dim_bcmp_brand_rfp_base2

2905. dim_bcmp_campaign_agreement_base2
2906. dim_bcmp_campaign_base2
2907. dim_bcmp_creator_applicant_ent_base2
2908. dim_biz_notif_prefs_base2
2909. dim_blacklist_base2
2910. dim_blue_badge_verification_submissions_base2
2911. dim_bulletin_article_document_scrape_base2
2912. dim_bulletin_article_scrape_base2
2913. dim_bulletin_article_version_scrape_base2
2914. dim_bulletin_fb_user_scrape_base2
2915. dim_business_creative_folder_base2
2916. dim_business_data_records_base2
2917. dim_business_image_base2
2918. dim_business_todo_list_task_base2
2919. dim_business_website_urls_base2
2920. dim_caipt_registered_trademark_base2
2921. dim_caipt_report_base2
2922. dim_camp_multi_component_report_base2
2923. dim_capy_session_bot_base2
2924. dim_capy_session_chat_base2
2925. dim_charity_scrape_base2
2926. dim_chex_order_action_request_base2
2927. dim_chex_order_gifting_info_base2
2928. dim_chex_return_operation_base2
2929. dim_clear_history_controls_base2
2930. dim_client_interactions_base2
2931. dim_cms_base2
2932. dim_cms_tos_base2
2933. dim_commerce_c2c_buyer_individual_ratings_base2
2934. dim_commerce_c2c_seller_individual_ratings_base2
2935. dim_commerce_c2c_seller_ratings_base2
2936. dim_commerce_fb_channel_settings_base2
2937. dim_commerce_ig_channel_settings_base2
2938. dim_commerce_review_base2
2939. dim_commerce_review_contributor_info_base2
2940. dim_commerce_review_response_base2
2941. dim_commerce_wa_channel_settings_base2
2942. dim_community_award_instance_base2
2943. dim_community_moderator_activity_base2
2944. dim_community_moderator_feedback_base2
2945. dim_community_moderator_feedback_dispute_base2
2946. dim_compass_curated_unit_version_base2
2947. dim_contact_device_import_base2
2948. dim_copyright_audio_asset_base2
2949. dim_core_app_admin_express_onboard_setting_base2
2950. dim_corgi_operation_base2
2951. dim_cp2_payout_record_base2
2952. dim_cp2_payout_record_hourly_base2
2953. dim_creator_bonus_program_metadata_base2
2954. dim_crisis_user_info_scrape_base2
2955. dim_crm_business_base2

2956. dim_crm_rich_text_note_base2
2957. dim_crow_comp_review_base2
2958. dim_crow_comp_unpartitioned_base2
2959. dim_crowdsourcing_claim_base2
2960. dim_crt_review_report_base2
2961. dim_cst_data_use_consent_base2
2962. dim_custom_publisher_block_list_base2
2963. dim_designated_person_base2
2964. dim_dfx_user_event_record_base2
2965. dim_docauth_labeling_job_base2
2966. dim_docauth_verification_base2
2967. dim_docauth_viral_base2
2968. dim_enforcement_action_record_base2
2969. dim_enforcement_request_base2
2970. dim_ent_authenticity_document_check_political_voice_document_expiration_base2
2971. dim_ent_authenticity_email_join_check_base2
2972. dim_ent_authenticity_phone_voice_join_check_base2
2973. dim_ent_search_srt_base2
2974. dim_ent_waveland_data_base2
2975. dim_event_base2
2976. dim_event_collection_base2
2977. dim_event_confirm_attendance_confirmation_base2
2978. dim_event_connection_data_base2
2979. dim_event_online_setup_base2
2980. dim_events_app_user_settings_base2
2981. dim_events_base2
2982. dim_external_case_base2
2983. dim_external_case_update_base2
2984. dim_external_task_update_base2
2985. dim_facebook_partner_program_base2
2986. dim_fan_support_pack_orders_base2
2987. dim_fan_support_page_settings_base2
2988. dim_fb_form_base2
2989. dim_fb_form_boolean_data_base2
2990. dim_fb_form_date_data_base2
2991. dim_fb_form_definition_base2
2992. dim_fb_form_file_data_base2
2993. dim_fb_form_numerical_data_base2
2994. dim_fb_form_option_base2
2995. dim_fb_form_option_data_base2
2996. dim_fb_form_text_data_base2
2997. dim_fb_form_typeahead_data_base2
2998. dim_fb_image_copyright_match_base2
2999. dim_fb_to_ig_xposting_feed_base2
3000. dim_fb_to_ig_xposting_story_base2
3001. dim_fbcm_geo_circle_base2
3002. dim_fbcm_geo_polygon_base2
3003. dim_fbcm_intervention_base2
3004. dim_fbcm_tag_collection_base2
3005. dim_fbobj_aptracker_base2
3006. dim_fbobj_family_relationship_base2

          Highly Confidential – Attorneys' Eyes Only

3007. dim_fbobj_memorialized_user_info_base2
3008. dim_fbobj_nickname_base2
3009. dim_fbobj_profile_dating_base2
3010. dim_fbobj_profile_dating_extended_base2
3011. dim_fbobj_story_highlight_container_base2
3012. dim_feature_store_feature_group_base2
3013. dim_follow_attribution_fbobj_base2
3014. dim_fort_acl_result_base2
3015. dim_ftc_neutral_enforcement_records_base2
3016. dim_fx_geo_info_base2
3017. dim_games_service_application_setting_base2
3018. dim_gaming_arena_base2
3019. dim_gaming_play_squad_base2
3020. dim_gaming_video_creator_base2
3021. dim_gb_fb_form_instance_base2
3022. dim_gb_fb_form_question_base2
3023. dim_gb_fb_form_question_response_base2
3024. dim_gb_procurement_request_base2
3025. dim_goodwill_throwback_settings_base2
3026. dim_gratitude_reminder_users_base2
3027. dim_group_admin_activity_base2
3028. dim_group_comment_product_recommendations_base2
3029. dim_group_device_propagated_ban_base2
3030. dim_group_enforced_content_base2
3031. dim_group_message_base2
3032. dim_group_post_product_recommendations_base2
3033. dim_group_post_tag_base2
3034. dim_group_rules_base2
3035. dim_group_sell_nux_base2
3036. dim_groups_alias_base2
3037. dim_halo_item_attachment_base2
3038. dim_iab_autofill_consent_base2
3039. dim_iab_autofill_data_base2
3040. dim_iab_autofill_settings_base2
3041. dim_ig_image_copyright_match_base2
3042. dim_ig_media_copyright_match_base2
3043. dim_incentive_campaign_user_settings_base2
3044. dim_integrity_object_action_log_base2
3045. dim_job_application_v2_base2
3046. dim_job_opening_base2
3047. dim_keepout_matches_base2
3048. dim_knowledge_agreement_results_base2
3049. dim_knowledge_proposals_base2
3050. dim_learning_course_unit_user_base2
3051. dim_like_attribution_fbobj_base2
3052. dim_local_community_member_base2
3053. dim_local_community_moderator_status_base2
3054. dim_local_community_post_base2
3055. dim_local_poll_base2
3056. dim_location_app_permission_base2
3057. dim_location_storage_setting_base2

Highly Confidential – Attorneys' Eyes Only

3058. dim_login_alerts_base2
3059. dim_loyalty_user_base2
3060. dim_media_ops_support_portal_user_base2
3061. dim_mediaops_portal_user_base2
3062. dim_memorialization_settings_base2
3063. dim_mes_eligibility_base2
3064. dim_messenger_call_12566_base2
3065. dim_messenger_community_user_setting_base2
3066. dim_messenger_page_scoped_id_base2
3067. dim_mfs_cash_in_intent_base2
3068. dim_mfs_cash_out_intent_base2
3069. dim_mfs_identity_verification_intent_base2
3070. dim_mfs_p_ptransfer_base2
3071. dim_mobile_phone_base2
3072. dim_mobile_push_tokens_base2
3073. dim_monetizable_onboarding_hourly_base2
3074. dim_monetization_enforcement_case_record_base2
3075. dim_monetization_enforcement_violation_base2
3076. dim_mp_c2c_dispute_support_case_base2
3077. dim_navigation_tab_configuration_base2
3078. dim_news_compass_profile_base2
3079. dim_note_base2
3080. dim_nuclear_rollback_events_base2
3081. dim_offline_conversion_data_set_base2
3082. dim_offsite_pixel_base2
3083. dim_ongrid_address_checks_base2
3084. dim_organization_address_base2
3085. dim_p2p_group_payment_requests_base2
3086. dim_p2p_payment_requests_base2
3087. dim_page_admin_authenticity_view_base2
3088. dim_page_identity_info_base2
3089. dim_page_verification_info_base2
3090. dim_pages_commerce_payment_invoice_base2
3091. dim_partner_business_relationship_base2
3092. dim_partner_business_relationship_request_base2
3093. dim_partner_gaming_video_creators_base2
3094. dim_pay__shops_user_email_capture_base2
3095. dim_payment_invoice_refund_action_data_base2
3096. dim_pbp_feedback_automatched_base2
3097. dim_pbp_feedback_base2
3098. dim_pending_friend_requests_base2
3099. dim_pending_page_admin_adds_base2
3100. dim_pending_page_admin_demotions_base2
3101. dim_pending_page_admin_promotions_base2
3102. dim_pending_page_admin_removals_base2
3103. dim_pending_profile_plus_admin_removals_base2
3104. dim_person_enforcement_info_base2
3105. dim_photo_metadata_base2
3106. dim_platform_base_permission_base2
3107. dim_political_voice_authenticity_view_base2
3108. dim_pr_fb_form_base2

3109. dim_pr_fb_form_group_base2
3110. dim_pr_fb_form_numerical_data_base2
3111. dim_pr_fb_form_question_base2
3112. dim_pr_fb_form_question_response_base2
3113. dim_presence_viewer_based_settings_base2
3114. dim_prisk_restrictions_base2
3115. dim_procurement_request_attachment_activity_base2
3116. dim_procurement_request_closure_base2
3117. dim_product_catalog_base2
3118. dim_product_item_base2
3119. dim_product_tag_base2
3120. dim_profile_device_propagated_block_base2
3121. dim_profile_discovery_user_base2
3122. dim_profile_intro_card_base2
3123. dim_q3lc_impression_state_base2
3124. dim_qa_question_option_base2
3125. dim_questionnaire_all_responses_base2
3126. dim_queue_availability_base2
3127. dim_remote_learning_class_base2
3128. dim_residences_base2
3129. dim_rf_delivery_base2
3130. dim_rn_r_for_seller_base_base2
3131. dim_save_list_base2
3132. dim_save_list_item_base2
3133. dim_saves_base2
3134. dim_searchlight_match_priv_base2
3135. dim_senna_selfie_media_base2
3136. dim_sensitive_targeting_certification_base2
3137. dim_services_external_calendar_provider_base2
3138. dim_signals_event_rule_group_base2
3139. dim_signals_event_rule_group_hourly_base2
3140. dim_single_review_responses_base2
3141. dim_sourcing_attachment_base2
3142. dim_sourcing_event_collaborator_base2
3143. dim_sourcing_event_question_base2
3144. dim_sourcing_event_response_base2
3145. dim_sourcing_message_base2
3146. dim_sourcing_question_answer_base2
3147. dim_sourcing_question_category_base2
3148. dim_sourcing_supplier_detail_base2
3149. dim_srt_activity_correspondence_start_base2
3150. dim_srt_commerce_ticketing_job_base2
3151. dim_srt_job_ace_appeal_base2
3152. dim_srt_job_ace_business_manager_appeal_base2
3153. dim_srt_job_mp_buyer_base2
3154. dim_srt_job_mp_c2c_seller_base2
3155. dim_srt_job_mp_dispute_base2
3156. dim_srt_job_mp_shop_seller_base2
3157. dim_srt_note_gms_base2
3158. dim_tincan_device_base2
3159. dim_transactable_item_base2

Highly Confidential – Attorneys' Eyes Only

3160. dim_transaction_base2
3161. dim_transaction_payment_option_base2
3162. dim_trending_curated_group_base2
3163. dim_trending_curated_topic_base2
3164. dim_trending_curated_topic_hourly_base2
3165. dim_upg_answer_record_base2
3166. dim_user_feedback_info_base2
3167. dim_user_language_model_override_base2
3168. dim_user_regional_locale_base2
3169. dim_video_asset_base2
3170. dim_video_base2
3171. dim_video_copyright_base2
3172. dim_video_copyright_match_base2
3173. dim_video_copyright_policy_base2
3174. dim_video_device_autoplay_setting_base2
3175. dim_video_interest_info_base2
3176. dim_video_tip_jar_payment_base2
3177. dim_visits_base2
3178. dim_volunteering_event_shift_sign_up_details_base2
3179. dim_watch_settings_base2
3180. dim_wem_private_sharing_control_churned_base2
3181. dim_workflow_instance_base2
3182. dim_xrt_job_purchase_automatched_base2
3183. dim_xrt_job_purchase_base2
3184. dim_xrt_job_validation_automatched_base2
3185. dim_xrt_job_validation_base2
3186. dim_xrt_rater_profile_base2
3187. dim_xrt_structured_job_base2
3188. direct_actions_inc_archive
3189. direct_debit_notif_inc_archive
3190. direct_integrator_permission_restriction_inc_archive
3191. direct_support_case_creation_dialogs_inc_archive
3192. direct_support_email_inc_archive
3193. direct_support_ent_history_inc_archive
3194. direct_support_sla_notifications_bot_inc_archive
3195. disabled_account_checkpoint_event_inc_archive
3196. disclosure_framework_event_inc_archive
3197. disclosure_service_event_inc_archive
3198. discounted_order_items_inc_archive
3199. discovery_events_inc_archive
3200. discovery_hub_conduit_logging_debug_info_inc_archive
3201. discovery_hub_events_inc_archive
3202. discovery_hub_logging_debug_inc_archive
3203. discovery_hub_logging_keys_inc_archive
3204. discovery_hub_session_keys_inc_archive
3205. discovery_user_actions_inc_archive
3206. discussion_posts_client_events_inc_archive
3207. discussion_posts_server_events_inc_archive
3208. distance_picker_events_inc_archive
3209. dive_surface_events_inc_archive
3210. dlo_autotranslation_text_samples_inc_archive

Highly Confidential – Attorneys' Eyes Only

3211. dmars_content_diagnostics_inc_archive
3212. dmars_puma_content_inc_archive
3213. docauth_identity_experiment_inc_archive
3214. docauth_label_engine_events_inc_archive
3215. docauth_spot_checker_inc_archive
3216. docauth_submission_inc_archive
3217. docauth_viral_detection_inc_archive
3218. dof_video_variation_count_inc_archive
3219. dog_check_debug_inc_archive
3220. dog_check_updates_inc_archive
3221. domain_ownership_events_inc_archive
3222. domain_verification_api_inc_archive
3223. donation_nonce_inc_archive
3224. doppler_console_events_inc_archive
3225. dpa_cfeval_frechet_events_clicks_pipeline_inc_archive
3226. dpa_cfeval_frechet_events_convs_pipeline_inc_archive
3227. dpa_cfeval_frechet_sample_clicks_pipeline_inc_archive
3228. dpa_cfeval_frechet_sample_convs_pipeline_inc_archive
3229. dpa_ctr_mbl_feed_model_v2_opt_out_inc_archive
3230. dpa_ctr_mobile_feed_instagram_model_inc_archive
3231. dpa_ctr_search_ads_model_inc_archive
3232. dpa_generic_logger_inc_archive
3233. dpa_invalidation_debug_inc_archive
3234. dpa_product_3co_cvr_model_sl_traffic_only_inc_archive
3235. dpa_product_ctr_all_page_types_model_20pct_inc_archive
3236. dpa_product_ctr_all_page_types_model_inc_archive
3237. dpa_product_ctr_model_inc_archive
3238. dpa_product_ctr_pipeline_vehicle_inc_archive
3239. dpa_product_cvr_mai_model_5_positions_inc_archive
3240. dpa_product_cvr_model_5_positions_oc_oe_new_attribution_logic_v2_inc_archive
3241. dpa_product_cvr_model_5_positions_with_sl_impacted_traffic_inc_archive
3242. dpa_product_deduper_inc_archive
3243. dpa_product_filter_inc_archive
3244. dpa_product_post_imp_cvr_model_3co_dataset_inc_archive
3245. dpa_product_post_imp_cvr_model_pos0_master_dataset_inc_archive
3246. dpa_product_ranking_post_click_onsite_cvr_model_inc_archive
3247. dpa_product_recommendations_inc_archive
3248. dpf_comment_inc_archive
3249. dpf_directed_post_inc_archive
3250. dpf_photo_inc_archive
3251. dpf_status_update_inc_archive
3252. dr_consumerx_onsite_signals_inc_archive
3253. dr_patterson_action_inc_archive
3254. drv3_att_single_status_provider_inc_archive
3255. dsbsid_departition_result_inc_archive
3256. dsc_mutation_record_base2
3257. dse_quality_escalation_inc_archive
3258. dso_impression_locale_inc_archive
3259. dso_nielsen_trp_update_inc_archive
3260. dummy_story_inc_archive
3261. dumont_replay_api_detail_inc_archive

 Highly Confidential – Attorneys' Eyes Only

3262. dumont_replays_inc_archive
3263. dumont_v2_hpi_replays_inc_archive
3264. duplicate_deletions_inc_archive
3265. dvr_video_inc_archive
3266. dwell_trig_afi_mobile_feed_inc_archive
3267. dyi_download_lookaside_inc_archive
3268. dyi_download_request_inc_archive
3269. dyi_exception_inc_archive
3270. dyi_generation_inc_archive
3271. dyi_impressions_inc_archive
3272. dyi_job_ent_scrape_hourly_base2
3273. dyi_notifications_inc_archive
3274. dym_unicorn_logs_inc_archive
3275. dynamic_ad_customization_currency_filtering_inc_archive
3276. dynamic_ad_customization_rendering_inc_archive
3277. dynamic_ad_rendering_image_url_inc_archive
3278. dynamic_ads_aem_destination_domains_inc_archive
3279. dynamic_ads_audiences_inc_archive
3280. dynamic_ads_autolal_creation_events_inc_archive
3281. dynamic_ads_for_retail_creative_validations_inc_archive
3282. dynamic_ads_for_retail_omni_products_inc_archive
3283. dynamic_ads_hec_impressions_inc_archive
3284. dynamic_ads_item_creative_spec_inc_archive
3285. dynamic_ads_template_post_render_inc_archive
3286. dynamic_ads_template_video_delivery_inc_archive
3287. dynamic_ads_template_video_inc_archive
3288. dynamic_bundles_ranking_inc_archive
3289. dynamic_carousel_card_info_inc_archive
3290. dynamic_composer_inc_archive
3291. dynamic_evaluation_filtered_items_inc_archive
3292. dynamic_follow_graph_feed_experiment_inc_archive
3293. dynamic_image_transform_service_traffic_inc_archive
3294. dynamic_instant_ad_event_inc_archive
3295. dynamic_page_hovercard_inc_archive
3296. dynamic_preview_rendering_static_cached_post_creation_async_job_error_inc_archive
3297. dynamic_probation_events_inc_archive
3298. dynamic_review_static_ads_inc_archive
3299. dynamic_rule_config_inc_archive
3300. dynamic_rule_engine_inc_archive
3301. dynamic_video_showreel_native_dev_inc_archive
3302. dynamic_video_showreel_native_inc_archive
3303. e2e_deletion_requests_inc_archive
3304. e2e_stories_tray_reliability_inc_archive
3305. ea_approvals_event_inc_archive
3306. eagle_partner_info_inc_archive
3307. ear_ineligible_vettedness_inc_archive
3308. ecomm_chex_order_actions_inc_archive
3309. ecomm_inventory_pipeline_inc_archive
3310. ecomm_monetizer_click_training_inc_archive
3311. ecomm_professional_seller_click_training_inc_archive
3312. ecomm_ssfy_click_training_inc_archive

     Highly Confidential – Attorneys' Eyes Only

3313.  ecommerce_residual_pr_embedding_inc_archive
3314.  edge_insights_logs_inc_archive
3315.  edge_insights_prefix_api_logs_inc_archive
3316.  edit_history_trigger_data_inc_archive
3317.  edm_ga_detection_logging_facebook_inc_archive
3318.  edm_global_access_endpoint_input_inc_archive
3319.  effect_cache_eviction_report_inc_archive
3320.  effect_ranker_client_inc_archive
3321.  effect_ranker_effect_features_inc_archive
3322.  effect_ranker_events_inc_archive
3323.  effects_usage_inc_archive
3324.  effix_infra_inc_archive
3325.  eil_events_inc_archive
3326.  elas_events_inc_archive
3327.  elastic_cosmos_search_inc_archive
3328.  election_integrity_keyword_matches_inc_archive
3329.  elections_integrity_srt_abusive_entities_inc_archive
3330.  elevate_scholarship_registration_inc_archive
3331.  elevate_scholarship_voucher_claim_inc_archive
3332.  eligibility_override_events_inc_archive
3333.  em_mkt_flows_log_inc_archive
3334.  em_videos_campaign_notification_inc_archive
3335.  ema_upsell_inc_archive
3336.  email_acquisition_inc_archive
3337.  email_hardlink_autoconfirm_inc_archive
3338.  email_hardlink_prefill_inc_archive
3339.  email_reachability_experiment_inc_archive
3340.  email_reachability_inc_archive
3341.  email_reachability_novak2_inc_archive
3342.  email_rl_training_data_inc_archive
3343.  email_spam_fbl_inc_archive
3344.  email_web_qp_funnel_inc_archive
3345.  emerging_business_insights_events_inc_archive
3346.  employee_check_under_platform_context_not_migrated_inc_archive
3347.  employee_checkup_admin_inc_archive
3348.  employee_checkup_async_job_inc_archive
3349.  employee_checkup_inc_archive
3350.  empty_feed_impression_conversion_inc_archive
3351.  empty_product_set_matcher_inc_archive
3352.  emu_invalidation_scribeh_inc_archive
3353.  encrypted_attachment_logs_inc_archive
3354.  end_of_feed_data_inc_archive
3355.  enforced_apps_to_user_installs_with_role_inc_archive
3356.  enforcement_appeal_event_inc_archive
3357.  enforcement_governance_infra_core_inc_archive
3358.  enforcement_source_attribution_logs_inc_archive
3359.  enforcement_tool_usage_inc_archive
3360.  engagement_audience_ui_inc_archive
3361.  engagement_custom_audience_video_search_events_inc_archive
3362.  engagement_infra_migration_inc_archive
3363.  engagement_qp_delivery_waterfall_inc_archive

          Highly Confidential – Attorneys' Eyes Only

3364. engagement_qp_object_stats_inc_archive
3365. enm_email_events_inc_archive
3366. ent_ad_campaign_placement_change_inc_archive
3367. ent_ad_creative_ads_manager_permission_check_failure_inc_archive
3368. ent_ad_device_ads_tracking_status_falco_event_inc_archive
3369. ent_ad_device_mutations_inc_archive
3370. ent_address_book_last_sync_time_mutation_inc_archive
3371. ent_ads_coupon_impression_history_inc_archive
3372. ent_ads_coupon_offer_history_inc_archive
3373. ent_ads_coupon_progress_history_inc_archive
3374. ent_ads_io_contract_inc_archive
3375. ent_app_event_config_update_inc_archive
3376. ent_ar_achievement_history_inc_archive
3377. ent_ar_collaboration_history_inc_archive
3378. ent_ar_commerce_history_inc_archive
3379. ent_ar_creator_profile_history_inc_archive
3380. ent_audit_trail_inc_archive
3381. ent_boost_up_partnership_tokens_base2
3382. ent_cig_cim_history_inc_archive
3383. ent_cms_base2
3384. ent_device_app_installation_validation_inc_archive
3385. ent_device_app_installations_event_inc_archive
3386. ent_device_data_receive_inc_archive
3387. ent_device_source_inc_archive
3388. ent_digital_nonconsumable_entitlement_base2
3389. ent_eb_main_base2
3390. ent_edge_mutation_logs_inc_archive
3391. ent_external_task_ent_history_inc_archive
3392. ent_fact_check_provider_history_inc_archive
3393. ent_fbcm_intervention_edit_history_inc_archive
3394. ent_hitlist_lead_history_inc_archive
3395. ent_instant_game_metadata_history_inc_archive
3396. ent_international_election_reminder_history_inc_archive
3397. ent_legal_matter_26782_base2
3398. ent_legal_matter_activity_27928_base2
3399. ent_legal_matter_document_31378_base2
3400. ent_legal_matter_financial_impact_29930_base2
3401. ent_legal_matter_financial_impact_activity_30886_base2
3402. ent_legal_matter_key_date_29240_base2
3403. ent_legal_matter_key_date_activity_28810_base2
3404. ent_legal_matter_narrative_activity_28809_base2
3405. ent_legal_matter_outside_counsel_diversity_activity_40336_base2
3406. ent_loader_partial_token_usage_inc_archive
3407. ent_marketing_solution_provider_brand_media_history_inc_archive
3408. ent_marketing_solution_provider_history_inc_archive
3409. ent_marketplace_feed_unit_user_preference_base2
3410. ent_marketplace_vacation_mode_base2
3411. ent_media_effect_permission_config_base2
3412. ent_media_effect_permission_group_base2
3413. ent_media_effect_profile_base2
3414. ent_media_effects_history_inc_archive

Highly Confidential – Attorneys' Eyes Only

3415. ent_mentorship_history_inc_archive
3416. ent_messenger_only_account_analytics_inc_archive
3417. ent_needs_data_use_consent_mutations_inc_archive
3418. ent_needs_data_use_consent_reads_inc_archive
3419. ent_news_compass_profile_history_inc_archive
3420. ent_offer_item_history_inc_archive
3421. ent_one_time_optin_token_settings_table_base2
3422. ent_oxsights_highlight_history_inc_archive
3423. ent_payment_account_crud_inc_archive
3424. ent_phone_voice_join_check_history_inc_archive
3425. ent_photo_album_creation_inc_archive
3426. ent_photo_creation_inc_archive
3427. ent_post_and_ent_story_attachments_consistency_inc_archive
3428. ent_post_with_publishing_status_inc_archive
3429. ent_pplatch_edit_history_inc_archive
3430. ent_profile_picture_mutations_inc_archive
3431. ent_schema_methods_preparer_usage_inc_archive
3432. ent_share_external_image_url_src_inc_archive
3433. ent_shop_revision_base2
3434. ent_structured_order_base2
3435. ent_ticketed_experience_cluster_history_inc_archive
3436. ent_unused_types_history_inc_archive
3437. ent_user_pay_package_action_inc_archive
3438. ent_wallet_history_inc_archive
3439. ent_watson_business_compromise_report_base2
3440. entclientinteractionsschema_base2
3441. enterprise_portal_events_inc_archive
3442. entgroupschema_base2
3443. entities_place_create_inc_archive
3444. entity_cards_event_logs_inc_archive
3445. entity_client_performance_inc_archive
3446. entity_fanout_service_inc_archive
3447. entity_quality_inc_archive
3448. entity_sequence_data_inc_archive
3449. entity_transparency_inc_archive
3450. entstory_offline_rule_validator_table_inc_archive
3451. entstory_validator_inc_archive
3452. eo_activity_provisioned_asset_hourly_base2
3453. eo_activity_sub_state_hourly_base2
3454. eo_event_history_inc_archive
3455. ep_admin_inc_archive
3456. ep_frontend_inc_archive
3457. ep_perf_inc_archive
3458. ep_react_profiler_inc_archive
3459. ep_spend_user_activity_inc_archive
3460. epd_checker_inc_archive
3461. epsilon_events_inc_archive
3462. epsilon_live_chat_events_inc_archive
3463. epyml_candidates_inc_archive
3464. equitable_advancement_ux_interactions_inc_archive
3465. errorreporting_skylight_crashes_archive_inc_archive

Highly Confidential – Attorneys' Eyes Only

3466. errorreporting_vros_crashes_inc_archive
3467. errorreporting_zeratul_rn_crashes_archive_inc_archive
3468. est_validation_tool_logger_inc_archive
3469. et_server_events_inc_archive
3470. event_1p_optout_device_heuristic_inc_archive
3471. event_ad_post_click_cvr_inc_archive
3472. event_ad_rejected_ads_by_advertiser_no_privilege_inc_archive
3473. event_add_onsite_ticketing_endpoints_inc_archive
3474. event_call_link_host_presence_mode_inc_archive
3475. event_insight_consistent_inc_archive
3476. event_insights_inc_archive
3477. event_object_id_reversed_log_inc_archive
3478. event_review_action_data_inc_archive
3479. event_ticketing_inc_archive
3480. event_ticketing_order_checkpoints_inc_archive
3481. event_wall_integrity_comments_inc_archive
3482. events_actions_data_inc_archive
3483. events_daily_activity_realtime_inc_archive
3484. events_dashboard_metrics_inc_archive
3485. events_deduplication_logger_inc_archive
3486. events_error_logs_inc_archive
3487. events_learning_all_users_examples_fbjoiner_inc_archive
3488. events_learning_examples_fbjoiner_compressed_inc_archive
3489. events_megataxon_data_inc_archive
3490. events_notif_debug_inc_archive
3491. events_notif_renderer_inc_archive
3492. events_notifications_vpv_inc_archive
3493. events_recommendability_www_results_inc_archive
3494. events_relay_mutation_error_inc_archive
3495. events_taste_ranking_details_inc_archive
3496. events_user_generic_actions_inc_archive
3497. evergreen_qp_live_shopping_training_data_inc_archive
3498. evidence_assessment_form_outcomes_inc_archive
3499. evidence_collection_component_ent_history_inc_archive
3500. evidence_tooling_log_inc_archive
3501. evidence_verification_results_inc_archive
3502. example_data_with_purpose_policy_inc_archive
3503. excessive_use_dnd_blocking_inc_archive
3504. expanded_notification_events_inc_archive
3505. experience_creation_flow_inc_archive
3506. expiring_profile_pic_inc_archive
3507. explorer_open_media_inc_archive
3508. explorer_profile_impressions_inc_archive
3509. export_file_assets_extraction_flow_inc_archive
3510. extended_account_recovery_events_inc_archive
3511. extended_break_inc_archive
3512. extended_break_viewers_inc_archive
3513. extended_credit_allocation_configuration_inc_archive
3514. extended_credit_allocation_inc_archive
3515. extended_credit_application_inc_archive
3516. extended_credit_audit_actions_inc_archive

        Highly Confidential – Attorneys' Eyes Only

3517. extended_credit_data_integrity_inc_archive
3518. extended_credit_email_inc_archive
3519. extended_credit_invoice_group_inc_archive
3520. external_case_access_inc_archive
3521. external_case_changelog_inc_archive
3522. external_case_views_inc_archive
3523. external_id_zippy_reads_inc_archive
3524. external_id_zippy_writes_inc_archive
3525. external_metric_consumption_validation_inc_archive
3526. external_metrics_api_usage_inc_archive
3527. external_metrics_unified_logging_inc_archive
3528. external_scrapes_inc_archive
3529. external_share_link_editing_events_inc_archive
3530. external_share_tracking_inc_archive
3531. external_survey_locale_mismatch_inc_archive
3532. external_task_conflicts_inc_archive
3533. external_task_new_comment_action_inc_archive
3534. external_task_notification_inc_archive
3535. external_task_update_categorization_inc_archive
3536. external_translation_events_inc_archive
3537. extracted_document_entity_base2
3538. eyml_fbjoiner_inc_archive
3539. eyml_request_inc_archive
3540. f3_ads_ranking_serving_processor_logging_inc_archive
3541. fa_labelling_holdout_framework_inc_archive
3542. face_model_mutation_wormhole_comment_inc_archive
3543. facebook_blue_app_sso_inc_archive
3544. facebook_business_extension_event_inc_archive
3545. facebook_group_tab_ads_queries_inc_archive
3546. facebook_newsfeed_nudging_inc_archive
3547. facebook_partner_program_inc_archive
3548. facebook_pdiv_filter_exploration_inc_archive
3549. facebook_pdiv_filter_exploration_inc_archive
3550. facebook_pdiv_filter_ranking_inc_archive
3551. facebook_protect_inc_archive
3552. facebook_reels_overlay_ads_query_inc_archive
3553. facebook_settings_inc_archive
3554. facebook_settings_page_inc_archive
3555. facebook_shops_session_inc_archive
3556. facebook_story_ads_creation_inc_archive
3557. facebook_story_ads_debug_inc_archive
3558. facebook_story_ads_queries_inc_archive
3559. facecast_comment_moderation_inc_archive
3560. facecast_fullscreen_error_dialog_events_inc_archive
3561. facecast_godzilla_nux_inc_archive
3562. facecast_inappropriate_reactions_inc_archive
3563. facecast_video_protocol_broadcast_inc_archive
3564. facecrunch_inc_archive
3565. facerec_settings_inc_archive
3566. facilitator_tools_countdown_timer_client_actions_inc_archive
3567. fact_checkable_claim_fbtype_41690_base2

Highly Confidential – Attorneys' Eyes Only

3568. fact_checker_app_service_exceptions_inc_archive
3569. fact_checker_app_web_client_actions_dev_inc_archive
3570. fact_checker_app_web_client_actions_inc_archive
3571. factory_delights_fireworks_inc_archive
3572. facts_in_comments_inc_archive
3573. fake_account_fnrp_inc_archive
3574. fake_friending_classifier_scores_inc_archive
3575. fake_or_hacked_score_inc_archive
3576. falco_video_profiler_events_inc_archive
3577. fallback_feed_requests_inc_archive
3578. fam_ads_lego_consumption_inc_archive
3579. fam_ads_post_click_lynx_callback_inc_archive
3580. fam_bde_ads_waterfall_inc_archive
3581. fam_formats_feed_screenshots_inc_archive
3582. family_device_recovery_inc_archive
3583. fan_funding_client_events_inc_archive
3584. fan_funding_creator_events_inc_archive
3585. fan_funding_funnel_drop_off_inc_archive
3586. fan_funding_server_events_inc_archive
3587. fan_funding_stars_events_inc_archive
3588. fan_subs_error_inc_archive
3589. fandom_badges_inc_archive
3590. fanta_tabs_visible_inc_archive
3591. fantail_logging_inc_archive
3592. fantasy_games_exceptions_inc_archive
3593. fantasy_games_inc_archive
3594. fantasy_games_notifications_inc_archive
3595. fast_acl_audit_scan_logger_inc_archive
3596. fast_ct_wysinwyg_inc_archive
3597. fast_f3_pubcontent_engagements_inc_archive
3598. fast_f3_pubcontent_engagements_with_traits_inc_archive
3599. fast_f3_video_engagements_inc_archive
3600. fast_integrity_strike_transparency_inc_archive
3601. fastidv_inc_archive
3602. favorite_media_picker_inc_archive
3603. fb4a_acf_notif_scoping_inc_archive
3604. fb4a_actor_framework_navigation_inc_archive
3605. fb4a_collapsed_story_top_tray_inc_archive
3606. fb4a_e2ee_key_persistent_inc_archive
3607. fb4a_feed_story_cta_usage_inc_archive
3608. fb4a_live_video_fullscreen_transition_prediction_results_inc_archive
3609. fb4a_live_video_fullscreen_transition_unsampled_inc_archive
3610. fb4a_login_session_termination_exception_inc_archive
3611. fb4a_notification_badge_logging_inc_archive
3612. fb4a_pplus_session_expire_inc_archive
3613. fb4a_pplus_xeb_experiment_inc_archive
3614. fb4a_sso_on_password_failure_inc_archive
3615. fb4a_system_navigation_style_inc_archive
3616. fb4b_1_impressions_inc_archive
3617. fb4b_1_search_inc_archive
3618. fb4b_campaign_inc_archive

     Highly Confidential – Attorneys' Eyes Only

3619. fb4b_click_action_inc_archive
3620. fb4b_page_not_found_inc_archive
3621. fb4b_support_options_inc_archive
3622. fb4c_rhc_coworker_invite_events_inc_archive
3623. fb_access_handler_credentials_retry_ig_contactpoint_inc_archive
3624. fb_access_handler_credentials_retry_sim_phone_inc_archive
3625. fb_active_status_setting_read_inc_archive
3626. fb_all_string_resources_waiting_complete_inc_archive
3627. fb_analytics_mobile_app_error_inc_archive
3628. fb_auto_conf_funnel_inc_archive
3629. fb_biz_comm_grab_auction_inc_archive
3630. fb_biz_core_events_inc_archive
3631. fb_biz_home_tab_events_inc_archive
3632. fb_biz_insights_acquired_user_inc_archive
3633. fb_biz_insights_events_inc_archive
3634. fb_biz_suite_login_events_inc_archive
3635. fb_biz_suite_quality_loading_error_events_inc_archive
3636. fb_camera_actions_inc_archive
3637. fb_composer_uri_inc_archive
3638. fb_copresence_events_inc_archive
3639. fb_creation_actions_inc_archive
3640. fb_creative_app_platform_inc_archive
3641. fb_daprt_inc_archive
3642. fb_end_of_year_events_inc_archive
3643. fb_feed_pause_time_spent_sampled_inc_archive
3644. fb_feo2_confidence_inc_archive
3645. fb_form_mutations_inc_archive
3646. fb_funded_incentives_random_events_inc_archive
3647. fb_geo_age_gating_policies_base2
3648. fb_group_ads_insertion_inc_archive
3649. fb_ig_story_joint_app_install_cvr_model_inc_archive
3650. fb_ig_xposting_waterfall_events_inc_archive
3651. fb_impressions_ip_map_onsite_dedupe_inc_archive
3652. fb_incentives_deal_management_inc_archive
3653. fb_inspiration_posting_error_inc_archive
3654. fb_lite_ads_screen_time_spent_inc_archive
3655. fb_lite_data_saver_toggle_inc_archive
3656. fb_lite_feed_unit_promo_inc_archive
3657. fb_lite_fos_banner_version_events_inc_archive
3658. fb_lite_lop_funnel_event_inc_archive
3659. fb_lite_sideload_inc_archive
3660. fb_lite_sideload_metadata_inc_archive
3661. fb_lite_three_dot_menu_events_inc_archive
3662. fb_lite_video_home_events_inc_archive
3663. fb_login_ar_map45_predictor_loop_examples_inc_archive
3664. fb_mall_data_ingestion_inc_archive
3665. fb_messaging_ad_inc_archive
3666. fb_messaging_events_inc_archive
3667. fb_messaging_events_restricted_inc_archive
3668. fb_messaging_events_unittest_inc_archive
3669. fb_messaging_notification_inc_archive

Highly Confidential – Attorneys' Eyes Only

3670. fb_messaging_performance_inc_archive
3671. fb_mini_shop_onboarding_email_inc_archive
3672. fb_mobile_app_theme_preferences_inc_archive
3673. fb_music_browser_ranking_joiner_examples_inc_archive
3674. fb_music_browser_ranking_joiner_examples_inc_archive
3675. fb_music_learning_fb_joiner_input_inc_archive
3676. fb_note_events_inc_archive
3677. fb_ofa_ac_client_interactions_inc_archive
3678. fb_ofa_ac_granular_control_actions_inc_archive
3679. fb_ofa_ac_granular_control_inventory_inc_archive
3680. fb_ofa_ac_referrals_inc_archive
3681. fb_ofa_ac_user_viewed_content_inc_archive
3682. fb_only_scorer_merged_input_alpha_inc_archive
3683. fb_only_scorer_merged_input_dev_inc_archive
3684. fb_only_scorer_merged_input_prod_inc_archive
3685. fb_pay_live_chat_support_inc_archive
3686. fb_payments3ds_inc_archive
3687. fb_presence_vsc_ramp_down_inc_archive
3688. fb_product_ig_feed_promotion_inc_archive
3689. fb_profile_biz_tools_insights_report_inc_archive
3690. fb_qt_resources_language_pack_info_inc_archive
3691. fb_rate_limits_everywhere_inc_archive
3692. fb_react_native_resources_loading_failure_inc_archive
3693. fb_react_native_resources_loading_success_inc_archive
3694. fb_react_native_resources_waiting_complete_inc_archive
3695. fb_reels_engagements_inc_archive
3696. fb_reels_performance_fund_play_count_inc_archive
3697. fb_reg_f3_features_test_inc_archive
3698. fb_rooms_tray_inc_archive
3699. fb_settings_inc_archive
3700. fb_shop_promotion_insights_inc_archive
3701. fb_shop_tab_interested_product_notifications_inc_archive
3702. fb_shops_bumper_event_inc_archive
3703. fb_shops_mall_browse_inc_archive
3704. fb_shops_mall_buyer_inc_archive
3705. fb_shops_mall_dynamic_module_ranking_inc_archive
3706. fb_shops_mall_item_validation_inc_archive
3707. fb_shops_mall_typeahead_events_inc_archive
3708. fb_shops_p2p_source_configs_inc_archive
3709. fb_shops_p2p_source_configs_unittest_inc_archive
3710. fb_shops_seller_actions_inc_archive
3711. fb_shops_tab_notification_inc_archive
3712. fb_shops_user_embeddings_inc_archive
3713. fb_shops_user_embeddings_unittest_inc_archive
3714. fb_shorts_agg_page_shadow_run_inc_archive
3715. fb_shorts_aggregation_page_inc_archive
3716. fb_shorts_consumption_events_inc_archive
3717. fb_shorts_debug_sfv_graphql_context_inc_archive
3718. fb_shorts_feed_delivery_reliability_inc_archive
3719. fb_shorts_feedback_event_inc_archive
3720. fb_shorts_mid_card_inc_archive

 Highly Confidential – Attorneys' Eyes Only

3721. fb_shorts_midcard_waterfall_inc_archive
3722. fb_shorts_notification_jewel_inc_archive
3723. fb_shorts_suggested_entities_inc_archive
3724. fb_shorts_upsell_inc_archive
3725. fb_shorts_video_posting_inc_archive
3726. fb_shorts_viewer_open_inc_archive
3727. fb_smart_compose_suggestions_inc_archive
3728. fb_static_shop_ads_inc_archive
3729. fb_stories_action_state_inc_archive
3730. fb_stories_actor_state_v3_inc_archive
3731. fb_stories_aggregator_e2e_correctness_inc_archive
3732. fb_stories_ats_card_action_state_inc_archive
3733. fb_stories_ats_card_action_state_unittest_inc_archive
3734. fb_stories_creation_debug_inc_archive
3735. fb_stories_creation_inc_archive
3736. fb_stories_deletion_request_inc_archive
3737. fb_stories_dtd_cf_logs_inc_archive
3738. fb_stories_expiration_inc_archive
3739. fb_stories_expiration_task_inc_archive
3740. fb_stories_explorer_inc_archive
3741. fb_stories_flm_prefbjoiner_event_inc_archive
3742. fb_stories_four_hours_before_expiration_inc_archive
3743. fb_stories_four_hours_before_expiration_task_inc_archive
3744. fb_stories_graphql_single_bucket_query_inc_archive
3745. fb_stories_integrity_term_values_inc_archive
3746. fb_stories_key_metrics_inc_archive
3747. fb_stories_learning_fb_joiner_input_inc_archive
3748. fb_stories_learning_to_rank_base_inc_archive
3749. fb_stories_master_logging_table_inc_archive
3750. fb_stories_negative_user_actions_inc_archive
3751. fb_stories_neo_graph_inc_archive
3752. fb_stories_neograph_e2e_correctness_inc_archive
3753. fb_stories_open_story_action_state_actions_inc_archive
3754. fb_stories_publish_inc_archive
3755. fb_stories_rankerstate_correctness_inc_archive
3756. fb_stories_retrieval_state_v3_inc_archive
3757. fb_stories_seenstate_events_inc_archive
3758. fb_stories_session_based_training_inc_archive
3759. fb_stories_subscription_inc_archive
3760. fb_stories_tray_size_inc_archive
3761. fb_stories_tray_waterfall_inc_archive
3762. fb_stories_two_hours_before_expiration_inc_archive
3763. fb_stories_two_hours_before_expiration_task_inc_archive
3764. fb_stories_unified_preference_inc_archive
3765. fb_stories_view_count_awareness_nux_inc_archive
3766. fb_stories_viewer_owner_event_base_inc_archive
3767. fb_story_ads_prefetch_request_data_inc_archive
3768. fb_story_ads_vpvd_filtered_inc_archive
3769. fb_story_explorer_feature_log_inc_archive
3770. fb_story_insights_inc_archive
3771. fb_story_notifications_inc_archive

          Highly Confidential – Attorneys' Eyes Only

3772. fb_story_profile_impressions_inc_archive
3773. fb_story_server_config_change_log_filtered_inc_archive
3774. fb_story_server_config_change_log_inc_archive
3775. fb_story_xposting_to_ig_inc_archive
3776. fb_taxonomy_management_tool_inc_archive
3777. fb_threads_events_inc_archive
3778. fb_to_ig_feed_xposting_client_inc_archive
3779. fb_tofu_interaction_event_log_inc_archive
3780. fb_unified_top_of_feed_engagement_inc_archive
3781. fb_user_single_entity_acdc_prop_matches_inc_archive
3782. fb_video_cache_item_evicted_inc_archive
3783. fb_vsl_session_key_inc_archive
3784. fb_vsl_shadow_sessions_comparison_inc_archive
3785. fb_widget_lifecycle_actions_inc_archive
3786. fba_deprecation_usage_inc_archive
3787. fbai_deamplification_event_inc_archive
3788. fbc_notifications_product_monitoring_inc_archive
3789. fbconv_lift_zippy_events_cleaner_log_inc_archive
3790. fbcr_carrier_name_ios_inc_archive
3791. fbcr_carrier_name_ios_inc_archive
3792. fbdl_events_inc_archive
3793. fbe_business_app_store_logs_inc_archive
3794. fbe_instant_installs_inc_archive
3795. fbe_queries_inc_archive
3796. fbig_email_upsell_inc_archive
3797. fbjoiner_group_mall_tab_ranked_inc_archive
3798. fbjoiner_low_volume_all_interfaces_more_position_target_conversion_v1_inc_archive
3799. fbjoiner_public_video_global_online_downsampler_inc_archive
3800. fblearner_ent_history_inc_archive
3801. fblite_account_recovery_header_bypass_inc_archive
3802. fblite_account_switcher_shortcut_nt_inc_archive
3803. fblite_ads_call_to_action_inc_archive
3804. fblite_ads_three_dot_menu_inc_archive
3805. fblite_android_fad_inc_archive
3806. fblite_appsrv_session_length_data_inc_archive
3807. fblite_bookmarks_impression_inc_archive
3808. fblite_carrier_signal_v2_ping_inc_archive
3809. fblite_carrier_signal_v2_run_inc_archive
3810. fblite_checkin_events_inc_archive
3811. fblite_clean_space_action_inc_archive
3812. fblite_client_data_traffic_inc_archive
3813. fblite_client_memory_manager_events_inc_archive
3814. fblite_client_resource_fetch_report_inc_archive
3815. fblite_client_user_email_qp_only_inc_archive
3816. fblite_clock_change_inc_archive
3817. fblite_composer_media_picker_debug_inc_archive
3818. fblite_composer_post_button_migration_debug_inc_archive
3819. fblite_connection_quality_changed_inc_archive
3820. fblite_contact_importer_logging_inc_archive
3821. fblite_cover_photo_inc_archive
3822. fblite_cpu_usage__per_user_inc_archive

 Highly Confidential – Attorneys' Eyes Only

3823.  fblite_creation_debugger_inc_archive
3824.  fblite_device_configuration_inc_archive
3825.  fblite_device_phone_number_qp_only_inc_archive
3826.  fblite_device_storage_usage_from_server_inc_archive
3827.  fblite_dns_resolution_inc_archive
3828.  fblite_e2ee_persistance_inc_archive
3829.  fblite_fasthash_zero_campaign_refresh_inc_archive
3830.  fblite_feed_error_state_inc_archive
3831.  fblite_focused_path_click_event_table_inc_archive
3832.  fblite_focused_path_impression_event_table_inc_archive
3833.  fblite_fresco_disk_cache_evictions_inc_archive
3834.  fblite_friending_jewel_downstream_action_conversion_inc_archive
3835.  fblite_gmail_qp_inc_archive
3836.  fblite_image_cache_stats_inc_archive
3837.  fblite_image_efficiency_inc_archive
3838.  fblite_image_fetch_inc_archive
3839.  fblite_image_refetch_inc_archive
3840.  fblite_ios_memory_pressure_inc_archive
3841.  fblite_ios_push_registration_inc_archive
3842.  fblite_kaios_screen_decode_inc_archive
3843.  fblite_lds_general_usage_inc_archive
3844.  fblite_lds_screen_nt_component_stats_inc_archive
3845.  fblite_litefeed_waterfall_inc_archive
3846.  fblite_live_broadcast_user_actions_inc_archive
3847.  fblite_login_via_browser_inc_archive
3848.  fblite_main_menu_click_inc_archive
3849.  fblite_media_upload_msssim_metric_inc_archive
3850.  fblite_media_upload_reliability_inc_archive
3851.  fblite_message_send_latency_inc_archive
3852.  fblite_messaging_typeahead_inc_archive
3853.  fblite_messenger_thread_cta_with_np_inc_archive
3854.  fblite_modularity_log_inc_archive
3855.  fblite_msys_loading_funnel_logging_inc_archive
3856.  fblite_navbar_buttons_impression_inc_archive
3857.  fblite_no_connectivity_dialog_inc_archive
3858.  fblite_nt_ci_upload_termination_inc_archive
3859.  fblite_nux_pymk_footer_events_inc_archive
3860.  fblite_nux_quick_friending_inc_archive
3861.  fblite_oauth_identify_inc_archive
3862.  fblite_offline_log_limit_reached_inc_archive
3863.  fblite_offline_network_inc_archive
3864.  fblite_oz_player_inc_archive
3865.  fblite_page_view_inc_archive
3866.  fblite_phone_acquisition_inc_archive
3867.  fblite_pigeon_events_inc_archive
3868.  fblite_profile_photo_inc_archive
3869.  fblite_request_latency_inc_archive
3870.  fblite_rtt_reports_inc_archive
3871.  fblite_screen_deeplink_push_inc_archive
3872.  fblite_screen_diff_inc_archive
3873.  fblite_screen_prepush_dmg_inc_archive

          Highly Confidential – Attorneys' Eyes Only

3874. fblite_security_site_integrity_inc_archive
3875. fblite_self_story_end_card_hive_inc_archive
3876. fblite_sessions_infra_events_inc_archive
3877. fblite_show_fup_interstitial_inc_archive
3878. fblite_soft_key_inc_archive
3879. fblite_sso_flow_inc_archive
3880. fblite_story_retry_debug_logging_inc_archive
3881. fblite_tab_bar_impression_inc_archive
3882. fblite_traffic_inc_archive
3883. fblite_upsells_inc_archive
3884. fblite_user_session_data_usage_inc_archive
3885. fblite_video_autoplay_events_inc_archive
3886. fblite_vip_mismatch_spinner_blocked_inc_archive
3887. fblite_zero_balance_detection_inc_archive
3888. fblite_zero_balance_fallback_inc_archive
3889. fblite_zero_events_inc_archive
3890. fblite_zero_headers_inc_archive
3891. fblite_zero_optin_flow_hive_inc_archive
3892. fblite_zero_rating_failsafe_inc_archive
3893. fblite_zero_rating_temp_table_inc_archive
3894. fbmap_client_events_inc_archive
3895. fbmusic_selective_features_inc_archive
3896. fbns_message_event_inc_archive
3897. fbobj_caipt_report_base2
3898. fbobj_fbtype_24104_base2
3899. fbobj_fbtype_38759_base2
3900. fbobject_fbtype_1012_base2
3901. fbobject_fbtype_10130_base2
3902. fbobject_fbtype_10136_base2
3903. fbobject_fbtype_10220_base2
3904. fbobject_fbtype_10229_base2
3905. fbobject_fbtype_10305_base2
3906. fbobject_fbtype_10306_base2
3907. fbobject_fbtype_10306_base2
3908. fbobject_fbtype_10309_base2
3909. fbobject_fbtype_10314_base2
3910. fbobject_fbtype_10326_base2
3911. fbobject_fbtype_10372_base2
3912. fbobject_fbtype_10374_base2
3913. fbobject_fbtype_10374_base2
3914. fbobject_fbtype_10413_base2
3915. fbobject_fbtype_10414_base2
3916. fbobject_fbtype_10416_base2
3917. fbobject_fbtype_10417_base2
3918. fbobject_fbtype_10459_base2
3919. fbobject_fbtype_10597_base2
3920. fbobject_fbtype_10609_base2
3921. fbobject_fbtype_10726_base2
3922. fbobject_fbtype_10764_base2
3923. fbobject_fbtype_10778_base2
3924. fbobject_fbtype_10851_base2

Highly Confidential – Attorneys' Eyes Only

3925. fbobject_fbtype_10959_base2
3926. fbobject_fbtype_10983_base2
3927. fbobject_fbtype_11077_base2
3928. fbobject_fbtype_11124_base2
3929. fbobject_fbtype_11148_base2
3930. fbobject_fbtype_11187_base2
3931. fbobject_fbtype_11355_base2
3932. fbobject_fbtype_11367_base2
3933. fbobject_fbtype_11537_base2
3934. fbobject_fbtype_1153_base2
3935. fbobject_fbtype_11541_base2
3936. fbobject_fbtype_11641_base2
3937. fbobject_fbtype_11721_base2
3938. fbobject_fbtype_11745_base2
3939. fbobject_fbtype_11817_base2
3940. fbobject_fbtype_11820_base2
3941. fbobject_fbtype_11841_base2
3942. fbobject_fbtype_11856_base2
3943. fbobject_fbtype_11868_base2
3944. fbobject_fbtype_11881_base2
3945. fbobject_fbtype_11999_base2
3946. fbobject_fbtype_12032_base2
3947. fbobject_fbtype_12085_base2
3948. fbobject_fbtype_12218_base2
3949. fbobject_fbtype_12222_base2
3950. fbobject_fbtype_12241_base2
3951. fbobject_fbtype_12250_base2
3952. fbobject_fbtype_12285_base2
3953. fbobject_fbtype_1229_base2
3954. fbobject_fbtype_12331_base2
3955. fbobject_fbtype_12370_base2
3956. fbobject_fbtype_12382_base2
3957. fbobject_fbtype_12437_base2
3958. fbobject_fbtype_12472_base2
3959. fbobject_fbtype_12561_base2
3960. fbobject_fbtype_12710_base2
3961. fbobject_fbtype_1279_base2
3962. fbobject_fbtype_12837_base2
3963. fbobject_fbtype_12903_base2
3964. fbobject_fbtype_12911_base2
3965. fbobject_fbtype_12989_base2
3966. fbobject_fbtype_13055_base2
3967. fbobject_fbtype_13085_base2
3968. fbobject_fbtype_13122_base2
3969. fbobject_fbtype_13146_base2
3970. fbobject_fbtype_1314_base2
3971. fbobject_fbtype_13213_base2
3972. fbobject_fbtype_13278_base2
3973. fbobject_fbtype_13287_base2
3974. fbobject_fbtype_13336_base2
3975. fbobject_fbtype_13382_base2

 Highly Confidential – Attorneys' Eyes Only

3976. fbobject_fbtype_13566_base2
3977. fbobject_fbtype_13657_base2
3978. fbobject_fbtype_13755_base2
3979. fbobject_fbtype_13765_base2
3980. fbobject_fbtype_1378_base2
3981. fbobject_fbtype_13846_base2
3982. fbobject_fbtype_13863_base2
3983. fbobject_fbtype_13879_base2
3984. fbobject_fbtype_13904_base2
3985. fbobject_fbtype_13920_base2
3986. fbobject_fbtype_13927_base2
3987. fbobject_fbtype_13967_base2
3988. fbobject_fbtype_13978_base2
3989. fbobject_fbtype_13987_base2
3990. fbobject_fbtype_14026_base2
3991. fbobject_fbtype_14095_base2
3992. fbobject_fbtype_14147_base2
3993. fbobject_fbtype_14215_base2
3994. fbobject_fbtype_14216_base2
3995. fbobject_fbtype_14254_base2
3996. fbobject_fbtype_14287_base2
3997. fbobject_fbtype_14301_base2
3998. fbobject_fbtype_14313_base2
3999. fbobject_fbtype_1431_base2
4000. fbobject_fbtype_14367_base2
4001. fbobject_fbtype_14526_base2
4002. fbobject_fbtype_14533_base2
4003. fbobject_fbtype_14552_base2
4004. fbobject_fbtype_14555_base2
4005. fbobject_fbtype_14695_base2
4006. fbobject_fbtype_14700_base2
4007. fbobject_fbtype_14700_hourly_base2
4008. fbobject_fbtype_14797_base2
4009. fbobject_fbtype_14900_base2
4010. fbobject_fbtype_14907_base2
4011. fbobject_fbtype_1492_base2
4012. fbobject_fbtype_14930_base2
4013. fbobject_fbtype_14940_base2
4014. fbobject_fbtype_14964_base2
4015. fbobject_fbtype_14999_base2
4016. fbobject_fbtype_15011_base2
4017. fbobject_fbtype_15029_base2
4018. fbobject_fbtype_15029_hourly_base2
4019. fbobject_fbtype_15122_base2
4020. fbobject_fbtype_15190_hourly_base2
4021. fbobject_fbtype_15266_base2
4022. fbobject_fbtype_15369_base2
4023. fbobject_fbtype_15372_base2
4024. fbobject_fbtype_15380_base2
4025. fbobject_fbtype_15411_base2
4026. fbobject_fbtype_15454_base2

Highly Confidential – Attorneys' Eyes Only

4027.  fbobject_fbtype_15489_base2
4028.  fbobject_fbtype_15543_base2
4029.  fbobject_fbtype_15569_base2
4030.  fbobject_fbtype_15570_base2
4031.  fbobject_fbtype_15622_base2
4032.  fbobject_fbtype_15657_base2
4033.  fbobject_fbtype_15671_base2
4034.  fbobject_fbtype_15688_base2
4035.  fbobject_fbtype_15717_base2
4036.  fbobject_fbtype_15761_base2
4037.  fbobject_fbtype_15780_base2
4038.  fbobject_fbtype_15800_base2
4039.  fbobject_fbtype_15805_base2
4040.  fbobject_fbtype_15986_base2
4041.  fbobject_fbtype_16112_base2
4042.  fbobject_fbtype_16159_base2
4043.  fbobject_fbtype_16188_base2
4044.  fbobject_fbtype_16256_base2
4045.  fbobject_fbtype_16304_base2
4046.  fbobject_fbtype_16386_base2
4047.  fbobject_fbtype_16508_base2
4048.  fbobject_fbtype_16530_base2
4049.  fbobject_fbtype_16577_base2
4050.  fbobject_fbtype_16577_hourly_base2
4051.  fbobject_fbtype_16589_base2
4052.  fbobject_fbtype_16699_base2
4053.  fbobject_fbtype_1669_base2
4054.  fbobject_fbtype_16824_base2
4055.  fbobject_fbtype_16905_base2
4056.  fbobject_fbtype_16917_base2
4057.  fbobject_fbtype_16971_base2
4058.  fbobject_fbtype_16983_base2
4059.  fbobject_fbtype_16991_base2
4060.  fbobject_fbtype_16_base2
4061.  fbobject_fbtype_17081_base2
4062.  fbobject_fbtype_17082_base2
4063.  fbobject_fbtype_17099_base2
4064.  fbobject_fbtype_17203_base2
4065.  fbobject_fbtype_17209_base2
4066.  fbobject_fbtype_17268_base2
4067.  fbobject_fbtype_17327_base2
4068.  fbobject_fbtype_17351_base2
4069.  fbobject_fbtype_17368_base2
4070.  fbobject_fbtype_17390_base2
4071.  fbobject_fbtype_17412_base2
4072.  fbobject_fbtype_17449_base2
4073.  fbobject_fbtype_17508_base2
4074.  fbobject_fbtype_17550_base2
4075.  fbobject_fbtype_17576_base2
4076.  fbobject_fbtype_17659_base2
4077.  fbobject_fbtype_17711_base2

Highly Confidential – Attorneys' Eyes Only

4078. fbobject_fbtype_17712_base2
4079. fbobject_fbtype_17757_base2
4080. fbobject_fbtype_17790_base2
4081. fbobject_fbtype_17822_base2
4082. fbobject_fbtype_17840_base2
4083. fbobject_fbtype_17907_base2
4084. fbobject_fbtype_17946_base2
4085. fbobject_fbtype_17974_base2
4086. fbobject_fbtype_17985_base2
4087. fbobject_fbtype_18067_base2
4088. fbobject_fbtype_18068_base2
4089. fbobject_fbtype_18113_base2
4090. fbobject_fbtype_18116_base2
4091. fbobject_fbtype_18222_base2
4092. fbobject_fbtype_18239_base2
4093. fbobject_fbtype_18287_base2
4094. fbobject_fbtype_18301_base2
4095. fbobject_fbtype_18311_base2
4096. fbobject_fbtype_18346_base2
4097. fbobject_fbtype_18357_base2
4098. fbobject_fbtype_18371_base2
4099. fbobject_fbtype_18386_base2
4100. fbobject_fbtype_18442_base2
4101. fbobject_fbtype_18471_base2
4102. fbobject_fbtype_18518_base2
4103. fbobject_fbtype_18571_base2
4104. fbobject_fbtype_18591_base2
4105. fbobject_fbtype_18706_base2
4106. fbobject_fbtype_18709_base2
4107. fbobject_fbtype_18774_base2
4108. fbobject_fbtype_18782_base2
4109. fbobject_fbtype_18794_base2
4110. fbobject_fbtype_18905_base2
4111. fbobject_fbtype_18967_base2
4112. fbobject_fbtype_19067_base2
4113. fbobject_fbtype_19122_base2
4114. fbobject_fbtype_19198_base2
4115. fbobject_fbtype_19268_base2
4116. fbobject_fbtype_19294_base2
4117. fbobject_fbtype_19341_base2
4118. fbobject_fbtype_19356_base2
4119. fbobject_fbtype_19393_base2
4120. fbobject_fbtype_19397_base2
4121. fbobject_fbtype_1952_base2
4122. fbobject_fbtype_19597_base2
4123. fbobject_fbtype_19611_base2
4124. fbobject_fbtype_19619_base2
4125. fbobject_fbtype_19647_base2
4126. fbobject_fbtype_19719_base2
4127. fbobject_fbtype_19803_base2
4128. fbobject_fbtype_19809_base2

 Highly Confidential – Attorneys' Eyes Only

4129. fbobject_fbtype_19894_base2
4130. fbobject_fbtype_19904_base2
4131. fbobject_fbtype_19936_base2
4132. fbobject_fbtype_1_base2
4133. fbobject_fbtype_2009_base2
4134. fbobject_fbtype_20106_base2
4135. fbobject_fbtype_20113_base2
4136. fbobject_fbtype_20123_base2
4137. fbobject_fbtype_20174_base2
4138. fbobject_fbtype_20188_base2
4139. fbobject_fbtype_20258_base2
4140. fbobject_fbtype_2025_base2
4141. fbobject_fbtype_2029_base2
4142. fbobject_fbtype_20363_base2
4143. fbobject_fbtype_20425_base2
4144. fbobject_fbtype_2048_base2
4145. fbobject_fbtype_20633_base2
4146. fbobject_fbtype_20641_base2
4147. fbobject_fbtype_20678_base2
4148. fbobject_fbtype_20833_base2
4149. fbobject_fbtype_20861_base2
4150. fbobject_fbtype_20941_base2
4151. fbobject_fbtype_2094_base2
4152. fbobject_fbtype_20964_base2
4153. fbobject_fbtype_21000_base2
4154. fbobject_fbtype_21074_base2
4155. fbobject_fbtype_21099_base2
4156. fbobject_fbtype_2111_base2
4157. fbobject_fbtype_2111_hourly_base2
4158. fbobject_fbtype_21140_base2
4159. fbobject_fbtype_21142_base2
4160. fbobject_fbtype_21165_base2
4161. fbobject_fbtype_21212_base2
4162. fbobject_fbtype_21258_base2
4163. fbobject_fbtype_21376_base2
4164. fbobject_fbtype_2139_base2
4165. fbobject_fbtype_2139_hourly_new_base2
4166. fbobject_fbtype_21455_base2
4167. fbobject_fbtype_21556_base2
4168. fbobject_fbtype_21581_base2
4169. fbobject_fbtype_21637_base2
4170. fbobject_fbtype_21649_base2
4171. fbobject_fbtype_21774_base2
4172. fbobject_fbtype_21800_base2
4173. fbobject_fbtype_2180_base2
4174. fbobject_fbtype_2185_base2
4175. fbobject_fbtype_21881_base2
4176. fbobject_fbtype_21952_base2
4177. fbobject_fbtype_22028_base2
4178. fbobject_fbtype_22049_base2
4179. fbobject_fbtype_22121_base2

Highly Confidential – Attorneys' Eyes Only

4180.  fbobject_fbtype_22254_base2
4181.  fbobject_fbtype_22286_base2
4182.  fbobject_fbtype_22382_base2
4183.  fbobject_fbtype_22414_base2
4184.  fbobject_fbtype_2283_base2
4185.  fbobject_fbtype_22904_base2
4186.  fbobject_fbtype_23044_base2
4187.  fbobject_fbtype_23200_base2
4188.  fbobject_fbtype_23441_base2
4189.  fbobject_fbtype_23562_base2
4190.  fbobject_fbtype_23565_base2
4191.  fbobject_fbtype_23635_base2
4192.  fbobject_fbtype_23663_base2
4193.  fbobject_fbtype_23712_base2
4194.  fbobject_fbtype_23857_base2
4195.  fbobject_fbtype_23955_base2
4196.  fbobject_fbtype_23956_base2
4197.  fbobject_fbtype_24015_base2
4198.  fbobject_fbtype_24016_base2
4199.  fbobject_fbtype_24185_base2
4200.  fbobject_fbtype_2421_base2
4201.  fbobject_fbtype_2424_base2
4202.  fbobject_fbtype_2424_unfiltered_base2
4203.  fbobject_fbtype_24283_base2
4204.  fbobject_fbtype_24299_base2
4205.  fbobject_fbtype_24366_base2
4206.  fbobject_fbtype_24378_base2
4207.  fbobject_fbtype_24425_base2
4208.  fbobject_fbtype_24431_base2
4209.  fbobject_fbtype_24614_base2
4210.  fbobject_fbtype_24692_base2
4211.  fbobject_fbtype_24771_base2
4212.  fbobject_fbtype_24775_base2
4213.  fbobject_fbtype_24834_base2
4214.  fbobject_fbtype_25145_base2
4215.  fbobject_fbtype_25227_base2
4216.  fbobject_fbtype_25234_base2
4217.  fbobject_fbtype_25235_base2
4218.  fbobject_fbtype_2526_base2
4219.  fbobject_fbtype_25273_base2
4220.  fbobject_fbtype_25279_base2
4221.  fbobject_fbtype_25294_base2
4222.  fbobject_fbtype_25316_base2
4223.  fbobject_fbtype_25458_base2
4224.  fbobject_fbtype_2554_base2
4225.  fbobject_fbtype_25653_base2
4226.  fbobject_fbtype_25660_base2
4227.  fbobject_fbtype_25661_base2
4228.  fbobject_fbtype_25766_base2
4229.  fbobject_fbtype_25895_base2
4230.  fbobject_fbtype_2590_base2

4231. fbobject_fbtype_25928_base2
4232. fbobject_fbtype_2600_base2
4233. fbobject_fbtype_26016_base2
4234. fbobject_fbtype_26024_base2
4235. fbobject_fbtype_26043_base2
4236. fbobject_fbtype_2604_base2
4237. fbobject_fbtype_26148_base2
4238. fbobject_fbtype_26186_base2
4239. fbobject_fbtype_26241_base2
4240. fbobject_fbtype_26517_base2
4241. fbobject_fbtype_26574_base2
4242. fbobject_fbtype_26604_base2
4243. fbobject_fbtype_26654_base2
4244. fbobject_fbtype_266_base2
4245. fbobject_fbtype_2709_base2
4246. fbobject_fbtype_27104_base2
4247. fbobject_fbtype_27227_base2
4248. fbobject_fbtype_27378_base2
4249. fbobject_fbtype_27414_base2
4250. fbobject_fbtype_2749_base2
4251. fbobject_fbtype_274_base2
4252. fbobject_fbtype_27585_base2
4253. fbobject_fbtype_27638_base2
4254. fbobject_fbtype_27751_base2
4255. fbobject_fbtype_27794_base2
4256. fbobject_fbtype_27901_base2
4257. fbobject_fbtype_27936_base2
4258. fbobject_fbtype_28021_base2
4259. fbobject_fbtype_28056_base2
4260. fbobject_fbtype_2813_base2
4261. fbobject_fbtype_28222_base2
4262. fbobject_fbtype_28347_base2
4263. fbobject_fbtype_28474_base2
4264. fbobject_fbtype_28534_base2
4265. fbobject_fbtype_28542_base2
4266. fbobject_fbtype_28762_base2
4267. fbobject_fbtype_28770_base2
4268. fbobject_fbtype_28783_base2
4269. fbobject_fbtype_28817_base2
4270. fbobject_fbtype_28821_base2
4271. fbobject_fbtype_28825_base2
4272. fbobject_fbtype_28838_base2
4273. fbobject_fbtype_28852_base2
4274. fbobject_fbtype_28871_base2
4275. fbobject_fbtype_29069_base2
4276. fbobject_fbtype_2911_base2
4277. fbobject_fbtype_2918_base2
4278. fbobject_fbtype_29191_base2
4279. fbobject_fbtype_29405_base2
4280. fbobject_fbtype_29431_base2
4281. fbobject_fbtype_29571_base2

     Highly Confidential – Attorneys' Eyes Only

4282. fbobject_fbtype_29574_base2
4283. fbobject_fbtype_29627_base2
4284. fbobject_fbtype_29627_hourly_base2
4285. fbobject_fbtype_29700_base2
4286. fbobject_fbtype_29748_base2
4287. fbobject_fbtype_29797_base2
4288. fbobject_fbtype_29828_base2
4289. fbobject_fbtype_2985_base2
4290. fbobject_fbtype_29927_base2
4291. fbobject_fbtype_2994_base2
4292. fbobject_fbtype_29965_base2
4293. fbobject_fbtype_29991_base2
4294. fbobject_fbtype_30018_base2
4295. fbobject_fbtype_30203_base2
4296. fbobject_fbtype_30239_base2
4297. fbobject_fbtype_30446_base2
4298. fbobject_fbtype_3052_base2
4299. fbobject_fbtype_30609_base2
4300. fbobject_fbtype_30703_base2
4301. fbobject_fbtype_30703_hourly_base2
4302. fbobject_fbtype_30875_base2
4303. fbobject_fbtype_30875_hourly_base2
4304. fbobject_fbtype_31051_base2
4305. fbobject_fbtype_31164_base2
4306. fbobject_fbtype_31231_base2
4307. fbobject_fbtype_31275_base2
4308. fbobject_fbtype_31398_base2
4309. fbobject_fbtype_31456_hourly_base2
4310. fbobject_fbtype_31512_base2
4311. fbobject_fbtype_3158_base2
4312. fbobject_fbtype_31591_base2
4313. fbobject_fbtype_31696_base2
4314. fbobject_fbtype_31823_base2
4315. fbobject_fbtype_31824_base2
4316. fbobject_fbtype_31877_hourly_base2
4317. fbobject_fbtype_31915_base2
4318. fbobject_fbtype_31918_base2
4319. fbobject_fbtype_32108_base2
4320. fbobject_fbtype_32225_base2
4321. fbobject_fbtype_3234_base2
4322. fbobject_fbtype_32400_base2
4323. fbobject_fbtype_3241_base2
4324. fbobject_fbtype_32500_base2
4325. fbobject_fbtype_3282_base2
4326. fbobject_fbtype_32917_base2
4327. fbobject_fbtype_33009_base2
4328. fbobject_fbtype_33085_base2
4329. fbobject_fbtype_3320_base2
4330. fbobject_fbtype_33221_base2
4331. fbobject_fbtype_33382_base2
4332. fbobject_fbtype_33522_base2

Highly Confidential – Attorneys' Eyes Only

4333.  fbobject_fbtype_3357_base2
4334.  fbobject_fbtype_33672_base2
4335.  fbobject_fbtype_33732_base2
4336.  fbobject_fbtype_33773_base2
4337.  fbobject_fbtype_33809_base2
4338.  fbobject_fbtype_3385_base2
4339.  fbobject_fbtype_33943_base2
4340.  fbobject_fbtype_34124_base2
4341.  fbobject_fbtype_34303_base2
4342.  fbobject_fbtype_3431_base2
4343.  fbobject_fbtype_34401_base2
4344.  fbobject_fbtype_34405_base2
4345.  fbobject_fbtype_34468_base2
4346.  fbobject_fbtype_34531_base2
4347.  fbobject_fbtype_34697_base2
4348.  fbobject_fbtype_34774_base2
4349.  fbobject_fbtype_34824_base2
4350.  fbobject_fbtype_34835_base2
4351.  fbobject_fbtype_34884_base2
4352.  fbobject_fbtype_34941_base2
4353.  fbobject_fbtype_34947_base2
4354.  fbobject_fbtype_34960_base2
4355.  fbobject_fbtype_35034_base2
4356.  fbobject_fbtype_35040_base2
4357.  fbobject_fbtype_35134_base2
4358.  fbobject_fbtype_3523_base2
4359.  fbobject_fbtype_3524_base2
4360.  fbobject_fbtype_35267_base2
4361.  fbobject_fbtype_3531_base2
4362.  fbobject_fbtype_3532_base2
4363.  fbobject_fbtype_3553_base2
4364.  fbobject_fbtype_35633_base2
4365.  fbobject_fbtype_35722_base2
4366.  fbobject_fbtype_35723_base2
4367.  fbobject_fbtype_35797_base2
4368.  fbobject_fbtype_35798_base2
4369.  fbobject_fbtype_35950_base2
4370.  fbobject_fbtype_362_base2
4371.  fbobject_fbtype_36300_base2
4372.  fbobject_fbtype_36472_base2
4373.  fbobject_fbtype_3652_base2
4374.  fbobject_fbtype_36696_base2
4375.  fbobject_fbtype_36779_base2
4376.  fbobject_fbtype_3693_base2
4377.  fbobject_fbtype_3711_base2
4378.  fbobject_fbtype_37298_base2
4379.  fbobject_fbtype_37299_base2
4380.  fbobject_fbtype_37489_base2
4381.  fbobject_fbtype_37664_base2
4382.  fbobject_fbtype_37712_base2
4383.  fbobject_fbtype_37726_base2

    Highly Confidential – Attorneys' Eyes Only

4384. fbobject_fbtype_37762_base2
4385. fbobject_fbtype_3780_base2
4386. fbobject_fbtype_37842_base2
4387. fbobject_fbtype_37844_hourly_base2
4388. fbobject_fbtype_37943_base2
4389. fbobject_fbtype_37973_base2
4390. fbobject_fbtype_38072_base2
4391. fbobject_fbtype_38076_base2
4392. fbobject_fbtype_38097_base2
4393. fbobject_fbtype_38102_base2
4394. fbobject_fbtype_38105_base2
4395. fbobject_fbtype_3811_base2
4396. fbobject_fbtype_38206_base2
4397. fbobject_fbtype_38401_base2
4398. fbobject_fbtype_38849_base2
4399. fbobject_fbtype_39019_base2
4400. fbobject_fbtype_39318_base2
4401. fbobject_fbtype_39352_base2
4402. fbobject_fbtype_39444_base2
4403. fbobject_fbtype_39512_hourly_base2
4404. fbobject_fbtype_39552_base2
4405. fbobject_fbtype_3955_base2
4406. fbobject_fbtype_39778_base2
4407. fbobject_fbtype_40039_base2
4408. fbobject_fbtype_4043_base2
4409. fbobject_fbtype_4043_base2
4410. fbobject_fbtype_40684_base2
4411. fbobject_fbtype_40736_base2
4412. fbobject_fbtype_41061_base2
4413. fbobject_fbtype_41158_base2
4414. fbobject_fbtype_41162_base2
4415. fbobject_fbtype_41171_base2
4416. fbobject_fbtype_4118_base2
4417. fbobject_fbtype_41217_base2
4418. fbobject_fbtype_41345_base2
4419. fbobject_fbtype_41350_base2
4420. fbobject_fbtype_41790_base2
4421. fbobject_fbtype_41899_base2
4422. fbobject_fbtype_41927_hourly_base2
4423. fbobject_fbtype_42127_base2
4424. fbobject_fbtype_42131_base2
4425. fbobject_fbtype_42219_base2
4426. fbobject_fbtype_42254_base2
4427. fbobject_fbtype_42451_hourly_base2
4428. fbobject_fbtype_42577_base2
4429. fbobject_fbtype_4261_base2
4430. fbobject_fbtype_42733_base2
4431. fbobject_fbtype_42767_base2
4432. fbobject_fbtype_42870_base2
4433. fbobject_fbtype_42881_base2
4434. fbobject_fbtype_4289_base2

Highly Confidential – Attorneys' Eyes Only

4435.  fbobject_fbtype_43103_base2
4436.  fbobject_fbtype_43238_base2
4437.  fbobject_fbtype_43273_base2
4438.  fbobject_fbtype_43420_base2
4439.  fbobject_fbtype_43466_base2
4440.  fbobject_fbtype_43569_base2
4441.  fbobject_fbtype_4389_base2
4442.  fbobject_fbtype_4390_base2
4443.  fbobject_fbtype_44164_base2
4444.  fbobject_fbtype_44313_base2
4445.  fbobject_fbtype_4475_base2
4446.  fbobject_fbtype_4486_base2
4447.  fbobject_fbtype_4486_commerce_base2
4448.  fbobject_fbtype_44886_base2
4449.  fbobject_fbtype_45032_base2
4450.  fbobject_fbtype_45207_base2
4451.  fbobject_fbtype_45219_base2
4452.  fbobject_fbtype_45642_base2
4453.  fbobject_fbtype_4576_base2
4454.  fbobject_fbtype_45964_base2
4455.  fbobject_fbtype_46863_base2
4456.  fbobject_fbtype_47024_base2
4457.  fbobject_fbtype_4710_base2
4458.  fbobject_fbtype_4787_base2
4459.  fbobject_fbtype_4790_base2
4460.  fbobject_fbtype_4817_base2
4461.  fbobject_fbtype_4818_base2
4462.  fbobject_fbtype_483_base2
4463.  fbobject_fbtype_485_base2
4464.  fbobject_fbtype_4861_base2
4465.  fbobject_fbtype_48719_base2
4466.  fbobject_fbtype_4929_base2
4467.  fbobject_fbtype_4956_base2
4468.  fbobject_fbtype_4994_base2
4469.  fbobject_fbtype_5016_base2
4470.  fbobject_fbtype_5017_base2
4471.  fbobject_fbtype_5021_base2
4472.  fbobject_fbtype_5022_base2
4473.  fbobject_fbtype_504_base2
4474.  fbobject_fbtype_5091_base2
4475.  fbobject_fbtype_5099_base2
4476.  fbobject_fbtype_5105_base2
4477.  fbobject_fbtype_5158_base2
4478.  fbobject_fbtype_5168_base2
4479.  fbobject_fbtype_5172_base2
4480.  fbobject_fbtype_5249_base2
4481.  fbobject_fbtype_5269_base2
4482.  fbobject_fbtype_5329_base2
4483.  fbobject_fbtype_533_base2
4484.  fbobject_fbtype_544_base2
4485.  fbobject_fbtype_550_base2

          Highly Confidential – Attorneys' Eyes Only

4486. fbobject_fbtype_5579_base2
4487. fbobject_fbtype_5583_base2
4488. fbobject_fbtype_571_base2
4489. fbobject_fbtype_5796_base2
4490. fbobject_fbtype_581_base2
4491. fbobject_fbtype_5821_base2
4492. fbobject_fbtype_5838_base2
4493. fbobject_fbtype_5863_base2
4494. fbobject_fbtype_5868_base2
4495. fbobject_fbtype_5878_base2
4496. fbobject_fbtype_5890_base2
4497. fbobject_fbtype_602_base2
4498. fbobject_fbtype_603_base2
4499. fbobject_fbtype_604_base2
4500. fbobject_fbtype_6057_base2
4501. fbobject_fbtype_607_base2
4502. fbobject_fbtype_615_base2
4503. fbobject_fbtype_6395_base2
4504. fbobject_fbtype_6502_base2
4505. fbobject_fbtype_6507_base2
4506. fbobject_fbtype_6533_base2
4507. fbobject_fbtype_6574_base2
4508. fbobject_fbtype_6575_base2
4509. fbobject_fbtype_6579_base2
4510. fbobject_fbtype_657_base2
4511. fbobject_fbtype_6586_base2
4512. fbobject_fbtype_6652_base2
4513. fbobject_fbtype_6895_base2
4514. fbobject_fbtype_6962_base2
4515. fbobject_fbtype_69_base2
4516. fbobject_fbtype_7005_base2
4517. fbobject_fbtype_7103_base2
4518. fbobject_fbtype_7143_base2
4519. fbobject_fbtype_7147_base2
4520. fbobject_fbtype_7254_base2
4521. fbobject_fbtype_737_base2
4522. fbobject_fbtype_7505_base2
4523. fbobject_fbtype_7506_base2
4524. fbobject_fbtype_7560_base2
4525. fbobject_fbtype_7597_base2
4526. fbobject_fbtype_7671_base2
4527. fbobject_fbtype_7743_base2
4528. fbobject_fbtype_7876_base2
4529. fbobject_fbtype_7896_base2
4530. fbobject_fbtype_7919_base2
4531. fbobject_fbtype_8128_base2
4532. fbobject_fbtype_8170_base2
4533. fbobject_fbtype_8171_base2
4534. fbobject_fbtype_8196_base2
4535. fbobject_fbtype_8204_base2
4536. fbobject_fbtype_8235_base2

Highly Confidential – Attorneys' Eyes Only

4537.  fbobject_fbtype_8239_base2
4538.  fbobject_fbtype_8274_base2
4539.  fbobject_fbtype_8320_base2
4540.  fbobject_fbtype_8355_base2
4541.  fbobject_fbtype_8368_base2
4542.  fbobject_fbtype_8393_base2
4543.  fbobject_fbtype_8401_base2
4544.  fbobject_fbtype_8430_base2
4545.  fbobject_fbtype_844_base2
4546.  fbobject_fbtype_8493_base2
4547.  fbobject_fbtype_8517_base2
4548.  fbobject_fbtype_8571_base2
4549.  fbobject_fbtype_8571_base2
4550.  fbobject_fbtype_8576_base2
4551.  fbobject_fbtype_857_base2
4552.  fbobject_fbtype_8649_base2
4553.  fbobject_fbtype_866_base2
4554.  fbobject_fbtype_8710_base2
4555.  fbobject_fbtype_8733_base2
4556.  fbobject_fbtype_8779_base2
4557.  fbobject_fbtype_880_base2
4558.  fbobject_fbtype_889_base2
4559.  fbobject_fbtype_8931_base2
4560.  fbobject_fbtype_895_base2
4561.  fbobject_fbtype_9003_base2
4562.  fbobject_fbtype_905_base2
4563.  fbobject_fbtype_9073_base2
4564.  fbobject_fbtype_9126_base2
4565.  fbobject_fbtype_913_base2
4566.  fbobject_fbtype_9145_base2
4567.  fbobject_fbtype_914_base2
4568.  fbobject_fbtype_923_base2
4569.  fbobject_fbtype_9286_base2
4570.  fbobject_fbtype_9301_base2
4571.  fbobject_fbtype_9301_base2
4572.  fbobject_fbtype_9373_base2
4573.  fbobject_fbtype_9485_base2
4574.  fbobject_fbtype_9585_base2
4575.  fbobject_fbtype_9617_base2
4576.  fbobject_fbtype_9647_base2
4577.  fbobject_fbtype_9647_base2
4578.  fbobject_fbtype_965_base2
4579.  fbobject_fbtype_9692_base2
4580.  fbobject_fbtype_9744_base2
4581.  fbobject_fbtype_9929_base2
4582.  fbobject_fbtype_9966_base2
4583.  fbobject_fbtype_9987_base2
4584.  fbobject_fbtype_pmv_videos_base2
4585.  fbobject_fbtype_single_request_base2
4586.  fbpay_account_events_inc_archive
4587.  fbpay_add_fi_activity_inc_archive

4588. fbpay_connect_eligibility_inc_archive
4589. fbpay_gateway_log_inc_archive
4590. fbpay_notif_event_inc_archive
4591. fbpay_order_data_log_inc_archive
4592. fbpay_transaction_log_inc_archive
4593. fbresources_auto_retry_loading_inc_archive
4594. fbresources_bad_language_pack_info_inc_archive
4595. fbresources_corrupt_language_pack_download_inc_archive
4596. fbresources_disabled_fb4a_inc_archive
4597. fbresources_loading_failure_inc_archive
4598. fbresources_loading_retry_inc_archive
4599. fbresources_loading_success_inc_archive
4600. fbresources_not_available_inc_archive
4601. fbresources_use_english_inc_archive
4602. fbresources_waiting_complete_inc_archive
4603. fbs_business_events_inc_archive
4604. fbs_on_fb_inc_archive
4605. fbs_settings_inc_archive
4606. fbshorts_sharing_inc_archive
4607. fbstories_ats_card_model_scores_inc_archive
4608. fbstories_ats_card_query_inc_archive
4609. fbstories_infeed_tray_reply_neg_downsampled_learning_examples_fbjoiner_inc_archive
4610. fbstories_random_learning_examples_inc_archive
4611. fbstories_server_impressions_inc_archive
4612. fbstories_view_based_table_inc_archive
4613. fbstories_viewstate_service_inc_archive
4614. fbstory_integrity_holistic_score_daily_inc_archive
4615. fbt_empty_impressions_www_inc_archive
4616. fbt_impressions_inc_archive
4617. fbt_impressions_www_inc_archive
4618. fbtype_38845_profile_pinned_feature_base2
4619. fbvp_playback_debug_inc_archive
4620. fct_commerce_search_ranking_events_inc_archive
4621. fct_fb_account_status_tailer_an_inc_archive
4622. fct_fb_violation_tailer_an_inc_archive
4623. fct_fblite_zero_persistent_connection_reset_inc_archive
4624. fct_messenger_web_raw_inc_archive
4625. fct_new_ads_created_inc_archive
4626. fct_scam_ads_escalation_inc_archive
4627. fct_unified_feature_repo_fb_logging_inc_archive
4628. fct_zero_rating_state_change_v4_inc_archive
4629. fd_ent_device_fdid_switch_raw_data_inc_archive
4630. feature_deprecation_app_upgrade_inc_archive
4631. feature_edit_decider_validator_inc_archive
4632. feature_edit_decider_validator_inc_archive
4633. feature_limit_experience_events_inc_archive
4634. feature_limits_refactoring_experiment_inc_archive
4635. feature_review_enforcement_inc_archive
4636. featured_highlight_double_write_debug_event_inc_archive
4637. featuredb_operations_logging_inc_archive
4638. features_status_inc_archive

Highly Confidential – Attorneys' Eyes Only

4639. feed_ads_browser_extension_detection_inc_archive
4640. feed_ads_candidate_ecpm_bid_values_inc_archive
4641. feed_ads_candidate_price_inc_archive
4642. feed_ads_frontend_inc_archive
4643. feed_ads_frontend_str_inc_archive
4644. feed_ads_gap_rule_violations_inc_archive
4645. feed_ads_image_stability_inc_archive
4646. feed_ads_invalidation_smart_blackout_inc_archive
4647. feed_ads_newsfeed_collection_inc_archive
4648. feed_ads_newsfeed_rearranging_inc_archive
4649. feed_ads_online_reserve_price_frontend_inc_archive
4650. feed_ads_online_reserve_price_inc_archive
4651. feed_ads_realtime_user_request_count_inc_archive
4652. feed_ads_request_candidates_inc_archive
4653. feed_aggregator_filter_inc_archive
4654. feed_aggregator_relevant_comment_score_inc_archive
4655. feed_awesome_home_close_inc_archive
4656. feed_awesomizer_web_card_inc_archive
4657. feed_awesomizer_web_home_inc_archive
4658. feed_challenges_inc_archive
4659. feed_chevron_inc_archive
4660. feed_clarity_employee_inc_archive
4661. feed_clarity_inc_archive
4662. feed_click_for_search_retrieval_inc_archive
4663. feed_content_with_hashtags_vpv_inc_archive
4664. feed_control_events_inc_archive
4665. feed_creative_factory_events_inc_archive
4666. feed_data_generator_cacheability_inc_archive
4667. feed_debug_logging_inc_archive
4668. feed_delivery_verifier_inc_archive
4669. feed_delivery_verifier_object_info_extension_inc_archive
4670. feed_delivery_verifier_object_info_inc_archive
4671. feed_demotion_sanctions_inc_archive
4672. feed_e2e_events_inc_archive
4673. feed_eg_recall_analysis_inc_archive
4674. feed_enforcement_demotion_inc_archive
4675. feed_enforcement_demotion_trial_inc_archive
4676. feed_enforcement_review_inc_archive
4677. feed_fbjoiner_public_uih_positive_global_online_downsampled_inc_archive
4678. feed_filters_inc_archive
4679. feed_flog_www_data_inc_archive
4680. feed_image_perf_logging_inc_archive
4681. feed_impressions_inc_archive
4682. feed_infra_cache_status_inc_archive
4683. feed_inline_quality_survey_learning_events_inc_archive
4684. feed_integrity_transparency_inc_archive
4685. feed_inventory_newsie_delivery_inc_archive
4686. feed_inventory_notifications_inc_archive
4687. feed_konmari_feature_validation_falco_event_inc_archive
4688. feed_layouts_and_templates_events_inc_archive
4689. feed_learning_examples_audio_inc_archive

                    Highly Confidential – Attorneys' Eyes Only

4690. feed_learning_examples_audio_video_inc_archive
4691. feed_learning_examples_downsampled_all_users_mtml_groups_inc_archive
4692. feed_learning_examples_fbjoiner_360_videos_downsampled_inc_archive
4693. feed_learning_examples_fbjoiner_all_interfaces_community_presence_inc_archive
4694. feed_learning_examples_fbjoiner_all_interfaces_more_position_online_downsampled_inc_archive
4695. feed_learning_examples_fbjoiner_all_interfaces_more_position_online_inc_archive
4696. feed_learning_examples_fbjoiner_all_interfaces_online_downsampled_inc_archive
4697. feed_learning_examples_fbjoiner_borderline_inc_archive
4698. feed_learning_examples_fbjoiner_community_help_multi_event_inc_archive
4699. feed_learning_examples_fbjoiner_feedback_and_report_inc_archive
4700. feed_learning_examples_fbjoiner_inc_archive
4701. feed_learning_examples_fbjoiner_negative_actions_inc_archive
4702. feed_learning_examples_fbjoiner_online_charitable_giving_inc_archive
4703. feed_learning_examples_fbjoiner_online_downsampled_all_users_inc_archive
4704. feed_learning_examples_fbjoiner_online_downsampled_all_users_multi_event_inc_archive
4705. feed_learning_examples_fbjoiner_online_downsampled_community_help_inc_archive
4706. feed_learning_examples_fbjoiner_online_downsampled_feed_reco_inc_archive
4707. feed_learning_examples_fbjoiner_online_downsampled_pe_recommendation_inc_archive
4708. feed_learning_examples_fbjoiner_online_downsampled_raas_dessert_feed_inc_archive
4709. feed_learning_examples_fbjoiner_online_downsampled_raas_gaming_feed_inc_archive
4710. feed_learning_examples_fbjoiner_online_downsampled_raas_gaming_feed_v2_inc_archive
4711. feed_learning_examples_fbjoiner_online_downsampled_raas_in_feed_reco_v2_inc_archive
4712. feed_learning_examples_fbjoiner_online_downsampled_raas_live_destination_inc_archive
4713. feed_learning_examples_fbjoiner_online_downsampled_raas_sfv_inc_archive
4714. feed_learning_examples_fbjoiner_online_downsampled_raas_test_inc_archive
4715. feed_learning_examples_fbjoiner_online_downsampled_video_multi_event_inc_archive
4716. feed_learning_examples_fbjoiner_online_fbe_inc_archive
4717. feed_learning_examples_fbjoiner_online_games_feed_multi_event_inc_archive
4718. feed_learning_examples_fbjoiner_online_gaming_video_nf_multi_event_inc_archive
4719. feed_learning_examples_fbjoiner_online_raas_events_ifr_inc_archive
4720. feed_learning_examples_fbjoiner_online_raas_ifr_lvv30_inc_archive
4721. feed_learning_examples_fbjoiner_online_raas_shorts_sparse_inc_archive
4722. feed_learning_examples_fbjoiner_online_raas_shorts_v2_inc_archive
4723. feed_learning_examples_feed_salepost_comment_downstream_inc_archive
4724. feed_learning_examples_feed_salepost_inc_archive
4725. feed_learning_examples_games_reco_in_feed_inc_archive
4726. feed_learning_examples_less_downsampled_all_users_mtml_inc_archive
4727. feed_learning_examples_lightning_ranking_inc_archive
4728. feed_learning_examples_lightning_ranking_pass0_inc_archive
4729. feed_learning_examples_message_sends_hybrid_multi_event_inc_archive
4730. feed_learning_examples_message_sends_multi_event_inc_archive
4731. feed_learning_examples_page_posts_inc_archive
4732. feed_learning_examples_pass0_inc_archive
4733. feed_learning_examples_podcast_inc_archive
4734. feed_learning_examples_raas_gaming_feed_single_event_inc_archive
4735. feed_learning_examples_raas_gaming_feed_single_event_v2_inc_archive
4736. feed_learning_examples_social_player_mtml_inc_archive
4737. feed_learning_examples_soundbite_inc_archive
4738. feed_learning_examples_user_pay_stars_inc_archive
4739. feed_learning_feed_survey_examples_fbjoiner_inc_archive
4740. feed_learning_inline_pre_engagement_survey_fbjoiner_inc_archive

Highly Confidential – Attorneys' Eyes Only

4741. feed_learning_online_low_vpv_raas_shorts_v2_inc_archive
4742. feed_learning_query_cc_examples_delimited_features_fbjoiner_inc_archive
4743. feed_learning_query_examples_fbjoiner_dev_inc_archive
4744. feed_message_action_inc_archive
4745. feed_objects_delivery_inc_archive
4746. feed_panel_actions_inc_archive
4747. feed_perf_deltoid_inc_archive
4748. feed_post_interest_labeling_v2_inc_archive
4749. feed_pselect_examples_2_inc_archive
4750. feed_pselect_examples_eval_inc_archive
4751. feed_pymk_unit_visible_inc_archive
4752. feed_query_story_stats_inc_archive
4753. feed_ranking_vpv_loss_inc_archive
4754. feed_recommendations_manager_inc_archive
4755. feed_request_waterfall_inc_archive
4756. feed_reshare_mood_filters_production_inc_archive
4757. feed_share_action_inc_archive
4758. feed_stories_cache_metrics_inc_archive
4759. feed_stories_gap_inc_archive
4760. feed_story_generation_object_inc_archive
4761. feed_story_percentiles_inc_archive
4762. feed_story_selector_inc_archive
4763. feed_swiper_raw_inc_archive
4764. feed_tap_action_audit_inc_archive
4765. feed_tracking_employee_inc_archive
4766. feed_tracking_inc_archive
4767. feed_uih_for_ads_hive_inc_archive
4768. feed_unit_tracking_consistency_update_inc_archive
4769. feed_viewstate_logging_inc_archive
4770. feed_vpvd_short_inc_archive
4771. feed_vpvs_inc_archive
4772. feed_waterfall_stories_employee_inc_archive
4773. feed_waterfall_stories_v2_employee_inc_archive
4774. feed_waterfall_stories_v2_inc_archive
4775. feed_waterfall_stories_v2_new_user_inc_archive
4776. feed_web_rendering_error_inc_archive
4777. feed_www_latency_inc_archive
4778. feedback_reaction_metrics_inc_archive
4779. feedback_target_alternate_voice_consistency_inc_archive
4780. feedless_catalog_item_updater_inc_archive
4781. ffmpeg_get_thumbnails_inc_archive
4782. fgf_search_logs_inc_archive
4783. fi_content_enforcement_inc_archive
4784. fi_critical_countries_tagged_events_inc_archive
4785. fi_hpi_name_matched_inc_archive
4786. fi_name_logged_stats_inc_archive
4787. file_download_token_inc_archive
4788. find_wifi_inc_archive
4789. firmware_ota_release_update_inc_archive
4790. first_degree_bootstrap_requests_inc_archive
4791. first_party_access_token_time_inc_archive

     Highly Confidential – Attorneys' Eyes Only

4792. first_party_api_scraping_logs_inc_archive
4793. first_party_graph_api_access_logs_inc_archive
4794. fishbowl_error_logs_inc_archive
4795. fishbowl_inc_archive
4796. fitbit_active_users_inc_archive
4797. fitbit_debug_inc_archive
4798. fitbit_wp_debug_inc_archive
4799. flash_call_inc_archive
4800. flashback_user_features_inc_archive
4801. flex_billing_inc_archive
4802. flex_scheduler_async_job_profiler_fb_inc_archive
4803. flex_scheduler_book_keeper_inc_archive
4804. flexible_bonus_buttons_inc_archive
4805. flexible_height_image_ad_inc_archive
4806. flexscheduler_ranking_events_inc_archive
4807. flexscheduler_ranking_exploration_events_inc_archive
4808. flite_ci_uploading_action_inc_archive
4809. flytrap_ads_manager_canonical_inc_archive
4810. flytrap_fb_creation_actions_inc_archive
4811. flytrap_messenger_open_canonical_inc_archive
4812. flytrap_rtc_product_connect_funnel_inc_archive
4813. fnrp_automation_conditions_inc_archive
4814. foa_attribution_graphql_inc_archive
4815. foa_attribution_merged_input_dev_inc_archive
4816. foa_attribution_merged_input_inc_archive
4817. foa_attribution_result_offsite_alpha_inc_archive
4818. foa_attribution_result_offsite_dev_inc_archive
4819. foa_attribution_result_offsite_inc_archive
4820. foa_funded_offer_events_inc_archive
4821. foa_funded_product_eligibility_inc_archive
4822. foa_insights_api_inc_archive
4823. follow_attribution_info_inc_archive
4824. follower_invite_inc_archive
4825. forced_subdomain_inc_archive
4826. foreground_location_collected_inc_archive
4827. foreground_location_reliability_inc_archive
4828. fort_api_details_inc_archive
4829. fort_graph_api_hits_third_party_inc_archive
4830. fort_graph_api_inc_archive
4831. fpm_platform_tools_inc_archive
4832. fr_cookie_updates_inc_archive
4833. framing_isolation_policy_inc_archive
4834. free_facebook_degradation_inc_archive
4835. free_lunch_wednesday_inc_archive
4836. frequency_cap_events_and_counts_inc_archive
4837. frequency_cap_events_writer_inc_archive
4838. friend_finder_api_inc_archive
4839. friend_finder_event_marauder_inc_archive
4840. friend_finder_impressions_inc_archive
4841. friend_finder_search_inc_archive
4842. friend_request_reminder_notif_inc_archive

          Highly Confidential – Attorneys' Eyes Only

4843. friend_request_waterfall_new_inc_archive
4844. friend_requests_notification_bucket_inc_archive
4845. friend_tab_birthday_module_inc_archive
4846. friending_comet_friends_tab_inc_archive
4847. friending_feed_unit_inc_archive
4848. friending_inc_archive
4849. friending_integrity_platformized_lever_results_inc_archive
4850. friending_integrity_platformized_lever_results_sigma_inc_archive
4851. friending_pymk_top_slot_profile_picture_inc_archive
4852. friending_surface_visitation_inc_archive
4853. friending_tab_rows_inc_archive
4854. friends_center_pagination_inc_archive
4855. friends_home_contact_importer_inc_archive
4856. friends_home_friend_list_inc_archive
4857. friends_home_outgoing_requests_inc_archive
4858. friends_home_requests_limit_banners_inc_archive
4859. friends_home_surface_inc_archive
4860. friends_list_inc_archive
4861. frontend_ad_conversion_validator_inc_archive
4862. frontend_ad_impression_validator_inc_archive
4863. frt_features_raw_inc_archive
4864. frtp_usage_inc_archive
4865. frx_celebrity_reporting_typeahead_inc_archive
4866. frx_chevron_click_inc_archive
4867. fsc_esm_activity_create_base2
4868. fsc_esm_activity_service_case_sub_status_change_base2
4869. fsc_esm_service_case_owner_change_activity_base2
4870. fsc_shub_call_transfer_activity_base2
4871. fsc_shub_chat_text_message_base2
4872. fsc_threat_tracker_gsii_location_alert_base2
4873. fsc_tip_gsii_analyst_summary_base2
4874. fsc_tip_gsii_investigation_profile_activity_base2
4875. fsc_tip_gsii_investigation_profile_base2
4876. fsc_tip_gsii_privacy_jurisdiction_log_base2
4877. fsc_tip_gsii_profile_address_base2
4878. fsc_tip_gsii_profile_alias_base2
4879. fsc_tip_gsii_profile_basic_info_base2
4880. fsc_tip_gsii_social_media_info_base2
4881. fsc_tip_srt_physsec_fb_post_comment_base2
4882. fsc_tip_srt_physsec_gsii_case_activity_base2
4883. fsc_tip_srt_physsec_gsii_cases_base2
4884. fsc_tip_srt_physsec_gsii_email_base2
4885. fsc_tip_srt_physsec_gsii_fb_post_base2
4886. fsc_tip_srt_physsec_gsii_ig_comment_base2
4887. fsc_tip_srt_physsec_gsii_other_inbox_message_base2
4888. full_index_education_inc_archive
4889. full_view_impressions_debug_inc_archive
4890. full_view_impressions_inc_archive
4891. fullscreen_chaining_inc_archive
4892. fun_fact_answer_mutation_inc_archive
4893. fun_fact_prompt_mutations_inc_archive

     Highly Confidential – Attorneys' Eyes Only

4894. funding_entity_verification_events_inc_archive
4895. fundraiser_donation_inc_archive
4896. fundraiser_ent_history_inc_archive
4897. fundraiser_notifications_inc_archive
4898. fundraiser_sanctions_monitoring_inc_archive
4899. funnel_analytics_beacon_data_inc_archive
4900. funnel_analytics_data_loss_raw_inc_archive
4901. funnel_logging_ui_usage_inc_archive
4902. fuss_scoring_trigger_info_inc_archive
4903. fx_company_identity_switcher_client_events_inc_archive
4904. fx_contact_point_setting_inc_archive
4905. fx_growth_identity_syncing_inc_archive
4906. fx_identity_sync_inconsistent_resources_inc_archive
4907. fx_identity_sync_v2_inc_archive
4908. fx_ig_to_fb_x_posting_trait_inc_archive
4909. fx_im_transaction_test_inc_archive
4910. fx_linked_disabled_account_log_inc_archive
4911. fx_master_account_client_cache_inc_archive
4912. fx_poc_crossposting_inc_archive
4913. fx_settings_birthday_inc_archive
4914. fx_sso_events_inc_archive
4915. fx_unlink_by_account_deletion_inc_archive
4916. fxcal_linking_product_inc_archive
4917. fxcal_use_case_exception_inc_archive
4918. g4p_event_logger_inc_archive
4919. ga_unified_scraping_responses_v1_inc_archive
4920. game_attribution_events_inc_archive
4921. game_requests_entrypoint_inc_archive
4922. game_user_review_inc_archive
4923. gamer_graph_user_actions_inc_archive
4924. games_app_event_inc_archive
4925. games_app_events_inc_archive
4926. games_app_install_inc_archive
4927. games_app_notifications_inc_archive
4928. games_creator_user_acquisition_events_inc_archive
4929. games_leaderboard_events_inc_archive
4930. games_payer_promotion_inc_archive
4931. games_payment_flow_migration_inc_archive
4932. games_play_qp_events_inc_archive
4933. games_player_status_inc_archive
4934. games_service_context_events_inc_archive
4935. games_service_contextual_profile_inc_archive
4936. games_service_crossplay_events_inc_archive
4937. games_service_crossplay_inc_archive
4938. games_service_crossplay_migration_inc_archive
4939. games_service_friend_finder_backend_inc_archive
4940. games_service_game_invite_events_inc_archive
4941. games_service_game_request_inc_archive
4942. games_service_gamer_login_inc_archive
4943. games_service_gamer_profile_inc_archive
4944. games_service_oauth_login_server_event_sid_inc_archive

          Highly Confidential – Attorneys' Eyes Only

4945. games_service_sharing_inc_archive
4946. games_service_tournaments_events_inc_archive
4947. games_tab_badge_decision_inc_archive
4948. games_tab_prefetch_loop_loop_examples_inc_archive
4949. games_unified_sharing_inc_archive
4950. games_video_clip_management_inc_archive
4951. games_video_clipping_inc_archive
4952. games_video_clips_home_inc_archive
4953. games_video_growth_events_inc_archive
4954. games_video_instream_reward_inc_archive
4955. games_video_qp_creator_boosting_events_inc_archive
4956. games_video_raiding_inc_archive
4957. games_video_reco_qp_waterfall_inc_archive
4958. games_video_recommendability_events_inc_archive
4959. games_video_stream_highlight_inc_archive
4960. games_video_streamer_active_stats_inc_archive
4961. games_video_vpv_allocation_events_inc_archive
4962. games_video_vpvd_inc_archive
4963. gametime_actions_inc_archive
4964. gaming_affinity_debug_inc_archive
4965. gaming_arena_inc_archive
4966. gaming_connect_inc_archive
4967. gaming_connect_post_prompts_inc_archive
4968. gaming_destination_inc_archive
4969. gaming_destination_notification_inc_archive
4970. gaming_destination_notification_settings_inc_archive
4971. gaming_destination_optimized_load_attribution_videos_inc_archive
4972. gaming_destination_surface_highlights_notifications_inc_archive
4973. gaming_destination_url_redirection_inc_archive
4974. gaming_destination_user_signals_inc_archive
4975. gaming_identity_badges_inc_archive
4976. gaming_insights_inc_archive
4977. gaming_looking_for_players_inc_archive
4978. gaming_play_funnel_instrumentation_inc_archive
4979. gaming_pwa_inc_archive
4980. gaming_realtime_infra_inc_archive
4981. gaming_realtime_infra_read_events_inc_archive
4982. gaming_scaled_partnerships_inc_archive
4983. gaming_squads_events_inc_archive
4984. gaming_unconnected_play_stories_inc_archive
4985. gaming_video_announcements_inc_archive
4986. gaming_video_create_page_inc_archive
4987. gaming_video_explore_inc_archive
4988. gaming_video_goals_inc_archive
4989. gaming_video_level_up_qp_events_inc_archive
4990. gaming_video_mixer_connected_channels_base2
4991. gaming_video_moderation_home_inc_archive
4992. gaming_video_notif_inc_archive
4993. gaming_video_recommendations_inc_archive
4994. gaming_video_stream_language_inc_archive
4995. gaming_video_top_live_streams_insights_inc_archive

 Highly Confidential – Attorneys' Eyes Only

4996.  gaming_videos_real_time_events_hive_inc_archive
4997.  gatekeeper_ab_test_exposures_inc_archive
4998.  gcp_client_health_inc_archive
4999.  gcr_reseller_clients_plurality_review_inc_archive
5000.  gdpr_birthday_change_inc_archive
5001.  gdpr_consent_backend_inc_archive
5002.  gdpr_consent_inc_archive
5003.  gdpr_eligibility_debug_inc_archive
5004.  gen_galaxy_on_create_inc_archive
5005.  gender_inc_archive
5006.  general_parallel_payload_classifier_inc_archive
5007.  generic_xma_click_inc_archive
5008.  generic_xma_rendering_inc_archive
5009.  geo_api_country_ads_authorization_gps_match_inc_archive
5010.  geo_entity_validation_inc_archive
5011.  geo_gating_manager_inc_archive
5012.  geoapi_android_location_settings_migration_inc_archive
5013.  geoapi_country_profile_gps_match_inc_archive
5014.  geoapi_current_city_daily_inc_archive
5015.  geoapi_entviewerlocation_stats_inc_archive
5016.  geoapi_histogram_deanonymization_inc_archive
5017.  geoapi_hp_evaluate_in_marketplace_inc_archive
5018.  geoapi_is_traveling_prediction_inc_archive
5019.  geoapi_location_jump_inc_archive
5020.  geoapi_previous_update_deltas_inc_archive
5021.  geoapi_q3lc_settings_update_inc_archive
5022.  geoapi_updating_app_inc_archive
5023.  geoapi_user_geo_grid_counts_upleveled_inc_archive
5024.  geoapi_user_large_geo_grid_counts_inc_archive
5025.  geoapi_write_endpoint_calls_inc_archive
5026.  geoblock_error_message_inc_archive
5027.  geoblocking_mutations_inc_archive
5028.  geofence_at_place_detection_inc_archive
5029.  gestalt_experiment_lab_events_inc_archive
5030.  gestalt_golden_job_responses_inc_archive
5031.  gestalt_lab_rating_priority_inc_archive
5032.  gestalt_searcher_result_connection_inc_archive
5033.  get_or_compute_thread_connectivity_inc_archive
5034.  gg_graph_api_hits_third_party_data_returned_inc_archive
5035.  gg_graph_api_hits_third_party_inc_archive
5036.  gi_channel_filter_inc_archive
5037.  gi_group_enforcement_inc_archive
5038.  gif_comments_inc_archive
5039.  gif_search_inc_archive
5040.  github_token_scanning_inc_archive
5041.  gk_usage_category_reason_inc_archive
5042.  global_pages_events_inc_archive
5043.  global_support_activity_code_transactions_inc_archive
5044.  global_support_assignment_ent_history_inc_archive
5045.  global_support_assignment_inc_archive
5046.  global_support_ticket_viewed_interactions_inc_archive

Highly Confidential – Attorneys' Eyes Only

5047. gmail_acquisition_client_event_inc_archive
5048. gmail_qp_inc_archive
5049. gms_hub_v2_failures_inc_archive
5050. gms_hub_v2_inc_archive
5051. gms_job_events_replica_hive_inc_archive
5052. gms_jobs_metadata_inc_archive
5053. gms_jobs_stats_inc_archive
5054. gms_srt_error_logs_inc_archive
5055. gms_tools_events_inc_archive
5056. gmshub_link_clicks_inc_archive
5057. gmso365actions_inc_archive
5058. gn_integrity_filter_inc_archive
5059. godot_rt_hourly_timespent_inc_archive
5060. goe_portal_inc_archive
5061. good_admin_promotion_inc_archive
5062. goodwill_content_filter_inc_archive
5063. goodwill_content_inc_archive
5064. goodwill_cultural_moments_async_inc_archive
5065. goodwill_daily_dialogue_inc_archive
5066. goodwill_daily_dialogue_system_inc_archive
5067. goodwill_flashback_inc_archive
5068. goodwill_gps_product_inc_archive
5069. goodwill_gps_product_inc_archive
5070. goodwill_inspiration_product_inc_archive
5071. goodwill_memories_and_celebrations_inc_archive
5072. goodwill_ranking_delivery_inc_archive
5073. goodwill_video_inc_archive
5074. goodwill_video_system_inc_archive
5075. google_play_locale_selector_locale_and_country_inc_archive
5076. gr_tools_inc_archive
5077. graa_srequest_region_inc_archive
5078. graas_events_inc_archive
5079. graas_waterfall_inc_archive
5080. granular_perm_inconsistent_mutations_inc_archive
5081. graph_ad_account_matched_search_applications_edge_dev_inc_archive
5082. graph_ad_account_matched_search_applications_edge_inc_archive
5083. graph_api_ad_account_sharing_inc_archive
5084. graph_api_app_checks_debug_inc_archive
5085. graph_api_detect_implicit_changes_request_samples_inc_archive
5086. graph_api_detect_implicit_changes_request_samples_sii_offsite_inc_archive
5087. graph_api_fql_table_hits_inc_archive
5088. graph_api_hits_third_party_bucketed_inc_archive
5089. graph_api_hits_third_party_data_returned_bucketed_inc_archive
5090. graph_api_hits_third_party_data_returned_inc_archive
5091. graph_api_hits_third_party_data_returned_tokenless_inc_archive
5092. graph_api_hits_third_party_inc_archive
5093. graph_api_potential_uid_leaks_inc_archive
5094. graph_contact_creation_inc_archive
5095. graph_contact_delete_inc_archive
5096. graph_mobile_release_update_inc_archive
5097. graph_ql_deprecated_documents_access_inc_archive

          Highly Confidential – Attorneys' Eyes Only

5098. graph_search_mobile_components_ctr_inc_archive
5099. graph_user_bulk_contacts_post_inc_archive
5100. graphexplorer_events_inc_archive
5101. graphql_auth_proof_validation_inc_archive
5102. graphql_exception_inc_archive
5103. graphql_live_query_events_inc_archive
5104. graphql_subscriptions_debug_inc_archive
5105. graphql_subscriptions_inc_archive
5106. graphql_video_urls_inc_archive
5107. gray_account_access_logger_inc_archive
5108. gray_account_deprecation_feedback_inc_archive
5109. gray_account_deprecation_interaction_inc_archive
5110. group_actions_events_inc_archive
5111. group_admin_actions_inc_archive
5112. group_admin_assist_inc_archive
5113. group_admin_autonomy_inc_archive
5114. group_admin_bot_command_base2
5115. group_admin_engagement_inc_archive
5116. group_admin_model_training_inc_archive
5117. group_adminbot_actions_inc_archive
5118. group_bouncer_decision_inc_archive
5119. group_change_chat_creation_permission_setting_logger_inc_archive
5120. group_chat_adminship_change_events_inc_archive
5121. group_commerce_bookmark_actions_inc_archive
5122. group_community_classified_expert_inc_archive
5123. group_community_help_admin_notification_inc_archive
5124. group_content_report_inc_archive
5125. group_content_view_events_inc_archive
5126. group_creation_from_configerator_inc_archive
5127. group_creation_inc_archive
5128. group_creation_with_purpose_inc_archive
5129. group_digest_diagnostic_inc_archive
5130. group_discover_mobile_inc_archive
5131. group_discover_realtime_inc_archive
5132. group_discover_server_event_inc_archive
5133. group_discover_suggestion_gen_debug_inc_archive
5134. group_discover_tab_unit_ranking_inc_archive
5135. group_discovery_suggestion_inc_archive
5136. group_election_integrity_inc_archive
5137. group_engagement_alerts_threshold_predictor_inc_archive
5138. group_experts_product_inc_archive
5139. group_feed_inc_archive
5140. group_formatted_post_inc_archive
5141. group_forum_migration_actions_inc_archive
5142. group_forum_opt_in_actions_inc_archive
5143. group_forum_participation_control_actions_inc_archive
5144. group_ghost_post_inc_archive
5145. group_goal_tags_inc_archive
5146. group_growth_preferences_inc_archive
5147. group_hashtag_client_actions_inc_archive
5148. group_highlight_ranking_result_cache_inc_archive

      Highly Confidential – Attorneys' Eyes Only

5149.	group_highlights_campaign_waterfall_inc_archive
5150.	group_highlights_duplicate_notification_inc_archive
5151.	group_highlights_posts_groups_selection_inc_archive
5152.	group_hosuewarming_inc_archive
5153.	group_hyperresharing_demotion_features_inc_archive
5154.	group_image_customization_change_events_inc_archive
5155.	group_inline_cue_inc_archive
5156.	group_integrity_inform_inc_archive
5157.	group_integrity_recommendation_demotion_logger_inc_archive
5158.	group_invite_screen_inc_archive
5159.	group_mall_feed_promotion_inc_archive
5160.	group_mall_nonsticky_sorting_switcher_inc_archive
5161.	group_mall_tab_events_inc_archive
5162.	group_member_badges_inc_archive
5163.	group_member_connections_inc_archive
5164.	group_member_identity_inc_archive
5165.	group_member_sorting_switcher_inc_archive
5166.	group_member_suggestions_inc_archive
5167.	group_membership_auto_approval_inc_archive
5168.	group_membership_questions_setup_inc_archive
5169.	group_memory_post_processing_inc_archive
5170.	group_mentions_waterfall_inc_archive
5171.	group_moment_inc_archive
5172.	group_my_content_actions_inc_archive
5173.	group_name_change_inc_archive
5174.	group_nav_menu_action_inc_archive
5175.	group_new_member_welcome_inc_archive
5176.	group_notif_jewel_inc_archive
5177.	group_notifications_selection_inc_archive
5178.	group_participant_actions_inc_archive
5179.	group_post_cluster_logging_inc_archive
5180.	group_post_content_inc_archive
5181.	group_promotion_qp_inc_archive
5182.	group_purpose_opt_out_flow_inc_archive
5183.	group_purpose_selection_inc_archive
5184.	group_quality_actions_inc_archive
5185.	group_queries_inc_archive
5186.	group_recommendations_ego_inc_archive
5187.	group_reels_feed_inc_archive
5188.	group_reels_inc_archive
5189.	group_safety_inc_archive
5190.	group_scheduled_posts_inc_archive
5191.	group_search_clicks_agg_inc_archive
5192.	group_search_clicks_inc_archive
5193.	group_selector_share_inc_archive
5194.	group_sell_comment_to_message_notif_inc_archive
5195.	group_sell_interest_inc_archive
5196.	group_sell_interest_unittest_inc_archive
5197.	group_sell_landing_page_inc_archive
5198.	group_sell_product_detail_actions_inc_archive
5199.	group_sell_user_actions_inc_archive

        Highly Confidential – Attorneys' Eyes Only

5200. group_share_inc_archive
5201. group_snapshot_preview_events_inc_archive
5202. group_subscription_client_events_inc_archive
5203. group_subspaces_inc_archive
5204. group_subspaces_notification_funnel_inc_archive
5205. group_subspaces_user_events_inc_archive
5206. group_suggested_groups_inc_archive
5207. group_tab_events_inc_archive
5208. group_tab_fblite_inc_archive
5209. group_tab_groups_ranking_inc_archive
5210. group_tab_session_gap_rule_violation_inc_archive
5211. group_tab_units_badge_events_inc_archive
5212. group_tab_user_setting_actions_inc_archive
5213. group_tracking_store_inc_archive
5214. group_user_continuous_invite_base2
5215. group_user_general_expert_experience_base2
5216. group_user_views_all_inc_archive
5217. group_vaccine_inc_archive
5218. groupmall_retrieval_stats_inc_archive
5219. groups_activation_mall_pymi_inc_archive
5220. groups_admin_qe_group_exposures_inc_archive
5221. groups_admin_reliability_inc_archive
5222. groups_admin_support_inc_archive
5223. groups_admins_exceptions_inc_archive
5224. groups_announcements_inc_archive
5225. groups_anonymous_post_setting_inc_archive
5226. groups_author_user_signal_migration_status_inc_archive
5227. groups_bulk_delete_inc_archive
5228. groups_bulk_invite_inc_archive
5229. groups_c4g_engagement_actions_inc_archive
5230. groups_c4g_engagement_events_inc_archive
5231. groups_c4g_engagement_events_unittest_inc_archive
5232. groups_c4g_notifications_inc_archive
5233. groups_c4g_pre_inc_archive
5234. groups_c4g_pre_unittest_inc_archive
5235. groups_c4g_presence_laser_inc_archive
5236. groups_claimable_badge_upsell_inc_archive
5237. groups_comment_sort_switcher_actions_inc_archive
5238. groups_cover_photo_migration_inc_archive
5239. groups_crosspost_actions_inc_archive
5240. groups_custom_reactions_a_a_test_inc_archive
5241. groups_discover_render_inc_archive
5242. groups_discover_tab_actions_inc_archive
5243. groups_discover_tab_eligible_units_inc_archive
5244. groups_discover_tab_plinks_click_event_inc_archive
5245. groups_discover_tab_suggestions_inc_archive
5246. groups_error_logs_inc_archive
5247. groups_feature_restriction_inc_archive
5248. groups_feature_store_inc_archive
5249. groups_file_type_inc_archive
5250. groups_highlight_units_inc_archive

          Highly Confidential – Attorneys' Eyes Only

5251. groups_home_create_composer_entrypoint_inc_archive
5252. groups_insights_admin_activity_inc_archive
5253. groups_insights_inc_archive
5254. groups_integrity_filter_log_inc_archive
5255. groups_integrity_general_inc_archive
5256. groups_interest_wizard_events_inc_archive
5257. groups_invitation_inc_archive
5258. groups_invite_card_action_inc_archive
5259. groups_invite_card_imp_inc_archive
5260. groups_invite_home_inc_archive
5261. groups_invite_link_events_inc_archive
5262. groups_invite_mutation_inc_archive
5263. groups_invite_via_link_inc_archive
5264. groups_invitee_actions_inc_archive
5265. groups_leave_inc_archive
5266. groups_mall_action_inc_archive
5267. groups_mall_consumption_depth_inc_archive
5268. groups_mall_feed_consumption_interruption_inc_archive
5269. groups_mall_vpv_inc_archive
5270. groups_member_requests_consumption_interruption_inc_archive
5271. groups_membership_base2
5272. groups_membership_questions_inc_archive
5273. groups_migrate_to_forum_inc_archive
5274. groups_mincount_filter_log_inc_archive
5275. groups_new_member_story_bumper_inc_archive
5276. groups_page_engagement_inc_archive
5277. groups_people_picker_logging_inc_archive
5278. groups_permalink_join_to_comment_inc_archive
5279. groups_platform_share_actions_inc_archive
5280. groups_plugin_popup_inc_archive
5281. groups_post_insights_inc_archive
5282. groups_pre_vetted_user_list_inc_archive
5283. groups_private_to_public_deprecation_inc_archive
5284. groups_pymi_group_selection_debug_inc_archive
5285. groups_reachability_inc_archive
5286. groups_reco_candidate_retrieval_inc_archive
5287. groups_reporting_inc_archive
5288. groups_search_inc_archive
5289. groups_settings_inc_archive
5290. groups_share_group_actions_inc_archive
5291. groups_sole_admin_inc_archive
5292. groups_sole_admin_state_inc_archive
5293. groups_tab_badging_cooldown_inc_archive
5294. groups_tab_badging_visit_event_inc_archive
5295. groups_tab_common_event_inc_archive
5296. groups_tab_cross_group_feed_inc_archive
5297. groups_tab_dt_error_inc_archive
5298. groups_tab_end_of_feed_inc_archive
5299. groups_tab_feed_consumption_interruption_inc_archive
5300. groups_tab_feed_failure_ui_event_inc_archive
5301. groups_tab_group_pogs_hscroll_inc_archive

Highly Confidential – Attorneys' Eyes Only

5302. groups_tab_inc_archive
5303. groups_tab_nav_bar_actions_inc_archive
5304. groups_tab_pathing_card_actions_inc_archive
5305. groups_tab_plinks_click_event_inc_archive
5306. groups_tab_prefetch_metrics_inc_archive
5307. groups_tab_production_test_inc_archive
5308. groups_tab_scroll_event_inc_archive
5309. groups_tab_to_group_mall_event_inc_archive
5310. groups_tab_ui_section_list_info_inc_archive
5311. groups_tab_unconnected_badging_inc_archive
5312. groups_tab_visitation_inc_archive
5313. groups_tab_your_groups_title_bar_action_logging_inc_archive
5314. groups_user_signals_debugging_inc_archive
5315. groups_video_chaining_user_cf_user_video_consumption_inc_archive
5316. groups_video_chaining_user_cf_user_video_consumption_v2_inc_archive
5317. groups_video_chaining_user_cf_video_consumption_view_v2_filtered_inc_archive
5318. groups_you_should_join_qp_inc_archive
5319. growth_rt_suma_training_data_inc_archive
5320. growth_suma_events_inc_archive
5321. growth_suma_labeling_queue_inc_archive
5322. growth_suma_perf_inc_archive
5323. grp_creation_inc_archive
5324. gsii_perspective_integration_inc_archive
5325. gsii_threat_tip_email_data_log_inc_archive
5326. gtm_data_sync_inc_archive
5327. guards_features_inc_archive
5328. guards_holdouts_inc_archive
5329. guards_measurement_inc_archive
5330. guards_results_inc_archive
5331. guards_scam_classifier_inc_archive
5332. guards_unified_signals_inc_archive
5333. guided_checklist_eof_inc_archive
5334. guided_review_inc_archive
5335. gyml_sigrid_features_inc_archive
5336. gysj_content_action_seeds_inc_archive
5337. gysj_diversity_control_log_inc_archive
5338. gysj_fbjoiner_inc_archive
5339. gysj_generator_debug_inc_archive
5340. gysj_notif_inc_archive
5341. gysj_quality_filter_log_inc_archive
5342. gysj_ranking_candidate_v3_inc_archive
5343. gysj_seed_filtering_inc_archive
5344. hacked_account_delete_activity_inc_archive
5345. hacked_account_recovery_inc_archive
5346. hacked_cleanup_mp_posts_inc_archive
5347. hacked_self_identified_metrics_inc_archive
5348. halo_event_v2_inc_archive
5349. halo_events_inc_archive
5350. halo_practice_test_inc_archive
5351. halo_video_call_links_user_actions_inc_archive
5352. harassment_spike_events_inc_archive

     Highly Confidential – Attorneys' Eyes Only

5353.  harmful_behaviour_classifier_inc_archive
5354.  harmful_behaviour_experiments_inc_archive
5355.  harmful_behaviour_signals_inc_archive
5356.  harmful_content_errors_www_inc_archive
5357.  harmony_lift_ssot_click_inc_archive
5358.  harmony_lift_ssot_impression_inc_archive
5359.  harmony_lift_ssot_rid_sharded_imp_inc_archive
5360.  harmony_organic_offsite_canary_inc_archive
5361.  harmony_organic_offsite_inc_archive
5362.  harmony_organic_onsite_inc_archive
5363.  harmony_replay_organic_events_checkpoint_store_inc_archive
5364.  harmony_ssot_lift_app_events_inc_archive
5365.  harmony_ssot_lift_impression_inc_archive
5366.  harmony_ssot_lift_rid_sharded_conv_offsite_inc_archive
5367.  harmony_ssot_lift_rid_sharded_conv_onsite_inc_archive
5368.  harmony_ssot_lift_rid_sharded_imps_inc_archive
5369.  hashtag_notif_book_keeper_inc_archive
5370.  hashtag_typeahead_suggestions_inc_archive
5371.  hashtags_usage_inc_archive
5372.  hate_speech_auto_decision_feature_maps_inc_archive
5373.  hate_speech_sampled_text_feature_maps_inc_archive
5374.  hc_strikes_inc_archive
5375.  hcomm_text_content_with_features_inc_archive
5376.  headers_cache_inc_archive
5377.  headers_confirmation_inc_archive
5378.  headers_redirect_manager_inc_archive
5379.  headers_server_side_effects_inc_archive
5380.  headers_zero_storage_usage_inc_archive
5381.  health_graph_api_inc_archive
5382.  health_integrity_content_lifecycle_inc_archive
5383.  health_support_groups_inc_archive
5384.  help_center_inc_archive
5385.  help_center_inc_archive
5386.  help_community_inc_archive
5387.  help_community_search_inc_archive
5388.  help_community_waterfall_inc_archive
5389.  help_desk_srt_job_base2
5390.  help_desk_srt_job_hourly_base2
5391.  helpdesk_case_info_inc_archive
5392.  helpdesk_csat_events_inc_archive
5393.  helpdesk_notification_event_inc_archive
5394.  helpdesk_topline_metrics_inc_archive
5395.  hidden_ad_validator_inc_archive
5396.  high_volume_short_clustering_inc_archive
5397.  high_volume_similarity_clustering_inc_archive
5398.  highlighted_stories_metadata_base2
5399.  hiiu_retrieval_inc_archive
5400.  hiiu_target_candidates_source_inc_archive
5401.  hipster_events_inc_archive
5402.  historical_campaign_benchmark_inc_archive
5403.  hit_list_ci_observer_inc_archive

Highly Confidential – Attorneys' Eyes Only

5404. hive_android_messenger_ranking_sync_inc_archive
5405. hive_anon_column_policy_audit_inc_archive
5406. hive_mqtt_endpoint_events_inc_archive
5407. hive_omnistore_mqtt_message_requests_inc_archive
5408. hive_push_notification_feedback_action_inc_archive
5409. hive_table_ppf_transfer_failures_inc_archive
5410. holy_diver_main_inc_archive
5411. home_listing_elastic_search_recommender_inc_archive
5412. home_prediction_comparison_offline_inc_archive
5413. home_prediction_loader_logger_inc_archive
5414. home_router_reboot_device_signals_inc_archive
5415. home_router_reboot_eligibilty_detection_inc_archive
5416. home_router_reboot_state_base2
5417. honey_mobile_connection_event_inc_archive
5418. honey_mobile_device_event_inc_archive
5419. honey_zero_optin_flow_event_inc_archive
5420. host_video_payout_events_inc_archive
5421. hpi_experimental_profile_logged_features_inc_archive
5422. hpi_profile_report_automation_inc_archive
5423. hpi_profile_report_features_inc_archive
5424. hpi_srt_enrollment_inc_archive
5425. http_origin_violations_inc_archive
5426. hub_events_inc_archive
5427. hub_mental_health_events_inc_archive
5428. hub_mental_health_sessions_inc_archive
5429. hub_sessions_inc_archive
5430. hub_units_inc_archive
5431. huddle_production_inc_archive
5432. huddle_visibility_debugger_inc_archive
5433. human_label_review_inc_archive
5434. human_review_experimentation_platform_history_logger_inc_archive
5435. i18n_android_string_impressions_inc_archive
5436. i18n_ios_string_impressions_inc_archive
5437. i18n_polyglot_web_init_performance_inc_archive
5438. i3_india_it_compliance_inc_archive
5439. ia_ads_image_info_inc_archive
5440. ia_recirculation_inc_archive
5441. iaa_click_inc_archive
5442. iab_ad_features_inc_archive
5443. iab_aem_impression_flow_inc_archive
5444. iab_autofill_ads_disclosure_inc_archive
5445. iab_autofill_detection_inc_archive
5446. iab_autofill_graphql_inc_archive
5447. iab_autofill_redirect_url_validation_inc_archive
5448. iab_experiment_inc_archive
5449. iab_launch_hot_instance_inc_archive
5450. iab_metrics_debug_post_logger_inc_archive
5451. iab_metrics_inc_archive
5452. iab_metrics_ppf_shadow_inc_archive
5453. iab_metrics_sbl_inc_archive
5454. iab_sessionized_data_inc_archive

Highly Confidential – Attorneys' Eyes Only

5455.  iab_sessionized_raw_data_inc_archive
5456.  iaf_reg_attacks_inc_archive
5457.  iam_api_detail_inc_archive
5458.  iam_unified_device_fanout_inc_archive
5459.  iap_offers_inc_archive
5460.  ias_uts_client_debug_v1_inc_archive
5461.  iat_results_inc_archive
5462.  iat_thread_event_logger_inc_archive
5463.  iaw_autofill_outerframe_data_inc_archive
5464.  ib_messenger_fake_account_logging_inc_archive
5465.  ib_proxy_investigation_framework_logging_inc_archive
5466.  ibe_centralized_embedding_score_logging_inc_archive
5467.  ibe_unified_feature_repo_aggregate_fb_inc_archive
5468.  icc_tree_inc_archive
5469.  icebreaker_subscriptions_inc_archive
5470.  ico_conv_delay_inc_archive
5471.  icp_for_cipp_poison_pill_inc_archive
5472.  id2id_cp_owner_matcher_inc_archive
5473.  id2id_name_matcher_inc_archive
5474.  id2id_update_debug_inc_archive
5475.  id_prediction_candidate_retrieval_feature_log_inc_archive
5476.  id_prediction_service_fb_pixel_feature_log_inc_archive
5477.  id_review_disavow_checkpoint_inc_archive
5478.  id_verification_flow_inc_archive
5479.  id_verification_information_inc_archive
5480.  idd_escalation_inc_archive
5481.  ide_error_inc_archive
5482.  identifier_lookup_result_inc_archive
5483.  identify_revealer_inc_archive
5484.  identity_badge_comment_regression_predictions_inc_archive
5485.  identity_badge_inc_archive
5486.  identity_device_id_to_user_mapping_realtime_inc_archive
5487.  identity_galileo_match_insights_dev_inc_archive
5488.  identity_galileo_match_insights_inc_archive
5489.  identity_galileo_match_results_dev_inc_archive
5490.  identity_galileo_match_results_inc_archive
5491.  identity_graph_onboarding_validation_inc_archive
5492.  identity_match_attribution_request_inc_archive
5493.  identity_match_request_sii_only_inc_archive
5494.  identity_match_request_uii_only_inc_archive
5495.  identity_pii_match_ranking_feature_inc_archive
5496.  identity_prediction_pixel_event_pred_logger_inc_archive
5497.  identity_prediction_service_requests_sii_only_v1_inc_archive
5498.  identity_prediction_service_requests_uii_only_inc_archive
5499.  identity_scale_measurement_matching_inc_archive
5500.  identity_source_user_events_preprocessed_inc_archive
5501.  identity_user_match_result_inc_archive
5502.  idfa_treatment_drv1_users_inc_archive
5503.  idr_docauth_inc_archive
5504.  idv_general_logging_inc_archive
5505.  ifr_fbjoiner_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

5506. ifr_sptf_raas_bid_entries_inc_archive
5507. ifr_sptf_raas_entries_inc_archive
5508. ifr_user_interest_profile_inc_archive
5509. image_layout_selection_log_inc_archive
5510. image_upload_inc_archive
5511. immediate_active_seconds_inc_archive
5512. imp_account_lapse_features_dataset_inc_archive
5513. imp_ad_joiner_lazy_retry_test_inc_archive
5514. imp_ad_joiner_retry_test_inc_archive
5515. imp_config_mutation_history_inc_archive
5516. imp_content_structure_lapse_features_dataset_inc_archive
5517. imp_holdout_event_inc_archive
5518. imp_holdout_monitoring_inc_archive
5519. imp_producer_lapse_features_dataset_inc_archive
5520. imp_safety_interactions_features_inc_archive
5521. important_photo_dna_hashes_for_matching_inc_archive
5522. imported_contacts_deletion_inc_archive
5523. importee_notif_candidate_track_inc_archive
5524. impression_viewability_duration_inc_archive
5525. impx_riggy_events_inc_archive
5526. in_app_browser_open_url_ads_inc_archive
5527. in_app_error_reporter_events_inc_archive
5528. in_app_escalations_inc_archive
5529. in_feed_comment_composer_events_inc_archive
5530. in_feed_composer_backend_logs_inc_archive
5531. in_thread_story_preview_inc_archive
5532. in_thread_story_preview_inc_archive
5533. inactive_app_reactivation_inc_archive
5534. inc_dim_login_alerts_base2
5535. inc_dim_password_metadata_base2
5536. inc_dim_two_factor_base2
5537. inc_fb_protect_users_base2
5538. incall_emoji_reactions_inc_archive
5539. incall_polls_client_actions_inc_archive
5540. incall_polls_inc_archive
5541. incomplete_clear_history_all_time_inc_archive
5542. inconsistent_immediate_repost_root_inc_archive
5543. india_fop_contact_form_inc_archive
5544. infeed_guide_waterfall_inc_archive
5545. inferred_contact_state_graphql_event_inc_archive
5546. inferred_website_events_inc_archive
5547. info_problems_disagree_with_decision_inc_archive
5548. inform_treatments_actions_inc_archive
5549. infra_planning_sourcing_rules_api_inc_archive
5550. initial_app_launch_experiment_exposure_uid_inc_archive
5551. initial_app_launch_uid_experiment_exposure_inc_archive
5552. initial_availability_status_inc_archive
5553. inline_comment_statistics_inc_archive
5554. inline_composer_diglossia_inc_archive
5555. inline_cvr_post_imp_model_tmp_inc_archive
5556. inline_cvr_post_imp_more_conv_types_cluster_inc_archive

Highly Confidential – Attorneys' Eyes Only

5557. inline_cvr_post_imp_more_conv_types_no_pos_cap_5min_inc_archive
5558. inline_cvr_post_imp_more_conv_types_no_pos_cap_inc_archive
5559. inline_cvr_post_imp_more_conv_types_no_pos_cap_v2_inc_archive
5560. inline_cvr_post_imp_more_data_inc_archive
5561. inline_cvr_post_imp_more_neg_ba_feature_only_inc_archive
5562. inline_cvr_post_imp_more_neg_inc_archive
5563. inline_cvr_postclick_model_all_pagetypes_aet_inc_archive
5564. inline_cvr_postclick_model_all_pagetypes_inc_archive
5565. inline_follow_cta_event_inc_archive
5566. inline_privacy_survey_native_inc_archive
5567. insights_api_convergence_instrumentation_inc_archive
5568. insights_api_monitoring_inc_archive
5569. insights_dialog_migration_inc_archive
5570. insights_dimensions_coverage_inc_archive
5571. insights_platform_logs_inc_archive
5572. insights_platform_throttle_inc_archive
5573. insights_puma_topk_fetcher_inc_archive
5574. insights_query_shape_inc_archive
5575. insights_sharing_logs_inc_archive
5576. insights_signal_loss_tracking_inc_archive
5577. insipirations_effect_fetching_inc_archive
5578. inspiration_cta_inc_archive
5579. inspirations_cache_flow_inc_archive
5580. inspirations_effect_filtering_inc_archive
5581. inspirations_effect_size_inc_archive
5582. inspirations_offline_ranked_candidates_inc_archive
5583. inspirations_query_device_inc_archive
5584. install_dict_writer_inc_archive
5585. instant_article_domain_review_inc_archive
5586. instant_article_publisher_onboarding_waterfall_inc_archive
5587. instant_article_publisher_privacy_banner_inc_archive
5588. instant_article_reports_inc_archive
5589. instant_article_user_privacy_banner_inc_archive
5590. instant_articles_ad_metrics_inc_archive
5591. instant_articles_ad_placement_inc_archive
5592. instant_articles_ad_request_inc_archive
5593. instant_articles_ad_request_param_inc_archive
5594. instant_articles_ads_waterfall_inc_archive
5595. instant_articles_content_interactions_inc_archive
5596. instant_articles_cta_delivery_inc_archive
5597. instant_articles_cta_error_inc_archive
5598. instant_articles_cta_inc_archive
5599. instant_articles_cta_tooling_inc_archive
5600. instant_articles_data_consistency_inc_archive
5601. instant_articles_events_inc_archive
5602. instant_articles_events_ml_inc_archive
5603. instant_articles_gating_results_inc_archive
5604. instant_articles_graph_api_calls_inc_archive
5605. instant_articles_live_preview_www_inc_archive
5606. instant_articles_publisher_tools_inc_archive
5607. instant_articles_recirculation_inc_archive

 Highly Confidential – Attorneys' Eyes Only

5608. instant_checkout_product_recommendation_inc_archive
5609. instant_checkout_product_validation_inc_archive
5610. instant_feed_events_inc_archive
5611. instant_feed_metrics_inc_archive
5612. instant_game_ad_impression_annotated_inc_archive
5613. instant_game_ios_floating_nav_bar_inc_archive
5614. instant_game_web_upsells_inc_archive
5615. instant_game_xma_impression_event_inc_archive
5616. instant_games_arcade_events_inc_archive
5617. instant_games_arcade_toasts_inc_archive
5618. instant_games_bots_inc_archive
5619. instant_games_c2p_inc_archive
5620. instant_games_context_creation_inc_archive
5621. instant_games_curation_inc_archive
5622. instant_games_devsite_events_inc_archive
5623. instant_games_events_inc_archive
5624. instant_games_events_sid_inc_archive
5625. instant_games_fb_lite_inc_archive
5626. instant_games_feed_inc_archive
5627. instant_games_feedback_inc_archive
5628. instant_games_game_updates_inc_archive
5629. instant_games_info_fetch_support_check_result_inc_archive
5630. instant_games_link_share_inc_archive
5631. instant_games_match_players_queue_inc_archive
5632. instant_games_nt_dialogs_inc_archive
5633. instant_games_offline_match_inc_archive
5634. instant_games_permission_events_inc_archive
5635. instant_games_platform_integrity_inc_archive
5636. instant_games_sdk_events_inc_archive
5637. instant_games_search_inc_archive
5638. instant_games_shareable_link_usage_inc_archive
5639. instant_games_sharing_events_inc_archive
5640. instant_games_tab_badge_inc_archive
5641. instant_games_tournaments_inc_archive
5642. instant_games_update_comments_inc_archive
5643. instant_games_updates_events_inc_archive
5644. instant_games_web_dialogs_inc_archive
5645. instant_games_web_hub_inc_archive
5646. instant_games_web_play_inc_archive
5647. instant_gyml_events_inc_archive
5648. instant_shopping_sequence_events_inc_archive
5649. instgram_to_messenger_ads_inc_archive
5650. instream_ad_host_video_comments_inc_archive
5651. instream_ad_host_video_reactions_inc_archive
5652. instream_ads_block_list_inc_archive
5653. instream_ads_impression_with_category_info_inc_archive
5654. instream_ads_payout_host_video_events_inc_archive
5655. instream_ads_shadow_onboarding_metrics_inc_archive
5656. instream_ads_vod_event_inc_archive
5657. instream_ads_vod_info_inc_archive
5658. instream_bloks_query_inc_archive

Highly Confidential – Attorneys' Eyes Only

5659. instream_dislike_ad_break_model_inc_archive
5660. instream_exposure_pool_admittance_inc_archive
5661. instream_live_open_program_throttler_inc_archive
5662. instream_mobile_post_ad_app_dropoff_model_inc_archive
5663. instream_organic_video_inc_archive
5664. instream_reserve_buying_campaigns_inc_archive
5665. instream_revenue_data_permission_check_inc_archive
5666. instream_scrubber_query_inc_archive
5667. instream_video_ads_creator_event_inc_archive
5668. instream_video_ads_queries_inc_archive
5669. instream_video_default_opt_in_server_side_log_dev_inc_archive
5670. instream_video_default_opt_in_server_side_log_inc_archive
5671. instream_video_default_opt_in_server_side_result_dev_inc_archive
5672. instream_video_default_opt_in_server_side_result_inc_archive
5673. instream_vod_eligibility_update_inc_archive
5674. integrated_plugin_canvas_no_confidence_inc_archive
5675. integrity_actions_experiments_inc_archive
5676. integrity_central_population_vpv_inc_archive
5677. integrity_context_client_inc_archive
5678. integrity_context_request_inc_archive
5679. integrity_context_trigger_client_inc_archive
5680. integrity_escalations_inc_archive
5681. integrity_gating_api_inc_archive
5682. integrity_intake_switch_comparators_debug_inc_archive
5683. integrity_object_inc_archive
5684. integrity_paths_gemstone_inc_archive
5685. integrity_report_main_inc_archive
5686. integrity_snapshot_history_inc_archive
5687. integrity_snapshot_interaction_inc_archive
5688. integrity_space_actions_inc_archive
5689. integrity_space_updates_inc_archive
5690. integrity_taxonomy_mutation_history_inc_archive
5691. intel_home_impressions_inc_archive
5692. intel_home_indicator_extraction_inc_archive
5693. intent_attribution_events_offsite_log_inc_archive
5694. intent_object_shared_feature_aggregation_log_control_inc_archive
5695. intent_object_shared_feature_aggregation_log_inc_archive
5696. intent_object_up2x_feature_aggregation_log_inc_archive
5697. intent_user_shared_feature_aggregation_log_control_inc_archive
5698. intent_user_shared_feature_aggregation_log_inc_archive
5699. intent_user_up2x_feature_aggregation_log_inc_archive
5700. interest_feed_ui_events_inc_archive
5701. interest_manager_v2_inc_archive
5702. interest_pages_to_follow_events_inc_archive
5703. interests_deep_dive_backend_inc_archive
5704. interests_deep_dive_entry_points_features_inc_archive
5705. interests_deep_dive_entry_points_inc_archive
5706. interests_deep_dive_filter_data_inc_archive
5707. interests_deep_dive_notif_delivery_inc_archive
5708. intern_cases_heartbeats_inc_archive
5709. intern_event_error_inc_archive

Highly Confidential – Attorneys' Eyes Only

5710.   intern_graph_authentication_inc_archive
5711.   intern_insights_sharing_logs_inc_archive
5712.   intern_login_error_inc_archive
5713.   intern_user_creation_inc_archive
5714.   intern_user_mutations_inc_archive
5715.   intern_webauthn_inc_archive
5716.   internal_links_in_ads_inc_archive
5717.   internal_tools_epd_storm_inc_archive
5718.   interop_query_search_results_inc_archive
5719.   intl_accept_language_parse_inc_archive
5720.   intl_admin_panel_perf_inc_archive
5721.   intl_admin_panel_shortcuts_inc_archive
5722.   intl_admin_panel_time_spent_data_inc_archive
5723.   intl_android_string_impressions_inc_archive
5724.   intl_burmese_content_produced_inc_archive
5725.   intl_burmese_conversion_prod_log_inc_archive
5726.   intl_burmese_locale_override_inc_archive
5727.   intl_burmese_object_load_inc_archive
5728.   intl_cat_search_and_replace_inc_archive
5729.   intl_cat_step_complete_segment_snapshot_inc_archive
5730.   intl_cat_translations_inc_archive
5731.   intl_commitment_warning_inc_archive
5732.   intl_date_format_usage_inc_archive
5733.   intl_dropbox_file_delivery_error_inc_archive
5734.   intl_error_boundary_inc_archive
5735.   intl_errors_log_inc_archive
5736.   intl_fbcat_segment_unlock_inc_archive
5737.   intl_issue_report_inc_archive
5738.   intl_language_settings_visits_inc_archive
5739.   intl_locale_switcher_inc_archive
5740.   intl_locplat_notifications_sent_inc_archive
5741.   intl_logged_in_switching_locale_inc_archive
5742.   intl_logged_out_switching_locale_inc_archive
5743.   intl_mas_inc_archive
5744.   intl_missing_native_inc_archive
5745.   intl_regional_locale_settings_inc_archive
5746.   intl_rlx_candidates_inc_archive
5747.   intl_rlx_fblite_android_switch_inc_archive
5748.   intl_rlx_interactions_inc_archive
5749.   intl_rlx_mobile_custom_function_delivery_inc_archive
5750.   intl_rlx_script_inc_archive
5751.   intl_source_string_inc_archive
5752.   intl_string_edit_reliability_inc_archive
5753.   intl_t4_search_filters_inc_archive
5754.   intl_task_refresh_word_counts_inc_archive
5755.   intl_tf_achievements_inc_archive
5756.   intl_tf_questions_service_perf_inc_archive
5757.   intl_tf_translate_facebook_exceptions_dev_inc_archive
5758.   intl_tf_translate_facebook_exceptions_inc_archive
5759.   intl_tf_translation_updates_inc_archive
5760.   intl_time_report_usage_inc_archive

Highly Confidential – Attorneys' Eyes Only

5761. intl_tm_usage_fbcat_inc_archive
5762. intl_trans_task_impression_inc_archive
5763. intl_trans_task_locale_status_inc_archive
5764. intl_trans_task_overall_status_inc_archive
5765. intl_trans_task_perf_inc_archive
5766. intl_translation_activity_db_inc_archive
5767. intl_translation_activity_inc_archive
5768. intl_translation_app_visits_inc_archive
5769. intl_tss_inc_archive
5770. invalid_facebook_user_presence_inc_archive
5771. invalidated_object_manager_inc_archive
5772. investigation_dive_summary_widget_inc_archive
5773. invite_step_fb4a_inc_archive
5774. iobj_action_status_inc_archive
5775. iobj_performance_inc_archive
5776. ioc_debug_inc_archive
5777. iop_event_delivery_inc_archive
5778. iorg_campaign_api_inc_archive
5779. iorg_core_flow_autoflex_inc_archive
5780. iorg_core_flow_autoflex_inc_archive
5781. iorg_core_flow_flex_inc_archive
5782. iorg_core_flow_free_messenger_inc_archive
5783. iorg_core_flow_header_inc_archive
5784. iorg_core_flow_jumpstart_inc_archive
5785. iorg_core_flow_semifree_messenger_inc_archive
5786. iorg_core_flow_special_pricing_inc_archive
5787. iorg_core_flow_zero_header_transparency_inc_archive
5788. iorg_core_flow_zorro_inc_archive
5789. iorg_crashlog_inc_archive
5790. iorg_header_bypass_inc_archive
5791. iorg_mask_header_prefill_inc_archive
5792. iorg_status_update_flow_inc_archive
5793. ios14ad_campaign_group_invalid_application_inc_archive
5794. ios_app_state_hive_inc_archive
5795. ios_app_state_inc_archive
5796. ios_app_state_inc_archive
5797. ios_bg_task_usage_time_inc_archive
5798. ios_csrf_redirection_inc_archive
5799. ios_feed_privacy_invalidation_polling_funnel_inc_archive
5800. ios_geofences_regions_monitoring_inc_archive
5801. ios_in_app_purchase_shadow_validation_insights_inc_archive
5802. ios_language_pack_events_inc_archive
5803. ios_language_pack_prefetch_failure_events_inc_archive
5804. ios_language_pack_prefetch_success_events_inc_archive
5805. ios_language_packs_loading_failure_inc_archive
5806. ios_language_packs_loading_success_inc_archive
5807. ios_lightspeed_reactions_avg_query_time_hive_inc_archive
5808. ios_location_authorization_cache_access_inc_archive
5809. ios_location_cache_access_inc_archive
5810. ios_location_package_cache_event_inc_archive
5811. ios_location_services_access_inc_archive

Highly Confidential – Attorneys' Eyes Only

5812.   ios_location_visit_detection_inc_archive
5813.   ios_messenger_advanced_data_settings_snapshot_inc_archive
5814.   ios_messenger_notification_sound_download_events_inc_archive
5815.   ios_messenger_optimistic_thread_marking_initiate_inc_archive
5816.   ios_metrics_detection_impression_mismatch_inc_archive
5817.   ios_mn_dualboot_ls_exposed_still_in_mclassic_hive_inc_archive
5818.   ios_notifications_general_logging_inc_archive
5819.   ios_notifications_settings_page_inc_archive
5820.   ios_nse_delivery_inc_archive
5821.   ios_phoneid_update_hive_inc_archive
5822.   ios_phoneid_update_hive_inc_archive
5823.   ios_platform_deep_link_share_flow_inc_archive
5824.   ios_platform_share_os_share_flow_inc_archive
5825.   ios_push_notif_retraction_inc_archive
5826.   ios_push_registration_events_inc_archive
5827.   ios_scroll_performance_inc_archive
5828.   ios_state_restoration_event_inc_archive
5829.   ios_switchoff_error_inc_archive
5830.   ios_universal_link_opened_inc_archive
5831.   ios_video_data_usage_inc_archive
5832.   ios_video_substyle_inc_archive
5833.   ios_wilde_location_services_access_inc_archive
5834.   ios_wilde_messenger_entrypoint_click_inc_archive
5835.   ip_adsrightsmanager_jobs_inc_archive
5836.   ip_claim_flow_error_inc_archive
5837.   ip_counter_flow_error_inc_archive
5838.   ip_ops_fb_sigma_policy_responses_v2_inc_archive
5839.   ipc_perf_client_inc_archive
5840.   ipc_perf_server_inc_archive
5841.   ipc_request_parser_inc_archive
5842.   iris_client_only_delta_stats_inc_archive
5843.   iris_data_recovery_inc_archive
5844.   iris_delta_post_processor_failures_inc_archive
5845.   iris_one_to_one_fanout_failures_inc_archive
5846.   iris_search_queries_inc_archive
5847.   issue_detection_system_error_inc_archive
5848.   issue_detection_system_event_inc_archive
5849.   issue_detection_system_issues_db_inc_archive
5850.   issue_detection_system_issues_db_test_tier_inc_archive
5851.   issue_prediction_error_inc_archive
5852.   issue_prediction_event_inc_archive
5853.   issue_prediction_platform_event_inc_archive
5854.   itunes_locale_selector_locale_and_country_inc_archive
5855.   ix_category_events_inc_archive
5856.   ix_communication_action_platform_inc_archive
5857.   ix_communication_notification_platform_inc_archive
5858.   ix_content_management_inc_archive
5859.   ix_memcache_event_inc_archive
5860.   ix_store_front_section_inc_archive
5861.   ix_third_party_pixel_inc_archive
5862.   jade_server_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

5863.  jio_pna_qp_inc_archive
5864.  job_application_cvr_mbl_feed_clkobj_model_inc_archive
5865.  job_ranking_item_creation_inc_archive
5866.  jobs_actions_data_ads_inc_archive
5867.  jobs_actions_data_inc_archive
5868.  jobs_actor_gating_inc_archive
5869.  jobs_appeals_inc_archive
5870.  jobs_banner_actions_inc_archive
5871.  jobs_bookmark_ranking_job_seeker_qe_log_data_inc_archive
5872.  jobs_browser_joiner_new_inc_archive
5873.  jobs_clustering_actions_data_inc_archive
5874.  jobs_commerce_features_job_attributes_data_inc_archive
5875.  jobs_groups_recommendation_qp_feature_store_examples_inc_archive
5876.  jobs_high_frequency_actions_data_inc_archive
5877.  jobs_integrity_actor_signals_inc_archive
5878.  jobs_messenger_links_inc_archive
5879.  jobs_non_interactive_actions_data_inc_archive
5880.  jobs_notif_delivery_inc_archive
5881.  jobs_notif_jewel_inc_archive
5882.  jobs_notif_newsie_inc_archive
5883.  join_fct_ssot_event_offsite_with_app_events_inc_archive
5884.  joinable_video_chat_notifications_inc_archive
5885.  journalist_index_inc_archive
5886.  kaios_app_migration_inc_archive
5887.  kaios_events_inc_archive
5888.  kalman_snapple_input_training_data_inc_archive
5889.  kalman_snapple_output_training_data_inc_archive
5890.  kcv_extra_inc_archive
5891.  kcv_sem_campaign_tracking_inc_archive
5892.  keep_top_notifs_ungrouped_inc_archive
5893.  keepout_events_inc_archive
5894.  kewal_test_pipeline_inc_archive
5895.  keychain_service_catapult_inc_archive
5896.  keyframes_frame_perf_inc_archive
5897.  keyword_search_traces_inc_archive
5898.  kite_app_destroyed_with_video_upload_pending_inc_archive
5899.  kite_load_funnel_inc_archive
5900.  kite_native_dialog_inc_archive
5901.  kite_oz_player_load_state_inc_archive
5902.  kite_spatial_stuck_inc_archive
5903.  km_browse_search_inc_archive
5904.  knowledge_base_error_logs_inc_archive
5905.  knowledge_base_latency_inc_archive
5906.  knowledge_base_logs_inc_archive
5907.  knowledge_base_logs_unittest_inc_archive
5908.  knowledge_management_search_inc_archive
5909.  kochava_curl_request_inc_archive
5910.  koios_events_inc_archive
5911.  kore_ent_history_inc_archive
5912.  kosievdmerwe_contactpoint_history_add_action_debug_inc_archive
5913.  ll_bvt_rating_full_data_inc_archive

5914. l3_video_ad_relink_inc_archive
5915. label_selection_bias_experiments_data_inc_archive
5916. lama_error_log_inc_archive
5917. lama_operation_inc_archive
5918. lama_review_changelog_inc_archive
5919. lama_review_context_updates_inc_archive
5920. landing_page_invariants_inc_archive
5921. landing_page_scenarios_inc_archive
5922. landing_page_training_data_specific_event_signal_inc_archive
5923. landing_page_view_post_clk_cvr_lpv_only_model_inc_archive
5924. language_force_switch_inc_archive
5925. lara_events_inc_archive
5926. laser_cluster_feedback_events_inc_archive
5927. laser_lal_dfca_realtime_update_clean_inc_archive
5928. lat_grandfathering_snapshot_drv3_inc_archive
5929. lat_prof_global_metrics_inc_archive
5930. lat_update_freeze_drv3_inc_archive
5931. lat_update_request_inc_archive
5932. late_click_signals_inc_archive
5933. latprof_additional_profiles_inc_archive
5934. latprof_avatars_inc_archive
5935. latprof_inc_archive
5936. latprof_marketplace_inc_archive
5937. latprof_news_feed_inc_archive
5938. latprof_payments_inc_archive
5939. latprof_quick_promotion_inc_archive
5940. launch_manager_checklist_item_inc_archive
5941. launch_manager_interactions_inc_archive
5942. launchpad_audience_boost_smc_log_inc_archive
5943. launchpad_inc_archive
5944. launchpad_password_encryption_inc_archive
5945. law_enforcement_portal_action_inc_archive
5946. law_enforcement_portal_download_error_inc_archive
5947. law_enforcement_portal_download_inc_archive
5948. lax_verticals_shopify_event_inc_archive
5949. lbd_logger_inc_archive
5950. lbd_plan_ent_history_inc_archive
5951. lbd_program_qualifier_logger_inc_archive
5952. lbd_structured_resolution_inc_archive
5953. lbd_treatment_ent_history_inc_archive
5954. ldp_admin_inc_archive
5955. ldp_fb_app_store_inc_archive
5956. ldp_touchpoint_inc_archive
5957. lead_ads_tools_events_inc_archive
5958. lead_gen_ad_impression_logging_events_inc_archive
5959. lead_gen_ads_inc_archive
5960. lead_gen_ads_user_info_create_mutation_inc_archive
5961. lead_gen_aymt_events_inc_archive
5962. lead_gen_click_to_call_signal_processing_inc_archive
5963. lead_gen_ctc_app_state_change_inc_archive
5964. lead_gen_cvr_model_opt_out_inc_archive

Highly Confidential – Attorneys' Eyes Only

5965. lead_gen_cvr_with_fam_pagetypes_model_opt_out_df_inc_archive
5966. lead_gen_cvr_with_mbl_story_model_opt_out_df_inc_archive
5967. lead_gen_direct_crm_integration_inc_archive
5968. lead_gen_export_events_inc_archive
5969. lead_gen_inline_crm_events_inc_archive
5970. lead_gen_leads_access_manager_events_inc_archive
5971. lead_gen_leads_consumption_improvement_inc_archive
5972. lead_gen_qualify_question_inc_archive
5973. lead_gen_quality_events_inc_archive
5974. lead_gen_rtu_inc_archive
5975. lead_gen_user_submission_validation_inc_archive
5976. leadgen_multi_destination_messenger_tracked_inc_archive
5977. leads_center_events_inc_archive
5978. leads_center_intern_inc_archive
5979. leads_retrieval_app_status_inc_archive
5980. leads_retrieval_usage_inc_archive
5981. legacy_graphql_query_hash_inc_archive
5982. legal_matter_event_inc_archive
5983. legal_matter_health_inc_archive
5984. legal_matter_metrics_inc_archive
5985. leon_cms_usage_inc_archive
5986. leon_heartbeats_inc_archive
5987. life_event_media_engagement_inc_archive
5988. life_event_mutation_debug_info_inc_archive
5989. lift_attributed_conversion_alpha_inc_archive
5990. lift_attributed_conversion_canary_inc_archive
5991. lift_attributed_conversion_experimental_inc_archive
5992. lift_attributed_conversion_extrapolated_alpha_inc_archive
5993. lift_attributed_conversion_extrapolated_prod_inc_archive
5994. lift_attributed_conversion_inc_archive
5995. lift_attributed_onsite_conversion_alpha_inc_archive
5996. lift_attributed_onsite_conversion_canary_inc_archive
5997. lift_attributed_onsite_conversion_experimental_inc_archive
5998. lift_attributed_onsite_conversion_inc_archive
5999. lift_dashboard_log_inc_archive
6000. lift_first_opportunity_alpha_inc_archive
6001. lift_first_opportunity_experimental_inc_archive
6002. lift_first_opportunity_inc_archive
6003. lift_notification_inc_archive
6004. lift_pre_attribution_conversion_candidates_alpha_inc_archive
6005. lift_pre_attribution_conversion_candidates_canary_inc_archive
6006. lift_pre_attribution_conversion_candidates_inc_archive
6007. lift_pre_attribution_onsite_conversion_candidates_alpha_inc_archive
6008. lift_pre_attribution_onsite_conversion_candidates_canary_inc_archive
6009. lift_pre_attribution_onsite_conversion_candidates_inc_archive
6010. lift_spend_annotated_conv_dev_offsite_inc_archive
6011. lift_spend_annotated_conv_dev_onsite_inc_archive
6012. lift_spend_annotated_conv_offsite_alpha_inc_archive
6013. lift_spend_annotated_conv_offsite_inc_archive
6014. lift_spend_annotated_conv_onsite_alpha_inc_archive
6015. lift_spend_annotated_conv_onsite_inc_archive

 Highly Confidential – Attorneys' Eyes Only

6016. lift_spend_annotated_imp_alpha_inc_archive
6017. lift_spend_annotated_imp_canary_inc_archive
6018. lift_spend_annotated_imp_inc_archive
6019. lift_studies_af_features_conversion_inc_archive
6020. lift_studies_af_features_dev_inc_archive
6021. lightspeed_apple_watch_log_events_inc_archive
6022. lightspeed_client_error_inc_archive
6023. lightspeed_file_uploads_inc_archive
6024. lightspeed_function_profile_inc_archive
6025. lightspeed_logging_efficiency_inc_archive
6026. lightspeed_mcistats_histogram_inc_archive
6027. lightspeed_message_send_error_inc_archive
6028. lightspeed_performance_log_stats_inc_archive
6029. lightspeed_performance_logs_inc_archive
6030. lightspeed_snapshot_event_inc_archive
6031. lightspeed_testing_events_hive_inc_archive
6032. lightweight_action_server_inc_archive
6033. lightweight_status_actions_inc_archive
6034. like_attribution_inc_archive
6035. like_fetching_debug_inc_archive
6036. limit_one_to_three_mapping_inc_archive
6037. limited_graph_inc_archive
6038. lineage_configuration_history_inc_archive
6039. link_clk_cvr_mbl_feed_df_model_saw_opt_out_inc_archive
6040. link_clk_cvr_web_feed_post_imp_click_through_mf_model_inc_archive
6041. link_content_interactions_inc_archive
6042. link_share_in_events_comment_inc_archive
6043. linked_author_feed_unit_inc_archive
6044. linked_groups_inc_archive
6045. lisa_anagram_fuzzy_matching_inc_archive
6046. lisa_candidate_training_inc_archive
6047. lisa_dark_mode_inc_archive
6048. lite_android_data_saver_report_inc_archive
6049. lite_apps_js_error_inc_archive
6050. lite_camera_inc_archive
6051. lite_clean_storage_inc_archive
6052. lite_media_upload_file_size_inc_archive
6053. lite_server_screen_size_inc_archive
6054. live360_empty_manifest_debug_inc_archive
6055. live_360_backend_inc_archive
6056. live_ads_extended_break_partner_tool_inc_archive
6057. live_ads_inc_archive
6058. live_beauty_inc_archive
6059. live_broadcast_crosssharing_events_inc_archive
6060. live_comment_subscription_inc_archive
6061. live_creator_to_is_live_v2_inc_archive
6062. live_creator_to_is_live_video_inc_archive
6063. live_endscreen_chaining_inc_archive
6064. live_feed_ranking_inc_archive
6065. live_gaming_ads_auto_insertion_inc_archive
6066. live_input_stream_delivery_inc_archive

Highly Confidential – Attorneys' Eyes Only

6067.  live_insights_vsl_consumer_inc_archive
6068.  live_join_group_cta_inc_archive
6069.  live_lifestyle_video_lvv10_inc_archive
6070.  live_lifestyle_video_lvv60_inc_archive
6071.  live_lifestyle_video_lvv_and_interaction_inc_archive
6072.  live_location_sharing_battery_counters_inc_archive
6073.  live_matterhorn_inc_archive
6074.  live_music_generator_results_inc_archive
6075.  live_notif_downgrade_cta_inc_archive
6076.  live_online_events_inc_archive
6077.  live_premium_eligibility_inc_archive
6078.  live_producer_inc_archive
6079.  live_rings_inc_archive
6080.  live_shopping_dropped_notifications_inc_archive
6081.  live_shopping_seller_inc_archive
6082.  live_shopping_video_activity_inc_archive
6083.  live_shopping_viewer_inc_archive
6084.  live_splitscreen_bottom_sheet_events_inc_archive
6085.  live_streaming_bola_inc_archive
6086.  live_user_lvv30_islive_only_inc_archive
6087.  live_vertical_generator_inc_archive
6088.  live_video_ads_integrity_logging_inc_archive
6089.  live_video_broadcast_waterfall_inc_archive
6090.  live_video_cant_comment_debugger_inc_archive
6091.  live_video_chat_client_inc_archive
6092.  live_video_chat_commands_inc_archive
6093.  live_video_chat_inc_archive
6094.  live_video_chatbot_inc_archive
6095.  live_video_comet_page_timeline_inc_archive
6096.  live_video_comment_subscription_stopped_debug_inc_archive
6097.  live_video_composer_format_inc_archive
6098.  live_video_context_components_inc_archive
6099.  live_video_cta_inc_archive
6100.  live_video_delivery_inc_archive
6101.  live_video_destination_inc_archive
6102.  live_video_encoding_configs_inc_archive
6103.  live_video_encoding_configs_unittest_inc_archive
6104.  live_video_end_screen_inc_archive
6105.  live_video_engaged_event_hive_inc_archive
6106.  live_video_funnel_inc_archive
6107.  live_video_growth_events_inc_archive
6108.  live_video_guest_eligibility_inc_archive
6109.  live_video_identity_badges_inc_archive
6110.  live_video_integrity_logger_inc_archive
6111.  live_video_interaction_realtime_inc_archive
6112.  live_video_interactive_alerts_inc_archive
6113.  live_video_link_inc_archive
6114.  live_video_lvv_and_interaction_v1_inc_archive
6115.  live_video_message_me_inc_archive
6116.  live_video_notifications_nbk_inc_archive
6117.  live_video_presence_watching_inc_archive

          Highly Confidential – Attorneys' Eyes Only

6118. live_video_prompts_inc_archive
6119. live_video_publish_deployment_context_inc_archive
6120. live_video_realtime_data_inc_archive
6121. live_video_realtime_watch_event_thirty_sec_inc_archive
6122. live_video_rewind_inc_archive
6123. live_video_schedule_inc_archive
6124. live_video_scheduled_action_inc_archive
6125. live_video_uih_v5_s_inc_archive
6126. live_video_understanding_long_video_view_events_inc_archive
6127. live_video_user_engagement_inc_archive
6128. live_video_viewer_inc_archive
6129. live_video_www_beeper_inc_archive
6130. live_videos_clipping_inc_archive
6131. live_videos_clipping_usage_inc_archive
6132. live_with_request_to_join_inc_archive
6133. living_room_inc_archive
6134. living_room_playback_state_inc_archive
6135. living_room_state_based_logger_inc_archive
6136. lms_exams_registration_inc_archive
6137. load2card_offer_client_events_inc_archive
6138. local_alerts_events_inc_archive
6139. local_alerts_feed_index_inc_archive
6140. local_auth_user_inc_archive
6141. local_delivery_filter_stats_inc_archive
6142. local_monetization_vertical_ads_inc_archive
6143. local_search_results_data_inc_archive
6144. local_sell_engagement_inc_archive
6145. local_sell_external_inventory_inc_archive
6146. local_sell_messaging_inc_archive
6147. local_sell_user_actions_inc_archive
6148. local_surface_events_inc_archive
6149. locale_prediction_inc_archive
6150. localized_catalog_migration_tool_flow_inc_archive
6151. location_based_notification_platform_inc_archive
6152. location_cluster_cocoon_failure_inc_archive
6153. location_freshness_stats_inc_archive
6154. location_history_retention_period_inc_archive
6155. location_history_view_www_actions_inc_archive
6156. location_infra_pigeon_events_inc_archive
6157. location_integrity_device_gps_imprecise_location_inc_archive
6158. location_integrity_fb_location_update_inc_archive
6159. location_integrity_rf_hashes_inc_archive
6160. location_manager_bulk_upload_data_validation_inc_archive
6161. location_manager_bulk_upload_inc_archive
6162. location_manager_error_inc_archive
6163. location_manager_events_inc_archive
6164. location_manager_pages_whitelist_eligibility_rules_inc_archive
6165. location_manager_search_queries_inc_archive
6166. location_manager_ui_inc_archive
6167. location_manager_ui_store_set_operation_inc_archive
6168. location_products_viewer_location_staleness_inc_archive

Highly Confidential – Attorneys' Eyes Only

6169.  location_review_pills_inc_archive
6170.  location_rf_signal_debug_inc_archive
6171.  location_service_state_pigeon_events_inc_archive
6172.  location_services_status_inc_archive
6173.  location_settings_xplat_inc_archive
6174.  location_story_inc_archive
6175.  location_story_travel_to_inc_archive
6176.  location_structure_page_data_inc_archive
6177.  location_upsell_events_inc_archive
6178.  location_waves_inc_archive
6179.  locked_profile_ent_history_inc_archive
6180.  locked_profile_imogen_usage_inc_archive
6181.  locked_profile_privacy_events_inc_archive
6182.  locked_profile_recovery_inc_archive
6183.  locked_profile_recovery_unittest_inc_archive
6184.  loco_actions_data_inc_archive
6185.  loco_launch_promotion_inc_archive
6186.  loco_notif_jewel_inc_archive
6187.  loco_prompt_inc_archive
6188.  loco_recurring_notif_inc_archive
6189.  loco_triggered_notif_waterfall_inc_archive
6190.  locsig_ad_clicks_location_inc_archive
6191.  locsig_ad_convs_location_inc_archive
6192.  locsig_ad_imps_location_inc_archive
6193.  log_auditor_health_inc_archive
6194.  log_auditor_inc_archive
6195.  log_auditor_session_based_verification_inc_archive
6196.  log_auditor_sessionized_inc_archive
6197.  log_auditor_shops_debug_inc_archive
6198.  log_back_from_push_inc_archive
6199.  log_delayed_notif_inc_archive
6200.  log_in_event_update_device_inc_archive
6201.  log_messages_inc_archive
6202.  log_video_notif_destination_inc_archive
6203.  logdb_monitor_inc_archive
6204.  logged_in_account_switcher_inc_archive
6205.  logged_in_impressions_inc_archive
6206.  logged_out_account_switcher_inc_archive
6207.  logged_out_impressions_inc_archive
6208.  logged_out_push_delivery_inc_archive
6209.  logger_fan_migration_audit_trail_inc_archive
6210.  logger_invalid_requests_shops_wpr_inc_archive
6211.  logger_presma_cta_configuration_inc_archive
6212.  logger_socialwifi_inc_archive
6213.  loggerconfig_hive_fblite_gallery_picker_inc_archive
6214.  logging_when_no_users_logged_in_inc_archive
6215.  logical_screen_size_inc_archive
6216.  login_alerts_add_contactpoint_flow_inc_archive
6217.  login_alerts_bot_inc_archive
6218.  login_alerts_inc_archive
6219.  login_as_actions_inc_archive

Highly Confidential – Attorneys' Eyes Only

6220. login_as_dirty_auth_proof_usage_inc_archive
6221. login_device_based_log_inc_archive
6222. login_events_inc_archive
6223. login_hashout_api_inc_archive
6224. login_hashout_deleted_user_inc_archive
6225. login_help_error_code_inc_archive
6226. login_identification_service_inc_archive
6227. login_identifier_lookup_split_inc_archive
6228. login_mis_authentication_inc_archive
6229. login_nonce_origin_inc_archive
6230. login_resurrection_inc_archive
6231. login_service_auth_proof_usage_inc_archive
6232. login_service_debug_inc_archive
6233. login_service_ent_signing_inc_archive
6234. login_service_internal_access_inc_archive
6235. login_service_internal_privileged_access_usage_inc_archive
6236. login_service_notifications_dev_inc_archive
6237. login_service_notifications_inc_archive
6238. login_service_password_encrypt_decrypt_event_inc_archive
6239. login_service_secure_contact_point_inc_archive
6240. login_waterfall_inc_archive
6241. logout_flow_inc_archive
6242. logout_handler_inc_archive
6243. lookalike_adconv_laser_sid_v2_inc_archive
6244. lookalike_custom_audience_realtime_seeds_inc_archive
6245. lookalike_custom_audience_realtime_seeds_offsite_inc_archive
6246. lookalike_features_v6_inc_archive
6247. lookalike_index_eval_inc_archive
6248. loom_constraint_inc_archive
6249. loom_network_events_inc_archive
6250. loom_network_h2_frame_events_inc_archive
6251. loom_qpl_notes_inc_archive
6252. lost_content_inc_archive
6253. lost_stolen_device_cert_trigger_inc_archive
6254. low_latency_playback_inc_archive
6255. loyalty_3p_api_logger_inc_archive
6256. loyalty_3p_events_logger_inc_archive
6257. loyalty_commerce_debug_inc_archive
6258. loyalty_commerce_debug_inc_archive
6259. loyalty_email_capture_inc_archive
6260. loyalty_events_inc_archive
6261. loyalty_first_party_logger_inc_archive
6262. loyalty_internal_debugging_inc_archive
6263. loyalty_no_auth_debugging_inc_archive
6264. loyalty_omnistore_events_inc_archive
6265. loyalty_pma_funnel_event_inc_archive
6266. loyalty_punch_in_events_inc_archive
6267. loyalty_unified_third_party_events_inc_archive
6268. ls_1lc_feature_collapse_events_inc_archive
6269. ls_1lc_feature_open_events_inc_archive
6270. ls_armadillo_receive_trace_events_inc_archive

          Highly Confidential – Attorneys' Eyes Only

6271.  ls_armadillo_receive_trace_events_restricted_inc_archive
6272.  ls_background_task_events_inc_archive
6273.  ls_blockee_warning_actions_events_inc_archive
6274.  ls_blockee_warning_events_inc_archive
6275.  ls_bottom_jump_pill_clicked_events_inc_archive
6276.  ls_co_presence_events_inc_archive
6277.  ls_cold_start_reason_events_inc_archive
6278.  ls_contact_point_acquisition_inc_archive
6279.  ls_contact_upload_database_inc_archive
6280.  ls_contact_upload_for_threads_inc_archive
6281.  ls_contact_upload_settings_inc_archive
6282.  ls_contact_upload_upload_contacts_inc_archive
6283.  ls_cowatch_ad_events_inc_archive
6284.  ls_crash_loop_events_inc_archive
6285.  ls_data_trace_events_inc_archive
6286.  ls_data_trace_events_restricted_inc_archive
6287.  ls_data_trace_latency_inc_archive
6288.  ls_data_trace_latency_unrestricted_inc_archive
6289.  ls_data_trace_reliability_inc_archive
6290.  ls_data_trace_reliability_unrestricted_inc_archive
6291.  ls_database_health_events_inc_archive
6292.  ls_dylib_fault_events_inc_archive
6293.  ls_enter_active_status_events_inc_archive
6294.  ls_error_analytic_inc_archive
6295.  ls_fddevice_event_events_inc_archive
6296.  ls_gdpr_events_inc_archive
6297.  ls_integrity_sync_inc_archive
6298.  ls_ios_memory_pressure_events_inc_archive
6299.  ls_ios_messenger_background_cold_start_end_events_inc_archive
6300.  ls_ios_messenger_rtc_present_ghost_call_events_inc_archive
6301.  ls_live_location_inc_archive
6302.  ls_live_location_ops_inc_archive
6303.  ls_location_permission_events_inc_archive
6304.  ls_location_sharing_events_inc_archive
6305.  ls_log_file_create_events_inc_archive
6306.  ls_log_file_skipped_events_inc_archive
6307.  ls_log_file_stats_events_inc_archive
6308.  ls_login_events_inc_archive
6309.  ls_mci_trace_events_inc_archive
6310.  ls_mci_trace_events_processed_inc_archive
6311.  ls_mesenger_nux_push_prompt_events_inc_archive
6312.  ls_message_click_events_inc_archive
6313.  ls_message_island_events_inc_archive
6314.  ls_message_reply_events_inc_archive
6315.  ls_message_send_click_inc_archive
6316.  ls_message_send_task_to_task_queue_batch_events_inc_archive
6317.  ls_messenger_bcf_client_events_inc_archive
6318.  ls_messenger_mention_events_inc_archive
6319.  ls_messenger_notification_action_inc_archive
6320.  ls_messenger_push_token_reg_events_inc_archive
6321.  ls_mig_theme_selected_events_inc_archive

          Highly Confidential – Attorneys' Eyes Only

6322. ls_mqtt_connection_inc_archive
6323. ls_msgr_thread_mute_actions_events_inc_archive
6324. ls_msys_internal_error_events_inc_archive
6325. ls_network_metrics_events_inc_archive
6326. ls_notification_settings_inc_archive
6327. ls_overlay_generic_click_events_inc_archive
6328. ls_rtc_ar_effect_events_inc_archive
6329. ls_rtc_ar_effect_impression_events_inc_archive
6330. ls_rtc_ax_dictation_events_inc_archive
6331. ls_rtc_button_impression_events_inc_archive
6332. ls_rtc_call_action_inc_archive
6333. ls_rtc_call_summary_events_inc_archive
6334. ls_rtc_call_transfer_inc_archive
6335. ls_rtc_client_signaling_reliability_logs_events_inc_archive
6336. ls_rtc_connection_start_events_inc_archive
6337. ls_rtc_coordinated_activity_events_inc_archive
6338. ls_rtc_custom_background_events_inc_archive
6339. ls_rtc_et_events_inc_archive
6340. ls_rtc_group_e2ee_events_inc_archive
6341. ls_rtc_group_escalation_events_inc_archive
6342. ls_rtc_overlayconfig_events_inc_archive
6343. ls_rtc_p2p_e2ee_events_inc_archive
6344. ls_rtc_peer_connection_summary_events_inc_archive
6345. ls_rtc_peer_restart_events_inc_archive
6346. ls_rtc_pushkit_registration_events_inc_archive
6347. ls_rtc_screen_share_events_inc_archive
6348. ls_rtc_snapshot_events_inc_archive
6349. ls_rtc_speed_test_events_inc_archive
6350. ls_rtc_used_callkit_events_inc_archive
6351. ls_search_latency_events_inc_archive
6352. ls_sessionless_mobile_config_fetch_events_inc_archive
6353. ls_sqlite_profile_events_inc_archive
6354. ls_switch_account_events_inc_archive
6355. ls_tincan_client_error_events_inc_archive
6356. ls_tincan_over_wa_registration_events_inc_archive
6357. ls_tincan_over_wa_registration_events_restricted_inc_archive
6358. ls_tincan_over_wa_send_task_events_inc_archive
6359. ls_tincan_over_wa_send_task_events_restricted_inc_archive
6360. ls_tincan_over_wa_sent_ack_events_inc_archive
6361. ls_tincan_over_wa_sent_ack_events_restricted_inc_archive
6362. ls_tincan_trace_events_inc_archive
6363. ls_tincan_trace_events_restricted_inc_archive
6364. ls_tincan_trace_receive_only_events_inc_archive
6365. ls_tincan_trace_receive_only_events_restricted_inc_archive
6366. ls_xma_rendering_inc_archive
6367. lsccu_recover_local_setting_inc_archive
6368. lsdasm_sync_employees_inc_archive
6369. lsdasm_sync_inc_archive
6370. lsdasm_sync_restricted_inc_archive
6371. lsdasm_tasks_inc_archive
6372. lsr_tool_action_inc_archive

Highly Confidential – Attorneys' Eyes Only

6373. ltae_quality_based_long_term_value_model_inc_archive
6374. ltg_author_translation_production_inc_archive
6375. ltg_author_translations_inc_archive
6376. ltg_auto_translations_inc_archive
6377. ltg_content_translation_impressions_inc_archive
6378. ltg_content_translations_inc_archive
6379. ltg_htp_workflow_controller_events_inc_archive
6380. ltg_language_feedback_inc_archive
6381. ltg_language_settings_inc_archive
6382. ltg_machine_translation_cache_inc_archive
6383. ltg_machine_translations_inc_archive
6384. ltg_translation_preferences_inc_archive
6385. ltg_translation_user_feedback_inc_archive
6386. ltg_translation_user_rate_translation_feedback_inc_archive
6387. lvx_front_row_inc_archive
6388. lw_recert_badging_inc_archive
6389. lw_recert_registration_inc_archive
6390. lwi_everywhere_fb_inc_archive
6391. lwi_everywhere_iframe_inc_archive
6392. lwi_live_boosting_experiment_log_inc_archive
6393. lwi_support_inc_archive
6394. lynx_click_arrive_inc_archive
6395. lynx_clicks_inc_archive
6396. lynx_forwarding_inc_archive
6397. lynx_warning_clickthrough_inc_archive
6398. m21_fb_interventions_qe_inc_archive
6399. m_above_feed_individual_units_inc_archive
6400. m_above_feed_units_inc_archive
6401. m_net_stage_scores_inc_archive
6402. m_nux_quick_friending_inc_archive
6403. m_privacy_selector_consistency_inc_archive
6404. m_profile_nux_inc_archive
6405. m_site_messenger_diode_inc_archive
6406. m_timeline_navtiles_inc_archive
6407. machamp_inc_archive
6408. machamp_response_inc_archive
6409. mae_oe_view_through_model_inc_archive
6410. mae_optimized_corrected_model_inc_archive
6411. magic_story_interaction_inc_archive
6412. mai_app_store_events_inc_archive
6413. mai_app_store_sheet_engagement_inc_archive
6414. maia_mbl_external_cvr_model_non_ofb_opt_out_convs_df_inc_archive
6415. malicious_file_scanner_inc_archive
6416. manage_activity_inc_archive
6417. manage_friends_inc_archive
6418. managed_lift_augmented_inc_archive
6419. manual_deletion_actions_audit_inc_archive
6420. maps_clientside_events_inc_archive
6421. marauder_column_breakdown_inc_archive
6422. marauder_connection_event_inc_archive
6423. marauder_hive_android_messenger_account_switch_inc_archive

Highly Confidential – Attorneys' Eyes Only

6424. marauder_hive_fblite_nt_stories_composer_inc_archive
6425. marauder_hive_voip_message_notification_received_inc_archive
6426. marauder_payload_size_inc_archive
6427. marauder_scuba_rich_media_preparation_summary_inc_archive
6428. marauder_wa_fb_stories_xpost_inc_archive
6429. markab_ent_history_inc_archive
6430. marketing_api_dev_events_inc_archive
6431. marketing_events_inc_archive
6432. marketing_expert_bm_to_organization_inc_archive
6433. marketing_expert_bot_inc_archive
6434. marketing_expert_calendar_aggregate_snapshot_inc_archive
6435. marketing_expert_calendar_helper_inc_archive
6436. marketing_expert_calendar_snapshot_inc_archive
6437. marketing_solutions_dialog_inc_archive
6438. marketo_munchkin_error_inc_archive
6439. marketplace_15s_ctr_binary_loop_examples_inc_archive
6440. marketplace_5s_ctr_loops_loop_examples_inc_archive
6441. marketplace_activity_inc_archive
6442. marketplace_ads_3s_dwell_inc_archive
6443. marketplace_ads_backend_requests_inc_archive
6444. marketplace_ads_creative_details_inc_archive
6445. marketplace_ads_format_type_mismatch_inc_archive
6446. marketplace_ads_gap_rule_inc_archive
6447. marketplace_ads_inc_archive
6448. marketplace_ads_memcache_inc_archive
6449. marketplace_ads_organic_megataxon_request_inc_archive
6450. marketplace_ads_organic_value_inc_archive
6451. marketplace_autos_canonical_data_inc_archive
6452. marketplace_autos_creation_inc_archive
6453. marketplace_autos_fmv_event_inc_archive
6454. marketplace_autos_kbb_client_inc_archive
6455. marketplace_autos_vin_decode_inc_archive
6456. marketplace_b2c_csat_inc_archive
6457. marketplace_b2c_feed_stories_error_tracker_inc_archive
6458. marketplace_b2c_ranking_inc_archive
6459. marketplace_b2c_retargeting_inc_archive
6460. marketplace_b2c_retrieval_inc_archive
6461. marketplace_blend_ads_debugger_inc_archive
6462. marketplace_boosted_jobs_inc_archive
6463. marketplace_boosted_listing_category_predictions_backup_inc_archive
6464. marketplace_boosted_listing_category_predictions_backup_unittest_inc_archive
6465. marketplace_bot_inc_archive
6466. marketplace_browse_ads_delivery_inc_archive
6467. marketplace_bsg_newsie_delivery_inc_archive
6468. marketplace_buyer_typeahead_search_inc_archive
6469. marketplace_c2c_reserve_inc_archive
6470. marketplace_c2c_shipped_incentive_campaign_inc_archive
6471. marketplace_c2c_shipping_enforcement_inc_archive
6472. marketplace_canonical_product_inc_archive
6473. marketplace_canonical_product_outliers_inc_archive
6474. marketplace_care_center_typeahead_inc_archive

Highly Confidential – Attorneys' Eyes Only

6475. marketplace_chaining_inc_archive
6476. marketplace_commerce_ranking_features_for_ads_hive_inc_archive
6477. marketplace_commerce_ranking_features_for_ads_hive_unittest_inc_archive
6478. marketplace_composer_action_inc_archive
6479. marketplace_continuous_pagination_inc_archive
6480. marketplace_csbqrt_data_inc_archive
6481. marketplace_csbqrt_data_unittest_inc_archive
6482. marketplace_data_enrichment_inc_archive
6483. marketplace_data_validation_result_inc_archive
6484. marketplace_decision_framework_v1_inc_archive
6485. marketplace_delivery_setting_inc_archive
6486. marketplace_demographic_access_by_user_inc_archive
6487. marketplace_desktop_ads_global_position_inc_archive
6488. marketplace_dynamic_ads_for_auto_listing_inc_archive
6489. marketplace_ecomm_pivots_inc_archive
6490. marketplace_ecomm_ranking_candidates_inc_archive
6491. marketplace_ecomm_ranking_targeting_inc_archive
6492. marketplace_ecomm_subscription_actions_inc_archive
6493. marketplace_enricher_inc_archive
6494. marketplace_error_debug_inc_archive
6495. marketplace_feed_ad_story_info_inc_archive
6496. marketplace_feed_item_validation_inc_archive
6497. marketplace_feed_state_v1_inc_archive
6498. marketplace_feed_state_v1_unittest_inc_archive
6499. marketplace_feedstate_products_inc_archive
6500. marketplace_followable_theme_content_inc_archive
6501. marketplace_followed_seller_post_notif_inc_archive
6502. marketplace_hashtag_blocked_inc_archive
6503. marketplace_hashtag_composer_suggestion_acceptance_inc_archive
6504. marketplace_hashtag_info_inc_archive
6505. marketplace_hashtags_update_inc_archive
6506. marketplace_impressions_inc_archive
6507. marketplace_inline_appeal_inc_archive
6508. marketplace_integrity_lqec_events_inc_archive
6509. marketplace_integrity_review_debug_inc_archive
6510. marketplace_intent_recs_notifs_details_inc_archive
6511. marketplace_listing_improvement_suggestions_inc_archive
6512. marketplace_lqec_detect_used_inc_archive
6513. marketplace_lwi_placement_inc_archive
6514. marketplace_m_basic_views_inc_archive
6515. marketplace_marketing_campaign_flow_inc_archive
6516. marketplace_message_activity_v2_inc_archive
6517. marketplace_mixed_delivery_inc_archive
6518. marketplace_motors_carfax_inc_archive
6519. marketplace_msg_audit_inc_archive
6520. marketplace_native_ad_upsell_invalidations_inc_archive
6521. marketplace_native_format_ranking_af_consideration_inc_archive
6522. marketplace_notif_jewel_inc_archive
6523. marketplace_notification_settings_inc_archive
6524. marketplace_ocr_partial_match_inc_archive
6525. marketplace_pathfinder_inc_archive

          Highly Confidential – Attorneys' Eyes Only

6526.  marketplace_pdp_ads_eligibility_inc_archive
6527.  marketplace_pdp_ads_position_inc_archive
6528.  marketplace_pdp_related_items_inc_archive
6529.  marketplace_photo_sync_inc_archive
6530.  marketplace_post_auto_conversion_inc_archive
6531.  marketplace_post_duplication_inc_archive
6532.  marketplace_product_events_inc_archive
6533.  marketplace_product_related_products_inc_archive
6534.  marketplace_product_structured_data_interactions_inc_archive
6535.  marketplace_promoted_listings_inc_archive
6536.  marketplace_proxy_email_event_inc_archive
6537.  marketplace_proxy_email_event_restricted_inc_archive
6538.  marketplace_query_based_personalized_retrieval_inc_archive
6539.  marketplace_ranking_events_inc_archive
6540.  marketplace_ranking_measurement_inc_archive
6541.  marketplace_ranking_signal_verification_inc_archive
6542.  marketplace_reliability_inc_archive
6543.  marketplace_reply_reminders_inc_archive
6544.  marketplace_reporting_inc_archive
6545.  marketplace_retrieval_candidates_inc_archive
6546.  marketplace_safety_inc_archive
6547.  marketplace_sanction_history_inc_archive
6548.  marketplace_sanctions_inc_archive
6549.  marketplace_search_inc_archive
6550.  marketplace_search_pr_inc_archive
6551.  marketplace_search_token_relaxation_inc_archive
6552.  marketplace_seen_ads_inc_archive
6553.  marketplace_seller_action_high_fidelity_data_inc_archive
6554.  marketplace_seller_continuous_computation_inc_archive
6555.  marketplace_seller_facts_inc_archive
6556.  marketplace_seller_targeting_inc_archive
6557.  marketplace_seo_inc_archive
6558.  marketplace_showcase_c2c_candidates_all_inc_archive
6559.  marketplace_showcase_c2c_candidates_lt_v0_inc_archive
6560.  marketplace_similar_items_notification_inc_archive
6561.  marketplace_skipped_ad_slots_inc_archive
6562.  marketplace_skipped_ad_slots_unittest_inc_archive
6563.  marketplace_smart_cache_retrieval_candidates_inc_archive
6564.  marketplace_ssfy_for_auction_candidates_inc_archive
6565.  marketplace_ssfy_raw_candidates_inc_archive
6566.  marketplace_ssfy_stage_three_candidates_test_inc_archive
6567.  marketplace_structured_communication_inc_archive
6568.  marketplace_tab_badging_inc_archive
6569.  marketplace_tab_configuration_inc_archive
6570.  marketplace_themes_recommendation_inc_archive
6571.  marketplace_thread_delete_inc_archive
6572.  marketplace_timed_txn_reporting_inc_archive
6573.  marketplace_top_picks_validation_inc_archive
6574.  marketplace_txn_cap_management_inc_archive
6575.  marketplace_typeahead_events_inc_archive
6576.  marketplace_under_delivery_updater_inc_archive

          Highly Confidential – Attorneys' Eyes Only

6577.  marketplace_user_data_inc_archive
6578.  marketplace_user_engaged_seed_inc_archive
6579.  marketplace_user_related_users_inc_archive
6580.  marketplace_user_restriction_action_exceptions_inc_archive
6581.  marketplace_user_restriction_actions_inc_archive
6582.  marketplace_vacation_mode_inc_archive
6583.  marketplace_verticals_debug_inc_archive
6584.  master_account_test_events_inc_archive
6585.  master_ops_payment_actions_inc_archive
6586.  mat2_pinned_messages_inc_archive
6587.  matchmaker_dry_run_rule_inc_archive
6588.  matchmaker_health_inc_archive
6589.  maybe_fake_inc_archive
6590.  mbasic_logout_interstitial_inc_archive
6591.  mbl_feed_story_joint_app_install_cvr_model_inc_archive
6592.  mbl_feed_story_joint_cvr_link_click_model_opt_out_inc_archive
6593.  mbl_feed_story_joint_post_imp_video_view_model_inc_archive
6594.  mbl_feed_story_lead_gen_cvr_model_opt_out_df_inc_archive
6595.  mbl_story_app_install_cvr_model_inc_archive
6596.  mbl_story_cvr_link_click_model_opt_out_inc_archive
6597.  mbl_story_lead_gen_cvr_model_opt_out_df_inc_archive
6598.  mbl_story_post_imp_video_view_model_inc_archive
6599.  mbl_story_post_imp_video_view_multiple_conversion_model_inc_archive
6600.  mbl_story_post_imp_video_view_wo_downsampling_model_inc_archive
6601.  mbt_sampling_inc_archive
6602.  mbt_scams_optimizer_inc_archive
6603.  mbt_thread_based_sampling_inc_archive
6604.  mci_unsend_nux_inc_archive
6605.  mdf_async_requests_inc_archive
6606.  mdf_queries_inc_archive
6607.  mdf_unidash_data_source_inc_archive
6608.  mdf_user_actions_inc_archive
6609.  mdp_facebook_uni_dl_inc_archive
6610.  me_settings_badge_update_count_inc_archive
6611.  measurement_hub_ui_inc_archive
6612.  measurement_shops_session_inc_archive
6613.  meb_ent_action_logs_unittest_inc_archive
6614.  meb_server_requests_inc_archive
6615.  meb_server_requests_unittest_inc_archive
6616.  meb_shadow_test_inc_archive
6617.  media_accuracy_check_failures_inc_archive
6618.  media_accuracy_check_signal_inc_archive
6619.  media_accuracy_viewer_check_failures_inc_archive
6620.  media_attachment_preparation_summary_inc_archive
6621.  media_claims_song_attribution_inc_archive
6622.  media_composition_player_inc_archive
6623.  media_effect_exceptions_inc_archive
6624.  media_effect_hub_events_inc_archive
6625.  media_effect_hub_visits_inc_archive
6626.  media_effect_metadata_inc_archive
6627.  media_effect_web_link_inc_archive

6628.  media_effects_analytics_raw_experimental_inc_archive
6629.  media_effects_analytics_raw_inc_archive
6630.  media_effects_ar_studio_download_inc_archive
6631.  media_effects_creative_studio_inc_archive
6632.  media_effects_mutation_inc_archive
6633.  media_effects_platform_performance_inc_archive
6634.  media_effects_review_decision_inc_archive
6635.  media_effects_self_promotion_inc_archive
6636.  media_ingestion_task_inc_archive
6637.  media_manager_ad_break_inc_archive
6638.  media_manager_debug_event_inc_archive
6639.  media_manager_inc_archive
6640.  media_manager_insights_benchmark_inc_archive
6641.  media_manager_instagram_composer_ui_inc_archive
6642.  media_manager_instagram_media_publishing_inc_archive
6643.  media_manager_loading_inc_archive
6644.  media_match_ui_exceptions_inc_archive
6645.  media_ops_support_portal_access_inc_archive
6646.  media_playback_fb_shim_experimental_inc_archive
6647.  media_playback_unified_metrics_deltas_experimental_inc_archive
6648.  media_playlist_events_inc_archive
6649.  media_playlists_user_actions_inc_archive
6650.  media_quality_ssim_inc_archive
6651.  media_ssim_checkpoint_inc_archive
6652.  media_sync_events_inc_archive
6653.  media_views_from_disabled_apps_inc_archive
6654.  mem_cache_raw_events_inc_archive
6655.  member_approval_classifier_inc_archive
6656.  memorial_contact_setting_inc_archive
6657.  memorial_contact_tool_inc_archive
6658.  memorialization_actions_inc_archive
6659.  mental_health_gratitude_logging_inc_archive
6660.  mental_health_hub_inc_archive
6661.  mentions_events_inc_archive
6662.  mentions_stats_inc_archive
6663.  mentorship_admin_inc_archive
6664.  mentorship_client_side_events_inc_archive
6665.  mentorship_exceptions_inc_archive
6666.  mentorship_feature_examples_inc_archive
6667.  mentorship_matching_inc_archive
6668.  mentorship_program_events_inc_archive
6669.  mentorship_role_trigger_inc_archive
6670.  mentorship_user_activity_inc_archive
6671.  menu_logger_inc_archive
6672.  merge_ads_video_upload_params_inc_archive
6673.  merged_aep_population_event_rc_inc_archive
6674.  merlin_search_vpv_entity_id_debugging_inc_archive
6675.  merlin_unified_protocol_events_inc_archive
6676.  merlin_vpv_count_debugging_inc_archive
6677.  merlin_vpv_duration_debugging_inc_archive
6678.  merlin_watch_tab_debug_inc_archive

Highly Confidential – Attorneys' Eyes Only

6679. message1to1thread_creation_inc_archive
6680. message_actions_inc_archive
6681. message_attachments_inc_archive
6682. message_attachments_references_inc_archive
6683. message_blocking_error_inc_archive
6684. message_forwards_inc_archive
6685. message_group_addition_inc_archive
6686. message_group_creation_inc_archive
6687. message_lwa_ent_not_found_inc_archive
6688. message_read_failure_inc_archive
6689. message_request_actions_inc_archive
6690. message_request_actions_restricted_inc_archive
6691. message_request_images_inc_archive
6692. message_request_media_blur_taps_inc_archive
6693. message_requests_thread_actions_client_events_inc_archive
6694. message_requests_threadlist_client_events_inc_archive
6695. message_sends_inc_archive
6696. message_sends_inc_archive
6697. message_sends_restricted_inc_archive
6698. message_sends_unittest_inc_archive
6699. message_sends_v2_accuracy_validation_inc_archive
6700. messages_query_pop_log_inc_archive
6701. messages_wa_ss_inc_archive
6702. messaging_admin_text_sends_inc_archive
6703. messaging_ads_integrity_inc_archive
6704. messaging_adult_minor_interaction_events_inc_archive
6705. messaging_an_tray_update_events_inc_archive
6706. messaging_backend_metrics_inc_archive
6707. messaging_bubble_events_inc_archive
6708. messaging_bulk_message_deletes_inc_archive
6709. messaging_command_system_events_events_inc_archive
6710. messaging_commerce_random_events_inc_archive
6711. messaging_contact_manager_inc_archive
6712. messaging_contact_sharing_inc_archive
6713. messaging_context_lines_error_events_inc_archive
6714. messaging_custom_status_backend_inc_archive
6715. messaging_custom_status_events_inc_archive
6716. messaging_data_injection_inc_archive
6717. messaging_delivery_receipts_inc_archive
6718. messaging_emm_backfill_inc_archive
6719. messaging_ent_creation_debug_inc_archive
6720. messaging_ent_share_debug_inc_archive
6721. messaging_errors_cross_stack_inc_archive
6722. messaging_fallback_events_inc_archive
6723. messaging_folder_settings_audience_inc_archive
6724. messaging_folder_settings_inc_archive
6725. messaging_group_links_events_inc_archive
6726. messaging_group_links_inc_archive
6727. messaging_high_risk_experiences_inc_archive
6728. messaging_mailbox_mutation_failures_inc_archive
6729. messaging_mark_group_read_inc_archive

Highly Confidential – Attorneys' Eyes Only

6730. messaging_mark_read_inc_archive
6731. messaging_mark_read_restricted_inc_archive
6732. messaging_mark_seen_inc_archive
6733. messaging_message_deletes_inc_archive
6734. messaging_new_user_creation_inc_archive
6735. messaging_notification_dedup_inc_archive
6736. messaging_notification_server_badge_inc_archive
6737. messaging_query_log_inc_archive
6738. messaging_ranking_payload_monitoring_inc_archive
6739. messaging_reachability_blocked_send_restricted_inc_archive
6740. messaging_reachability_delivery_decision_restricted_inc_archive
6741. messaging_rooms_client_events_inc_archive
6742. messaging_rooms_client_events_restricted_inc_archive
6743. messaging_search_backend_latency_inc_archive
6744. messaging_search_client_latency_debug_inc_archive
6745. messaging_sharing_contacts_privacy_controls_events_inc_archive
6746. messaging_tc_metrics_inc_archive
6747. messaging_test_infra_runs_unittest_inc_archive
6748. messaging_thread_cutover_events_unrestricted_inc_archive
6749. messaging_thread_deletes_inc_archive
6750. messaging_typing_notifier_unconnected_thread_inc_archive
6751. messaging_update_thread_tag_inc_archive
6752. messaging_user_deletion_inc_archive
6753. messenger_ab_contact_buenopath_inc_archive
6754. messenger_account_settings_inc_archive
6755. messenger_account_switching_inc_archive
6756. messenger_active_now_and_stories_inventory_inc_archive
6757. messenger_activities_post_inc_archive
6758. messenger_activities_post_restricted_inc_archive
6759. messenger_actor_experience_inc_archive
6760. messenger_address_book_contact_mutation_inc_archive
6761. messenger_adfinder_professional_rater_features_inc_archive
6762. messenger_ads_conversion_anonymization_restricted_inc_archive
6763. messenger_ads_conversion_experiment_inc_archive
6764. messenger_ads_conversion_funnel_inc_archive
6765. messenger_ads_conversion_funnel_restricted_inc_archive
6766. messenger_ads_create_update_inc_archive
6767. messenger_ads_creation_inc_archive
6768. messenger_ads_epd_switch_inc_archive
6769. messenger_ads_logging_inc_archive
6770. messenger_ads_logging_restricted_inc_archive
6771. messenger_ads_partial_automated_inc_archive
6772. messenger_android_audio_clips_events_events_inc_archive
6773. messenger_android_badge_events_inc_archive
6774. messenger_android_notification_inc_archive
6775. messenger_android_unsend_notificaiton_retraction_inc_archive
6776. messenger_app_deprecation_eligibility_inc_archive
6777. messenger_app_start_events_inc_archive
6778. messenger_attachments_delta_gth_async_job_inc_archive
6779. messenger_audio_messaging_client_events_inc_archive
6780. messenger_background_refresh_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

6781.    messenger_badge_consistency_inc_archive
6782.    messenger_badge_count_inc_archive
6783.    messenger_biz_remote_presence_client_events_inc_archive
6784.    messenger_biz_remote_presence_server_events_inc_archive
6785.    messenger_block_graphql_call_inc_archive
6786.    messenger_broadcast_events_hive_inc_archive
6787.    messenger_broadcast_flow_inc_archive
6788.    messenger_bulk_block_action_events_inc_archive
6789.    messenger_business_events_dev_inc_archive
6790.    messenger_business_events_inc_archive
6791.    messenger_business_integrity_inc_archive
6792.    messenger_business_integrity_restricted_inc_archive
6793.    messenger_business_smart_suggestions_inc_archive
6794.    messenger_bymm_user_engagement_inc_archive
6795.    messenger_call_api_inc_archive
6796.    messenger_call_inc_archive
6797.    messenger_calls_tab_inc_archive
6798.    messenger_camera_events_inc_archive
6799.    messenger_care_p2b_features_inc_archive
6800.    messenger_ccu_failure_inc_archive
6801.    messenger_chat_heads_events_inc_archive
6802.    messenger_chat_sidebar_slots_inc_archive
6803.    messenger_chatheads_ios_inc_archive
6804.    messenger_client_ignore_events_inc_archive
6805.    messenger_client_perf_qpl_events_restricted_inc_archive
6806.    messenger_client_send_message_inc_archive
6807.    messenger_co_presence_inc_archive
6808.    messenger_commerce_inc_archive
6809.    messenger_commerce_restricted_inc_archive
6810.    messenger_contact_deduplication_inc_archive
6811.    messenger_contact_importer_debug_inc_archive
6812.    messenger_contact_sync_tracking_inc_archive
6813.    messenger_contact_upload_sync_setting_inc_archive
6814.    messenger_contacts_client_delta_inc_archive
6815.    messenger_contacts_migration_inc_archive
6816.    messenger_contacts_tab_events_inc_archive
6817.    messenger_content_subscription_user_control_inc_archive
6818.    messenger_context_item_inc_archive
6819.    messenger_coview_actions_inc_archive
6820.    messenger_cross_profile_notification_inc_archive
6821.    messenger_custom_notification_sounds_events_inc_archive
6822.    messenger_custom_threads_client_inc_archive
6823.    messenger_custom_threads_inc_archive
6824.    messenger_cymk_generation_perf_inc_archive
6825.    messenger_delta_change_viewer_status_inc_archive
6826.    messenger_desktop_backend_auto_updater_inc_archive
6827.    messenger_desktop_backend_download_inc_archive
6828.    messenger_desktop_client_annotations_user_interactions_inc_archive
6829.    messenger_desktop_client_annotations_user_interactions_unittest_inc_archive
6830.    messenger_desktop_client_appstarts_inc_archive
6831.    messenger_desktop_client_auth_failures_inc_archive

    Highly Confidential – Attorneys' Eyes Only

6832.  messenger_desktop_client_authentication_inc_archive
6833.  messenger_desktop_client_autoupdater_inc_archive
6834.  messenger_desktop_client_deeplink_events_inc_archive
6835.  messenger_desktop_client_deeplink_events_unittest_inc_archive
6836.  messenger_desktop_client_dualboot_inc_archive
6837.  messenger_desktop_client_heartbeat_inc_archive
6838.  messenger_desktop_client_impressions_inc_archive
6839.  messenger_desktop_client_impressions_unittest_inc_archive
6840.  messenger_desktop_client_incoming_message_read_inc_archive
6841.  messenger_desktop_client_message_send_failed_inc_archive
6842.  messenger_desktop_client_message_send_inc_archive
6843.  messenger_desktop_client_message_send_unittest_inc_archive
6844.  messenger_desktop_client_msys_stats_inc_archive
6845.  messenger_desktop_client_native_rtc_inc_archive
6846.  messenger_desktop_client_notification_inc_archive
6847.  messenger_desktop_client_notification_unittest_inc_archive
6848.  messenger_desktop_client_performance_inc_archive
6849.  messenger_desktop_client_performance_unittest_inc_archive
6850.  messenger_desktop_client_setting_changed_inc_archive
6851.  messenger_desktop_client_setting_changed_unittest_inc_archive
6852.  messenger_desktop_client_sync_issue_inc_archive
6853.  messenger_desktop_client_user_interactions_inc_archive
6854.  messenger_desktop_client_user_interactions_unittest_inc_archive
6855.  messenger_desktop_client_watchdog_exposure_inc_archive
6856.  messenger_desktop_client_watchdog_run_inc_archive
6857.  messenger_desktop_client_watchdog_run_unittest_inc_archive
6858.  messenger_desktop_client_windows_startup_task_inc_archive
6859.  messenger_desktop_landing_page_inc_archive
6860.  messenger_desktop_promo_events_inc_archive
6861.  messenger_desktop_ssl_error_inc_archive
6862.  messenger_desktop_support_page_inc_archive
6863.  messenger_desktop_zenon_invalid_useragents_inc_archive
6864.  messenger_destination_post_click_block_law_inc_archive
6865.  messenger_destination_post_click_block_law_including_epd_countries_inc_archive
6866.  messenger_destination_post_click_block_model_inc_archive
6867.  messenger_destination_post_click_frx_law_inc_archive
6868.  messenger_destination_share_inc_archive
6869.  messenger_digest_email_notification_inc_archive
6870.  messenger_diode_events_inc_archive
6871.  messenger_discovery_client_inc_archive
6872.  messenger_discovery_inc_archive
6873.  messenger_divebar_sizing_inc_archive
6874.  messenger_dot_com_login_steps_inc_archive
6875.  messenger_effect_pipeline_exceptions_inc_archive
6876.  messenger_effect_pipeline_library_events_inc_archive
6877.  messenger_endpoint_hit_inc_archive
6878.  messenger_expression_events_inc_archive
6879.  messenger_fb_deeplink_clicks_inc_archive
6880.  messenger_fbsso_login_screen_account_infos_inc_archive
6881.  messenger_feedback_and_report_inc_archive
6882.  messenger_file_preview_generation_inc_archive

          Highly Confidential – Attorneys' Eyes Only

6883. messenger_form_inc_archive
6884. messenger_general_invite_links_inc_archive
6885. messenger_global_remove_message_inc_archive
6886. messenger_group_admin_model_error_inc_archive
6887. messenger_group_admin_model_inc_archive
6888. messenger_group_link_actions_inc_archive
6889. messenger_group_poll_inc_archive
6890. messenger_group_poll_latency_events_inc_archive
6891. messenger_group_set_thread_description_event_inc_archive
6892. messenger_group_set_thread_image_event_inc_archive
6893. messenger_group_set_thread_name_event_inc_archive
6894. messenger_group_thread_relationship_info_inc_archive
6895. messenger_growth_friend_confirmed_inc_archive
6896. messenger_growth_move_message_request_inc_archive
6897. messenger_growth_notifications_inc_archive
6898. messenger_growth_single_sso_auto_login_events_inc_archive
6899. messenger_ia_inbox_folders_inc_archive
6900. messenger_inbox2_backup_inc_archive
6901. messenger_inbox2_inc_archive
6902. messenger_inbox2_rawevents_inc_archive
6903. messenger_inbox_ads_inc_archive
6904. messenger_inbox_tray_events_inc_archive
6905. messenger_inbox_tray_inventory_events_inc_archive
6906. messenger_install_link_dialog_inc_archive
6907. messenger_install_link_inc_archive
6908. messenger_interop_loading_reachability_settings_event_inc_archive
6909. messenger_interop_reachability_setting_client_interaction_events_inc_archive
6910. messenger_interop_reachability_settings_client_view_events_inc_archive
6911. messenger_interop_reachability_settings_event_inc_archive
6912. messenger_invite_inc_archive
6913. messenger_ios_data_usage_inc_archive
6914. messenger_legacy_chat_head_events_inc_archive
6915. messenger_legacy_click_events_inc_archive
6916. messenger_lightspeed_stall_logs_inc_archive
6917. messenger_links_navigation_inc_archive
6918. messenger_lite_call_log_falco_inc_archive
6919. messenger_lite_diode_inc_archive
6920. messenger_livechat_plugin_inc_archive
6921. messenger_m_dot_me_inc_archive
6922. messenger_magic_words_events_inc_archive
6923. messenger_marauder_notification_settings_inc_archive
6924. messenger_marauder_notification_settings_shadow1_inc_archive
6925. messenger_marketplace_folder_inc_archive
6926. messenger_media_picker_events_inc_archive
6927. messenger_media_preview_inc_archive
6928. messenger_media_views_e2e_inc_archive
6929. messenger_mentions_inc_archive
6930. messenger_message_reminder_exposure_inc_archive
6931. messenger_message_reminder_inc_archive
6932. messenger_message_requests_inc_archive
6933. messenger_message_search_client_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

6934. messenger_ml_prevention_inc_archive
6935. messenger_montage_art_history_inc_archive
6936. messenger_montage_art_search_inc_archive
6937. messenger_montage_client_events_inc_archive
6938. messenger_montage_migration_inc_archive
6939. messenger_montage_server_error_inc_archive
6940. messenger_montage_server_inc_archive
6941. messenger_msg_click_send_expression_events_inc_archive
6942. messenger_msite_sso_login_inc_archive
6943. messenger_msys_securemessage_inc_archive
6944. messenger_music_integration_table_inc_archive
6945. messenger_new_friend_bump_inc_archive
6946. messenger_new_msg_email_notification_inc_archive
6947. messenger_notification_actions_inc_archive
6948. messenger_notification_debug_info_inc_archive
6949. messenger_notification_events_inc_archive
6950. messenger_notification_group_settings_inc_archive
6951. messenger_notification_group_settings_inc_archive
6952. messenger_notification_inc_archive
6953. messenger_notification_settings_inc_archive
6954. messenger_notification_settings_inc_archive
6955. messenger_notification_sound_settings_inc_archive
6956. messenger_notifications_render_inc_archive
6957. messenger_null_state_inc_archive
6958. messenger_nux_inc_archive
6959. messenger_omnipicker_client_events_inc_archive
6960. messenger_on_feed_messaging_inc_archive
6961. messenger_only_change_password_inc_archive
6962. messenger_only_reconfirm_phone_inc_archive
6963. messenger_only_soft_match_inc_archive
6964. messenger_only_users_migration_activity_inc_archive
6965. messenger_p2burl_clicks_inc_archive
6966. messenger_page_image_feature_inc_archive
6967. messenger_page_link_share_inc_archive
6968. messenger_page_thread_inc_archive
6969. messenger_page_thread_transition_inc_archive
6970. messenger_peek_state_inc_archive
6971. messenger_people_tab_inc_archive
6972. messenger_phone_book_importee_inc_archive
6973. messenger_phone_book_importer_inc_archive
6974. messenger_phone_number_nux_inc_archive
6975. messenger_phone_steal_inc_archive
6976. messenger_photo_compression_qualities_inc_archive
6977. messenger_photo_sync_inc_archive
6978. messenger_pin_thread_inc_archive
6979. messenger_placement_duplication_inc_archive
6980. messenger_platform_all_client_events_inc_archive
6981. messenger_platform_all_client_events_restricted_inc_archive
6982. messenger_platform_page_message_client_events_inc_archive
6983. messenger_platform_persona_inc_archive
6984. messenger_portal_integration_call_inc_archive

Highly Confidential – Attorneys' Eyes Only

6985. messenger_posiedon_chatlist_inc_archive
6986. messenger_proactive_warning_events_inc_archive
6987. messenger_profile_badge_count_inc_archive
6988. messenger_profile_badge_update_count_inc_archive
6989. messenger_profile_icon_click_inc_archive
6990. messenger_push_notification_rendering_inc_archive
6991. messenger_ranking_feature_api_debugging_inc_archive
6992. messenger_ranking_ovm_requests_inc_archive
6993. messenger_reaction_notifications_inc_archive
6994. messenger_real_time_handler_authentication_inc_archive
6995. messenger_receiver_pulls_inc_archive
6996. messenger_recovery_inc_archive
6997. messenger_registration_exceptions_inc_archive
6998. messenger_registration_inc_archive
6999. messenger_registration_msite_inc_archive
7000. messenger_restrict_inc_archive
7001. messenger_room_content_actions_inc_archive
7002. messenger_rooms_closing_inc_archive
7003. messenger_rooms_creation_inc_archive
7004. messenger_rooms_settings_change_inc_archive
7005. messenger_rooms_user_load_denial_inc_archive
7006. messenger_rtc_expression_inc_archive
7007. messenger_rtc_remindme_inc_archive
7008. messenger_screensharing_actions_inc_archive
7009. messenger_screensharing_actions_inc_archive
7010. messenger_search_data_loaded_event_inc_archive
7011. messenger_search_production_test_inc_inc_archive
7012. messenger_search_production_test_sample_info_inc_archive
7013. messenger_search_results_inc_archive
7014. messenger_search_www_inc_archive
7015. messenger_secret_chat_startup_check_inc_archive
7016. messenger_security_error_logs_s135207_inc_archive
7017. messenger_server_update_2nd_phase_inc_archive
7018. messenger_settings_ent_inc_archive
7019. messenger_share_extension_broadcast_flow_events_inc_archive
7020. messenger_sharing_latency_events_inc_archive
7021. messenger_sharing_media_edits_inc_archive
7022. messenger_shops_events_inc_archive
7023. messenger_shops_events_restricted_inc_archive
7024. messenger_smb_experiment_debug_inc_archive
7025. messenger_sms_opt_out_inc_archive
7026. messenger_sms_takeover_events_inc_archive
7027. messenger_speakeasy_server_inc_archive
7028. messenger_speakeasy_server_restricted_inc_archive
7029. messenger_stories_ads_inc_archive
7030. messenger_stories_client_delivery_inc_archive
7031. messenger_stories_visual_sends_production_inc_archive
7032. messenger_teens_blocked_inc_archive
7033. messenger_thread_change_folder_events_inc_archive
7034. messenger_thread_damaging_actions_inc_archive
7035. messenger_thread_details_inc_archive

Highly Confidential – Attorneys' Eyes Only

7036.  messenger_thread_image_deletion_inc_archive
7037.  messenger_thread_mutation_inc_archive
7038.  messenger_thread_theme_config_history_inc_archive
7039.  messenger_token_registration_error_inc_archive
7040.  messenger_two_phase_partial_hits_inc_archive
7041.  messenger_uig_laser_cache_inc_archive
7042.  messenger_unavailable_composer_shown_events_inc_archive
7043.  messenger_universal_search_client_events_debug_inc_archive
7044.  messenger_universal_search_client_events_inc_archive
7045.  messenger_user_name_change_log_inc_archive
7046.  messenger_video_storage_inc_archive
7047.  messenger_video_transcode_metrics_inc_archive
7048.  messenger_video_view_session_deltas_inc_archive
7049.  messenger_web_chat_events_inc_archive
7050.  messenger_web_deltas_inc_archive
7051.  messenger_web_graphql_inc_archive
7052.  messenger_web_plugin_anonymous_inc_archive
7053.  messenger_web_plugin_anonymous_restricted_inc_archive
7054.  messenger_wellbeing_community_chats_inc_archive
7055.  messenger_wellbeing_facebook_multi_block_events_inc_archive
7056.  messenger_wellbeing_forwarding_limits_banner_events_inc_archive
7057.  messenger_wellbeing_highly_forwarded_indicator_impression_events_inc_archive
7058.  messenger_www_broadcast_flow_inc_archive
7059.  messenger_zombification_inc_archive
7060.  meta_house_ad_imp_clk_cvr_mtml_model_inc_archive
7061.  metadataless_profile_picture_inc_archive
7062.  metric360_ent_mutation_history_inc_archive
7063.  metric_governance_usage_log_inc_archive
7064.  metric_operation_inc_archive
7065.  metric_review_ui_usage_inc_archive
7066.  metrics_e2e_testing_query_unittest_inc_archive
7067.  metrics_e2e_testing_unittest_inc_archive
7068.  metrics_reporting_flexible_logging_inc_archive
7069.  metrik_data_requests_inc_archive
7070.  metrik_data_requests_query_info_inc_archive
7071.  metrik_macros_stats_inc_archive
7072.  mewtwo_enrichment_signal_exception_inc_archive
7073.  mfs_product_inc_archive
7074.  mgr_app_deprecation_nt_layer_impression_inc_archive
7075.  mi_audit_history_log_inc_archive
7076.  mi_engineering_unified_tool_actions_inc_archive
7077.  mi_engineering_unified_tool_errors_data_inc_archive
7078.  mi_evaluator_engine_analytics_inc_archive
7079.  mi_onboarding_events_inc_archive
7080.  mi_onboarding_reliability_inc_archive
7081.  mi_vh_blocked_items_inc_archive
7082.  mi_vh_client_analytics_inc_archive
7083.  mi_vh_evaluator_analytics_inc_archive
7084.  mi_vh_graphql_analytics_inc_archive
7085.  mi_vh_identity_checker_analytics_inc_archive
7086.  mi_vh_imei_verification_inc_archive

Highly Confidential – Attorneys' Eyes Only

7087. mi_vh_item_selector_analytics_inc_archive
7088. mi_vh_scenario_analytics_inc_archive
7089. mi_vh_sms_verification_inc_archive
7090. mi_vh_user_selector_analytics_inc_archive
7091. mi_vh_vin_verification_analytics_inc_archive
7092. mib_client_push_info_inc_archive
7093. mib_message_sends_inc_archive
7094. mib_message_sends_restricted_inc_archive
7095. mib_notification_accuracy_inc_archive
7096. mib_prompt_event_inc_archive
7097. micro_site_ml_inc_archive
7098. mid_flight_feedback_events_inc_archive
7099. midgard_pins_inc_archive
7100. milq_listing_improvement_suggestions_inc_archive
7101. mini_shop_buyer_inc_archive
7102. mini_shop_buyer_restricted_inc_archive
7103. mini_shop_page_migration_inc_archive
7104. mini_shops_product_fetching_inc_archive
7105. miniplayer_user_actions_inc_archive
7106. minutiae_creation_inc_archive
7107. minutiae_phrases_created_inc_archive
7108. minutiae_search_results_resolution_inc_archive
7109. minutiae_typeahead_impressions_inc_archive
7110. minutiae_verb_ranking_fallback_inc_archive
7111. mios_add_to_home_screen_inc_archive
7112. mirage_debug_eligible_ads_inc_archive
7113. mirage_error_inc_archive
7114. mirage_invalidation_inc_archive
7115. mirv_scenario_results_inc_archive
7116. misinfo_3pfc_rating_flow_inc_archive
7117. misinfo_actions_inc_archive
7118. misinfo_claim_updates_inc_archive
7119. misinfo_classification_scores_inc_archive
7120. misinfo_comment_model_scores_inc_archive
7121. misinfo_decision_v2_inc_archive
7122. misinfo_fact_checker_app_web_client_vpv_dev_inc_archive
7123. misinfo_fact_checker_app_web_client_vpv_inc_archive
7124. misinfo_fact_checking_app_deep_linking_dev_inc_archive
7125. misinfo_fact_checking_app_deep_linking_inc_archive
7126. misinfo_frontend_inc_archive
7127. misinfo_frx_inc_archive
7128. misinfo_matching_events_inc_archive
7129. misinfo_native_fanout_inc_archive
7130. misinfo_notification_inc_archive
7131. misinfo_queue_load_stats_inc_archive
7132. misinfo_repeat_offenders_rollup_inc_archive
7133. misinfo_story_tags_v2_inc_archive
7134. misinfo_treatment_event_inc_archive
7135. misinformation_3pfc_ratings_inc_archive
7136. mismatch_global_acting_account_id_inc_archive
7137. misrep_detection_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

7138. misrep_online_impersonators_inc_archive
7139. missing_app_content_annotation_inc_archive
7140. mistake_prevention_ranking_inc_archive
7141. mistake_ranking_events_inc_archive
7142. mitigation_history_inc_archive
7143. mix_af_ctr_mbl_feed_inc_archive
7144. mix_af_ctr_mbl_feed_md_inc_archive
7145. mix_af_inline_cvr_inc_archive
7146. mix_af_inline_cvr_lcc_inc_archive
7147. mix_af_inline_cvr_md_inc_archive
7148. mix_af_mai_md_inc_archive
7149. mix_af_oc_sl_inc_archive
7150. mix_ai_instagram_video_view_goal_15s_inc_archive
7151. mix_ai_mai_model_inc_archive
7152. mix_ai_mai_model_md_inc_archive
7153. mix_ai_mai_model_test_inc_archive
7154. mix_insights_inc_archive
7155. mix_instagram_video_view_goal_15s_inc_archive
7156. mix_mimo_model_90min_inc_archive
7157. mix_mimo_model_consolidated_inc_archive
7158. mix_mimo_model_inc_archive
7159. mix_mimo_model_non_cluster_inc_archive
7160. mix_mimo_nfb_repetitive_mbl_feed_xout_40_downsample_inc_archive
7161. mix_mtml_oc_oe_post_imp_click_vpvd_track_model_sl_md_inc_archive
7162. mix_pm_feed_ctr_model_inc_archive
7163. mix_pm_feed_ctr_model_md_inc_archive
7164. mix_pm_oc_cvr_model_inc_archive
7165. mixer_multistage_ranking_inc_archive
7166. mkt_links_inc_archive
7167. ml_designer_diff_review_inc_archive
7168. mldw_client_debug_log_inc_archive
7169. mlex_enforceable_ent_metadata_history_inc_archive
7170. mlex_external_dashboard_event_inc_archive
7171. mlite_cache_daily_clear_inc_archive
7172. mlite_ccu_background_job_funnel_inc_archive
7173. mlite_clear_cache_setting_inc_archive
7174. mlite_client_events_inc_archive
7175. mlite_dataload_events_inc_archive
7176. mlite_device_info_hive_inc_archive
7177. mlite_dir_size_inc_archive
7178. mlite_http_data_usage_inc_archive
7179. mlite_large_frame_drop_events_inc_archive
7180. mlite_logins_inc_archive
7181. mlite_low_disk_warning_events_inc_archive
7182. mlite_mqtt_data_usage_inc_archive
7183. mlite_msg_latency_events_inc_archive
7184. mlite_msg_send_attempt_events_inc_archive
7185. mlite_msys_job_scheduler_inc_archive
7186. mlite_msys_media_send_by_server_inc_archive
7187. mlite_msys_push_notification_interaction_inc_archive
7188. mlite_msys_push_notification_thread_pic_update_inc_archive

Highly Confidential – Attorneys' Eyes Only

7189. mlite_msys_push_notification_update_inc_archive
7190. mlite_msys_qe_data_sync_inc_archive
7191. mlite_msys_send_failure_inc_archive
7192. mlite_offline_usage_inc_archive
7193. mlite_rtc_data_usage_inc_archive
7194. mls_message_actions_inc_archive
7195. mmm_status_update_inc_archive
7196. mmp_conversion_bits_inc_archive
7197. mms_copyright_signal_processor_inc_archive
7198. mms_decisions_dry_run_inc_archive
7199. mms_decisions_inc_archive
7200. mms_multi_embedding_operations_inc_archive
7201. mms_xray_oc_match_inc_archive
7202. mmsbl_ad_actions_inc_archive
7203. mmsbl_ad_click_session_inc_archive
7204. mmsbl_ad_click_session_sessionized_results_inc_archive
7205. mmsbl_ad_waterfall_inc_archive
7206. mmsbl_detection_inc_archive
7207. mmsbl_health_inc_archive
7208. mmsbl_link_click_gen_helper_inc_archive
7209. mmsbl_mismatch_detection_ad_click_inc_archive
7210. mmsbl_mismatch_detection_ad_click_journey_inc_archive
7211. mmsbl_mop_session_inc_archive
7212. mmsbl_redesign_debug_inc_archive
7213. mn_cowatch_rtc_event_inc_archive
7214. mn_ls_cpq_inc_archive
7215. mn_only_user_coefficient_inc_archive
7216. mn_only_user_name_inc_archive
7217. mn_platform_message_user_engagement_inc_archive
7218. mn_platform_page_message_inc_archive
7219. mn_reg_account_recovery_inc_archive
7220. mn_rtc_cowatch_classic_video_duration_logging_inc_archive
7221. mn_rtc_cowatch_time_spent_events_inc_archive
7222. mnet_active_now_final_candidates_inc_archive
7223. mnet_active_now_preselection_employee_inc_archive
7224. mnet_bcf_top_threads_candidates_inc_archive
7225. mnet_bvt_gen_top_users_inc_archive
7226. mnet_cache_source_results_inc_archive
7227. mnet_cowatch_events_inc_archive
7228. mnet_dedupe_results_inc_archive
7229. mnet_epd_filtered_events_inc_archive
7230. mnet_epd_filtered_events_with_sid_inc_archive
7231. mnet_events_employee_inc_archive
7232. mnet_events_inc_archive
7233. mnet_events_messenger_kids_inc_archive
7234. mnet_feature_fetcher_exception_inc_archive
7235. mnet_feature_set_in_aggregator_inc_archive
7236. mnet_features_distribution_inc_archive
7237. mnet_features_first_stage_inc_archive
7238. mnet_features_inc_archive
7239. mnet_final_ranking_score_inc_archive

        Highly Confidential – Attorneys' Eyes Only

7240. mnet_gen_top_users_debugging_inc_archive
7241. mnet_generic_thread_gen_candidates_debugging_inc_archive
7242. mnet_ig_top_users_debugging_inc_archive
7243. mnet_impression_omnipicker_logging_events_inc_archive
7244. mnet_metrics_inc_archive
7245. mnet_online_examples_inc_archive
7246. mnet_preselection_candidates_inc_archive
7247. mnet_push_reminder_notif_inc_archive
7248. mnet_target_score_feature_history_inc_archive
7249. mnet_target_side_bcf_multiplier_high_value_debug_inc_archive
7250. mnet_target_side_bcf_multiplier_inc_archive
7251. mnet_uff_events_inc_archive
7252. mnet_user_sparse_features_inc_archive
7253. mo_password_edit_events_inc_archive
7254. moat_nht_signals_inc_archive
7255. moat_sivt_signals_inc_archive
7256. mobile_active_devices_inc_archive
7257. mobile_active_users_inc_archive
7258. mobile_ad_preview_events_inc_archive
7259. mobile_ads_manager_events_inc_archive
7260. mobile_ads_manager_server_events_inc_archive
7261. mobile_ads_manager_upsell_events_inc_archive
7262. mobile_ads_payments_flow_inc_archive
7263. mobile_ads_payments_flows_inc_archive
7264. mobile_all_impressions_inc_archive
7265. mobile_app_install_view_through_model_inc_archive
7266. mobile_app_install_view_through_model_prod_inc_archive
7267. mobile_app_user_agent_version_anomalies_usl_inc_archive
7268. mobile_biz_help_tray_inc_archive
7269. mobile_carrier_outbound_api_inc_archive
7270. mobile_config_canary_exposure_inc_archive
7271. mobile_config_canary_facebook_android_crashes_inc_archive
7272. mobile_config_canary_facebook_android_fads_inc_archive
7273. mobile_config_emergency_push_check_complete_inc_archive
7274. mobile_config_health_check_inc_archive
7275. mobile_config_inconsistencies_inc_archive
7276. mobile_config_omnistore_load_complete_inc_archive
7277. mobile_config_server_data_samples_detailed_inc_archive
7278. mobile_config_server_data_samples_inc_archive
7279. mobile_config_service_client_data_inc_archive
7280. mobile_connection_oxygen_insights_stg_inc_archive
7281. mobile_cvr_model_2_pos_adj_optout_w_aeo_all_pagetype_df_full_inc_archive
7282. mobile_cvr_model_2_pos_adj_optout_w_aeo_all_pagetype_df_inc_archive
7283. mobile_cvr_model_2_pos_adj_optout_w_aeo_all_pagetype_df_sl_inc_archive
7284. mobile_device_clean_up_inc_archive
7285. mobile_device_hash_utils_advertising_id_inc_archive
7286. mobile_device_idfa_reset_inc_archive
7287. mobile_device_idfa_reset_uii_only_inc_archive
7288. mobile_device_oxygen_insights_stg_inc_archive
7289. mobile_headers_redirect_inc_archive
7290. mobile_http_request_fbc_inc_archive

Highly Confidential – Attorneys' Eyes Only

7291. mobile_http_request_inc_archive
7292. mobile_mqtt_config_inc_archive
7293. mobile_network_change_events_inc_archive
7294. mobile_partner_portal_permission_inc_archive
7295. mobile_privacy_reviews_inc_archive
7296. mobile_search_perf_db_bootstrap_inc_archive
7297. mobile_search_perf_result_page_inc_archive
7298. mobile_search_perf_typeahead_inc_archive
7299. mobile_search_perf_unified_inc_archive
7300. mobile_settings_page_inc_archive
7301. mobile_sms_cost_center_history_inc_archive
7302. mobile_store_object_fetched_url_inc_archive
7303. mobile_store_object_fetcher_inc_archive
7304. mobile_subno_2_inc_archive
7305. mobile_subno_cake_replacement_inc_archive
7306. mobile_subno_inferred_contacts_permission_check_inc_archive
7307. mobile_tab_bar_impression_inc_archive
7308. mobile_uitracker_fds_events_inc_archive
7309. mobile_updater_logs_inc_archive
7310. mobile_verification_medium_inc_archive
7311. mobile_voiceserver_inc_archive
7312. mobile_wallet_changes_inc_archive
7313. mobile_zero_campaign_api_inc_archive
7314. mobile_zero_dogfood_inc_archive
7315. mobile_zero_header_request_api_inc_archive
7316. mobilizer_inc_archive
7317. mocha_request_cost_inc_archive
7318. moderator_controls_events_inc_archive
7319. modules_timing_logger_dev_inc_archive
7320. modules_timing_logger_inc_archive
7321. molo_geofence_download_inc_archive
7322. molo_geofence_trigger_inc_archive
7323. molo_pdr_collection_state_inc_archive
7324. molo_pdr_collection_uploader_run_inc_archive
7325. monetization_appeals_events_inc_archive
7326. monetization_home_inc_archive
7327. monetization_onboard_application_events_inc_archive
7328. montage_art_query_inc_archive
7329. montage_client_unification_debug_event_inc_archive
7330. montage_delivery_inc_archive
7331. montage_inbox2_inc_archive
7332. montage_interop_inventory_inc_archive
7333. montage_inventory_debug_inc_archive
7334. montage_latency_inc_archive
7335. montage_ls_task_inc_archive
7336. montage_message_context_inc_archive
7337. montage_missing_reads_inc_archive
7338. montage_os_activities_inc_archive
7339. montage_stories_tab_badging_appeared_inc_archive
7340. montage_stories_tab_badging_cleared_inc_archive
7341. monthly_invoicing_audit_record_base2

Highly Confidential – Attorneys' Eyes Only

7342. monthly_invoicing_event_inc_archive
7343. monthly_invoicing_mutations_inc_archive
7344. mop_debug_inc_archive
7345. morc_actor_enforcement_inc_archive
7346. morc_listing_rejection_messaging_inc_archive
7347. morc_review_events_inc_archive
7348. morc_review_metric_inc_archive
7349. morc_review_remediation_inc_archive
7350. morc_video_review_decision_inc_archive
7351. morc_workflow_lifecycle_inc_archive
7352. morse_ad_metrics_assoc_19_delta_raw_inc_archive
7353. morse_ad_metrics_assoc_25_delta_raw_inc_archive
7354. morse_ad_metrics_assoc_29_delta_raw_inc_archive
7355. morse_ad_metrics_assoc_2_delta_raw_inc_archive
7356. morse_ad_metrics_assoc_3_delta_raw_inc_archive
7357. morse_ad_metrics_assoc_44_delta_raw_inc_archive
7358. morse_ad_metrics_assoc_6_delta_raw_inc_archive
7359. morse_ad_metrics_assoc_9_delta_raw_inc_archive
7360. morse_ad_reporting_assoc_1_delta_raw_inc_archive
7361. morse_bi_assoc_12_delta_raw_inc_archive
7362. morse_bi_assoc_17_delta_raw_inc_archive
7363. morse_bi_assoc_24_delta_raw_inc_archive
7364. morse_bi_assoc_3_delta_raw_inc_archive
7365. morse_di_assoc_103_delta_raw_inc_archive
7366. morse_di_assoc_104_delta_raw_inc_archive
7367. morse_di_assoc_106_delta_raw_inc_archive
7368. morse_di_assoc_107_delta_raw_inc_archive
7369. morse_di_assoc_108_delta_raw_inc_archive
7370. morse_di_assoc_109_delta_raw_inc_archive
7371. morse_di_assoc_111_delta_raw_inc_archive
7372. morse_di_assoc_112_delta_raw_inc_archive
7373. morse_di_assoc_113_delta_raw_inc_archive
7374. morse_di_assoc_115_delta_raw_inc_archive
7375. morse_di_assoc_119_delta_raw_inc_archive
7376. morse_di_assoc_123_delta_raw_inc_archive
7377. morse_di_assoc_131_delta_raw_inc_archive
7378. morse_di_assoc_134_delta_raw_inc_archive
7379. morse_di_assoc_140_delta_raw_inc_archive
7380. morse_di_assoc_145_delta_raw_inc_archive
7381. morse_di_assoc_147_delta_raw_inc_archive
7382. morse_di_assoc_149_delta_raw_inc_archive
7383. morse_di_assoc_153_delta_raw_inc_archive
7384. morse_di_assoc_158_delta_raw_inc_archive
7385. morse_di_assoc_15_delta_raw_inc_archive
7386. morse_di_assoc_162_delta_raw_inc_archive
7387. morse_di_assoc_163_delta_raw_inc_archive
7388. morse_di_assoc_165_delta_raw_inc_archive
7389. morse_di_assoc_166_delta_raw_inc_archive
7390. morse_di_assoc_167_delta_raw_inc_archive
7391. morse_di_assoc_171_delta_raw_inc_archive
7392. morse_di_assoc_173_delta_raw_inc_archive

Highly Confidential – Attorneys' Eyes Only

7393. morse_di_assoc_174_delta_raw_inc_archive
7394. morse_di_assoc_17_delta_raw_inc_archive
7395. morse_di_assoc_180_delta_raw_inc_archive
7396. morse_di_assoc_182_delta_raw_inc_archive
7397. morse_di_assoc_183_delta_raw_inc_archive
7398. morse_di_assoc_184_delta_raw_inc_archive
7399. morse_di_assoc_186_delta_raw_inc_archive
7400. morse_di_assoc_187_delta_raw_inc_archive
7401. morse_di_assoc_18_delta_raw_inc_archive
7402. morse_di_assoc_191_delta_raw_inc_archive
7403. morse_di_assoc_195_delta_raw_inc_archive
7404. morse_di_assoc_197_delta_raw_inc_archive
7405. morse_di_assoc_19_delta_raw_inc_archive
7406. morse_di_assoc_27_delta_raw_inc_archive
7407. morse_di_assoc_29_delta_raw_inc_archive
7408. morse_di_assoc_31_delta_raw_inc_archive
7409. morse_di_assoc_39_delta_raw_inc_archive
7410. morse_di_assoc_40_delta_raw_inc_archive
7411. morse_di_assoc_49_delta_raw_inc_archive
7412. morse_di_assoc_4_delta_raw_inc_archive
7413. morse_di_assoc_58_delta_raw_inc_archive
7414. morse_di_assoc_5_delta_raw_inc_archive
7415. morse_di_assoc_60_delta_raw_inc_archive
7416. morse_di_assoc_64_delta_raw_inc_archive
7417. morse_di_assoc_66_delta_raw_inc_archive
7418. morse_di_assoc_67_delta_raw_inc_archive
7419. morse_di_assoc_77_delta_raw_inc_archive
7420. morse_di_assoc_79_delta_raw_inc_archive
7421. morse_di_assoc_80_delta_raw_inc_archive
7422. morse_di_assoc_82_delta_raw_inc_archive
7423. morse_di_assoc_84_delta_raw_inc_archive
7424. morse_di_assoc_85_delta_raw_inc_archive
7425. morse_di_assoc_88_delta_raw_inc_archive
7426. morse_di_assoc_89_delta_raw_inc_archive
7427. morse_di_assoc_90_delta_raw_inc_archive
7428. morse_di_assoc_91_delta_raw_inc_archive
7429. morse_di_assoc_93_delta_raw_inc_archive
7430. morse_di_assoc_95_delta_raw_inc_archive
7431. morse_di_assoc_97_delta_raw_inc_archive
7432. morse_di_fbobj_71_delta_raw_inc_archive
7433. morse_groups_assoc_1_delta_raw_inc_archive
7434. morse_groups_assoc_2_delta_raw_inc_archive
7435. morse_growth_assoc_3_delta_raw_inc_archive
7436. morse_growth_assoc_5_delta_raw_inc_archive
7437. morse_growth_assoc_6_delta_raw_inc_archive
7438. morse_growth_assoc_7_delta_raw_inc_archive
7439. morse_identity_assoc_1_delta_raw_inc_archive
7440. morse_locations_assoc_2_delta_raw_inc_archive
7441. morse_mobile_assoc_2_delta_raw_inc_archive
7442. morse_news_person_info_base2
7443. morse_platform_assoc_13_delta_raw_inc_archive

Highly Confidential – Attorneys' Eyes Only

7444.   morse_platform_assoc_19_delta_raw_inc_archive
7445.   morse_platform_assoc_6_delta_raw_inc_archive
7446.   morse_platform_assoc_7_delta_raw_inc_archive
7447.   morse_platform_assoc_8_delta_raw_inc_archive
7448.   morse_platform_assoc_9_delta_raw_inc_archive
7449.   morse_privacy_assoc_2_delta_raw_inc_archive
7450.   morse_privacy_assoc_3_delta_raw_inc_archive
7451.   morse_profile_assoc_1_delta_raw_inc_archive
7452.   morse_profile_assoc_4_delta_raw_inc_archive
7453.   morse_search_assoc_12_delta_raw_inc_archive
7454.   morse_search_assoc_20_delta_raw_inc_archive
7455.   morse_search_assoc_27_delta_raw_inc_archive
7456.   morse_search_assoc_31_delta_raw_inc_archive
7457.   morse_search_assoc_33_delta_raw_inc_archive
7458.   morse_search_assoc_34_delta_raw_inc_archive
7459.   morse_search_assoc_4_delta_raw_inc_archive
7460.   morse_si_assoc_2_delta_raw_inc_archive
7461.   morse_si_assoc_5_delta_raw_inc_archive
7462.   morse_videos_assoc_1_delta_raw_inc_archive
7463.   mose_first_level_analysis_inc_archive
7464.   movies_actions_data_inc_archive
7465.   movies_ticketing_page_admin_actions_inc_archive
7466.   mp_arks_cache_inc_archive
7467.   mp_badge_click_downstream_mtml_loop_examples_inc_archive
7468.   mp_badge_downstream_events_mtml_loop_examples_inc_archive
7469.   mp_commerce_integrity_false_positive_measurement_inc_archive
7470.   mp_community_agreement_inc_archive
7471.   mp_integrity_error_log_inc_archive
7472.   mp_jewel_notif_fequency_cap_model_loop_examples_inc_archive
7473.   mp_lsua_simrec_joiner_inc_archive
7474.   mp_notif_training_inc_archive
7475.   mp_recent_canonical_concepts_listings_inc_archive
7476.   mp_safety_queue_bandit_inc_archive
7477.   mp_similar_item_recommendations_inc_archive
7478.   mp_stampable_recent_listings_inc_archive
7479.   mp_syfs_following_sellers_inc_archive
7480.   mp_tab_badging_inc_archive
7481.   mp_tab_click_downstream_mtml_loop_examples_inc_archive
7482.   mp_tab_conversion_events_loop_loop_examples_inc_archive
7483.   mp_tab_ctr_only_loop_loop_examples_inc_archive
7484.   mp_tab_downstream_predictor_loop_examples_inc_archive
7485.   mp_user_jewel_notif_inc_archive
7486.   mpi_product_embedding_knn_result_inc_archive
7487.   mpi_seed_tool_logging_inc_archive
7488.   mpp_data_sharing_zero_optin_inc_archive
7489.   mpp_hsite_user_encrypted_msisdn_inc_archive
7490.   mpp_question_creation_inc_archive
7491.   mpp_upsell_product_inc_archive
7492.   mppd_tool_typeahead_inc_archive
7493.   mqtt_endpoint_deltoid_metrics_inc_archive
7494.   mqtt_get_diffs_inc_archive

Highly Confidential – Attorneys' Eyes Only

7495.   mqtt_ios_client_connect_request_inc_archive
7496.   mqtt_php_publish_status_inc_archive
7497.   mqtt_publish_debug_inc_archive
7498.   mqtt_resurrector_latency_measurement_inc_archive
7499.   mqtt_ws_client_inc_archive
7500.   mqtt_ws_error_inc_archive
7501.   mr_infra_filtered_scribeh_adconv_annotated_full_inc_archive
7502.   mr_infra_filtered_scribeh_adconv_annotated_full_rc_inc_archive
7503.   mr_pcm_simulation_conversions_inc_archive
7504.   mr_pcm_simulation_conversions_rc_inc_archive
7505.   mr_rep_x_ads_filtered_inc_archive
7506.   mr_rep_x_ads_filtered_inc_archive
7507.   mrt_feed_filters_inc_archive
7508.   ms_graph_api_inc_archive
7509.   ms_recycled_emails_inc_archive
7510.   msb_ranking_payload_inc_archive
7511.   msg_active_now_conversion_events_inc_archive
7512.   msg_armadillo_md_active_sessions_mgmt_events_inc_archive
7513.   msg_armadillo_md_keys_mgmt_events_inc_archive
7514.   msg_badge_update_events_inc_archive
7515.   msg_breakpad_report_failed_upload_events_inc_archive
7516.   msg_expiration_thread_state_events_inc_archive
7517.   msg_expiration_toggle_events_inc_archive
7518.   msg_notification_duplicate_events_inc_archive
7519.   msg_os_notification_settings_change_events_inc_archive
7520.   msg_present_notification_events_inc_archive
7521.   msg_thread_events_inc_archive
7522.   msg_threadview_loaded_hive_inc_archive
7523.   msg_will_present_notification_inc_archive
7524.   msgr_account_login_flow_inc_archive
7525.   msgr_account_login_flow_tosu_inc_archive
7526.   msgr_account_switcher_flow_inc_archive
7527.   msgr_growth_chat_heads_enabled_inc_archive
7528.   msgr_growth_conversations_inc_archive
7529.   msgr_growth_response_rate_inc_archive
7530.   msgr_mute_calls_inc_archive
7531.   msgr_notif_channels_inc_archive
7532.   msgr_notif_delivery_inc_archive
7533.   msgr_ppml_an_candidate_ratio_scuba_inc_archive
7534.   msgr_ppml_an_displayed_ratios_inc_archive
7535.   msgr_ppml_an_top_candidates_hive_inc_archive
7536.   msi_events_score_inc_archive
7537.   msite_friends_center_send_wave_inc_archive
7538.   msite_nux_page_load_time_inc_archive
7539.   msite_open_from_organic_post_hive_inc_archive
7540.   msite_upsell_promos_real_time_inc_archive
7541.   msp_tools_usage_inc_archive
7542.   msys_db_critical_inc_archive
7543.   msys_send_receive_activity_events_inc_archive
7544.   mtd_activity_inc_archive
7545.   mtml_instream_xout_and_dislike_ads_in_videos_inc_archive

Highly Confidential – Attorneys' Eyes Only

7546. mtml_mai_mbl_feed_post_imp_ct_with_vpvd_with_clk_or_conv_model_md_inc_archive
7547. mtml_mai_mbl_feed_w_an_post_imp_ct_w_vpvd_w_clk_and_conv_wo_aeo_mtml_inc_archive
7548. mtml_mai_mbl_feed_w_an_post_imp_ct_with_vpvd_with_clk_or_conv_full_md_inc_archive
7549. mtml_mai_mbl_feed_w_an_post_imp_ct_with_vpvd_with_clk_or_conv_model_inc_archive
7550. mtml_mai_mbl_feed_w_an_post_imp_ct_with_vpvd_with_clk_or_conv_model_md_inc_archive
7551. mtml_mai_mbl_feed_w_an_post_imp_ct_with_vpvd_with_clk_or_conv_sl_inc_archive
7552. mtml_nfb_lwnf_mbl_feed_inc_archive
7553. mtml_nfb_mbl_feed_xout_rep_irrelevant_40_downsample_inc_archive
7554. mtml_nfb_mbl_feed_xout_repetition_40_downsample_inc_archive
7555. mtml_oc_oe_post_imp_click_vpvd_track_model_sl_20pct_inc_archive
7556. mtml_oc_oe_post_imp_click_vpvd_track_model_sl_clustered_inc_archive
7557. mtml_oc_oe_post_imp_click_vpvd_track_model_sl_inc_archive
7558. mtml_oc_oe_post_imp_click_vpvd_track_model_sl_with_oba_inc_archive
7559. mtml_oc_oe_post_imp_click_vpvd_track_model_with_oba_inc_archive
7560. mtml_oc_post_imp_click_vpvd_track_model_ba_feature_only_inc_archive
7561. mtml_oc_post_imp_click_vpvd_track_model_inc_archive
7562. mtml_post_follow_model_inc_archive
7563. mtml_post_imp_ctm_deep_conversation_model_all_ctm_inc_archive
7564. mtml_post_imp_ctm_deep_conversation_model_inc_archive
7565. mtml_post_imp_cvr_lead_gen_model_inc_archive
7566. mtml_post_imp_dpa_model_inc_archive
7567. mtml_post_imp_lead_gen_model_inc_archive
7568. mtml_post_imp_link_click_model_inc_archive
7569. mtml_post_imp_page_like_model_inc_archive
7570. mtml_post_imp_post_engagement_model_inc_archive
7571. mtml_quality_signal_by_event_mbl_feed_remove_recall_clustered_inc_archive
7572. mtouch_beeper_inc_archive
7573. mtouch_stickers_inc_archive
7574. multi_link_metrics_inc_archive
7575. multi_share_attachment_deletion_inc_archive
7576. multi_stage_ad_request_inspection_for_rank_all_ads_inc_archive
7577. multi_stage_ad_request_inspection_inc_archive
7578. multi_stage_ranking_logging_inc_archive
7579. multiaccount_switch_events_inc_archive
7580. multifeed_backend_ent_query_inc_archive
7581. multifeed_recagg_waterfall_inc_archive
7582. multifeed_request_cost_inc_archive
7583. multifeed_request_cost_v2_inc_archive
7584. multifeed_storage_cost_inc_archive
7585. multifeed_storage_cost_utilization_scanner_inc_archive
7586. multifeed_user_latency_inc_archive
7587. multistage_compressed_adindexer_features_inc_archive
7588. multiway_audio_dropper_inc_archive
7589. multiway_call_investigation_inc_archive
7590. multiway_conditional_endpoint_filter_log_inc_archive
7591. multiway_dominant_speaker_event_inc_archive
7592. multiway_events_inc_archive
7593. multiway_extensions_session_summary_inc_archive
7594. multiway_handler_exception_inc_archive
7595. multiway_identity_platform_translation_inc_archive
7596. multiway_media_endpoint_failover_stats_inc_archive

Highly Confidential – Attorneys' Eyes Only

7597. multiway_message_info4_inc_archive
7598. multiway_mqtt_waterfall_message_lifetime_inc_archive
7599. multiway_push_infra_delivery_inc_archive
7600. multiway_reliability_info_agg_inc_archive
7601. multiway_reliability_info_inc_archive
7602. multiway_session_endpoint_summary_detailed_inc_archive
7603. multiway_session_endpoint_summary_detailed_inc_archive
7604. multiway_session_events_fanout_inc_archive
7605. multiway_session_summary_detailed_inc_archive
7606. multiway_session_user_summary_detailed_inc_archive
7607. multiway_signal_info_inc_archive
7608. multiway_transaction_events2_inc_archive
7609. municorn_content_search_experiment_inc_archive
7610. municorn_search_experiment_inc_archive
7611. music_artist_content_migration_debug_inc_archive
7612. music_chaining_pmv_fbjoiner_online_downsampled_inc_archive
7613. music_chaining_video_fbjoiner_online_downsampled_inc_archive
7614. music_communities_inc_archive
7615. music_home_user_actions_inc_archive
7616. music_picker_actions_inc_archive
7617. music_ptv_requests_inc_archive
7618. music_streaming_inc_archive
7619. music_video_home_debug_log_inc_archive
7620. music_videos_chaining_debug_inc_archive
7621. mutation_notification_inc_archive
7622. mva_review_tool_log_inc_archive
7623. mwb_hide_on_disable_inc_archive
7624. mws_region_allocation_inc_archive
7625. mxji_experiment_behavior_activiation_inc_archive
7626. my_sql_intern_usage_logs_inc_archive
7627. myanmar_font_detection_browser_inc_archive
7628. myanmar_font_detection_inc_archive
7629. myanmar_font_detection_msite_inc_archive
7630. myday_posts_iris_stats_api_inc_archive
7631. name_pronunciation_inc_archive
7632. name_search_inc_archive
7633. name_trigram_inc_archive
7634. nanoshard_imp_full_log_line_inc_archive
7635. narf_diagnostic_events_inc_archive
7636. native_app_logout_inc_archive
7637. native_booking_advertiser_prioritization_inc_archive
7638. native_booking_floating_appointments_inc_archive
7639. native_booking_measurement_inc_archive
7640. native_booking_one_click_leads_inc_archive
7641. native_booking_one_click_recommendation_inc_archive
7642. native_booking_outsourced_meeting_update_request_inc_archive
7643. native_booking_problems_inc_archive
7644. native_calendar_mutation_call_inc_archive
7645. native_checkpoints_flow_inc_archive
7646. native_client_checkpoint_event_inc_archive
7647. native_sharing_web_inbound_traffic_inc_archive

       Highly Confidential – Attorneys' Eyes Only

7648. nav_model_logs_inc_archive
7649. navigation_configuration_impression_inc_archive
7650. navigation_isolation_policy_inc_archive
7651. ncmec_add_report_to_queue_inc_archive
7652. ncmec_queue_worker_error_messages_inc_archive
7653. ncmec_report_raw_inc_archive
7654. ncmec_reportable_thread_creation_inc_archive
7655. ncmec_reported_content_inc_archive
7656. ncmec_switchboard_inc_archive
7657. ndx_client_event_inc_archive
7658. ndx_eligibility_inc_archive
7659. ndx_resurrected_user_api_inc_archive
7660. ndx_smart_ranking_scores_inc_archive
7661. nearby_friends_client_events_inc_archive
7662. nearby_friends_queries_inc_archive
7663. nearby_friends_server_events_inc_archive
7664. nearby_friends_server_results_inc_archive
7665. nearby_places_browse_search_perf_inc_archive
7666. nearby_places_feedback_inc_archive
7667. nearline_translation_jedi_comparison_inc_archive
7668. nearline_translation_request_inc_archive
7669. nearline_translation_request_unittest_inc_archive
7670. nearline_translation_worker_inc_archive
7671. nebula_client_request_stats_inc_archive
7672. nebula_request_level_log_inc_archive
7673. nebula_request_logger_inc_archive
7674. nebula_request_stats_inc_archive
7675. nectar_impressionsample_inc_archive
7676. nectar_mobile_sms_delivery_r_inc_archive
7677. nectar_xtrans_r_inc_archive
7678. negative_user_actions_inc_archive
7679. neighborhoods_moderator_admin_inc_archive
7680. neko_app_developer_tool_notification_inc_archive
7681. neko_app_feed_events_inc_archive
7682. neko_call_to_action_utils_redirect_url_inc_archive
7683. neko_ch_aad_exclusion_inc_archive
7684. neko_cvr_7d_with_oe_consolidation_negative_0_1d_model_w_1p_optin_inc_archive
7685. neko_feed_ads_no_attribution_inc_archive
7686. neko_gdpr_exclusion_targeting_inc_archive
7687. neko_mmp_video_play_onsite_inc_archive
7688. neko_retry_install_inc_archive
7689. neko_roas_model_md_inc_archive
7690. neko_sap_compressed_adfinder_features_inc_archive
7691. neko_sap_compressed_adindexer_features_inc_archive
7692. network_disruptions_pipeline_inc_archive
7693. new_account_state_inc_archive
7694. new_account_state_rlxm_inc_archive
7695. new_app_review_tiers_inc_archive
7696. new_device_log_inc_archive
7697. new_eu_user_ads_gating_inc_archive
7698. new_ndx_api_inc_archive

Highly Confidential – Attorneys' Eyes Only

7699.  new_thingy_audience_alignment_inc_archive
7700.  new_user_analytics_inc_archive
7701.  new_user_day_zero_language_signals_inc_archive
7702.  new_user_downstream_action_ice_breaker_inc_archive
7703.  new_user_eg_reco_funnel_logs_inc_archive
7704.  new_user_ifr_impression_feedbacks_inc_archive
7705.  new_user_multifeed_funnel_inc_archive
7706.  new_user_public_content_uih_observer_event_inc_archive
7707.  new_user_trending_location_inc_archive
7708.  new_user_unconnected_content_multifeed_funnel_inc_archive
7709.  new_users_top_friends_track_inc_archive
7710.  newly_confirmed_account_state_inc_archive
7711.  news_compass_feedback_events_inc_archive
7712.  news_compass_growth_client_events_inc_archive
7713.  news_compass_growth_monitor_inc_archive
7714.  news_compass_growth_qp_trigger_inc_archive
7715.  news_compass_indexing_inc_archive
7716.  news_compass_surface_monitor_inc_archive
7717.  news_compass_survey_events_inc_archive
7718.  news_digraph_user_post_engagement_hourly_rid_inc_archive
7719.  news_event_query_data_inc_archive
7720.  news_feed_graphql_params_inc_archive
7721.  news_feed_graphql_request_responses_inc_archive
7722.  news_feed_preferences_events_inc_archive
7723.  news_feed_production_test_inc_archive
7724.  news_feed_production_test_sample_info_inc_archive
7725.  news_graph_api_inc_archive
7726.  news_page_index_api_inc_archive
7727.  news_post_index_inc_archive
7728.  news_pub_reg_inc_archive
7729.  news_status_events_inc_archive
7730.  news_subscription_activities_inc_archive
7731.  news_tab_breaking_jp_observer_inc_archive
7732.  news_tab_digraph_user_content_engagement_hourly_inc_archive
7733.  news_tab_digraph_user_content_engagement_rid_hourly_inc_archive
7734.  news_tab_fbjoiner_ranking_training_data_inc_archive
7735.  news_tab_feed_monitor_inc_archive
7736.  news_tab_notifs_pull_time_inc_archive
7737.  news_tab_publisher_affinity_ttsn_tracking_inc_archive
7738.  news_tab_sfu_notif_flex_scheduler_inc_archive
7739.  news_topic_link_post_index_inc_archive
7740.  news_video_index_inc_archive
7741.  newsfeed_actions_inc_archive
7742.  newsfeed_to_messenger_ads_inc_archive
7743.  newsie_delivery_inc_archive
7744.  newsie_waterfall_inc_archive
7745.  nfb_ai_model_opt_out_df_inc_archive
7746.  nfb_ai_model_opt_out_df_only_an_inc_archive
7747.  nfb_dpa_model_inc_archive
7748.  nfb_dpa_model_v2_inc_archive
7749.  nfb_home_feed_model_opt_out_df_inc_archive

Highly Confidential – Attorneys' Eyes Only

7750. nfb_home_feed_model_opt_out_inc_archive
7751. nfb_instream_model_opt_out_df_inc_archive
7752. nfb_marketplace_model_desktop_inc_archive
7753. nfb_messenger_inbox_model_neg1_opt_out_inc_archive
7754. nfb_mobile_feed_model_opt_out_df_no_mbl_msgr_inc_archive
7755. nfb_mobile_feed_model_opt_out_inc_archive
7756. nfb_mobile_instream_model_opt_out_inc_archive
7757. nfb_repetitive_two_step_all_feed_model_inc_archive
7758. nfb_repetitive_two_step_pa_model_with_feed_data_inc_archive
7759. nfb_report_over_hide_model_an_fb_ig_inc_archive
7760. nfb_report_over_hide_model_an_ig_inc_archive
7761. nfb_xout_and_report_all_feed_model_inc_archive
7762. nfb_xout_and_report_home_feed_model_inc_archive
7763. nfb_xout_and_report_mobile_feed_model_inc_archive
7764. nfx_action_graph_api_post_inc_archive
7765. nlp_console_analysis_inc_archive
7766. nlp_grammar_analysis_inc_archive
7767. nlp_prefetch_perf_stats_inc_archive
7768. nlp_query_data_inc_archive
7769. nlp_service_cost_inc_archive
7770. nmor_payment_engine_access_audit_inc_archive
7771. nmor_payment_mutator_timing_inc_archive
7772. no_burn_inc_archive
7773. non_ahc_cms_render_inc_archive
7774. non_enforcement_action_lifecycle_inc_archive
7775. non_graph_api_hits_third_party_inc_archive
7776. non_www_did_access_recordkeeping_inc_archive
7777. nonce_events_inc_archive
7778. nonmutating_feed_click_for_search_retrieval_inc_archive
7779. notif_abnormal_inc_archive
7780. notif_add_to_tray_inc_archive
7781. notif_arrived_inc_archive
7782. notif_auction_delivery_tracking_inc_archive
7783. notif_badge_changes_inc_archive
7784. notif_book_keeper_inc_archive
7785. notif_capacity_usage_inc_archive
7786. notif_cf_data_inc_archive
7787. notif_click_from_tray_inc_archive
7788. notif_cv_concepts_inc_archive
7789. notif_debug_inc_archive
7790. notif_delivery_failure_inc_archive
7791. notif_delivery_inc_archive
7792. notif_drop_on_user_settings_inc_archive
7793. notif_email_client_inc_archive
7794. notif_events_inc_archive
7795. notif_forward_inc_archive
7796. notif_frequency_cap_logger_inc_archive
7797. notif_gysj_candidates_inc_archive
7798. notif_jewel_inc_archive
7799. notif_jewel_menu_inc_archive
7800. notif_jewel_tray_inc_archive

          Highly Confidential – Attorneys' Eyes Only

7801.  notif_manager_analytics_inc_archive
7802.  notif_mobile_sms_inc_archive
7803.  notif_mobile_sms_mo_inc_archive
7804.  notif_nlp_entities_inc_archive
7805.  notif_perf_stats_inc_archive
7806.  notif_personalization_data_inc_archive
7807.  notif_personalized_fallback_logger_inc_archive
7808.  notif_policy_metadata_inc_archive
7809.  notif_post_selection_decision_inc_archive
7810.  notif_pref_preset_updates_inc_archive
7811.  notif_pref_preset_updates_inc_archive
7812.  notif_push_os_setting_inc_archive
7813.  notif_reachability_deltas_inc_archive
7814.  notif_reachability_inc_archive
7815.  notif_received_inc_archive
7816.  notif_seen_state_syncer_inc_archive
7817.  notif_server_action_inc_archive
7818.  notif_user_controls_inc_archive
7819.  notif_user_preference_inc_archive
7820.  notif_user_setting_action_inc_archive
7821.  notif_user_setting_inc_archive
7822.  notif_watcher_inc_archive
7823.  notif_widget_inc_archive
7824.  notification_auction_policy_output_inc_archive
7825.  notification_batch_inc_archive
7826.  notification_batch_unittest_inc_archive
7827.  notification_call_inc_archive
7828.  notification_call_unittest_inc_archive
7829.  notification_delivery_feedback_inc_archive
7830.  notification_jewel_performance_inc_archive
7831.  notification_mobile_logging_inc_archive
7832.  notification_recipient_inc_archive
7833.  notification_send_inc_archive
7834.  notification_tracking_inc_archive
7835.  notifications_early_stage_ranker_inc_archive
7836.  notifications_early_stage_ranker_recall_inc_archive
7837.  notifications_fbjoiner_unified_jewel_filtering_examples_inc_archive
7838.  notifications_fbjoiner_unified_jewel_ranking_examples_inc_archive
7839.  notifications_fbjoiner_unified_push_filtering_examples_inc_archive
7840.  notifications_friends_coefficient_inc_archive
7841.  notifications_get_stop_inc_archive
7842.  notifications_reachability_check_inc_archive
7843.  notifications_rt_filtering_detailed_inc_archive
7844.  notifications_rt_filtering_inc_archive
7845.  notifications_uno_ml_inc_archive
7846.  novak2_tailer_processor_inc_archive
7847.  npr_interest_picker_inc_archive
7848.  npr_needy_user_feed_util_buff_inc_archive
7849.  npr_video_experiment_inc_archive
7850.  npx_feed_client_events_inc_archive
7851.  npx_friending_rlxm_inc_archive

          Highly Confidential – Attorneys' Eyes Only

7852. npx_message_sends_rlxm_inc_archive
7853. npx_messenger_diode_events_inc_archive
7854. nsm_admon_imp_output_inc_archive
7855. nsm_imp_lazy_retry_inc_archive
7856. nsmove_shadow_post_publishing_flow_inc_archive
7857. nt_bundles_inc_archive
7858. nt_pay_to_access_purchase_transition_with_gql_sub_inc_archive
7859. nt_style_usage_inc_archive
7860. nt_unsupported_features_inc_archive
7861. nt_zero_optin_flow_hive_inc_archive
7862. nudge_fbjoiner_campaign_email_examples_inc_archive
7863. nudge_fbjoiner_campaign_push_examples_inc_archive
7864. nudge_fbjoiner_campaign_sms_examples_inc_archive
7865. nudge_fbjoiner_examples_inc_archive
7866. nudge_fbjoiner_examples_read_time_inc_archive
7867. nudge_fbjoiner_jewel_examples_inc_archive
7868. nudge_fbjoiner_rl_examples_inc_archive
7869. nudge_fbjoiner_sms_examples_inc_archive
7870. nudge_features_v5_fb_campaign_inc_archive
7871. nudge_features_v5_fb_organic_inc_archive
7872. nudge_features_v5_marketplace_v2_inc_archive
7873. nudge_fill_waterfall_inc_archive
7874. nudge_raas_features_for_validation_inc_archive
7875. nudge_raas_filtering_selection_comparison_inc_archive
7876. nudge_raas_ranking_scores_for_comparison_inc_archive
7877. nudge_ranker_model_scores_inc_archive
7878. nudge_ranker_requests_inc_archive
7879. nudge_request_performance_inc_archive
7880. nudge_selected_features_inc_archive
7881. nudge_selected_features_inc_archive
7882. null_state_exception_inc_archive
7883. nux_feed_promotion_client_events_inc_archive
7884. nux_mission_center_events_inc_archive
7885. nux_missions_inc_archive
7886. nux_profile_picture_mtouch_inc_archive
7887. nux_profile_picture_upload_inc_archive
7888. nux_quick_friending_header_badge_view_inc_archive
7889. nux_quick_friending_inc_archive
7890. nux_quick_friending_legal_screen_info_inc_archive
7891. nux_quick_friending_request_count_inc_archive
7892. nux_wizard_app_install_inc_archive
7893. nux_wizard_inc_archive
7894. nux_wizard_profile_picture_conversion_inc_archive
7895. o_auth_confirm_inc_archive
7896. oauth_device_inc_archive
7897. oauth_invalidate_web_sessions_inc_archive
7898. objectionable_content_filter_v2_inc_archive
7899. objectionable_content_setting_inc_archive
7900. obs_infra_ml_logging_inc_archive
7901. observation_infra_watson_fanout_data_inc_archive
7902. oc_srt_features_inc_archive

     Highly Confidential – Attorneys' Eyes Only

7903. ocr_blackhole_info_inc_archive
7904. octet_logging_inc_archive
7905. octopus_events_inc_archive
7906. ods_ui_perf_metrics_inc_archive
7907. oe_oc_ba_e2e_test_inc_archive
7908. oem_encode_param_inc_archive
7909. oem_faults_inc_archive
7910. oep_priorities_inc_archive
7911. oep_source_selection_inc_archive
7912. oep_view_time_abr_inc_archive
7913. ofa_client_interactions_inc_archive
7914. ofa_client_interactions_with_country_inc_archive
7915. ofa_login_preprocessed_inc_archive
7916. ofa_raw_events_inc_archive
7917. ofa_user_viewed_content_inc_archive
7918. offer_admin_actions_inc_archive
7919. offer_ads_inc_archive
7920. offer_debug_inc_archive
7921. offer_events_history_inc_archive
7922. offer_item_discount_history_inc_archive
7923. offer_notifications_events_inc_archive
7924. offer_surfaces_events_inc_archive
7925. offer_user_actions_inc_archive
7926. offers_notif_jewel_inc_archive
7927. offerx_notification_inc_archive
7928. offline_experiment_exposures_inc_archive
7929. offline_ranker_async_job_inc_archive
7930. offline_ranker_events_inc_archive
7931. offline_signal_ingestion_events_inc_archive
7932. offline_solutions_for_brands_ad_impressions_inc_archive
7933. offline_solutions_for_brands_whitelist_inc_archive
7934. offsite_an_post_imp_mtml_inc_archive
7935. offsite_and_link_clk_mbl_external_cvr_from_cvr_df_with_multi_id_inc_archive
7936. offsite_conversion_offsite_engagement_view_through_model_5min_inc_archive
7937. offsite_conversion_offsite_engagement_view_through_model_ba_feature_only_inc_archive
7938. offsite_conversion_offsite_engagement_view_through_model_ba_feature_only_inc_archive
7939. offsite_conversion_offsite_engagement_view_through_model_inc_archive
7940. offsite_cvr_7d_negative_0_1d_model_inc_archive
7941. offsite_cvr_7d_negative_0_1d_multi_label_model_inc_archive
7942. offsite_cvr_7d_optimized_and_tracked_label_inc_archive
7943. offsite_cvr_view_through_model_prod_inc_archive
7944. offsite_cvr_view_through_vt_enabled_ads_model_inc_archive
7945. offsite_cvr_view_through_vt_enabled_ads_model_sampled_ba_feature_only_inc_archive
7946. offsite_cvr_view_through_vt_enabled_ads_model_sampled_ba_feature_only_inc_archive
7947. offsite_cvr_view_through_vt_enabled_ads_model_sampled_inc_archive
7948. offsite_cvr_with_different_tracking_tasks_with_multi_id_model_1d_inc_archive
7949. offsite_cvr_with_different_tracking_tasks_with_multi_id_model_inc_archive
7950. offsite_engagement_cvr_conv_scc_model_opt_out_df_inc_archive
7951. offsite_engagement_no1d_7d_law_model_inc_archive
7952. offsite_engagement_view_through_model_inc_archive
7953. offsite_oe_oc_optimized_or_tracked_all_pages_1d_inc_archive

          Highly Confidential – Attorneys' Eyes Only

7954. offsite_payments_autofill_inc_archive
7955. offsite_signal_container_reader_inc_archive
7956. offsite_signals_inc_archive
7957. offsite_signals_pipe_inc_archive
7958. offsite_signals_pipe_short_retention_inc_archive
7959. offsite_signals_saber_query_logger_inc_archive
7960. offsite_signals_short_retention_inc_archive
7961. og_composer_suggestions_inc_archive
7962. oil_source_rollout_decisions_inc_archive
7963. old_contact_info_event_inc_archive
7964. old_privacy_selector_inc_archive
7965. omega_repayment_mutations_inc_archive
7966. omni_uploader_events_logging_events_inc_archive
7967. omnipe_migration_data_access_log_inc_archive
7968. omnipicker_search_client_events_inc_archive
7969. omniscient_viewer_context_loader_inc_archive
7970. omnisweep_operations_inc_archive
7971. omnisweep_zombie_rows_inc_archive
7972. on_demand_diff_sources_inc_archive
7973. one_logout_inc_archive
7974. one_map_client_events_inc_archive
7975. one_map_place_detail_events_inc_archive
7976. one_to_one_fanout_metadata_update_subscriber_inc_archive
7977. online_clubs_video_to_video_logs_inc_archive
7978. online_events_raw_predictions_inc_archive
7979. online_learning_feed_adhoc_survey_examples_v3_inc_archive
7980. online_learning_feed_examples_delimited_eval_more_pos_inc_archive
7981. online_learning_feed_survey_examples_v2_inc_archive
7982. online_places_junkifier_inc_archive
7983. onsite_checkout_inc_archive
7984. onsite_content_actions_inc_archive
7985. onsite_conv_feature_signals_inc_archive
7986. onsite_conversion_deep_conversation_view_through_model_inc_archive
7987. onsite_conversion_signals_inc_archive
7988. onsite_conversion_signals_internal_inc_archive
7989. onsite_cvr_mtml_law_test_model_inc_archive
7990. onsite_cvr_mtml_model_lite_inc_archive
7991. onsite_events_actions_data_inc_archive
7992. onsite_feature_signals_gff_inc_archive
7993. onsite_feature_signals_inc_archive
7994. onsite_local_sell_user_actions_inc_archive
7995. onsite_marketplace_search_inc_archive
7996. onsite_signal_save_events_inc_archive
7997. onsite_targeting_signals_inc_archive
7998. oops_unified_delivery_model_inc_archive
7999. open_application_activity_app_store_inc_archive
8000. open_application_activity_inc_archive
8001. open_application_activity_native_inc_archive
8002. open_mini_app_inc_archive
8003. open_story_media_permalink_inc_archive
8004. openid_connect_client_inc_archive

     Highly Confidential – Attorneys' Eyes Only

8005.  openpub_pipeline_inc_archive
8006.  opp_experiment_service_inc_archive
8007.  opp_observer_inc_archive
8008.  opp_portal_events_inc_archive
8009.  opp_user_assets_inc_archive
8010.  optimistic_cancel_inc_archive
8011.  optimistic_save_inc_archive
8012.  optimistic_story_card_impression_inc_archive
8013.  orca_notification_foreground_service_inc_archive
8014.  orca_switch_account_events_inc_archive
8015.  orca_thread_list_query_inc_archive
8016.  orchestration_stacking_inc_archive
8017.  order_cancel_refund_reasons_inc_archive
8018.  order_tool_log_inc_archive
8019.  organic_event_ads_features_inc_archive
8020.  organic_metrics_inc_archive
8021.  organic_metrics_uma_inc_archive
8022.  organic_offer_automatic_tab_addition_inc_archive
8023.  organic_offer_notification_inc_archive
8024.  organic_post_impression_dedup_debug_inc_archive
8025.  organization_edge_change_inc_archive
8026.  orion_player_tabs_inc_archive
8027.  os_notification_settings_inc_archive
8028.  os_permission_contact_call_log_upload_inc_archive
8029.  osp_messenger_purchase_dedup_inc_archive
8030.  ota_download_on_demand_graphapi_inc_archive
8031.  otter_stats_inc_archive
8032.  outbound_click_events_from_navigation_debug_inc_archive
8033.  outbound_click_events_from_navigation_inc_archive
8034.  outcome_differences_tool_audience_debug_inc_archive
8035.  outcome_differences_tool_audience_living_scrape_inc_archive
8036.  outgoing_requests_inc_archive
8037.  outsourced_sales_page_load_time_inc_archive
8038.  oversight_board_login_inc_archive
8039.  oversight_board_reference_id_usage_inc_archive
8040.  oversight_board_user_creation_inc_archive
8041.  ovm_feed_data_inc_archive
8042.  owned_domains_ads_link_editing_restrictions_inc_archive
8043.  owner_id_reversed_log_inc_archive
8044.  owner_resilience_funnel_event_inc_archive
8045.  ownership_integration_event_logging_inc_archive
8046.  oxsights_ads_cluster_history_inc_archive
8047.  oxsights_cell_alerts_usage_inc_archive
8048.  oxsights_email_notification_events_inc_archive
8049.  oxsights_ent_changes_inc_archive
8050.  oxsights_overlord_traces_inc_archive
8051.  oxsights_portal_client_events_dev_inc_archive
8052.  oxsights_portal_client_events_inc_archive
8053.  oxsights_portal_data_queries_dev_inc_archive
8054.  oxsights_portal_data_queries_inc_archive
8055.  oxsights_prediction_ent_history_inc_archive

Highly Confidential – Attorneys' Eyes Only

8056. oxsights_report_migration_inc_archive
8057. oxsights_time_api_usage_inc_archive
8058. oxsights_waveland_logs_inc_archive
8059. oxygen_delivery_release_history_inc_archive
8060. oxygen_insights_uploaded_data_inc_archive
8061. oxygen_observers_inc_archive
8062. oyml_debug_inc_archive
8063. oyml_quality_inc_archive
8064. p2b_message_intent_detector_inc_archive
8065. p2p_conversion_inc_archive
8066. p2p_events_mobile_inc_archive
8067. p2p_handler_exception_inc_archive
8068. p2p_idology_inc_archive
8069. p2p_individual_payment_request_base2
8070. p2p_live_chat_support_inc_archive
8071. p2p_live_chat_support_inc_archive
8072. p2p_log_inc_archive
8073. p2p_msg_send_attempt_events_inc_archive
8074. p2p_payment_gating_inc_archive
8075. p2p_payment_inc_archive
8076. p2p_reliability_info_inc_archive
8077. p2p_split_payment_request_base2
8078. p_feed_control_show_more_less_events_inc_archive
8079. p_feed_control_show_more_show_less_events_inc_archive
8080. pac_actions_duplicates_inc_archive
8081. pac_actions_inc_archive
8082. pac_actions_restricted_inc_archive
8083. pac_ad_display_formats_validation_log_inc_archive
8084. pac_classifier_large_capacity_inc_archive
8085. pac_classifier_large_capacity_unittest_inc_archive
8086. pac_ent_language_dialect_extractor_hive_inc_archive
8087. pac_existing_post_log_inc_archive
8088. pac_features_to_comment_ranking_inc_archive
8089. pac_india_samples_inc_archive
8090. page_admin_disclosure_mitigation_inc_archive
8091. page_admin_edit_geocode_address_inc_archive
8092. page_admin_gypsj_inc_archive
8093. page_admin_invite_event_inc_archive
8094. page_admin_role_updates_inc_archive
8095. page_admin_surace_navigation_inc_archive
8096. page_alarm_clocks_inc_archive
8097. page_alarmclock_admin_views_inc_archive
8098. page_badges_inc_archive
8099. page_badges_unittest_inc_archive
8100. page_business_graph_auth_inc_archive
8101. page_comms_hub_inc_archive
8102. page_content_tab_inc_archive
8103. page_creation_address_typeahead_inc_archive
8104. page_creation_default_category_inc_archive
8105. page_creation_events_inc_archive
8106. page_creation_flow_inc_archive

 Highly Confidential – Attorneys' Eyes Only

8107.  page_curation_event_inc_archive
8108.  page_custom_sticker_upsell_inc_archive
8109.  page_custom_tabs_usage_inc_archive
8110.  page_email_verification_inc_archive
8111.  page_family_of_apps_links_inc_archive
8112.  page_family_of_apps_unlinks_inc_archive
8113.  page_fanning_naive_scribe_table_inc_archive
8114.  page_fans_online_inc_archive
8115.  page_follow_notif_generation_inc_archive
8116.  page_follow_page_inc_archive
8117.  page_green_dot_events_inc_archive
8118.  page_hide_actions_inc_archive
8119.  page_highlights_notif_result_inc_archive
8120.  page_home_cs_answer_rate_inc_archive
8121.  page_icebreakers_inc_archive
8122.  page_imp_page_visit_alignment_analysis_inc_archive
8123.  page_inbox_entry_points_inc_archive
8124.  page_inorganic_acquisition_upsell_inc_archive
8125.  page_insights_comet_log_inc_archive
8126.  page_insights_deeplink_inc_archive
8127.  page_insights_degraded_service_funnel_inc_archive
8128.  page_insights_exceptions_inc_archive
8129.  page_insights_invalid_log_inc_archive
8130.  page_insights_mobile_inc_archive
8131.  page_insights_monitoring_funnel_inc_archive
8132.  page_insights_monitoring_inc_archive
8133.  page_insights_new_system_log_inc_archive
8134.  page_insights_other_click_migration_inc_archive
8135.  page_insights_page_like_tao_inc_archive
8136.  page_insights_read_path_inc_archive
8137.  page_insights_tracking_data_error_inc_archive
8138.  page_interception_dialog_features_inc_archive
8139.  page_invite_dialog_v2_inc_archive
8140.  page_invite_inc_archive
8141.  page_level_permission_inc_archive
8142.  page_like_custom_audience_backfill_inc_archive
8143.  page_like_cvr_mbl_feed_model_saw_opt_out_df_inc_archive
8144.  page_like_cvr_web_feed_post_imp_click_through_mf_model_inc_archive
8145.  page_locations_delete_inc_archive
8146.  page_long_tail_auth_inc_archive
8147.  page_management_history_inc_archive
8148.  page_menu_tab_creation_inc_archive
8149.  page_messaging_digest_inc_archive
8150.  page_moderation_blacklist_setting_inc_archive
8151.  page_mutation_inc_archive
8152.  page_name_change_inc_archive
8153.  page_notif_badging_inc_archive
8154.  page_notif_delivery_failure_inc_archive
8155.  page_notif_delivery_inc_archive
8156.  page_notif_jewel_inc_archive
8157.  page_notification_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

8158. page_notification_sent_inc_archive
8159. page_notification_settings_changes_inc_archive
8160. page_onboarding_bottomsheet_inc_archive
8161. page_permission_data_model_event_inc_archive
8162. page_permission_inheritance_new_inc_archive
8163. page_permitted_user_auth_inc_archive
8164. page_post_ads_integrity_pre_check_inc_archive
8165. page_post_ads_intent_api_calls_inc_archive
8166. page_post_footer_insights_inc_archive
8167. page_post_permalink_error_inc_archive
8168. page_recommendation_counts_inc_archive
8169. page_recommendation_error_inc_archive
8170. page_recommendation_event_inc_archive
8171. page_recommendation_impression_inc_archive
8172. page_recommendation_perf_inc_archive
8173. page_recommendation_that_migrated_from_og_action_event_inc_archive
8174. page_service_blacklist_filter_inc_archive
8175. page_single_entity_acdc_prop_matches_inc_archive
8176. page_subscription_inc_archive
8177. page_thread_metadata_update_inc_archive
8178. page_thread_metadata_update_restricted_inc_archive
8179. page_to_video_media_tag_assocs_inc_archive
8180. page_transitions_server_impressions_dev_inc_archive
8181. page_transitions_server_impressions_inc_archive
8182. page_transparency_admin_info_base2
8183. page_unfollow_chaining_events_inc_archive
8184. page_user_notif_features_inc_archive
8185. page_verification_inc_archive
8186. page_video_insights_inc_archive
8187. page_visit_impression_metrics_uma_inc_archive
8188. page_webhooks_delivery_info_inc_archive
8189. pages_admin_assocs_privacy_enforcer_inc_archive
8190. pages_admin_support_unpublish_dev_inc_archive
8191. pages_admin_support_unpublish_inc_archive
8192. pages_api_detail_inc_archive
8193. pages_api_detail_sii_offsite_inc_archive
8194. pages_api_entql_shadow_inc_archive
8195. pages_api_mention_users_in_api_inc_archive
8196. pages_api_unsampled_stats_inc_archive
8197. pages_api_unsampled_stats_sii_offsite_inc_archive
8198. pages_best_practices_inc_archive
8199. pages_business_fyi_inc_archive
8200. pages_campaign_notification_inc_archive
8201. pages_composer_cta_post_inc_archive
8202. pages_composer_events_inc_archive
8203. pages_composer_interception_inc_archive
8204. pages_consumer_surface_page_creation_card_inc_archive
8205. pages_context_row_event_inc_archive
8206. pages_contextual_recommendations_admin_control_settings_inc_archive
8207. pages_creation_events_inc_archive
8208. pages_crosspost_inc_archive

Highly Confidential – Attorneys' Eyes Only

8209.   pages_events_inc_archive
8210.   pages_exceptions_v2_inc_archive
8211.   pages_expiring_posts_events_inc_archive
8212.   pages_feed_delivery_inc_archive
8213.   pages_feed_notifs_inc_archive
8214.   pages_feed_onboarding_inc_archive
8215.   pages_growth_general_analytical_events_inc_archive
8216.   pages_ig_onboarding_events_inc_archive
8217.   pages_in_group_inc_archive
8218.   pages_inbox_www_inc_archive
8219.   pages_integrity_admin_repeat_offender_info_event_inc_archive
8220.   pages_integrity_debug_event_inc_archive
8221.   pages_integrity_event_inc_archive
8222.   pages_integrity_frx_inc_archive
8223.   pages_integrity_page_name_change_event_inc_archive
8224.   pages_integrity_policy_validation_error_inc_archive
8225.   pages_integrity_policy_validation_event_inc_archive
8226.   pages_integrity_policy_violating_photos_inc_archive
8227.   pages_integrity_unpublished_content_monitoring_inc_archive
8228.   pages_launch_point_inc_archive
8229.   pages_launchpoint_tab_inc_archive
8230.   pages_locations_events_inc_archive
8231.   pages_log_auditor_inc_archive
8232.   pages_logging_events_inc_archive
8233.   pages_messaging_inbox_actions_inc_archive
8234.   pages_messaging_perf_inc_archive
8235.   pages_messenger_conversion_event_inc_archive
8236.   pages_mobile_homepage_panel_v3_inc_archive
8237.   pages_notification_waterfall_inc_archive
8238.   pages_nux_framework_inc_archive
8239.   pages_parent_child_mutator_inc_archive
8240.   pages_perf_inc_archive
8241.   pages_photo_reminder_inc_archive
8242.   pages_platform_component_flow_client_event_inc_archive
8243.   pages_platform_component_flow_event_inc_archive
8244.   pages_platform_component_flow_impression_dev_inc_archive
8245.   pages_platform_component_flow_impression_inc_archive
8246.   pages_platform_component_flow_temp_inc_archive
8247.   pages_pma_push_notification_delivery_events_inc_archive
8248.   pages_pma_unified_logging_events_inc_archive
8249.   pages_publishing_funnel_inc_archive
8250.   pages_publishing_inc_archive
8251.   pages_qr_code_event_inc_archive
8252.   pages_reporting_events_inc_archive
8253.   pages_scheduled_post_results_inc_archive
8254.   pages_sharing_exception_inc_archive
8255.   pages_tab_time_spent_inc_archive
8256.   pages_third_party_promo_profile_pic_inc_archive
8257.   pages_thread_folder_changes_inc_archive
8258.   pages_timeline_map_events_inc_archive
8259.   pages_timeline_tabs_ordering_log_inc_archive

Highly Confidential – Attorneys' Eyes Only

8260.  pages_transaction_classifier_inc_archive
8261.  pages_unpublished_post_inc_archive
8262.  pages_voice_switcher_inc_archive
8263.  pages_webhooks_detail_dev_inc_archive
8264.  pages_webhooks_detail_inc_archive
8265.  pages_webhooks_edit_rtu_reason_inc_archive
8266.  pages_webhooks_error_inc_archive
8267.  pages_webhooks_event_log_inc_archive
8268.  pages_webhooks_installation_inc_archive
8269.  pages_xma_unified_logging_events_inc_archive
8270.  paid_ads_pixel_update_sign_error_inc_archive
8271.  paid_ads_platform_workflow_logs_inc_archive
8272.  paid_content_otp_interactions_inc_archive
8273.  paid_online_event_enforcement_inc_archive
8274.  paidads_skadnetwork_conversion_inc_archive
8275.  palv2_events_inc_archive
8276.  parsed_pixel_events_inc_archive
8277.  partial_account_filter_inc_archive
8278.  partitioned_credit_actions_inc_archive
8279.  partner_assessment_crud_inc_archive
8280.  partner_assessment_inc_archive
8281.  partner_center_inc_archive
8282.  partner_creative_asset_log_inc_archive
8283.  partner_event_url_resolver_inc_archive
8284.  partner_home_action_logging_inc_archive
8285.  partner_portal_access_inc_archive
8286.  partner_portal_access_v2_inc_archive
8287.  partner_portal_error_inc_archive
8288.  partner_portal_error_unittest_inc_archive
8289.  partner_portal_notifications_inc_archive
8290.  partner_set_change_events_inc_archive
8291.  partners_portal_funnel_inc_archive
8292.  partnerships_change_request_approval_events_inc_archive
8293.  partnerships_timeline_observer_inc_archive
8294.  password_as_identifier_inc_archive
8295.  password_encryption_adoption_inc_archive
8296.  password_reauth_no_post_inc_archive
8297.  password_update_new_screen_inc_archive
8298.  passwordless_registration_inc_archive
8299.  patronus_backed_ipc_inc_archive
8300.  pause_ads_result_diagnostics_inc_archive
8301.  pause_ads_result_inc_archive
8302.  pay_com_cms_correspondence_9718_base2
8303.  pay_com_gk_check_inc_archive
8304.  pay_com_inc_archive
8305.  pay_com_legal_names_inc_archive
8306.  pay_ent_claimed_offer_history_inc_archive
8307.  pay_ent_digital_subscribable_entitlement_base2
8308.  pay_ent_mutation_inc_archive
8309.  paycheck_protection_program_engagement_events_inc_archive
8310.  paycom_us_everstore_debug_inc_archive

Highly Confidential – Attorneys' Eyes Only

8311. payment_api_account_event_inc_archive
8312. payment_compliance_log_inc_archive
8313. payment_compliance_sanction_error_log_inc_archive
8314. payment_compliance_utils_log_inc_archive
8315. payment_error_manager_history_inc_archive
8316. payment_executor_event_inc_archive
8317. payment_flow_behavior_inc_archive
8318. payment_flow_error_details_inc_archive
8319. payment_flow_reliability_inc_archive
8320. payment_gateway_event_inc_archive
8321. payment_graph_api_reliability_inc_archive
8322. payment_kyc_flow_inc_archive
8323. payment_module_query_inc_archive
8324. payment_module_seller_onboarding_inc_archive
8325. payment_retention_inc_archive
8326. payment_settings_history_error_inc_archive
8327. payment_subscription_agreement_ent_history_inc_archive
8328. payment_subscription_bill_ent_history_inc_archive
8329. payment_subscription_log_inc_archive
8330. payment_subscription_scripts_log_inc_archive
8331. payment_viewer_context_risk_inc_archive
8332. payment_wr_inc_archive
8333. payments_alert_notification_log_inc_archive
8334. payments_altpay2_provider_inc_archive
8335. payments_api_upl_log_inc_archive
8336. payments_compliance_idv_decision_inc_archive
8337. payments_csat_platform_inc_archive
8338. payments_data_types_inc_archive
8339. payments_ent_vc_inc_archive
8340. payments_flows_log_inc_archive
8341. payments_game_flows_inc_archive
8342. payments_marketing_site_web_client_events_inc_archive
8343. payments_modules_api_dev_inc_archive
8344. payments_modules_api_inc_archive
8345. payments_paypal_redirect_uri_inc_archive
8346. payments_restriction_history_inc_archive
8347. payments_restriction_recovery_pattern_history_inc_archive
8348. payments_restriction_user_verification_pattern_history_inc_archive
8349. payments_risk_auth_before_delivery_inc_archive
8350. payments_risk_fraud_net_inc_archive
8351. payments_risk_headsman_inc_archive
8352. payments_risk_p2p_payment_check_inc_archive
8353. payments_risk_p2p_verification_flow_inc_archive
8354. payments_risk_payment_fraud_check_dag_inc_archive
8355. payments_risk_payment_fraud_check_flow_inc_archive
8356. payments_risk_sentry_response_inc_archive
8357. payments_runtime_privacy_policy_inc_archive
8358. payout_credential_error_inc_archive
8359. payout_endpoint_dev_inc_archive
8360. payout_endpoint_inc_archive
8361. payout_notifications_dev_inc_archive

     Highly Confidential – Attorneys' Eyes Only

8362. payout_notifications_inc_archive
8363. payout_onboarding_flow_behavior_dev_inc_archive
8364. payout_onboarding_flow_behavior_inc_archive
8365. payout_transaction_progress_dataset_inc_archive
8366. payouts_cross_check_inc_archive
8367. pbp_raters_activities_inc_archive
8368. pcm_campaign_bits_encoding_logger_inc_archive
8369. pcm_survey_events_inc_archive
8370. pcr_aml_alert_25939_base2
8371. pcr_associated_users_activity_25908_base2
8372. pcr_screened_entity_37631_base2
8373. pcr_shields_activity_22288_base2
8374. pdo_launches_review_inc_archive
8375. pdp_canonical_low_inventory_inc_archive
8376. pdp_privacy_portal_detection_result_history_inc_archive
8377. pdp_tracer_inc_archive
8378. pdr_trace_everstore_inc_archive
8379. pe_feed_admin_feed_qp_events_inc_archive
8380. pe_feed_ig_xposting_events_inc_archive
8381. pe_feed_page_highlights_notif_ml_model_info_inc_archive
8382. pe_feed_profile_switching_inc_archive
8383. pe_feed_story_bumper_event_inc_archive
8384. pe_video_hybrid_ads_post_imp_cvr_position_reset_mobile_feed_df_model_inc_archive
8385. pending_admin_change_event_inc_archive
8386. pending_admin_change_ui_event_inc_archive
8387. pending_friend_requests_features_inc_archive
8388. pensieve_usage_inc_archive
8389. people_you_may_follow_inc_archive
8390. people_you_may_know_list_delta_inc_archive
8391. per_device_notification_settings_inc_archive
8392. per_file_attachment_data2_inc_archive
8393. peregrine_vc_comparison_inc_archive
8394. perm_request_activities_inc_archive
8395. permalink_chaining_photo_events_inc_archive
8396. permalink_post_description_metrics_inc_archive
8397. permanet_client_events_inc_archive
8398. permission_checks_inc_archive
8399. permission_manager_history_inc_archive
8400. permission_manager_inc_archive
8401. permission_organization_ip_updates_inc_archive
8402. permission_token_check_inc_archive
8403. perpetrator_links_dev_inc_archive
8404. perpetrator_triaging_dev_inc_archive
8405. person_name_change_attempts_inc_archive
8406. personalized_cms_tag_usage_inc_archive
8407. personalized_n_events_inc_archive
8408. pf_badging_component_logs_inc_archive
8409. pfbny_results_inc_archive
8410. pfc_expressions_inc_archive
8411. pfc_posting_events_inc_archive
8412. pfh_asset_linking_enforcement_inc_archive

Highly Confidential – Attorneys' Eyes Only

8413. pfh_integration_event_logging_inc_archive
8414. pfh_tool_data_inc_archive
8415. pftf_all_bids_inc_archive
8416. pftf_candidates_inc_archive
8417. pftf_quality_survey_response_inc_archive
8418. pfyi_contact_triaging_inc_archive
8419. phabricator_authentication_inc_archive
8420. pharma_buffer_warning_inc_archive
8421. phone_bounce_inc_archive
8422. phone_claiming_holdout_exposures_inc_archive
8423. phone_claiming_rich_notif_inc_archive
8424. phone_confidence_confirm_inc_archive
8425. phone_id_sync_stats_inc_archive
8426. phone_sharing_inc_archive
8427. photo_dna_transitions_inc_archive
8428. photo_download_new_inc_archive
8429. photo_downloads_fblite_inc_archive
8430. photo_location_suggestion_new_inc_archive
8431. photo_match_inc_archive
8432. photo_match_sync_inc_archive
8433. photo_save_succeeded_inc_archive
8434. photo_tagging_suggestions_inc_archive
8435. photo_uploaded_hash_inc_archive
8436. photodna_bank_field_update_inc_archive
8437. photos_download_album_inc_archive
8438. photos_to_slideshow_video_bi_inc_archive
8439. php_fatals_dup_inc_archive
8440. php_fatals_for_health_compass_inc_archive
8441. phuji_aidv2_debug_inc_archive
8442. phuji_consumer_inc_archive
8443. physical_presence_detection_failed_queries_inc_archive
8444. pi_authenticity_scores_inc_archive
8445. pi_detection_inc_archive
8446. pi_sus_graph_ql_calls_over_graph_api_inc_archive
8447. pi_tracking_data_audit_inc_archive
8448. pi_trending_concept_inc_archive
8449. pi_web1p_api_cookie_check_inc_archive
8450. pigeon_event_pipeline_accounting_hive_inc_archive
8451. pigeon_latency_metrics_inc_archive
8452. pigeon_sampling_config_content_stats_inc_archive
8453. pigeon_sessionized_beacon_data_raw_inc_archive
8454. pinned_comment_events_table_inc_archive
8455. pitch_wizard_inc_archive
8456. pixel_automatic_advanced_matching_inc_archive
8457. pixel_button_clicks_inc_archive
8458. pixel_helper_usage_inc_archive
8459. pixel_stats_queries_inc_archive
8460. pixelcloud_actions_inc_archive
8461. place_claim_request_inc_archive
8462. place_list_employee_feedback_inc_archive
8463. place_page_coordinates_inc_archive

 Highly Confidential – Attorneys' Eyes Only

8464. place_picker_client_logs_inc_archive
8465. place_picker_result_lists_deanon_inc_archive
8466. place_recommendation_list_events_inc_archive
8467. place_search_real_uid_inc_archive
8468. place_tips_observer_inc_archive
8469. place_visibility_accelerator_inc_archive
8470. place_visit_detection_gbdt_inc_archive
8471. place_visit_mutations_inc_archive
8472. places_save_button_inc_archive
8473. places_search_interactions_inc_archive
8474. platform_app_controller_dialog_params_inc_archive
8475. platform_app_event_inc_archive
8476. platform_app_login_inc_archive
8477. platform_app_setting_granular_perm_modify_inc_archive
8478. platform_app_usage_inc_archive
8479. platform_application_expiration_inc_archive
8480. platform_auto_uninstall_deleted_apps_inc_archive
8481. platform_blacklisted_app_name_attempts_inc_archive
8482. platform_business_login_inc_archive
8483. platform_commitment_verifier_results_inc_archive
8484. platform_conversion_tracking_inc_archive
8485. platform_dap_inc_archive
8486. platform_deprecated_permissions_inc_archive
8487. platform_device_inc_archive
8488. platform_disable_platform_inc_archive
8489. platform_explicit_method_inc_archive
8490. platform_external_incident_report_form_events_inc_archive
8491. platform_feature_blocked_inc_archive
8492. platform_granular_perm_inconsistent_mutations_inc_archive
8493. platform_hack_inc_archive
8494. platform_investigations_intake_inc_archive
8495. platform_login_app_status_server_events_inc_archive
8496. platform_login_inconsistent_v1_user_installs_impacted_inc_archive
8497. platform_login_oauth_funnel_events_inc_archive
8498. platform_login_oauth_server_events_inc_archive
8499. platform_login_web_app_expiration_update_events_inc_archive
8500. platform_o_auth_messenger_inc_archive
8501. platform_permissions_removal_inc_archive
8502. platform_planned_changes_inc_archive
8503. platform_privacy_control_changes_inc_archive
8504. platform_rereview_screencast_upload_inc_archive
8505. platform_scopes_events_inc_archive
8506. platform_seller_experience_event_inc_archive
8507. platform_sharing_create_inc_archive
8508. platform_sharing_dialog_inc_archive
8509. platform_sharing_launch_flow_inc_archive
8510. platform_sharing_web_funnel_analysis_inc_archive
8511. platform_system_user_account_status_inc_archive
8512. platform_tool_viewer_context_migration_tool_inc_archive
8513. platform_web_link_share_cancel_inc_archive
8514. play_from_watch_inc_archive

 Highly Confidential – Attorneys' Eyes Only

8515.  playable_ad_actions_inc_archive
8516.  playable_ad_webview_events_inc_archive
8517.  playable_devsite_uploads_inc_archive
8518.  playable_upload_flow_inc_archive
8519.  playable_zip_upload_inc_archive
8520.  player_plugin_platform_inc_archive
8521.  plugin_context_session_leak_events_inc_archive
8522.  plugin_optin_cookie_resurrect_inc_archive
8523.  plugin_post_inc_archive
8524.  pmp_action_inc_archive
8525.  pms_actions_inc_archive
8526.  pmv_charting_events_inc_archive
8527.  pmv_comments_inc_archive
8528.  pmv_interruptions_events_inc_archive
8529.  pmv_manual_upload_tool_inc_archive
8530.  pmv_monetization_inc_archive
8531.  pmv_notif_jewel_inc_archive
8532.  pmv_notification_events_inc_archive
8533.  pmv_opt_out_log_inc_archive
8534.  pmv_pages_debug_log_inc_archive
8535.  pmv_previews_events_inc_archive
8536.  pmv_publisher_all_video_lvv60_event_xstream_inc_archive
8537.  pmv_publishing_debug_log_inc_archive
8538.  pmv_video_and_owner_long_video_view_event_xstream_inc_archive
8539.  pna_phone_claiming_inc_archive
8540.  pna_sms_debug_inc_archive
8541.  pna_sms_retriever_conf_inc_archive
8542.  poa_debug_events_inc_archive
8543.  poa_qualitative_biz_badge_inc_archive
8544.  poa_seller_review_collection_surface_inc_archive
8545.  poa_seller_rnr_in_feed_inc_archive
8546.  poa_seller_rnr_in_feed_server_inc_archive
8547.  poa_surfacing_eligibility_inc_archive
8548.  poc_url_domain_inc_archive
8549.  podcast_claiming_inc_archive
8550.  podcast_events_inc_archive
8551.  podcast_highlights_inc_archive
8552.  podcast_hosting_platforms_api_inc_archive
8553.  podcast_ingestion_inc_archive
8554.  podcast_network_events_inc_archive
8555.  podcast_previews_inc_archive
8556.  poe_error_inc_archive
8557.  poe_video_view_session_delta_inc_archive
8558.  pogo_deepdata_mobile_traces_inc_archive
8559.  poke_stats_inc_archive
8560.  polar_app_session_inc_archive
8561.  polar_asset_import_inc_archive
8562.  policy_execution_framework_match_inc_archive
8563.  policybot_tasks_log_inc_archive
8564.  political_ad_archive_inc_archive
8565.  political_ad_delivery_to_unsupported_environment_inc_archive

Highly Confidential – Attorneys' Eyes Only

8566. political_ad_page_authorization_waterfall_inc_archive
8567. political_ad_sensitive_context_contact_point_verification_inc_archive
8568. political_ad_social_context_inc_archive
8569. political_ads_mutation_inc_archive
8570. political_ads_page_authorization_disclaimer_share_inc_archive
8571. political_ads_post_mutation_inc_archive
8572. political_ads_restriction_period_inc_archive
8573. political_district_mapping_strategy_inc_archive
8574. political_voice_fev_debug_log_inc_archive
8575. poll_exposed_frequency_history_inc_archive
8576. poll_exposed_join_inc_archive
8577. poll_holdout_opportunity_join_inc_archive
8578. poll_list_exposed_explode_inc_archive
8579. poll_list_exposed_inc_archive
8580. polls_actions_inc_archive
8581. popular_hours_unit_inc_archive
8582. pos_biz_badge_post_click_inc_archive
8583. poseidon_pattern_deletion_keys_inc_archive
8584. poseidon_row_deletion_inc_archive
8585. possible_iic_victim_support_inc_archive
8586. post_and_attachment_consistency_inc_archive
8587. post_attachment_type_edits_inc_archive
8588. post_click_experience_outbound_click_cross_page_model_v2_inc_archive
8589. post_click_experience_outbound_click_pa_model_inc_archive
8590. post_click_lpv_no_bounce_model_inc_archive
8591. post_click_mae_oe_oc_model_inc_archive
8592. post_click_mae_oe_oc_model_w_1p_optin_inc_archive
8593. post_click_multi_label_analysis_inc_archive
8594. post_click_onsite_checkout_inc_archive
8595. post_creation_newsfeed_actions_inc_archive
8596. post_creation_timeline_actions_inc_archive
8597. post_edits_inc_archive
8598. post_engagement_cvr_web_feed_mf_model_inc_archive
8599. post_engagement_cvr_web_feed_mf_post_click_saw_model_inc_archive
8600. post_event_metadata_inc_archive
8601. post_feature_definition_stats_inc_archive
8602. post_iab_experience_bounce_instagram_model_inc_archive
8603. post_iab_experience_bounce_model_inc_archive
8604. post_iab_raw_action_inc_archive
8605. post_imp_all_data_model_inc_archive
8606. post_imp_multi_label_analysis_inc_archive
8607. post_imp_report_reason_mtml_inc_archive
8608. post_imp_reportrate_feed_messenger_inbox_inc_archive
8609. post_install_app_events_mtml_7d_inc_archive
8610. post_install_app_events_mtml_config_inc_archive
8611. post_install_app_events_mtml_inc_archive
8612. post_install_app_events_mtml_sl_7d_inc_archive
8613. post_install_app_events_mtml_sl_inc_archive
8614. post_level_authenticity_events_inc_archive
8615. post_metrics_inc_archive
8616. post_mutation_add_cta_inc_archive

Highly Confidential – Attorneys' Eyes Only

8617. post_mutation_check_inc_archive
8618. post_mutation_waterfall_inc_archive
8619. post_mutator_effect_inc_archive
8620. post_mutator_usage_inc_archive
8621. post_ndx_qp_inc_archive
8622. post_processing_metrics_inc_archive
8623. post_publishing_flow_inc_archive
8624. post_recommendation_notification_inc_archive
8625. post_rendering_log_ad_impression_marker_table_inc_archive
8626. post_transaction_logs_inc_archive
8627. post_upsell_header_inc_archive
8628. post_user_actions_intent_inc_archive
8629. postclick_cvr_all_pagetypes_ba_feature_only_inc_archive
8630. postclick_cvr_all_pagetypes_inc_archive
8631. postiab_sbl_session_inc_archive
8632. power_editor_events_v2_inc_archive
8633. power_editor_events_v2_unittest_inc_archive
8634. power_editor_flux_v2_inc_archive
8635. power_editor_flux_v2_unittest_inc_archive
8636. power_editor_prod_debug_inc_archive
8637. ppa_test_pipeline_inc_archive
8638. ppd_save_visit_inc_archive
8639. ppd_upload_data_inc_archive
8640. ppe_qp_debug_inc_archive
8641. ppe_qp_logs_inc_archive
8642. ppfy_events_inc_archive
8643. pplatch_logs_inc_archive
8644. prayer_post_inc_archive
8645. prayer_response_inc_archive
8646. prayer_response_list_inc_archive
8647. prayer_response_repeat_events_inc_archive
8648. prayer_response_thanks_events_inc_archive
8649. prayer_settings_impression_inc_archive
8650. prayer_settings_inc_archive
8651. pre_activity_log_inc_archive
8652. pre_approved_privacy_decision_inc_archive
8653. preclick_info_extension_client_event_inc_archive
8654. preclick_info_extension_server_event_inc_archive
8655. predicted_visits_inc_archive
8656. predicted_visits_transitions_inc_archive
8657. preference_picker_impressions_records_inc_archive
8658. premiere_video_inc_archive
8659. presence_blade_runner_migration_reliability_inc_archive
8660. presence_bladerunner_migration_client_inc_archive
8661. presence_client_updates_inc_archive
8662. presence_compute_events_inc_archive
8663. presence_delivery_events_inc_archive
8664. presence_events_latencies_inc_archive
8665. presence_gateway_sessions_events_inc_archive
8666. presence_global_settings_base2
8667. presence_impression_logger_inc_archive

Highly Confidential – Attorneys' Eyes Only

8668. presence_local_settings_inc_archive
8669. presence_privacy_view_side_settings_inc_archive
8670. presence_settings_base2
8671. presence_tools_audit_inc_archive
8672. presence_view_side_filter_debug_inc_archive
8673. presence_viewer_side_controls_toggles_inc_archive
8674. presidential_candidate_entity_tracking_inc_archive
8675. presma_usage_2_inc_archive
8676. presto_client_error_inc_archive
8677. preventive_health_backend_events_inc_archive
8678. preventive_health_client_events_inc_archive
8679. preventive_health_client_events_restricted_inc_archive
8680. price_engine_inc_archive
8681. price_portal_change_log_inc_archive
8682. price_portal_events_inc_archive
8683. primary_email_migration_inc_archive
8684. primary_funding_source_change_inc_archive
8685. primary_profile_plus_onboarding_actions_inc_archive
8686. prisk_approved_refunds_inc_archive
8687. prisk_control_group_history_inc_archive
8688. prisk_dynamic_friction_inc_archive
8689. prisk_features_inc_archive
8690. prisk_general_logging_inc_archive
8691. prisk_infra_reliability_inc_archive
8692. prisk_manual_review_inc_archive
8693. prisk_p2p_dynamic_friction_experiment_inc_archive
8694. prisk_pay_restrictions_history_inc_archive
8695. prisk_restriction_history_inc_archive
8696. prisk_spend_cap_action_history_inc_archive
8697. prisk_transaction_enforcement_inc_archive
8698. prisk_transaction_labels_inc_archive
8699. prism_client_inc_archive
8700. privacy_actions_legacy_inc_archive
8701. privacy_adoption_detector_unittest_inc_archive
8702. privacy_block_ui_inc_archive
8703. privacy_boolean_setting_changes_inc_archive
8704. privacy_center_inc_archive
8705. privacy_checkup_event_inc_archive
8706. privacy_checkup_mobile_inc_archive
8707. privacy_checkup_reminder_schedule_notif_base2
8708. privacy_checkup_topic_interactions_base2
8709. privacy_comparator_debug_dev_inc_archive
8710. privacy_comparator_debug_inc_archive
8711. privacy_control_changes_inc_archive
8712. privacy_coverage_assessment_history_inc_archive
8713. privacy_coverage_assessment_launch_blocking_event_inc_archive
8714. privacy_coverage_diff_time_evidence_verification_results_inc_archive
8715. privacy_coverage_events_inc_archive
8716. privacy_coverage_recommendation_for_gk_developer_selections_inc_archive
8717. privacy_failed_invalidations_checks_inc_archive
8718. privacy_flow_triggers_fb_inc_archive

 Highly Confidential – Attorneys' Eyes Only

8719. privacy_hub_feedback_inc_archive
8720. privacy_mutation_token_validation_inc_archive
8721. privacy_notification_interstitial_actions_inc_archive
8722. privacy_policy_notice_legal_fb_inc_archive
8723. privacy_promotion_inc_archive
8724. privacy_regression_detection_evidenvce_verifier_actions_inc_archive
8725. privacy_review_core_event_inc_archive
8726. privacy_selector_saved_custom_loading_inc_archive
8727. privacy_setting_changes_inc_archive
8728. privacy_settings_inc_archive
8729. privacy_shortcuts_inc_archive
8730. privacy_value_scrape_logger_inc_archive
8731. privacy_verification_feature_analysis_inc_archive
8732. privacy_warning_message_content_inc_archive
8733. private_gallery_actions_inc_archive
8734. pro_tip_inc_archive
8735. proactively_memorialized_profiles_inc_archive
8736. producer_experiment_data_inc_archive
8737. producer_experiment_object_id_to_qe_params_inc_archive
8738. product_ads_event_stats_inc_archive
8739. product_cali_features_dev_inc_archive
8740. product_cali_features_inc_archive
8741. product_catalog_base2
8742. product_catalog_business_events_inc_archive
8743. product_discount_offer_exceptions_inc_archive
8744. product_engagement_data_interface_inc_archive
8745. product_engagement_ui_lever_interactions_inc_archive
8746. product_engagment_user_interaction_filter_inc_archive
8747. product_event_api_inc_archive
8748. product_feed_events_inc_archive
8749. product_feed_rules_inc_archive
8750. product_graph_api_inc_archive
8751. product_integrity_gating_blocking_events_inc_archive
8752. product_item_capability_inc_archive
8753. product_item_inventory_inc_archive
8754. product_item_price_from_signal_inc_archive
8755. product_knowledge_graph_events_inc_archive
8756. product_match_gestalt_input_inc_archive
8757. product_recommendation_inc_archive
8758. product_recommendation_unmatched_inc_archive
8759. product_recommendations_debugger_sampled_inc_archive
8760. product_sell_on_facebook_quantity_inc_archive
8761. product_set_capability_migration_inc_archive
8762. product_set_stat_event_inc_archive
8763. product_stats_inc_archive
8764. product_tagging_buyer_inc_archive
8765. product_tagging_creation_apux_inc_archive
8766. product_tagging_creator_inc_archive
8767. product_tagging_matcher_inc_archive
8768. product_text_liquidity_test_inc_archive
8769. production_safety_debug_inc_archive

Highly Confidential – Attorneys' Eyes Only

8770. products_with_location_offers_product_recommender_inc_archive
8771. prof_raters_adsonly_bakeoff_inc_archive
8772. prof_raters_adsonly_inc_archive
8773. profile_account_name_change_inc_archive
8774. profile_ad_mutation_inc_archive
8775. profile_admin_invite_inc_archive
8776. profile_approval_request_inc_archive
8777. profile_cover_stock_media_inc_archive
8778. profile_curation_dating_inc_archive
8779. profile_curation_event_inc_archive
8780. profile_curation_inc_archive
8781. profile_dating_landing_page_inc_archive
8782. profile_discovery_actions_inc_archive
8783. profile_discovery_intents_inc_archive
8784. profile_edit_inc_archive
8785. profile_engagement_dating_inc_archive
8786. profile_engagement_dating_restricted_inc_archive
8787. profile_engagement_events_inc_archive
8788. profile_engagement_inc_archive
8789. profile_featured_albums_android_actions_inc_archive
8790. profile_featured_albums_ios_actions_inc_archive
8791. profile_featured_albums_mutations_inc_archive
8792. profile_field_failures_inc_archive
8793. profile_frame_discovery_actions_inc_archive
8794. profile_frame_discovery_inc_archive
8795. profile_high_quality_visit_inc_archive
8796. profile_inference_inc_archive
8797. profile_info_publications_inc_archive
8798. profile_integrity_dating_inc_archive
8799. profile_intro_card_inc_archive
8800. profile_media_frontend_update_flow_inc_archive
8801. profile_mentions_impressions_inc_archive
8802. profile_native_name_inc_archive
8803. profile_photo_actions_inc_archive
8804. profile_picture_overlay_inc_archive
8805. profile_picture_upload_inc_archive
8806. profile_pinned_feature_base2
8807. profile_pinned_music_inc_archive
8808. profile_plus_admin_activities_inc_archive
8809. profile_plus_admin_content_creation_metrics_inc_archive
8810. profile_plus_ads_exceptions_inc_archive
8811. profile_plus_aymt_cpn_quota_inc_archive
8812. profile_plus_boost_events_inc_archive
8813. profile_plus_creation_events_inc_archive
8814. profile_plus_creation_exposures_inc_archive
8815. profile_plus_cross_profile_notification_inc_archive
8816. profile_plus_custom_audience_engagement_events_inc_archive
8817. profile_plus_follows_inc_archive
8818. profile_plus_forced_transition_start_time_v2_inc_archive
8819. profile_plus_inbox_inc_archive
8820. profile_plus_inbox_inc_archive

Highly Confidential – Attorneys' Eyes Only

8821. profile_plus_insights_events_inc_archive
8822. profile_plus_insights_mobile_exception_inc_archive
8823. profile_plus_logging_validation_inc_archive
8824. profile_plus_message_events_inc_archive
8825. profile_plus_php_fatals_inc_archive
8826. profile_plus_platform_voice_separation_inc_archive
8827. profile_plus_professional_dashboard_events_inc_archive
8828. profile_plus_qp_prompts_client_events_inc_archive
8829. profile_plus_rollback_survey_inc_archive
8830. profile_plus_shadow_ad_test_inc_archive
8831. profile_plus_story_invalidations_inc_archive
8832. profile_plus_to_page_double_write_consistency_inc_archive
8833. profile_plus_transition_data_consistency_inc_archive
8834. profile_plus_transition_data_migration_inc_archive
8835. profile_plus_transition_double_write_inc_archive
8836. profile_plus_transition_eligibility_inc_archive
8837. profile_plus_transition_eligibility_unittest_inc_archive
8838. profile_plus_transition_ent_history_inc_archive
8839. profile_plus_transition_flows_inc_archive
8840. profile_plus_viewer_context_creation_inc_archive
8841. profile_prompt_conversions_inc_archive
8842. profile_prompt_inc_archive
8843. profile_ranked_comments_migration_inc_archive
8844. profile_refresher_prompt_conversion_prediction_loop_examples_inc_archive
8845. profile_selling_debug_inc_archive
8846. profile_selling_trigger_events_inc_archive
8847. profile_sharing_entrypoint_inc_archive
8848. profile_sharing_profile_landing_inc_archive
8849. profile_timeline_ui_inc_archive
8850. profile_video_actions_inc_archive
8851. profile_video_android_frontend_actions_inc_archive
8852. profile_video_android_frontend_cta_actions_inc_archive
8853. profile_video_frontend_actions_inc_archive
8854. profile_visit_page_impression_analysis_inc_archive
8855. profile_vpvd_inc_archive
8856. profile_vpvd_photos_only_inc_archive
8857. profile_wizard_logger_inc_archive
8858. profilish_merge_logger_inc_archive
8859. program_contact_form_info_inc_archive
8860. program_membership_events_inc_archive
8861. programs_channel_inc_archive
8862. progressive_video_urls_inc_archive
8863. promotion_animations_inc_archive
8864. promotion_collisions_inc_archive
8865. prompts_ranker_returned_candidates_inc_archive
8866. prompts_suggestifier_feature_samples_inc_archive
8867. prompts_suggestifier_latency_recorder_inc_archive
8868. prompts_suggestifier_scored_candidates_inc_archive
8869. prompts_usage_features_laser_reads_inc_archive
8870. prompts_usage_realtime_decay_large_inc_archive
8871. prompts_usage_realtime_event_time_inc_archive

          Highly Confidential – Attorneys' Eyes Only

8872. prompts_usage_realtime_large_inc_archive
8873. pronunciation_learning_service_inc_archive
8874. propagated_block_event_inc_archive
8875. propagated_block_event_inc_archive
8876. property_based_audience_edit_history_inc_archive
8877. property_engine_property_failures_inc_archive
8878. prospect_client_event_inc_archive
8879. prospector_waterfall_sampled_by_user_inc_archive
8880. protected_mode_logs_inc_archive
8881. protected_mode_source_inc_archive
8882. proxy_with_permitted_users_mutations_inc_archive
8883. proxy_with_permitted_users_mutations_unittest_inc_archive
8884. proxymonitor_inc_archive
8885. pso_agent_restriction_inc_archive
8886. ptvc_creation_details_inc_archive
8887. ptx_exception_inc_archive
8888. ptx_migration_time_spent_active_users_stg_inc_archive
8889. pub_x_brand_safety_visibility_inc_archive
8890. pubcontent_deleted_objects_inc_archive
8891. pubcontent_domain_feedback_inc_archive
8892. pubcontent_fbvideo_chaining_events_inc_archive
8893. pubcontent_offers_features_inc_archive
8894. pubcontent_pyml_ego_inc_archive
8895. public_connections_notif_book_keeper_inc_archive
8896. public_connections_notif_delivery_inc_archive
8897. public_connections_notif_jewel_inc_archive
8898. public_content_page_evaluation_inc_archive
8899. public_content_pyml_best_edges_inc_archive
8900. public_convos_comment_voting_inc_archive
8901. public_entity_feed_learning_examples_inc_archive
8902. public_entity_follower_metadata_base2
8903. public_entity_outgoing_connections_inc_archive
8904. public_entity_post_like_events_inc_archive
8905. public_entity_profile_feed_waterfall_stories_v2_inc_archive
8906. public_entity_suggestion_features_inc_archive
8907. public_figure_mention_inc_archive
8908. public_post_privacy_settings_inc_archive
8909. publickey_err_logging_inc_archive
8910. publickey_events_inc_archive
8911. published_ad_draft_fragments_inc_archive
8912. publisher_brand_assets_inc_archive
8913. publisher_error_details_inc_archive
8914. publisher_trust_indicators_inc_archive
8915. pubtool_targeting_tool_post_generation_inc_archive
8916. puma_ui_actions_inc_archive
8917. purplejade_ui_logs_inc_archive
8918. push_badge_counts_inc_archive
8919. push_deduplication_inc_archive
8920. push_notif_decryption_inc_archive
8921. push_notif_sync_table_inc_archive
8922. push_notification_cursor_backlog_inc_archive

Highly Confidential – Attorneys' Eyes Only

8923. push_notification_events_inc_archive
8924. push_notification_feedback_view_displayed_inc_archive
8925. push_notification_priming_inc_archive
8926. push_ranking_debug_inc_archive
8927. push_reg_fail_hive_inc_archive
8928. push_reg_server_inc_archive
8929. push_reg_server_initial_status_inc_archive
8930. push_reg_status_inc_archive
8931. push_text_hashes_inc_archive
8932. push_token_events_logger_inc_archive
8933. push_token_register_inc_archive
8934. push_token_reliability_inc_archive
8935. pvd_location_updates_inc_archive
8936. pvd_segmentation_features_inc_archive
8937. pvd_segmentation_laser_ds_inc_archive
8938. pvd_visit_loc_update_segmentation_inc_archive
8939. pvrankingdebug_table_inc_archive
8940. pyma_events_inc_archive
8941. pymi_candidate_features_inc_archive
8942. pymi_latency_inc_archive
8943. pymk_addressbook_direct_matcher_inc_archive
8944. pymk_addressbook_reverse_matcher_inc_archive
8945. pymk_backend_feature_conversion_data_inc_archive
8946. pymk_backend_feature_data_passed_main_stage_inc_archive
8947. pymk_backend_feature_data_second_stage_inc_archive
8948. pymk_backend_features_inc_archive
8949. pymk_backend_interaction_history_inc_archive
8950. pymk_backend_score_waterfall_inc_archive
8951. pymk_bucket_inc_archive
8952. pymk_candidates_fetcher_inc_archive
8953. pymk_card_text_truncated_inc_archive
8954. pymk_closeness_model_score_logger_inc_archive
8955. pymk_combined_tailer_hive_inc_archive
8956. pymk_contacts_direct_import_candidates_inc_archive
8957. pymk_contacts_reverse_import_candidates_inc_archive
8958. pymk_delivery_privacy_filter_inc_archive
8959. pymk_delivery_ranking_inc_archive
8960. pymk_early_stage_bypass_feature_inc_archive
8961. pymk_experiment_debug_information_inc_archive
8962. pymk_first_edges_inc_archive
8963. pymk_frontend_features_inc_archive
8964. pymk_frx_inc_archive
8965. pymk_generation_frontend_change_inc_archive
8966. pymk_id2id_features_inc_archive
8967. pymk_instagram_follow_inc_archive
8968. pymk_leaf_bypass_inc_archive
8969. pymk_likely_deceased_filter_inc_archive
8970. pymk_likely_deceased_filter_inc_archive
8971. pymk_limit_rule_fetcher_inc_archive
8972. pymk_list_fetch_inc_archive
8973. pymk_minor_to_confirmed_iic_filter_inc_archive

 Highly Confidential – Attorneys' Eyes Only

8974. pymk_ocis_filtering_inc_archive
8975. pymk_perf_stats_inc_archive
8976. pymk_retrieval_stage_training_data_inc_archive
8977. pymk_scheduler_inc_archive
8978. pymk_seed_percent_obfuscation_inc_archive
8979. pymk_shared_device_candidates_inc_archive
8980. pymk_source_agg_inc_archive
8981. pymk_training_data_impressions1_inc_archive
8982. pymk_users_who_shared_contact_points_inc_archive
8983. pymk_waterfall_inc_archive
8984. pyml_chaining_empty_results_inc_archive
8985. pyml_pacer_monitor_inc_archive
8986. pyml_precompute_inc_archive
8987. pyml_profile_follow_actions_inc_archive
8988. qe2_power_search_logs_inc_archive
8989. qe2_ui_users_inc_archive
8990. qms_edit_logger_inc_archive
8991. qms_logger_inc_archive
8992. qms_view_logger_inc_archive
8993. qp_auction_stories_pacing_stats_inc_archive
8994. qp_composite_pacer_debug_inc_archive
8995. qp_configuration_flow_funnel_inc_archive
8996. qp_counters_inc_archive
8997. qp_newsie_waterfall_inc_archive
8998. qp_notif_delivery_failure_inc_archive
8999. qp_notification_debug_inc_archive
9000. qp_notification_groups_mall_landing_inc_archive
9001. qp_offsite_notif_debug_inc_archive
9002. qp_pacer_debug_inc_archive
9003. qp_promotional_unit_pacing_stat_inc_archive
9004. qp_surface_eligibility_cache_inc_archive
9005. qp_tally_counter_monitoring_inc_archive
9006. qpl_metrics_adsmanager_inc_archive
9007. qpl_metrics_inc_archive
9008. qpl_metrics_messenger_restricted_inc_archive
9009. qpl_metrics_rcs_inc_archive
9010. qpl_metrics_search_inc_archive
9011. qr_action_inc_archive
9012. qrcode_event_inc_archive
9013. qrcode_lookup_inc_archive
9014. qrcode_uri_inc_archive
9015. qrt_afrequest_model_data_for_test_inc_archive
9016. qrt_afrequest_model_data_for_test_prediction_inc_archive
9017. qrt_afrequest_model_data_inc_archive
9018. qrt_blackout_events_inc_archive
9019. qrt_launch_proposal_result_inc_archive
9020. qrt_test_inc_archive
9021. qrt_unified_aggregator_client_request_inc_archive
9022. qrt_visualizer2_events_inc_archive
9023. quality_change_inc_archive
9024. quality_dashboard_inc_archive

9025. quarkz_enqueue_jobs_run_events_inc_archive
9026. quarkz_gluon_subflow_event_inc_archive
9027. quarkz_workflow_dag_structures_inc_archive
9028. quarkz_workflow_events_inc_archive
9029. quartz_queries_to_tables_inc_archive
9030. query_post_attachments_callers_inc_archive
9031. questionnaire_record_base2
9032. quick_experiment_exposures_inc_archive
9033. quick_experiment_graph_members_get_inc_archive
9034. quick_friending_contact_uploading_inc_archive
9035. quick_friending_education_inc_archive
9036. quick_friending_karma_limit_inc_archive
9037. quick_invite_inc_archive
9038. quick_promotion_candidate_events_inc_archive
9039. quick_promotion_client_events_details_inc_archive
9040. quick_promotion_client_events_inc_archive
9041. quick_promotion_conversion_events_inc_archive
9042. quick_promotion_conversion_events_realtime_inc_archive
9043. quick_promotion_debug_conversion_inc_archive
9044. quick_promotion_debug_surface_experiments_inc_archive
9045. quick_promotion_ent_history_inc_archive
9046. quick_promotion_exception_inc_archive
9047. quick_promotion_fb_conversion_events_inc_archive
9048. quick_promotion_fb_possible_conversion_events_inc_archive
9049. quick_promotion_field_experiment_inc_archive
9050. quick_promotion_filtered_ads_imps_annotated_inc_archive
9051. quick_promotion_flex_audience_debug_inc_archive
9052. quick_promotion_flex_audience_filter_inc_archive
9053. quick_promotion_flex_audience_insights_fb_inc_archive
9054. quick_promotion_ranker_inc_archive
9055. quick_promotion_ranking_label_inc_archive
9056. quick_promotion_smart_targeting_debug_inc_archive
9057. quicksilver_custom_updates_inc_archive
9058. quicksilver_event_result_mobile_inc_archive
9059. quilt_user_activity_inc_archive
9060. raas_bulletin_content_recs_features_inc_archive
9061. raas_bulletin_publication_recs_features_inc_archive
9062. raas_camera_effect_feature_vectors_inc_archive
9063. raas_compass_learning_feature_vectors_inc_archive
9064. raas_conversation_guide_learning_examples_fbjoiner_inc_archive
9065. raas_conversation_guide_picker_features_inc_archive
9066. raas_conversation_guide_reshare_features_inc_archive
9067. raas_eyml_features_inc_archive
9068. raas_fb_reels_prospector_training_inc_archive
9069. raas_gaming_feed_optimized_load_features_inc_archive
9070. raas_gysj_features_inc_archive
9071. raas_ifr_prospector_training_inc_archive
9072. raas_infeed_guide_learning_examples_fbjoiner_inc_archive
9073. raas_neighborhoods_features_inc_archive
9074. raas_request_cost_inc_archive
9075. raas_sptf_feature_logging_inc_archive

Highly Confidential – Attorneys' Eyes Only

9076. rainbow_client_inc_archive
9077. raised_hands_queue_inc_archive
9078. rake_platform_inc_archive
9079. ralligator_log_latency_inc_archive
9080. ralligator_state_summary_inc_archive
9081. ranked_comment_actions_inc_archive
9082. ranking_group_thread_creation_latency_inc_archive
9083. ranking_vpv_loss_inc_archive
9084. raptor_dashboard_log_inc_archive
9085. ras_hec_certification_inc_archive
9086. rate_limit_dashboard_activity_inc_archive
9087. raw_comments_time_spent_intervals_inc_archive
9088. raw_training_location_history_inc_archive
9089. rc_test_tao_proactive_logging_assoc_async_inc_archive
9090. rc_test_tao_proactive_logging_assoc_nonasync_inc_archive
9091. rc_test_tao_proactive_logging_fbobj_async_inc_archive
9092. rc_test_tao_proactive_logging_fbobj_nonasync_inc_archive
9093. rcc_sanctions_screening_logs_inc_archive
9094. rdx_encoding_metrics_inc_archive
9095. reach_estimate_rate_limit_inc_archive
9096. reach_estimate_transparency_inc_archive
9097. reach_frequency_campaign_run_status_change_inc_archive
9098. reach_frequency_prediction_inc_archive
9099. reach_frequency_waterfall_inc_archive
9100. react_composer_nested_action_dispatch_inc_archive
9101. react_native_update_graphapi_inc_archive
9102. reaction_mutation_error_inc_archive
9103. reaction_reliability_debugging_inc_archive
9104. reactions_avatar_list_inc_archive
9105. read_state_fetch_result_inc_archive
9106. readstate_posts_connections_inc_archive
9107. readstate_vpvs_inc_archive
9108. realtime_device_subscription_events_inc_archive
9109. realtime_entity_presence_inc_archive
9110. realtime_events_actions_data_dap_inc_archive
9111. realtime_integrity_errors_www_inc_archive
9112. realtime_location_spoofing_detection_features_fb_inc_archive
9113. realtime_location_spoofing_scores_fb_inc_archive
9114. realtime_message_richmedia_latency_inc_archive
9115. realtime_proxy_detection_v2_features_inc_archive
9116. realtime_session_message_inc_archive
9117. realtime_watch_wt_inc_archive
9118. reauthentication_events_inc_archive
9119. recagg_pselect_examples_watch_v5_inc_archive
9120. recagg_pselect_training_data_vc_inc_archive
9121. recent_search_ranking_inc_archive
9122. recommendation_service_request_cost_inc_archive
9123. recommendation_views_inc_archive
9124. recreate_graph_explorer_session_usage_inc_archive
9125. red_monitoring_inc_archive
9126. redirect_stack_inc_archive

Highly Confidential – Attorneys' Eyes Only

9127. redirect_to_app_upsells_inc_archive
9128. redirect_uri_validator_inc_archive
9129. rediscovery_ad_inc_archive
9130. reference_misuse_check_inc_archive
9131. refresh_ad_channel_logger_inc_archive
9132. refresher_profile_prompt_failure_reason_inc_archive
9133. reg_logout_events_inc_archive
9134. reg_retail_assist_inc_archive
9135. reg_si_inc_archive
9136. region_selection_client_events_inc_archive
9137. registration_exceptions_inc_archive
9138. registration_performance_inc_archive
9139. regrettable_reshare_warning_events_inc_archive
9140. rejections_and_appeals_general_logging_inc_archive
9141. related_ads_generation_multi_signal_dev_inc_archive
9142. related_ads_generation_multi_signal_inc_archive
9143. related_ads_request_generation_dev_inc_archive
9144. related_ads_request_generation_inc_archive
9145. related_ads_storage_dev_inc_archive
9146. related_ads_storage_inc_archive
9147. related_ads_up2x_signal_read_inc_archive
9148. related_ads_up2x_signal_write_dev_inc_archive
9149. related_ads_up2x_signal_write_inc_archive
9150. related_ads_user_clicked_feeds_storage_inc_archive
9151. related_group_hscroll_common_events_inc_archive
9152. related_search_request_inc_archive
9153. relevance_retrieval_commerce_inc_archive
9154. remarketing_optout_inc_archive
9155. remediation_dispatch_inc_archive
9156. remediation_events_inc_archive
9157. reminder_ad_inc_archive
9158. remote_presence_avatar_profile_picture_inc_archive
9159. rep_x_ads_inc_archive
9160. rep_x_ads_public_inc_archive
9161. repeat_offender_platform_event_inc_archive
9162. reply_reminders_eligiblity_inc_archive
9163. report_builder_events_inc_archive
9164. report_builder_events_unittest_inc_archive
9165. report_builder_query_inc_archive
9166. report_conversation_creation_inc_archive
9167. report_dpa_model_inc_archive
9168. report_home_feed_model_inc_archive
9169. report_home_mobile_feed_model_inc_archive
9170. report_mobile_feed_model_inc_archive
9171. report_over_hide_pa_model_inc_archive
9172. report_pa_model_evt_based_inc_archive
9173. report_post_to_admin_without_frx_inc_archive
9174. report_processor_temp_inc_archive
9175. request_additional_evidence_log_inc_archive
9176. request_aggregator_pymk_inc_archive
9177. request_leaf_pymk_inc_archive

9178. request_with_duplicate_parameters_inc_archive
9179. research_poll_exposure_invalidation_inc_archive
9180. research_poll_impressions_inc_archive
9181. reshare_education_inc_archive
9182. reshare_warning_events_inc_archive
9183. reshares_consumption_inc_archive
9184. reshares_error_debugger_inc_archive
9185. reshares_production_inc_archive
9186. resource_center_detail_page_inc_archive
9187. resource_isolation_policy_inc_archive
9188. rest_api_methods_fb_apps_inc_archive
9189. restaurants_discovery_inc_archive
9190. result_page_actions_inc_archive
9191. resurrected_account_state_inc_archive
9192. resurrection_attempts_inc_archive
9193. retention_predictor_inc_archive
9194. retrieval_stage_debugging_sample_inc_archive
9195. revenue_permission_logging_inc_archive
9196. review_consumption_inc_archive
9197. review_production_inc_archive
9198. review_tag_monitor_inc_archive
9199. reviews_feedback_inc_archive
9200. rex_comment_funnel_inc_archive
9201. rex_cu_feedback_inc_archive
9202. rex_duplicated_post_inc_archive
9203. rex_page_burst_attack_event_inc_archive
9204. rex_perf_inc_archive
9205. rex_surface_events_inc_archive
9206. rf_organic_bid_ratio_inc_archive
9207. rhc_ads_waterfall_inc_archive
9208. ri_demotion_inc_archive
9209. rice_offline_inc_archive
9210. rich_media_msg_send_inc_archive
9211. rich_media_msg_send_summary_inc_archive
9212. rich_text_fbt_inc_archive
9213. rico_log_inc_archive
9214. ridge_copyright_signal_processor_inc_archive
9215. riggy_events_inc_archive
9216. rights_broadcasting_inc_archive
9217. rights_holder_copyright_manual_actions_inc_archive
9218. rights_manager_a17_compliance_inc_archive
9219. rights_manager_attribution_events_inc_archive
9220. rights_manager_attribution_tab_events_inc_archive
9221. rights_manager_audio_threshold_reduction_inc_archive
9222. rights_manager_bulk_actions_inc_archive
9223. rights_manager_common_asset_bank_tracker_inc_archive
9224. rights_manager_composition_matching_service_inc_archive
9225. rights_manager_data_export_inc_archive
9226. rights_manager_degraded_service_inc_archive
9227. rights_manager_dispute_status_inc_archive
9228. rights_manager_insights_apis_inc_archive

9229. rights_manager_insights_match_action_inc_archive
9230. rights_manager_insights_protection_shadow_inc_archive
9231. rights_manager_insights_ui_inc_archive
9232. rights_manager_matched_asset_inc_archive
9233. rights_manager_monetization_growth_inc_archive
9234. rights_manager_monetization_inc_archive
9235. rights_manager_music_cae_test_e2e_inc_archive
9236. rights_manager_muting_interface_inc_archive
9237. rights_manager_product_usage_inc_archive
9238. rights_manager_request_monitor_inc_archive
9239. rights_manager_settings_inc_archive
9240. rights_manager_smr_framework_inc_archive
9241. rights_manager_support_inbox_inc_archive
9242. rithin_test_gametime_page_impressions_event_time_ingested_inc_archive
9243. rm_device_quality_inc_archive
9244. rm_instream_insertion_inc_archive
9245. rm_music_monetization_claim_type_inc_archive
9246. roas_consolidated_neko_value_model_inc_archive
9247. roas_consolidated_web_value_model_inc_archive
9248. roas_neko_model_inc_archive
9249. roas_neko_value_model_inc_archive
9250. roas_offsite_conversion_model_inc_archive
9251. roas_offsite_conversion_value_model_ba_feature_only_inc_archive
9252. roas_offsite_conversion_value_model_inc_archive
9253. roas_offsite_engagement_model_inc_archive
9254. roas_offsite_engagement_value_model_inc_archive
9255. robots_txt_access_inc_archive
9256. rodeo_activity_inc_archive
9257. rollback_engine_inc_archive
9258. rooms_chat_user_actions_inc_archive
9259. rooms_creation_server_events_restricted_inc_archive
9260. rooms_debug_inc_archive
9261. rooms_experiences_events_inc_archive
9262. rooms_experiences_events_restricted_inc_archive
9263. rooms_fb_in_call_events_inc_archive
9264. rooms_integrity_events_inc_archive
9265. rooms_join_connection_events_inc_archive
9266. rooms_join_connection_events_restricted_inc_archive
9267. rooms_join_uri_generation_inc_archive
9268. rooms_metrics_inc_archive
9269. rooms_platform_events_inc_archive
9270. rooms_rate_limit_decisions_inc_archive
9271. rooms_rate_limit_decisions_unittest_inc_archive
9272. rooms_tray_huddle_events_inc_archive
9273. rooms_user_actions_inc_archive
9274. rp_call_dive_usage_inc_archive
9275. rp_client_errors_table_inc_archive
9276. rp_client_reliability_events_inc_archive
9277. rp_clock_sync_log_inc_archive
9278. rp_discovery_events_inc_archive
9279. rp_experimentation_workflow_inc_archive

          Highly Confidential – Attorneys' Eyes Only

9280. rp_waiting_room_inc_archive
9281. rp_web_infra_actions_inc_archive
9282. rp_web_infra_actions_unittest_inc_archive
9283. rp_web_media_actions_inc_archive
9284. rsr_add_caps_to_vc_potential_sites_inc_archive
9285. rsvp_post_click_cvr_home_feed_optout_model_inc_archive
9286. rsvp_post_click_cvr_mbl_feed_optout_model_inc_archive
9287. rt_result_page_sessions_inc_archive
9288. rt_search_clicks_inc_archive
9289. rt_serp_clicks_inc_archive
9290. rt_video_search_keyword_session_inc_archive
9291. rtc_active_drawer_open_hive_inc_archive
9292. rtc_application_death_events_inc_archive
9293. rtc_avatar_call_actions_inc_archive
9294. rtc_call_action_debug_inc_archive
9295. rtc_call_action_inc_archive
9296. rtc_call_surface_inc_archive
9297. rtc_client_call_summary_debug_events_inc_archive
9298. rtc_client_call_summary_events_inc_archive
9299. rtc_client_platform_perf_inc_archive
9300. rtc_client_session_summary_inc_archive
9301. rtc_client_signaling_reliability_inc_archive
9302. rtc_client_tslog_batch_inc_archive
9303. rtc_client_tslog_inc_archive
9304. rtc_cowatch_start_hive_inc_archive
9305. rtc_effect_gallery_actions_inc_archive
9306. rtc_effect_impression_inc_archive
9307. rtc_end_call_survey_events_inc_archive
9308. rtc_floor_control_inc_archive
9309. rtc_legacy_client_infra_actions_inc_archive
9310. rtc_ls_task_handler_error_inc_archive
9311. rtc_marketplace_call_button_impression_inc_archive
9312. rtc_noise_benchmark_data_inc_archive
9313. rtc_overlayconfig_inc_archive
9314. rtc_product_connect_funnel_inc_archive
9315. rtc_product_precall_action_inc_archive
9316. rtc_room_join_session_inc_archive
9317. rtc_snapshots_inc_archive
9318. rtc_star_rating_events_inc_archive
9319. rtc_web_overflow_menu_actions_inc_archive
9320. rtc_web_user_actions_inc_archive
9321. rti_client_presence_events_inc_archive
9322. rti_widget_framework_performance_inc_archive
9323. rto_center_inc_archive
9324. rto_compliance_ccure_sync_inc_archive
9325. rto_compliance_inc_archive
9326. rtv_sparse_contents_vpvs_inc_archive
9327. rule_engine_inc_archive
9328. runtime_permission_request_inc_archive
9329. s168413_follow_up_inc_archive
9330. s_case_srt_job_creation_failure_inc_archive

     Highly Confidential – Attorneys' Eyes Only

9331.  safety_center_bullying_inc_archive
9332.  safety_escalation_event_inc_archive
9333.  safety_iic_negative_feedback_inc_archive
9334.  safety_net_registration_raw_inc_archive
9335.  safety_pages_logging_inc_archive
9336.  safety_vendor_cf_inc_archive
9337.  safr_content_api_inc_archive
9338.  safr_dynamic_api_inc_archive
9339.  safr_dynamic_ui_platform_calls_inc_archive
9340.  safr_exceptions_inc_archive
9341.  sale_group_summary_waterfall_inc_archive
9342.  sales_platform_debugging_inc_archive
9343.  sales_promo_debug_inc_archive
9344.  sales_promo_events_inc_archive
9345.  sales_promo_photo_viewer_inc_archive
9346.  salesforce_sync_inc_archive
9347.  sampled2_ad_metrics_conversions_inc_archive
9348.  sampled2_scribeh_ad_aggregated_imps_annotated_inc_archive
9349.  sampled2_scribeh_ad_clicks_annotated_inc_archive
9350.  sampled2_scribeh_ad_events_annotated_inc_archive
9351.  sampled_access_tokens_inc_archive
9352.  sampled_access_tokens_inc_archive
9353.  sandcastle_ide_start_inc_archive
9354.  sandwich_survey_funnel_events_inc_archive
9355.  sap_set_default_targeting_inc_archive
9356.  satp_generation_service_inc_archive
9357.  save_endpoint_mutation_performance_dev_inc_archive
9358.  save_endpoint_mutation_performance_inc_archive
9359.  save_events_inc_archive
9360.  save_performance_inc_archive
9361.  save_search_inc_archive
9362.  saved_lists_events_inc_archive
9363.  saved_object_action_inc_archive
9364.  sbg_boost_up_qe_debug_inc_archive
9365.  sbg_campaign_optimization_inc_archive
9366.  sbg_contact_form_router_props_inc_archive
9367.  sbg_coupon_info_inc_archive
9368.  sbg_engagement_channel_availability_debug_inc_archive
9369.  sbg_engagement_cms_check_inc_archive
9370.  sbg_engagement_inc_archive
9371.  sbg_program_assignment_inc_archive
9372.  sbg_program_lead_gen_inc_archive
9373.  sbg_program_rules_inc_archive
9374.  sbg_surface_impression_inc_archive
9375.  sbs_partnership_lead_form_submission_inc_archive
9376.  sc_admin_inc_archive
9377.  sc_audio_messages_inc_archive
9378.  sc_safety_unwanted_messaging_inc_archive
9379.  schedule_shop_pay_operation_inc_archive
9380.  scheduled_deletion_daily_jobs_v2_inc_archive
9381.  scheduled_deletion_history_inc_archive

Highly Confidential – Attorneys' Eyes Only

9382. scheduled_rules_async_engine_inc_archive
9383. scheduled_rules_execution_inc_archive
9384. scheduled_tab_user_interactions_inc_archive
9385. scheduling_x_push_email_experiment_events_inc_archive
9386. scheduling_x_ranking_experiment_events_inc_archive
9387. scheduling_x_ranking_exploration_events_inc_archive
9388. scp_event_inc_archive
9389. scraping_for_2940_base2
9390. scuba_ui_queries_inc_archive
9391. scx_activity_inc_archive
9392. sdi_clustering_recall_inc_archive
9393. sdi_privacy_debug2_inc_archive
9394. sdi_retroaction_action_debug_inc_archive
9395. sdr_chatbot_inc_archive
9396. sdr_insights_engine_inc_archive
9397. search_activity_log_delete_events_inc_archive
9398. search_ad_story_info_inc_archive
9399. search_ads_backend_fetch_inc_archive
9400. search_ads_backend_requests_inc_archive
9401. search_ads_blend_ads_inc_archive
9402. search_apollo_experiments_inc_archive
9403. search_applications_requests_inc_archive
9404. search_bootstrap_all_ids_inc_archive
9405. search_bootstrap_graphql_inc_archive
9406. search_bootstrap_inc_archive
9407. search_bootstrap_subscription_update_events_inc_archive
9408. search_browse_request_param_transformer_inc_archive
9409. search_coclick_rt_computation_inc_archive
9410. search_controls_actions_inc_archive
9411. search_controls_rules_inc_archive
9412. search_doc_age_prediction_features_inc_archive
9413. search_downstream_inc_archive
9414. search_dumbledore_render_mode_mismatch_inc_archive
9415. search_encrypted_bqf_inc_archive
9416. search_entry_points_integrity_logs_inc_archive
9417. search_events_inc_archive
9418. search_exp_summary_storage_inc_archive
9419. search_explore_experiments_inc_archive
9420. search_explore_topic_analysis_service_logger_inc_archive
9421. search_filter_like_comment_clicks_inc_archive
9422. search_filters_deep_dive_inc_archive
9423. search_funnel_debug_inc_archive
9424. search_funnel_time_adjustment_inc_archive
9425. search_fuss_filtered_results_inc_archive
9426. search_grammar_understanding_inc_archive
9427. search_hcm_deep_dive_inc_archive
9428. search_hcm_inc_archive
9429. search_hcm_opportunity_analysis_inc_archive
9430. search_history_calls_inc_archive
9431. search_history_writer_inc_archive
9432. search_independent_entity_modules_inc_archive

Highly Confidential – Attorneys' Eyes Only

9433. search_initiated_video_watch_time_view_xstream_inc_archive
9434. search_input_page_events_inc_archive
9435. search_log_proxy_events_inc_archive
9436. search_logging_results_page_events_filtered_inc_archive
9437. search_logging_results_page_events_inc_archive
9438. search_logging_xstream_keys_inc_archive
9439. search_logging_zippydb_usage_inc_archive
9440. search_media_predictions_results_hive_inc_archive
9441. search_media_triggering_flags_inc_archive
9442. search_middle_tier_features_inc_archive
9443. search_mobile_browse_results_inc_archive
9444. search_mobile_pps_results_unified_inc_archive
9445. search_mobile_result_vpv_inc_archive
9446. search_module_configs_inc_archive
9447. search_modules_trigger_inc_archive
9448. search_nlp_etna_inc_archive
9449. search_nlp_query_semantics_inc_archive
9450. search_nlp_service_inc_archive
9451. search_ordered_snippets_inc_archive
9452. search_prefetch_inc_archive
9453. search_privacy_dark_traffic_inc_archive
9454. search_production_test_inc_archive
9455. search_production_test_sampling_info_inc_archive
9456. search_recency_param_compute_data_inc_archive
9457. search_refinding_deep_dive_inc_archive
9458. search_reformulations_deep_dive_inc_archive
9459. search_result_viewer_v2_logger_inc_archive
9460. search_results_page_error_logs_inc_archive
9461. search_results_page_mobile_events_inc_archive
9462. search_results_page_unit_data_inc_archive
9463. search_results_ui_inc_archive
9464. search_sequence_inc_archive
9465. search_server_results_ordered_override_inc_archive
9466. search_sessionizer_debug_inc_archive
9467. search_signal_ifr_features_inc_archive
9468. search_signal_ifr_features_v2_inc_archive
9469. search_signal_ifr_sparse_features_eg_inc_archive
9470. search_signal_ifr_sparse_features_inc_archive
9471. search_signal_ifr_sparse_features_v2_inc_archive
9472. search_snippets_platform_inc_archive
9473. search_stories_inc_archive
9474. search_tagged_topics_inc_archive
9475. search_thrift_mutation_inc_archive
9476. search_trending_time_spent_inc_archive
9477. search_typeahead_client_perf_inc_archive
9478. search_typeahead_global_inc_archive
9479. search_typeahead_keyword_click_inc_archive
9480. search_typeahead_keywords_candidates_inc_archive
9481. search_unicorn_environment_inc_archive
9482. search_unicorn_ranking_rich_query_inc_archive
9483. search_unicorn_rich_query_inc_archive

Highly Confidential – Attorneys' Eyes Only

9484. search_user_interest_lu_stats_logger_inc_archive
9485. search_video_watch_results_inc_archive
9486. searchlight_looper_transactions_inc_archive
9487. searchlight_notification_sends_inc_archive
9488. searchlight_permission_token_checks_inc_archive
9489. searchlight_transactions_inc_archive
9490. sec_fetch_headers_inc_archive
9491. secret_search_events_inc_archive
9492. secure_message_over_wa_debug_inc_archive
9493. secure_message_over_wa_thrift_service_error_inc_archive
9494. secure_user_account_action_exceptions_inc_archive
9495. secure_user_account_action_inc_archive
9496. secured_action_experiment_inc_archive
9497. secured_action_exterior_inc_archive
9498. secured_action_validation_store_inc_archive
9499. secured_business_session_inc_archive
9500. security_checkup_inc_archive
9501. security_csp_reports_inc_archive
9502. security_duo_api_inc_archive
9503. security_hub_ent_history_inc_archive
9504. security_logs_itdr_inc_archive
9505. security_phone_safeguard_oet_logger_inc_archive
9506. security_setting_events_inc_archive
9507. security_setting_session_event_inc_archive
9508. security_settings_recommendations_inc_archive
9509. seen_feed_events_inc_archive
9510. seen_state_sync_cxp_events_inc_archive
9511. seen_state_v3_viewer_assocs_inc_archive
9512. seizmo_analysis_results_news_feed_inc_archive
9513. seizmo_analysis_results_notifications_inc_archive
9514. seizmo_analysis_results_reels_inc_archive
9515. self_identified_hacked_inc_archive
9516. seller_cc_media_impressions_inc_archive
9517. seller_enforcement_appeals_logging_inc_archive
9518. seller_experience_event_inc_archive
9519. seller_inbox_inc_archive
9520. seller_notification_inc_archive
9521. seller_onboarding_operations_inc_archive
9522. sem_campaign_click_inc_archive
9523. sem_campaign_one_day_resurrection_inc_archive
9524. sem_campaign_resurrection_inc_archive
9525. sem_deep_link_inc_archive
9526. sem_fb_pixel_fire_inc_archive
9527. sem_kochava_landing_inc_archive
9528. sem_ml_based_landing_feature_data_inc_archive
9529. sem_ml_based_landing_prediction_data_inc_archive
9530. sem_pixel_fire_inc_archive
9531. sem_web_landing_inc_archive
9532. send_build_inc_archive
9533. send_message_permission_check_inc_archive
9534. send_to_messenger_plugin_inc_archive

          Highly Confidential – Attorneys' Eyes Only

9535.   sender_core_graph_folder_inc_archive
9536.   sender_core_graph_folder_restricted_inc_archive
9537.   senna_media_inc_archive
9538.   sensitive_context_appeal_inc_archive
9539.   sentiment_survey_handler_inc_archive
9540.   sentry_acct_restriction_dtf_inc_archive
9541.   sentry_display_time_blocks_inc_archive
9542.   sentry_malware_processing_inc_archive
9543.   sentry_malware_scan_inc_archive
9544.   sentry_user_messaging_experience_gap_inc_archive
9545.   seo_404_js_logging_inc_archive
9546.   seo_app_deeplink_impressions_inc_archive
9547.   seo_reliability_inc_archive
9548.   serialized_series_srt_event_inc_archive
9549.   serialized_series_srt_response_inc_archive
9550.   serious_mysql_failures_inc_archive
9551.   serp_console_events_inc_archive
9552.   serp_console_usage_inc_archive
9553.   serp_decider_deep_dive_inc_archive
9554.   serp_module_capacity_stats_inc_archive
9555.   serp_perf_join_failure_inc_archive
9556.   serp_replay_inc_archive
9557.   serp_results_inc_archive
9558.   serp_sessions_inc_archive
9559.   serp_tracker_zippydb_usage_inc_archive
9560.   server_free_native_active_users_raw_inc_archive
9561.   server_notification_badge_inc_archive
9562.   server_tabs_inc_archive
9563.   service_to_sales_not_interested_inc_archive
9564.   service_to_sales_pitched_inc_archive
9565.   servicelab_ads_manager_web_tagged_requests_inc_archive
9566.   servicelab_bizweb_tagged_requests_inc_archive
9567.   services_appointment_reminder_inc_archive
9568.   services_booking_inc_archive
9569.   services_bookmark_user_setting_base2
9570.   services_calendar_authentication_inc_archive
9571.   services_consumer_events_inc_archive
9572.   services_debugging_inc_archive
9573.   services_events_inc_archive
9574.   services_events_restricted_inc_archive
9575.   services_events_sensitive_inc_archive
9576.   services_general_booking_inc_archive
9577.   services_social_rex_inc_archive
9578.   session_configs_inc_archive
9579.   session_survey_notif_events_inc_archive
9580.   session_update_events_inc_archive
9581.   session_zero_trust_ip_location_inc_archive
9582.   session_zero_trust_location_inc_archive
9583.   set_default_adaccount_usage_inc_archive
9584.   setsuna_groups_inc_archive
9585.   setsuna_pages_monitoring_inc_archive

Highly Confidential – Attorneys' Eyes Only

9586. settings_apps_manager_inc_archive
9587. settings_for_page_stories_inc_archive
9588. settings_search_inc_archive
9589. sextortion_victim_support_inc_archive
9590. sfdid_sync_stats_inc_archive
9591. sfl_clear_history_funnel_action_combined_inc_archive
9592. sfv_creation_waterfall_inc_archive
9593. sfv_event_feed_inc_archive
9594. sfv_integrity_waterfall_inc_archive
9595. sgh_bd_survey_response_logger_inc_archive
9596. share_debugger_inc_archive
9597. share_menu_inc_archive
9598. share_parent_updates_inc_archive
9599. share_story_to_feed_inc_archive
9600. share_your_group_qp_logger_inc_archive
9601. shared_ad_account_actor_level_enforcement_rules_inc_archive
9602. shared_agreement_adsets_inc_archive
9603. shared_contactpoint_signals_inc_archive
9604. shared_datr_blocked_fanouts_inc_archive
9605. shared_phone_ar_cp_nonce_events_inc_archive
9606. shared_phones_for_sms_inc_archive
9607. shash_pop_uid_uniform_inc_archive
9608. shash_user_requests_akkio_inc_archive
9609. shh_mode_toggle_events_inc_archive
9610. shh_mode_unread_pill_events_inc_archive
9611. shiba_chat_resolution_inc_archive
9612. shiba_chat_resolution_inc_archive
9613. shiba_cms_message_send_inc_archive
9614. shiba_engine_core_events_inc_archive
9615. shield_main_inc_archive
9616. shielding_api_logs_inc_archive
9617. shipping_platform_apis_inc_archive
9618. shop_explorer_events_inc_archive
9619. shop_organic_event_ad_finder_caller_inc_archive
9620. shop_pay_api_inc_archive
9621. shop_privacy_policy_events_inc_archive
9622. shop_shared_catalogs_events_inc_archive
9623. shop_tab_log_debug_inc_archive
9624. shopify_synced_discount_checkout_events_inc_archive
9625. shopper_notification_inc_archive
9626. shopping_feature_gating_inc_archive
9627. shops_ads21h1coupon_status_inc_archive
9628. shops_ads_destination_automation_unified_inc_archive
9629. shops_ads_funnel_events_inc_archive
9630. shops_ads_preclick_bi_status_inc_archive
9631. shops_data_use_policy_for_ads_inc_archive
9632. shops_house_ads_inc_archive
9633. shops_mall_collection_click_training_inc_archive
9634. shops_mall_funnel_results_inc_archive
9635. shops_mall_hide_training_inc_archive
9636. shops_mall_live_shopping_training_data_inc_archive

      Highly Confidential – Attorneys' Eyes Only

9637.   shops_mall_mosaic_source_seeds_inc_archive
9638.   shops_mall_post_click_training_inc_archive
9639.   shops_mall_product_click_training_inc_archive
9640.   shops_mall_product_mtml_training_inc_archive
9641.   shops_mall_product_mtml_training_no_sampling_inc_archive
9642.   shops_mall_product_mtml_with_vpv_training_inc_archive
9643.   shops_mall_shop_click_training_inc_archive
9644.   shops_metrics_validation_facebook_uma_inc_archive
9645.   shops_mv_fb_checkout_init_uma_inc_archive
9646.   shops_offer_ads_activity_events_inc_archive
9647.   shops_pdp_validation_inc_archive
9648.   shops_ppfy_request_candidates_check_inc_archive
9649.   shops_qp_checkout_training_new_inc_archive
9650.   shops_qp_click_training_inc_archive
9651.   shops_qp_product_mtml_training_inc_archive
9652.   shops_qp_xout_training_inc_archive
9653.   shops_reviews_ugc_miner_results_inc_archive
9654.   shops_rr_products_ranking_results_inc_archive
9655.   shopsmall_shops_candidates_fetcher_inc_archive
9656.   short_window_match_feature_log_inc_archive
9657.   short_window_match_results_inc_archive
9658.   show_surfaces_inc_archive
9659.   showcase_budget_pacer_inc_archive
9660.   showcase_budget_spend_inc_archive
9661.   showcase_events_inc_archive
9662.   showcase_fbshorts_ui_invalidation_inc_archive
9663.   showcase_story_eligibility_waterfall_inc_archive
9664.   showreel_asset_request_inc_archive
9665.   showreel_creatives_inc_archive
9666.   showreel_integration_events_inc_archive
9667.   showreel_native_graphql_inc_archive
9668.   showreel_native_inc_archive
9669.   showreel_video_player_inc_archive
9670.   shows_events_inc_archive
9671.   shows_notifs_inc_archive
9672.   shows_review_flow_inc_archive
9673.   shows_video_ads_inc_archive
9674.   shows_video_list_inc_archive
9675.   shows_videos_transition_inc_archive
9676.   shutterstock_image_creation_inc_archive
9677.   shuttle_inc_archive
9678.   si_account_confirmed_inc_archive
9679.   si_acdc_pipeline_inc_archive
9680.   si_acdc_recall_inc_archive
9681.   si_appeals_inc_archive
9682.   si_async_classification_observer_inc_archive
9683.   si_async_classify_prevalence_score_inc_archive
9684.   si_audience_building_score_inc_archive
9685.   si_banhammer_inc_archive
9686.   si_blackhole_block_access_inc_archive
9687.   si_blackhole_filter_inc_archive

        Highly Confidential – Attorneys' Eyes Only

9688. si_blackhole_require_captcha_inc_archive
9689. si_captchas_inc_archive
9690. si_cold_open_graph_t3_inc_archive
9691. si_comment_callback_inc_archive
9692. si_cross_problem_detection_inc_archive
9693. si_dangling_assocs_inc_archive
9694. si_debug_password_reset_using_bounced_email_inc_archive
9695. si_dec_entity_scores_and_admins_inc_archive
9696. si_dec_events_inc_archive
9697. si_dec_fake_accounts_inc_archive
9698. si_delta_repeated_vets_inc_archive
9699. si_direct_share_async_classify_inc_archive
9700. si_display_time_appeals_classify_inc_archive
9701. si_email_captcha_inc_archive
9702. si_fake_and_comp_product_metrics_v2_inc_archive
9703. si_fake_engagement_percategory_user_scores_inc_archive
9704. si_fake_engagement_user_scores_inc_archive
9705. si_fake_or_hacked_or_self_compromised_inc_archive
9706. si_fanout_target_ids_inc_archive
9707. si_fb_ea_user_session_mtml_scores_inc_archive
9708. si_feature_limit_inc_archive
9709. si_feed_spam_urls_inc_archive
9710. si_feedback_signals_inc_archive
9711. si_feedback_spam_inc_archive
9712. si_first_display_time_block_inc_archive
9713. si_google_oauth_captcha_inc_archive
9714. si_group_admin_approval_outcome_activity_inc_archive
9715. si_group_block_future_join_request_activity_inc_archive
9716. si_group_mall_post_emoji_inc_archive
9717. si_group_member_removal_activity_inc_archive
9718. si_group_member_self_removal_activity_inc_archive
9719. si_group_post_async_classify_inc_archive
9720. si_group_post_nfx_inc_archive
9721. si_group_self_request_join_approve_activity_inc_archive
9722. si_group_self_request_join_reject_activity_inc_archive
9723. si_guided_cleanup_inc_archive
9724. si_hammered_likes_inc_archive
9725. si_iab_reports_inc_archive
9726. si_mall_post_admin_approvals_inc_archive
9727. si_mc_captchas_inc_archive
9728. si_messenger_user_spam_scores_inc_archive
9729. si_misinfo_enqueue_actions_stream_inc_archive
9730. si_ml_classifier_scores_inc_archive
9731. si_olf_examples_v6_inc_archive
9732. si_olf_sample_lifecycle_debug_inc_archive
9733. si_outbound_clicks_inc_archive
9734. si_outbound_clicks_signals_inc_archive
9735. si_outlier_user_segments_inc_archive
9736. si_page_appeal_inc_archive
9737. si_page_create_features_inc_archive
9738. si_page_manual_unpublish_base_features_inc_archive

Highly Confidential – Attorneys' Eyes Only

9739.  si_pages_from_groups_for_fb_asset_buy_and_sell_inc_archive
9740.  si_pages_merge_vet_inc_archive
9741.  si_pages_queued_for_review_hive_inc_archive
9742.  si_password_change_inc_archive
9743.  si_phishing_warning_inc_archive
9744.  si_photo_for_async_classify_inc_archive
9745.  si_protected_entities_automation_inc_archive
9746.  si_quasar_failures_inc_archive
9747.  si_root_object_share_activity_inc_archive
9748.  si_same_datr_inc_archive
9749.  si_scripted_session_classifier_scores_inc_archive
9750.  si_segment_classifier_scores_inc_archive
9751.  si_sentry_appeals_inc_archive
9752.  si_sentry_appeals_url_inc_archive
9753.  si_sentry_change_unconfirmed_credential_inc_archive
9754.  si_sentry_change_unconfirmed_credential_reclassify_inc_archive
9755.  si_sentry_confirm_email_inc_archive
9756.  si_sentry_confirmation_inc_archive
9757.  si_sentry_display_time_appeal_user_action_inc_archive
9758.  si_sentry_fb_ads_inc_archive
9759.  si_sentry_fb_entschema_inc_archive
9760.  si_sentry_fb_message_epd_sanitized_inc_archive
9761.  si_sentry_fb_message_inc_archive
9762.  si_sentry_fb_platform_inc_archive
9763.  si_sentry_fb_scraping_epd_sanitized_inc_archive
9764.  si_sentry_fb_si_feedback_inc_archive
9765.  si_sentry_fb_workplace_inc_archive
9766.  si_sentry_final_confirmation_inc_archive
9767.  si_sentry_frx_submit_feedback_inc_archive
9768.  si_sentry_new_user_registration_inc_archive
9769.  si_sentry_offsite_activity_inc_archive
9770.  si_sms_dispatch_exploratory_features_inc_archive
9771.  si_sms_dispatch_fb_inc_archive
9772.  si_spam_deleted_content_checkpoint_inc_archive
9773.  si_spam_fake_mau_inc_archive
9774.  si_spam_labeling_inc_archive
9775.  si_spam_prevalence_labeling_signals_inc_archive
9776.  si_sprinkle_inc_archive
9777.  si_status_update_async_classify_inc_archive
9778.  si_tag_approvals_inc_archive
9779.  si_takedown_inc_archive
9780.  si_tm_captcha_inc_archive
9781.  si_ufac_abusiveness_features_inc_archive
9782.  si_ufac_srt_manual_review_inc_archive
9783.  si_ufo_appeal_hook_stages_inc_archive
9784.  si_unique_readtime_block_inc_archive
9785.  si_url_chunk_async_classify_inc_archive
9786.  si_url_recidivist_list_inc_archive
9787.  si_url_service_exceptions_inc_archive
9788.  si_urlclassifier_urlchunks_inc_archive
9789.  si_users_async_classify_inc_archive

Highly Confidential – Attorneys' Eyes Only

9790. si_users_async_classify_messenger_inc_archive
9791. si_users_location_info_inc_archive
9792. si_video_async_classify_inc_archive
9793. si_wall_post_async_classify_inc_archive
9794. siep_ad_buying_backend_logger_inc_archive
9795. sig_enrichment_attributed_commerce_beta_inc_archive
9796. sig_enrichment_attributed_ctm_p2b_events_inc_archive
9797. sig_enrichment_attributed_fb_story_ads_vpvd_beta_inc_archive
9798. sigma_exp_results_ui_inc_archive
9799. sigma_policies_power_search_inc_archive
9800. sigma_policy_riggy_enrollment_inc_archive
9801. signals_actions_inc_archive
9802. signals_app_auto_advanced_matching_inc_archive
9803. signals_consolidation_invalid_secondary_signal_container_access_inc_archive
9804. signals_custom_conversion_auto_reconnect_data_source_inc_archive
9805. signals_error_inc_archive
9806. signals_event_source_mutation_events_inc_archive
9807. signals_events_manager_entry_point_inc_archive
9808. signals_growth_surface_impression_inc_archive
9809. signals_health_events_inc_archive
9810. signals_integrity_email_status_inc_archive
9811. signals_integrity_prohibited_pixel_source_email_status_inc_archive
9812. signals_iwl_pixel_helper_upsell_inc_archive
9813. signals_messages_action_inc_archive
9814. signals_messages_eligibility_inc_archive
9815. signals_messages_email_channel_shadow_logging_inc_archive
9816. signals_messages_email_delivery_result_inc_archive
9817. signals_messages_email_eligibility_inc_archive
9818. signals_messaging_framework_debug_inc_archive
9819. signals_performance_inc_archive
9820. signals_platform_inc_archive
9821. signals_processing_waterfall_inc_archive
9822. signals_rule_evaluation_inc_archive
9823. signals_scorecard_ui_waterfall_inc_archive
9824. signals_sdk_setup_inc_archive
9825. signals_server_to_server_integration_inc_archive
9826. signals_sessions_inc_archive
9827. signals_smart_targeting_events_inc_archive
9828. silfra_proxy_access_inc_archive
9829. silica_access_inc_archive
9830. silica_metric360_dimension_values_access_inc_archive
9831. silica_mutation_inc_archive
9832. silk_app_inc_archive
9833. sim_api_graphql_update_inc_archive
9834. similarity_clustering_adds_inc_archive
9835. simon_private_survey_responses_inc_archive
9836. simon_question_using_ent_only_changes_inc_archive
9837. simon_response_stream_inc_archive
9838. simple_interface_inc_archive
9839. simple_interface_inc_archive
9840. simple_nux_inc_archive

Highly Confidential – Attorneys' Eyes Only

9841. simplicity_top_of_feed_experiment_inc_archive
9842. simplified_logging_pipeline_waterfall_inc_archive
9843. single_review_tool_main_inc_archive
9844. single_review_tool_permission_inc_archive
9845. sip_employee_query_stats_inc_archive
9846. sip_request_cost_inc_archive
9847. sisyphus_job_tracker_inc_archive
9848. site_integrity_unified_feature_repo_content_comment_logging_inc_archive
9849. site_integrity_unified_feature_repo_content_logging_inc_archive
9850. sk_ntwk_encoding_result_inc_archive
9851. skan_campaign_click_inc_archive
9852. skan_click_last_n_days_checker_inc_archive
9853. skan_validation_logging_inc_archive
9854. skipper_retrieval_score_distribution_inc_archive
9855. skipper_score_inc_archive
9856. skylight_all_events_inc_archive
9857. skylight_animations_inc_archive
9858. skylight_app_preferences_inc_archive
9859. skylight_app_session_inc_archive
9860. skylight_ar_library_inc_archive
9861. skylight_asset_inc_archive
9862. skylight_asset_summary_inc_archive
9863. skylight_auto_update_inc_archive
9864. skylight_blocks_inc_archive
9865. skylight_capabilities_inc_archive
9866. skylight_compression_inc_archive
9867. skylight_custom_devices_inc_archive
9868. skylight_deeplink_inc_archive
9869. skylight_deprecated_envelope_event_inc_archive
9870. skylight_desktop_player_document_snapshot_inc_archive
9871. skylight_document_snapshot_inc_archive
9872. skylight_in_app_upload_inc_archive
9873. skylight_inapp_help_inc_archive
9874. skylight_login_inc_archive
9875. skylight_mirroring_inc_archive
9876. skylight_mobile_player_document_snapshot_inc_archive
9877. skylight_mobile_player_session_inc_archive
9878. skylight_monitor_process_inc_archive
9879. skylight_pasteboard_inc_archive
9880. skylight_patch_editor_inc_archive
9881. skylight_project_property_window_inc_archive
9882. skylight_quick_actions_inc_archive
9883. skylight_scene_inc_archive
9884. skylight_sequence_creation_inc_archive
9885. skylight_simulator_inc_archive
9886. skylight_survey_inc_archive
9887. skylight_templates_inc_archive
9888. skylight_test_events_inc_archive
9889. skylight_textures_inc_archive
9890. skylight_tip_of_the_day_inc_archive
9891. skylight_unused_assets_inc_archive

9892. skylight_viewport_inc_archive
9893. skylight_vscode_inc_archive
9894. skylight_welcome_screen_inc_archive
9895. skylight_welcome_tour_inc_archive
9896. sled_enqueue_inc_archive
9897. slideshow_creation_waterfall_events_inc_archive
9898. small_creators_to_follow_inc_archive
9899. smart_app_promotion_api_requests_inc_archive
9900. smart_invoicing_activities_inc_archive
9901. smart_invoicing_intake_inc_archive
9902. smart_list_inc_archive
9903. smart_notif_filter_funnel_inc_archive
9904. smart_notif_filter_funnel_unittest_inc_archive
9905. smart_system_component_inc_archive
9906. smart_ttl_events_inc_archive
9907. smartscheduler_events_inc_archive
9908. smbas_marketing_expert_events_inc_archive
9909. smi_admin_ad_account_limit_experiments_inc_archive
9910. smi_crm_inc_archive
9911. smi_laser_tier_inc_archive
9912. smi_permission_dcf_inc_archive
9913. smi_permission_tool_configs_inc_archive
9914. smi_srt_inc_archive
9915. sms_auto_routing_cost_by_deliverability_stats_inc_archive
9916. sms_auto_routing_counter_bump_history_inc_archive
9917. sms_auto_routing_inc_archive
9918. sms_auto_routing_thompson_sampling_stats_inc_archive
9919. sms_carrier_cap_logger_inc_archive
9920. sms_cost_guard_inc_archive
9921. sms_cta_like_inc_archive
9922. sms_dispatcher_exceptions_inc_archive
9923. sms_dr_error_block_inc_archive
9924. sms_friction_by_captcha_inc_archive
9925. sms_low_quality_prefix_inc_archive
9926. sms_mo_stop_inc_archive
9927. sms_pacer_stats_inc_archive
9928. sms_phone_number_consistency_inc_archive
9929. sms_retriever_state_inc_archive
9930. sms_settings_migration_inc_archive
9931. sms_takeover_daily_status_inc_archive
9932. sms_takeover_enter_sms_thread_inc_archive
9933. snaptu_client_last_login_time_inc_archive
9934. snaptu_logs_hive_inc_archive
9935. snaptu_server_hashids_raw_inc_archive
9936. snivy_test_events_inc_archive
9937. snoozed_profile_events_inc_archive
9938. soap_creation_inc_archive
9939. soap_logging_identity_info_monitor_inc_archive
9940. soap_main_profile_comparison_ads_inc_archive
9941. social_fabric_cvc_inc_archive
9942. social_fabric_friend_presence_ufi_inc_archive

     Highly Confidential – Attorneys' Eyes Only

9943. social_fabric_native_sharing_result_inc_archive
9944. social_fabric_native_sharing_tap_inc_archive
9945. social_fabric_share_sheet_selection_inc_archive
9946. social_good_charitable_giving_ranking_latency_inc_archive
9947. social_good_charity_actions_inc_archive
9948. social_good_charity_feature_examples_inc_archive
9949. social_good_crisis_feature_examples_inc_archive
9950. social_good_ctl_survey_inc_archive
9951. social_good_fundraiser_exception_inc_archive
9952. social_good_fundraiser_exception_unittest_inc_archive
9953. social_good_health_inc_archive
9954. social_good_health_ppf_shadow_inc_archive
9955. social_good_live_chat_support_inc_archive
9956. social_learning_client_side_events_inc_archive
9957. social_learning_exceptions_inc_archive
9958. social_learning_server_side_events_inc_archive
9959. social_rex_comment_place_resolution_inc_archive
9960. social_rex_post_place_resolution_inc_archive
9961. social_wifi_checkin_insights_loads_inc_archive
9962. social_wifi_gateway_config_logger_inc_archive
9963. societal_violence_production_demotions_inc_archive
9964. socmob_income_logs_inc_archive
9965. soft_responses_logs_inc_archive
9966. sotto_temp_log_inc_archive
9967. sound_collection_inc_archive
9968. soundbites_feed_log_inc_archive
9969. soundbites_inc_archive
9970. soundbites_notif_inc_archive
9971. soundbites_srt_labeling_inc_archive
9972. soundbites_user_action_inc_archive
9973. soundbites_viewer_access_rule_log_inc_archive
9974. sourcing_debug_inc_archive
9975. sourcing_event_award_tao_base2
9976. sourcing_event_response_tao_base2
9977. sourcing_event_tao_base2
9978. sourcing_mutations_inc_archive
9979. sourcing_notifs_inc_archive
9980. space_uig_fetcher_inc_archive
9981. spaco_access_event_inc_archive
9982. spaco_ds_data_set_loading_event_inc_archive
9983. spaco_portal_events_inc_archive
9984. spam_canner_inc_archive
9985. spark_tools_user_interactions_inc_archive
9986. sparse_model_ad_hoc_event_inc_archive
9987. spatial_audio_encoder_inc_archive
9988. spd_location_app_permissions_inc_archive
9989. special_ad_category_safr_backend_logger_inc_archive
9990. speech_logging_service_inc_archive
9991. speech_recognition_service_inc_archive
9992. speller_feature_logs_inc_archive
9993. speller_personalized_lm_data_inc_archive

Highly Confidential – Attorneys' Eyes Only

9994. spf_business_metrics_inc_archive
9995. spf_metrics_inc_archive
9996. spherical_photo_composer_inc_archive
9997. spherical_photo_growth_inc_archive
9998. spherical_photo_upload_inc_archive
9999. spherical_photo_viewer_log_inc_archive
10000. spherical_video_download_pipeline_inc_archive
10001. spherical_video_e2e_processing_stats_inc_archive
10002. spherical_video_encode_status_inc_archive
10003. spherical_video_encoding_success_inc_archive
10004. spherical_video_encodings_inc_archive
10005. spherical_video_heading_indicator_inc_archive
10006. spherical_video_pt_nums_inc_archive
10007. sponsor_tags_opt_in_inc_archive
10008. sponsored_messages_delivery_inc_archive
10009. sponsored_messages_logging_inc_archive
10010. spotlight_pymk_inc_archive
10011. sprinkle_usl_inc_archive
10012. sprouts_ranker_cache_inc_archive
10013. sprouts_ranker_results_inc_archive
10014. sptf_impression_discount_inc_archive
10015. sptf_scheduler_inc_archive
10016. sql_formatter_usage_inc_archive
10017. sra_activity_log_inc_archive
10018. ssfy_events_inc_archive
10019. ssfy_listing_quality_inc_archive
10020. ssfy_retrieval_product_inc_archive
10021. ssfy_retrieval_request_inc_archive
10022. ssfy_user_qe_allocation_inc_archive
10023. ssi_consecutive_review_inc_archive
10024. ssi_gateway_suicidal_admission_inc_archive
10025. ssi_live_video_notifications_inc_archive
10026. stages_admin_actions_inc_archive
10027. stages_attendee_actions_inc_archive
10028. standards_in_comments_inc_archive
10029. stars_creator_custom_message_table_base2
10030. stars_creator_events_inc_archive
10031. stars_open_beta_interest_form_inc_archive
10032. state_flow_activity_inc_archive
10033. state_sync_events_inc_archive
10034. state_sync_exception_inc_archive
10035. status_update_deletes_inc_archive
10036. stg_ads_pixel_traffic_inc_archive
10037. stg_ios_device_accessibility_inc_archive
10038. stg_swp_esm_attachment_activity_base2
10039. stg_swp_esm_attachment_base2
10040. stg_swp_esm_email_message_base2
10041. stg_swp_esm_form_response_data_change_activity_base2
10042. stg_swp_esm_involvement_base2
10043. stg_swp_esm_saved_search_base2
10044. stg_swp_esm_service_case_base2

Highly Confidential – Attorneys' Eyes Only

10045. stg_swp_esm_service_case_comment_activity_base2
10046. stg_swp_esm_service_case_email_activity_base2
10047. stg_swp_esm_service_case_involvement_activity_base2
10048. stg_swp_esm_service_case_related_cases_change_activity_base2
10049. stg_swp_esm_service_case_subscribers_change_activity_base2
10050. stg_swp_esm_service_case_summary_activity_base2
10051. stg_swp_esm_service_case_summary_base2
10052. stg_swp_esm_service_case_title_change_activity_base2
10053. stg_swp_esm_service_object_base2
10054. stg_swp_esm_tag_activity_base2
10055. sticker_ads_creation_event_inc_archive
10056. sticker_pack_action_inc_archive
10057. sticky_guard_trustable_moment_inc_archive
10058. sticky_upsell_trustable_moment_inc_archive
10059. stm_events_offsite_log_inc_archive
10060. stm_events_onsite_log_inc_archive
10061. stonehenge_account_linking_inc_archive
10062. stonehenge_client_events_inc_archive
10063. stonehenge_subscription_settings_inc_archive
10064. store_locator_inc_archive
10065. stories_adaptive_delivery_inc_archive
10066. stories_aggregator_request_inc_archive
10067. stories_card_query_inc_archive
10068. stories_contextual_replies_backend_inc_archive
10069. stories_contextual_replies_inc_archive
10070. stories_contextual_replies_reliability_inc_archive
10071. stories_cr_candidate_level_inc_archive
10072. stories_cr_features_with_raas_inc_archive
10073. stories_cr_waterfall_inc_archive
10074. stories_creation_analysis_camera_roll_preview_inc_archive
10075. stories_creation_core_server_debug_inc_archive
10076. stories_creation_mobile_debug_info_inc_archive
10077. stories_editor_suggestion_ml_dismiss_event_inc_archive
10078. stories_editor_suggestion_ml_effect_event_inc_archive
10079. stories_editor_suggestion_ml_sticker_event_inc_archive
10080. stories_feedback_reliability_inc_archive
10081. stories_gallery_end_card_inc_archive
10082. stories_integrity_debug_event_inc_archive
10083. stories_integrity_media_model_score_daily_inc_archive
10084. stories_interactive_feedback_inc_archive
10085. stories_interactive_item_inc_archive
10086. stories_inventory_aggregated_inc_archive
10087. stories_logging_warning_inc_archive
10088. stories_media_store_actions_inc_archive
10089. stories_mute_snooze_inc_archive
10090. stories_suggested_waist_feedback_inc_archive
10091. stories_surface_entrypoint_impression_inc_archive
10092. stories_surface_error_handler_inc_archive
10093. stories_tray_query_inc_archive
10094. stories_with_invalidated_attached_story_inc_archive
10095. story_bumper_data_for_gql_inc_archive

Highly Confidential – Attorneys' Eyes Only

10096. story_contextual_tray_inc_archive
10097. story_contextual_tray_inc_archive
10098. story_gallery_eligibility_inc_archive
10099. story_gallery_survey_inc_archive
10100. story_header_follow_profile_inc_archive
10101. story_info_sk_ad_network_client_info_inc_archive
10102. story_metrics_inc_archive
10103. story_mutation_actions_inc_archive
10104. story_post_ad_session_exit_aet_model_inc_archive
10105. story_post_ad_session_exit_model_inc_archive
10106. story_progressive_backfill_inc_archive
10107. story_suggestion_features_inc_archive
10108. story_suggestion_features_inc_archive
10109. story_tracking_success_inc_archive
10110. stream_trigger_cv_logs_inc_archive
10111. streamer_shortcuts_inc_archive
10112. streaming_comments_e2e_funnel_inc_archive
10113. string_manager_funnel_inc_archive
10114. stripe_verbose_inc_archive
10115. structured_serp_result_inc_archive
10116. subs_rtu_handler_inc_archive
10117. subscription_activities_inc_archive
10118. subscription_conversion_adimpressions_inc_archive
10119. success_framework_events_inc_archive
10120. suggested_searches_source_inc_archive
10121. sumo_app_event_inc_archive
10122. super_si_comment_feedback_inc_archive
10123. supplier_connect_migration_activities_inc_archive
10124. supplier_discovery_log_inc_archive
10125. supplier_diversity_enrollment_creation_inc_archive
10126. supplier_management_logs_inc_archive
10127. supplier_onboard_dashboard_logs_inc_archive
10128. supplier_onboarding_logs_inc_archive
10129. supplier_rating_survey_inc_archive
10130. surface_p2p_upl_event_inc_archive
10131. survey_gallery_controller_logger_events_inc_archive
10132. survey_infra_ads_sent_for_rating_inc_archive
10133. survey_infra_platform_delivery_waterfall_inc_archive
10134. survey_infra_platform_rater_audit_inc_archive
10135. survey_infra_platform_unified_rating_events_inc_archive
10136. survey_infra_ratings_received_from_raters_inc_archive
10137. survey_platform_comet_client_event_inc_archive
10138. survey_platform_simon_tool_event_inc_archive
10139. survey_platform_simon_usage_funnel_inc_archive
10140. survey_platform_tessa2_usage_funnel_inc_archive
10141. survey_platform_tessa_usage_funnel_inc_archive
10142. survey_platform_usage_life_cycle_inc_archive
10143. swap_primary_contact_inc_archive
10144. switch_off_ec_to_cc_inc_archive
10145. syfs_events_inc_archive
10146. syfs_validation_inc_archive

Highly Confidential – Attorneys' Eyes Only

10147. syml_product_fetch_inc_archive
10148. syml_products_eligibility_inc_archive
10149. syml_user_actions_inc_archive
10150. symphony_offline_ranker_inc_archive
10151. system_user_mutation_inc_archive
10152. system_user_mutation_unittest_inc_archive
10153. ta_sessions_inc_archive
10154. tab_bar_badge_actions_inc_archive
10155. tab_bar_badge_funnel_inc_archive
10156. tab_bar_badge_settings_inc_archive
10157. tab_changed_ios_inc_archive
10158. tab_experiment_audience_inc_archive
10159. tab_hiding_longpress_inc_archive
10160. tab_hiding_settings_change_inc_archive
10161. tab_hiding_settings_inc_archive
10162. tab_ssfy_cache_user_recent_regions_inc_archive
10163. tab_ssfy_candidates_cache_read_external_calls_inc_archive
10164. tab_ssfy_candidates_cache_read_inc_archive
10165. tab_ssfy_pagination_rendering_inc_archive
10166. tab_visibility_inc_archive
10167. tab_xp_events_inc_archive
10168. tag_expansion_education_inc_archive
10169. tagging_stats_inc_archive
10170. tahoe_media_viewer_inc_archive
10171. tao_proactive_logging_assoc_async_inc_archive
10172. tao_proactive_logging_assoc_nonasync_inc_archive
10173. tao_proactive_logging_fbobj_nonasync_inc_archive
10174. targeted_tabs_experiment_exposures_inc_archive
10175. targeted_tabs_vended_inc_archive
10176. targeting_entity_mutation_inc_archive
10177. targeting_suggestion_logged_feature_inc_archive
10178. targeting_trust_tier_decisions_inc_archive
10179. task_chat_bot_inc_archive
10180. tasks_ops_readiness_plugin_history_inc_archive
10181. tax_collection_inc_archive
10182. tcontent_inc_archive
10183. td_store_action_inc_archive
10184. tech_provider_onboarding_and_verification_inc_archive
10185. tellme_inc_archive
10186. ternary_assoc_migration_mismatch_inc_archive
10187. tessa_answers_for_del2oid_inc_archive
10188. tessa_cluster_upload_inc_archive
10189. tessa_core_events_inc_archive
10190. tessa_covid19survey_interstitial_timeout_monitoring_inc_archive
10191. tessa_diagnostic_events_inc_archive
10192. tessa_eligibility_report_inc_archive
10193. tessa_events_inc_archive
10194. tessa_graphql_error_log_inc_archive
10195. tessa_registered_users_inc_archive
10196. tessa_user_properties_inc_archive
10197. tessa_user_properties_messenger_inc_archive

Highly Confidential – Attorneys' Eyes Only

10198. tessa_versioning_events_inc_archive
10199. text_based_video_editor_inc_archive
10200. text_mms_match_inc_archive
10201. text_mms_match_test_inc_archive
10202. text_styles_feature_vectors_inc_archive
10203. text_styles_feedback_inc_archive
10204. text_styles_interactions_inc_archive
10205. text_styles_vpvd_inc_archive
10206. the_master_platform_integrity_app_log_inc_archive
10207. themed_pymk_inc_archive
10208. third_party_direct_deal_delivery_logger_config_inc_archive
10209. third_party_direct_deal_online_events_inc_archive
10210. thread_bumps_inc_archive
10211. thread_connectivity_backfill_on_send_inc_archive
10212. thread_connectivity_data_computer_inc_archive
10213. thread_connectivity_delta_inc_archive
10214. thread_connectivity_status_subtitle_computer_inc_archive
10215. thread_connectivity_status_update_inc_archive
10216. thread_copresence_inc_archive
10217. thread_metadata_deletion_checker_exception_inc_archive
10218. thread_metadata_deletion_falsely_marked_for_deletion_inc_archive
10219. thread_metadata_deletion_info_change_inc_archive
10220. thread_metadata_deletion_msgdb_tmd_flagging_job_inc_archive
10221. thread_metadata_deletion_ref_count_update_inc_archive
10222. thread_metadata_deletion_thread_dereference_scheduler_inc_archive
10223. thread_metadata_deletion_unwanted_loads_inc_archive
10224. thread_queue_insertion_for_deletion_marked_eitm_inc_archive
10225. thread_view_nux_events_inc_archive
10226. threat_data_general_inc_archive
10227. threat_descriptor_migration_inc_archive
10228. threat_discovery_hate_cf_inc_archive
10229. threat_discovery_report_submission_inc_archive
10230. threat_exchange_ui_inc_archive
10231. throwback_debug_inc_archive
10232. throwback_ranking_inc_archive
10233. throwback_system_inc_archive
10234. ti_guards_candidates_inc_archive
10235. tiles_geofence_device_query_inc_archive
10236. tiles_geofence_server_side_eval_inc_archive
10237. tiles_geofence_server_side_processing_trigger_inc_archive
10238. tiles_mobile_static_map_impressions_inc_archive
10239. time_in_app_dashboard_total_bar_taps_inc_archive
10240. time_in_app_events_inc_archive
10241. time_spent_active_users_stg_inc_archive
10242. time_spent_bit_array_www_v2_inc_archive
10243. time_spent_client_events_puma_inc_archive
10244. time_spent_general_debugging_inc_archive
10245. time_spent_messaging_thread_event_inc_archive
10246. time_spent_mobile_navigation_experiment_inc_archive
10247. time_spent_page_transitions_v2_dev_inc_archive
10248. time_spent_page_transitions_v2_inc_archive

Highly Confidential – Attorneys' Eyes Only

10249. time_spent_story_navigation_mobile_inc_archive
10250. time_spent_story_navigation_web_inc_archive
10251. timeline_actions_inc_archive
10252. timeline_and_tag_review_reminder_inc_archive
10253. timeline_dangling_actions_inc_archive
10254. timeline_expanded_context_inc_archive
10255. timeline_fbid_bad_rows_inc_archive
10256. timeline_profile_picture_action_inc_archive
10257. timeline_retry_failed_insert_inc_archive
10258. timeline_reverse_map_inc_archive
10259. timeline_settings_inc_archive
10260. timeline_storage_inc_archive
10261. timeline_story_impressions_inc_archive
10262. timeline_tag_review_ui_inc_archive
10263. tincan_attachment_download_inc_archive
10264. tincan_attachment_upload_inc_archive
10265. tincan_checksum_bounce_inc_archive
10266. tincan_device_status_change_inc_archive
10267. tincan_ls_sync_handler_inc_archive
10268. tincan_ls_task_handler_inc_archive
10269. tincan_ls_task_handler_restricted_inc_archive
10270. tincan_master_key_reencryption_inc_archive
10271. tincan_message_sends_inc_archive
10272. tincan_msg_send_inc_archive
10273. tincan_notification_inc_archive
10274. tincan_notifications_sync_inc_archive
10275. tincan_notifications_sync_restricted_inc_archive
10276. tincan_queue_deletion_inc_archive
10277. tinchecker_behavior_dev_inc_archive
10278. tinchecker_behavior_inc_archive
10279. titan_atlas_exceptions_inc_archive
10280. titan_atlas_routing_inc_archive
10281. titan_atlas_routing_writes_inc_archive
10282. tjl_downsampled_tables_inc_archive
10283. tjl_obj_downsampled_tables_inc_archive
10284. tofu_api_error_inc_archive
10285. tofu_delta_inc_archive
10286. tofu_nux_inc_archive
10287. tofu_operation_inc_archive
10288. tofu_ui_error_inc_archive
10289. token_service_catapult_inc_archive
10290. top_fan_badge_inc_archive
10291. top_fan_ml_pred_inc_archive
10292. top_fan_morphing_job_debug_inc_archive
10293. top_jump_pill_clicked_events_inc_archive
10294. top_jump_pill_shown_events_inc_archive
10295. topcharts_inc_archive
10296. topic_feeds_switcher_signal_inc_archive
10297. topic_only_uip_backfill_inc_archive
10298. topic_only_uip_backfill_inc_archive
10299. torque_zero_traffic_enforcement_inc_archive

10300. total_video_bytes_inc_archive
10301. touchpoint_events_inc_archive
10302. town_hall_inc_archive
10303. tq_appeals_log_inc_archive
10304. tq_dso_update_log_inc_archive
10305. tq_fb_video_enforced_user_inc_archive
10306. tq_reliability_log_inc_archive
10307. tq_review_log_inc_archive
10308. tracked_app_custom_event_from_oc_model_inc_archive
10309. tracking_node_traffic_inc_archive
10310. traffic_analysis_ui_inc_archive
10311. traffic_quality_presto_inc_archive
10312. training_data_user_requests_inc_archive
10313. training_image_backup_history_inc_archive
10314. transactions_direct_learning_examples_fbjoiner_inc_archive
10315. transactions_learning_examples_fbjoiner_compressed_inc_archive
10316. transient_preference_signals_events_inc_archive
10317. transliteration_waterfall_events_inc_archive
10318. transparency_action_api_inc_archive
10319. transparency_inform_platform_inc_archive
10320. travel_ads_destination_linking_inc_archive
10321. treehenge_server_events_inc_archive
10322. trending_detection_activity_dump_inc_archive
10323. trending_detection_activity_dump_raw_inc_archive
10324. trending_events_generic_incoming_docs_inc_archive
10325. trending_hashtag_reels_in_watch_videos_from_buzzer_user_cf_v0_inc_archive
10326. trending_topic_traffic_inc_archive
10327. trending_videos_from_buzzer_us_ca_ya_user_cf_v0_00ae9504_inc_archive
10328. trending_videos_from_buzzer_us_ca_ya_user_cf_v0_inc_archive
10329. trending_videos_user_cf_inc_archive
10330. tripshot_ride_live_status_inc_archive
10331. trust_module_inc_archive
10332. tum_realtime_page_views_inc_archive
10333. turn_on_notification_nux_step_inc_archive
10334. turnstile_bump_inc_archive
10335. turnstile_bump_inc_archive
10336. turnstile_check_inc_archive
10337. turnstile_item_bump_inc_archive
10338. turnstile_item_bump_inc_archive
10339. two_click_booking_inc_archive
10340. two_factor_ad_account_demotion_inc_archive
10341. two_factor_event_inc_archive
10342. two_factor_inc_archive
10343. two_factor_inconsistent_state_inc_archive
10344. two_factor_last_phone_removed_inc_archive
10345. two_factor_no_confidence_migration_inc_archive
10346. two_factor_setup_new_inc_archive
10347. typeahead_context_property_usage_inc_archive
10348. typeahead_interactions_inc_archive
10349. typeahead_keystroke_backend_request_inc_archive
10350. typeahead_keystroke_backend_result_inc_archive

Highly Confidential – Attorneys' Eyes Only

10351. typeahead_keystroke_bootstrap_result_inc_archive
10352. typeahead_keystroke_debug_inc_archive
10353. typeahead_keystroke_impression_inc_archive
10354. typeahead_keystroke_session_inc_archive
10355. typeahead_keywords_blender_backend_latency_inc_archive
10356. typeahead_keywords_rank_backend_latency_inc_archive
10357. typeahead_lineage_privacy_inc_archive
10358. typeahead_prefix_match_inc_archive
10359. typeahead_search_traces_inc_archive
10360. typeahead_session_backend_validation_inc_archive
10361. typeahead_session_validation_inc_archive
10362. typeahead_volume_logger_inc_archive
10363. u2o_page_takeover_inc_archive
10364. u2o_upsell_logs_inc_archive
10365. uba_general_events_inc_archive
10366. ubd_backend_inc_archive
10367. ubd_frontend_inc_archive
10368. ubd_log_inc_archive
10369. ubp_suspicious_mutations_inc_archive
10370. uca_conversion_comparison_inc_archive
10371. ucd_inc_archive
10372. uci_shadow_traffic_event_inc_archive
10373. udf_search_inc_archive
10374. ufac_authenticity_platform_review_challenge_inc_archive
10375. ufac_bd_reputation_inc_archive
10376. ufac_bot_captcha_challenge_inc_archive
10377. ufac_configurator_inc_archive
10378. ufac_contact_point_challenges_inc_archive
10379. ufac_core_internal_inc_archive
10380. ufac_core_non_blocking_internal_inc_archive
10381. ufac_debug_inc_archive
10382. ufac_delayed_outro_inc_archive
10383. ufac_image_upload_challenges_inc_archive
10384. ufac_labeling_shield_events_inc_archive
10385. ufac_live_chat_inc_archive
10386. ufac_manual_review_challenges_inc_archive
10387. ufac_mid_funnel_labelling_inc_archive
10388. ufac_notifications_inc_archive
10389. ufac_persistent_violator_events_inc_archive
10390. ufac_selfie_challenge_duplicate_matches_inc_archive
10391. ufc_feature_data_inc_archive
10392. uff_aggrs_inc_archive
10393. uff_keys_inc_archive
10394. ufix_events_safety_notices_inc_archive
10395. ufo_data_migration_inc_archive
10396. ufo_gemstone_profile_delete_observers_inc_archive
10397. ufo_lifecycle_inc_archive
10398. ufo_lifecycle_unittest_inc_archive
10399. ufo_observer_inc_archive
10400. ufo_publisher_inc_archive
10401. uhs_seed_efficiency_inc_archive

          Highly Confidential – Attorneys' Eyes Only

10402. ui_docs_inc_archive
10403. ui_process_color_actions_inc_archive
10404. uih2_keys_snapshot_inc_archive
10405. uip_backfill_php_inc_archive
10406. uip_php_events_inc_archive
10407. uip_uii_data_gap_inc_archive
10408. ultimate_uhs_delete_live_update_signals_inc_archive
10409. ultimate_uhs_live_update_signals_inc_archive
10410. umapi_ads_invalid_time_range_inc_archive
10411. umapi_blocklist_inc_archive
10412. umapi_e2e_debugger_unittest_inc_archive
10413. umapi_output_closure_inc_archive
10414. umapi_response_logging_inc_archive
10415. unbucketed_pymk_backend_feature_data_pre_ranking_inc_archive
10416. underage_report_automation_inc_archive
10417. unfriend_coefficient_inc_archive
10418. unicorn_resource_accounting_inc_archive
10419. unicorn_results_dumont_replay_inc_archive
10420. unicorn_vertical_response_results_serialized_inc_archive
10421. unified_aem_simulation_clicks_inc_archive
10422. unified_aem_simulation_conversions_inc_archive
10423. unified_business_graph_edits_inc_archive
10424. unified_business_graph_edits_inc_archive
10425. unified_composer_inc_archive
10426. unified_composer_waterfall_inc_archive
10427. unified_consent_flow_interactions_inc_archive
10428. unified_creative_logic_comparator_inc_archive
10429. unified_ecomm_click_training_inc_archive
10430. unified_ecomm_click_training_raw_inc_archive
10431. unified_ecomm_transaction_mtml_training_inc_archive
10432. unified_editor_scale_inc_archive
10433. unified_feature_repo_content_behavior_logging_inc_archive
10434. unified_graph_features_and_scores_inc_archive
10435. unified_graph_fetcher_inc_archive
10436. unified_graph_pna_autoconfirm_inc_archive
10437. unified_graph_update_inc_archive
10438. unified_inbox_comments_inc_archive
10439. unified_interception_events_inc_archive
10440. unified_interception_exception_inc_archive
10441. unified_interest_infra_uih_data_inc_archive
10442. unified_interest_snapshot_inc_archive
10443. unified_link_events_inc_archive
10444. unified_metrics_api_error_inc_archive
10445. unified_metrics_api_inc_archive
10446. unified_metrics_api_migration_callsite_inc_archive
10447. unified_navigation_bookmark_ranking_inc_archive
10448. unified_navigation_entrypoint_inc_archive
10449. unified_partner_program_logs_inc_archive
10450. unified_permission_checker_events_inc_archive
10451. unified_permission_management_events_inc_archive
10452. unified_presence_client_app_backgrounded_inc_archive

Highly Confidential – Attorneys' Eyes Only

10453. unified_presence_client_app_foregrounded_inc_archive
10454. unified_presence_inventory_list_inc_archive
10455. unified_presence_thread_view_impression_inc_archive
10456. unified_rating_and_review_composer_inc_archive
10457. unified_review_inc_archive
10458. unified_stories_privacy_mutations_inc_archive
10459. unified_topic_control_user_events_inc_archive
10460. unified_universal_feedback_inc_archive
10461. unified_unpublished_content_inc_archive
10462. unified_user_intent_updates_inc_archive
10463. unified_vetting_service_inc_archive
10464. unified_video_ads_log_inc_archive
10465. unimog_events_inc_archive
10466. unimog_object_cells_base2
10467. unimog_object_custom_polygons_base2
10468. unimog_object_saved_page_base2
10469. unimog_object_site_base2
10470. unimog_object_situs_polygons_base2
10471. unis_metric_logs_inc_archive
10472. universal_checkout_activity_inc_archive
10473. universal_feedback_platform_debug_inc_archive
10474. universal_micro_site_inc_archive
10475. universal_search_client_events_inc_archive
10476. unknown_contact_experience_events_inc_archive
10477. unpublish_flow_inc_archive
10478. unwanted_friending_classifier_features_inc_archive
10479. unwanted_friending_classifier_scores_inc_archive
10480. up2x_proxy_compaction_inc_archive
10481. up2x_proxy_multiscan_inc_archive
10482. up2x_proxy_scan_per_multiscan_inc_archive
10483. upg_click_to_play_link_inc_archive
10484. upl_digital_collectibles_events_inc_archive
10485. upl_events_core_inc_archive
10486. upl_events_debug_inc_archive
10487. upl_events_exception_inc_archive
10488. upl_fbpay_contactless_payments_inc_archive
10489. upl_fbpay_contactless_payments_unittest_inc_archive
10490. upl_offsite_inc_archive
10491. upl_offsite_unittest_inc_archive
10492. upl_oms_payments_inc_archive
10493. upl_oms_payments_unittest_inc_archive
10494. upm_query_service_lint_inc_archive
10495. url_fetcher_throttler_log_inc_archive
10496. url_website_events_inc_archive
10497. user_action_delights_inc_archive
10498. user_actions_tcm_inc_archive
10499. user_ad_accounts_banhammer_inc_archive
10500. user_conversion_ya_top_subtopic_videos_user_cf_v0_inc_archive
10501. user_data_access_hub_permalink_inc_archive
10502. user_disable_failure_inc_archive
10503. user_engagement_features_comments_exploded_inc_archive

Highly Confidential – Attorneys' Eyes Only

10504. user_engagement_features_comments_inc_archive
10505. user_interaction_metrics_tracking_inc_archive
10506. user_interest_profiles_backfill_inc_archive
10507. user_interest_profiles_empty_backfill_inc_archive
10508. user_location_signals_stats_inc_archive
10509. user_messenger_info_inc_archive
10510. user_new_device_inc_archive
10511. user_onsite_events_inc_archive
10512. user_page_affinity_inc_archive
10513. user_page_engagement_inc_archive
10514. user_page_post_engagement_inc_archive
10515. user_pay_creator_best_practices_inc_archive
10516. user_pay_gab_server_events_inc_archive
10517. user_pay_news_inc_archive
10518. user_pay_onboarding_infra_inc_archive
10519. user_pay_refund_inc_archive
10520. user_pay_stars_eligibility_inc_archive
10521. user_pay_subscription_system_inc_archive
10522. user_phone_action_history_inc_archive
10523. user_place_content_raw_scribe_inc_archive
10524. user_place_engagement_scribe_inc_archive
10525. user_place_post_engagement_scribe_inc_archive
10526. user_profile_access_inc_archive
10527. user_protection_inc_archive
10528. user_representation_mau_fake_logging_inc_archive
10529. user_representation_mau_logging_inc_archive
10530. user_risk_review_log_inc_archive
10531. user_switch_fallback_locale_inc_archive
10532. user_webhooks_delivery_info_inc_archive
10533. user_with_recent_location_update_nf_inc_archive
10534. username_creation_inc_archive
10535. username_validation_inc_archive
10536. users_checking_nux_eligibility_inc_archive
10537. users_embed_post_interaction_inc_archive
10538. usl_core_facebook_inc_archive
10539. usl_core_facebook_inc_archive
10540. vblal_seeds_offsite_inc_archive
10541. vblal_seeds_onsite_inc_archive
10542. vc_write_admin_permission_inc_archive
10543. vee_vpvs_inc_archive
10544. vehicle_entity_page_user_actions_inc_archive
10545. vendor_contacts_ent_history_inc_archive
10546. venice_nearby_ap_results_inc_archive
10547. verified_business_profile_duplication_inc_archive
10548. versioned_payload_fluent2_classifier_predictions_inc_archive
10549. vertical_solutions_monetization_error_inc_archive
10550. vertical_solutions_monetization_product_event_inc_archive
10551. verticals_seo_event_inc_archive
10552. vhliveranker_debug_hive_v2_inc_archive
10553. vhme_table_inc_archive
10554. video_adhoc_migration_inc_archive

          Highly Confidential – Attorneys' Eyes Only

10555. video_ads_ad_account_owned_video_inc_archive
10556. video_ads_client_data_inc_archive
10557. video_ads_cvr_model_opt_out_inc_archive
10558. video_ads_link_data_inc_archive
10559. video_ads_polling_data_inc_archive
10560. video_ads_post_imp_cvr_model_02_with_mbl_story_traffic_df_inc_archive
10561. video_ads_rendering_validation_inc_archive
10562. video_ads_video_options_inc_archive
10563. video_ads_www_debug_inc_archive
10564. video_asset_insights_demographics_inc_archive
10565. video_asset_insights_inc_archive
10566. video_asset_waterfall_inc_archive
10567. video_autoplay_gating_result_hive_inc_archive
10568. video_broadcast_comment_pinning_inc_archive
10569. video_broadcast_comments_inc_archive
10570. video_broadcast_copyright_check_inc_archive
10571. video_broadcast_encoding_inc_archive
10572. video_broadcast_inc_archive
10573. video_broadcast_inc_archive
10574. video_broadcast_notifications_inc_archive
10575. video_broadcast_privacy_exceptions_inc_archive
10576. video_broadcast_timing_inc_archive
10577. video_broadcast_whos_watching_delta_inc_archive
10578. video_call_links_user_actions_inc_archive
10579. video_call_links_user_actions_inc_archive
10580. video_caption_edit_event_inc_archive
10581. video_captions_inc_archive
10582. video_captions_log_inc_archive
10583. video_captions_publish_inc_archive
10584. video_chaining_e2e_funnel_analysis_inc_archive
10585. video_chaining_examples_social_model_mtml_inc_archive
10586. video_chaining_examples_social_model_mtml_less_negative_inc_archive
10587. video_chaining_examples_social_model_mtml_v2_inc_archive
10588. video_chaining_fbjoiner_online_downsampled_inc_archive
10589. video_chaining_fbjoiner_online_downsampled_v3_inc_archive
10590. video_chaining_fbjoiner_online_downsampled_v4_inc_archive
10591. video_chaining_fbjoiner_online_downsampled_v4_ya_inc_archive
10592. video_chaining_online_downsampled_audio_video_inc_archive
10593. video_chaining_online_downsampled_pmv_long_video_view_30_inc_archive
10594. video_chaining_online_downsampled_pmv_long_video_view_60_inc_archive
10595. video_chaining_pmv_music_video_fbjoiner_online_downsampled_inc_archive
10596. video_chaining_uih_creator_eligible_filtered_inc_archive
10597. video_chaining_uih_long_video_view_creation_time_event_inc_archive
10598. video_chaining_uih_long_video_view_event_creation_time_filtered_inc_archive
10599. video_chaining_uih_long_video_view_event_fmt_filtered_experimental_inc_archive
10600. video_chaining_uih_long_video_view_event_fmt_filtered_inc_archive
10601. video_chaining_uih_long_video_view_event_fmt_filtered_uc_weitght_v1_inc_archive
10602. video_chaining_uih_long_video_view_event_fmt_inc_archive
10603. video_chaining_uih_long_video_view_event_interest_filtered_inc_archive
10604. video_chaining_uih_lvv_cip_ya_hourly_inc_archive
10605. video_chaining_uih_lvv_vpi_top3_torso_tail_filtered_inc_archive

Highly Confidential – Attorneys' Eyes Only

10606. video_chaining_uih_lvv_vpi_v4_filtered_inc_archive
10607. video_chaining_uih_lvv_vpi_v5_eligible_filtered_inc_archive
10608. video_chaining_uih_lvv_vpi_v5_eligible_top2_veq_filtered_inc_archive
10609. video_chaining_user_cf_user_video_consumption_fmt_inc_archive
10610. video_change_ownership_inc_archive
10611. video_channel_ads_queries_inc_archive
10612. video_channel_inc_archive
10613. video_channel_rank_inc_archive
10614. video_clustering_inc_archive
10615. video_composer_ad_break_enabled_crossposting_inc_archive
10616. video_composer_ad_breaks_image_ads_ui_inc_archive
10617. video_composer_dialog_ui_inc_archive
10618. video_composer_suggested_tag_selection_inc_archive
10619. video_composition_ad_creation_inc_archive
10620. video_composition_creatives_inc_archive
10621. video_content_analysis_inc_archive
10622. video_content_protection_observer_inc_archive
10623. video_copyright_audit_inc_archive
10624. video_copyright_enrollment_inc_archive
10625. video_copyright_log_inc_archive
10626. video_copyright_match_comparison_inc_archive
10627. video_copyright_misuse_inc_archive
10628. video_copyright_muting_inc_archive
10629. video_copyright_ui_inc_archive
10630. video_creative_composer_events_bi_inc_archive
10631. video_creative_editor_events_bi_inc_archive
10632. video_creator_top_fans_badge_debug_inc_archive
10633. video_creator_top_fans_badge_inc_archive
10634. video_creator_top_fans_v2_inc_archive
10635. video_crossposting_inc_archive
10636. video_cue_events_inc_archive
10637. video_custom_labels_inc_archive
10638. video_data_saver_inc_archive
10639. video_debugger_inc_archive
10640. video_deletion_info_inc_archive
10641. video_details_explorer_inc_archive
10642. video_device_autoplay_setting_update_inc_archive
10643. video_download_inc_archive
10644. video_download_unified_inc_archive
10645. video_edit_waterfall_inc_archive
10646. video_editor_inc_archive
10647. video_encoding_async_jobs_inc_archive
10648. video_encoding_creation_inc_archive
10649. video_encoding_quality_metrics_inc_archive
10650. video_encoding_resource_usage_inc_archive
10651. video_encoding_selector_rule_cache_inc_archive
10652. video_encoding_sla_inc_archive
10653. video_encoding_snapshot_inc_archive
10654. video_encoding_storage_inc_archive
10655. video_engagement_audience_deletion_data_inc_archive
10656. video_feature_block_inc_archive

          Highly Confidential – Attorneys' Eyes Only

10657. video_fields_transition_inc_archive
10658. video_firehose_inc_archive
10659. video_friend_watch_count_inc_archive
10660. video_fullscreen_entry_inc_archive
10661. video_geo_restriction_inc_archive
10662. video_gobal_share_assoc_inc_archive
10663. video_highlight_creatives_inc_archive
10664. video_hls_playlist_gen_inc_archive
10665. video_home_feed_unit_edge_header_generation_inc_archive
10666. video_home_highlighted_comment_inc_archive
10667. video_home_inc_archive
10668. video_home_og_metadata_inc_archive
10669. video_home_perf_inc_archive
10670. video_home_recommendation_feedback_pivot_events_inc_archive
10671. video_home_topic_surfaces_perf_inc_archive
10672. video_id_upload_check_inc_archive
10673. video_infra_bola_exp_inc_archive
10674. video_insights_graph_api_usage_inc_archive
10675. video_insights_metric_validation_inc_archive
10676. video_inspection_results_inc_archive
10677. video_inspector_inc_archive
10678. video_integrity_events_inc_archive
10679. video_integrity_live_location_search_inc_archive
10680. video_integrity_ranking_inc_archive
10681. video_integrity_recommendation_inc_archive
10682. video_integrity_vpvs_inc_archive
10683. video_license_inc_archive
10684. video_license_playback_inc_archive
10685. video_list_publishing_inc_archive
10686. video_list_video_channel_inc_archive
10687. video_list_view_model_inc_archive
10688. video_match_cluster_field_update_inc_archive
10689. video_md5_match_inc_archive
10690. video_meth_inc_archive
10691. video_metrics_replay_all_inc_archive
10692. video_motion_api_inc_archive
10693. video_music_research_event_inc_archive
10694. video_networker_public_msql_inc_archive
10695. video_notifications_inc_archive
10696. video_oem_dash_inc_archive
10697. video_oem_progressive_inc_archive
10698. video_offline_ranking_inc_archive
10699. video_offline_ranking_results_inc_archive
10700. video_on_demand_cvc_detailed_events_inc_archive
10701. video_page_inc_archive
10702. video_playback_experience_inc_archive
10703. video_playback_quality_metrics_inc_archive
10704. video_player_control_events_inc_archive
10705. video_player_controls_inc_archive
10706. video_player_dash_performance_inc_archive
10707. video_player_dash_performance_per_session_inc_archive

          Highly Confidential – Attorneys' Eyes Only

10708. video_player_fraud_metrics_inc_archive
10709. video_player_inc_archive
10710. video_player_ingest_rate_limiting_inc_archive
10711. video_player_state_based_health_inc_archive
10712. video_player_state_based_per_session_inc_archive
10713. video_player_state_based_per_session_unittest_inc_archive
10714. video_pmv_searches_inc_archive
10715. video_polls_inc_archive
10716. video_polls_vod_remix_integrity_inc_archive
10717. video_post_ad_surface_exit_model_inc_archive
10718. video_post_upload_inc_archive
10719. video_preferred_encode_results_cache_inc_archive
10720. video_preferred_encodes_inc_archive
10721. video_publishing_inc_archive
10722. video_qoe_score_model_feature_shadow_inc_archive
10723. video_reference_match_inc_archive
10724. video_replacement_captions_clonning_inc_archive
10725. video_scrubber_preview_inc_archive
10726. video_search_interest_30s_inc_archive
10727. video_search_publisher_30s_inc_archive
10728. video_search_searcher_watched_videos_inc_archive
10729. video_sets_backend_inc_archive
10730. video_settings_inc_archive
10731. video_sharing_inc_archive
10732. video_soft_deletion_info_inc_archive
10733. video_stats_api_error_inc_archive
10734. video_stream_report_inc_archive
10735. video_streamer_dashboard_inc_archive
10736. video_stuck_status_deletion_inc_archive
10737. video_subtitles_inc_archive
10738. video_surface_exit_logging_inc_archive
10739. video_text_question_inc_archive
10740. video_thumbnail_ui_actions_inc_archive
10741. video_tip_jar_stars_inc_archive
10742. video_uih_lvv_vpi_v4_upload_freq_weighted_v1_inc_archive
10743. video_uih_lvv_vpi_v4_upload_freq_weighted_v2_inc_archive
10744. video_understand_inc_archive
10745. video_understanding_long_video_view_events_inc_archive
10746. video_unified_api_sampled_inc_archive
10747. video_upload_inc_archive
10748. video_upload_metrics_inc_archive
10749. video_variations_clonning_inc_archive
10750. video_view_cvr_instant_article_ppe2s10s15s_inc_archive
10751. video_view_cvr_mbl_feed_mf_model_inc_archive
10752. video_view_cvr_mbl_feed_with_mbl_story_mf_model_inc_archive
10753. video_view_cvr_web_feed_mf_model_2s10s15s_inc_archive
10754. video_view_goal_15s_excl_an_instream_with_position_adjusted_inc_archive
10755. video_view_goal_15s_excl_instagram_instream_with_position_adjusted_inc_archive
10756. video_view_goal_15s_mobile_feed_inc_archive
10757. video_view_goal_vv_an_instream_with_position_adjusted_inc_archive
10758. video_view_goal_vv_an_instream_wo_negatives_sampling_inc_archive

Highly Confidential – Attorneys' Eyes Only

10759. video_view_mobile_channel_watch_15s_inc_archive
10760. video_view_mrc_model_with_an_inc_archive
10761. video_view_session_deltas_inc_archive
10762. video_view_session_deltas_infra_inc_archive
10763. video_view_session_deltas_unittest_inc_archive
10764. video_view_session_wide_deltas_inc_archive
10765. video_vmaf_quality_metrics_inc_archive
10766. video_watch_and_scroll_inc_archive
10767. video_watchdog_inc_archive
10768. videoinfra_sve_pipeline_logger_inc_archive
10769. videoinfra_sve_upload_logger_inc_archive
10770. videoinfra_vod_live_streaming_service_logger_inc_archive
10771. videos_captioning_inc_archive
10772. videos_chunked_enforce_page_access_token_inc_archive
10773. vidwalla_events_inc_archive
10774. view_tags_rendered_inc_archive
10775. viewability_events_audit_inc_archive
10776. viewable_session_validation_result_inc_archive
10777. viewable_session_validation_web_result_inc_archive
10778. viewer_context_creation_inc_archive
10779. viewer_context_id_inc_archive
10780. viewer_context_identity_validation_inc_archive
10781. viewer_location_data_source_coverage_inc_archive
10782. viewer_location_histogram_by_political_district_inc_archive
10783. viewer_location_updates_frequency_inc_archive
10784. viewtag_s2s_test_inc_archive
10785. violation_friction_events_inc_archive
10786. virtual_taxonomy_usecase_monitoring_inc_archive
10787. visit_page_categories_inc_archive
10788. visit_state_fg_final_inc_archive
10789. visit_state_final_inc_archive
10790. visual_messaging_edit_events_inc_archive
10791. visual_messaging_receive_client_events_inc_archive
10792. visual_slam_lite_sensitive_client_events_inc_archive
10793. vml_vu_ldg_live_user_embed_inc_archive
10794. vml_vu_ldg_user_embed_inc_archive
10795. vml_vu_live_predictions_dev_inc_archive
10796. vml_vu_live_u2v_user_embedding_inc_archive
10797. vml_vu_predictions_intern_inc_archive
10798. vms_event_inc_archive
10799. vod_player_state_based_event_time_inc_archive
10800. vod_player_state_based_event_time_ya_inc_archive
10801. vod_presence_and_conversation_inc_archive
10802. voice_events_inc_archive
10803. voice_search_inc_archive
10804. voiceplatform_app_conf_inc_archive
10805. voip_push_notifications_inc_archive
10806. voyager_buzzer_events_inc_archive
10807. voyager_sgs_user_interest_feature_inc_archive
10808. voyager_srpme_filtered_inc_archive
10809. vpn_check_status_tool_inc_archive

          Highly Confidential – Attorneys' Eyes Only

10810. vpv_debugging_falco_inc_archive
10811. vpv_debugging_inc_archive
10812. vpv_waterfall_inc_archive
10813. vpvd_mobile_feed_model_inc_archive
10814. vsbl_inconsistent_post_metrics_inc_archive
10815. vsbl_session_storage_debug_inc_archive
10816. vsl_event_rate_limit_debug_inc_archive
10817. vsl_sessionization_metrics_analysis_inc_archive
10818. vsl_video_copyright_matching_metrics_inc_archive
10819. vwop_exceptions_inc_archive
10820. w3c_payment_request_inc_archive
10821. wa_targeting_model_scores_inc_archive
10822. wa_www_secure_message_request_actions_inc_archive
10823. wa_www_secure_thread_privacy_checks_inc_archive
10824. wa_www_secure_unconnected_send_inc_archive
10825. wait_time_reliability_inc_archive
10826. warning_screen_events_inc_archive
10827. was_live_deletion_events_inc_archive
10828. waslive_manifest_debug_inc_archive
10829. waslive_oep_inc_archive
10830. waslive_performance_inc_archive
10831. waslive_seal_inc_archive
10832. watch_badge_inc_archive
10833. watch_badge_ranking_inc_archive
10834. watch_badge_ranking_prefetched_video_ids_inc_archive
10835. watch_badging_tab_bar_badge_actions_inc_archive
10836. watch_channel_ad_events_inc_archive
10837. watch_creation_log_inc_archive
10838. watch_experience_inc_archive
10839. watch_explore_sessions_inc_archive
10840. watch_feed_audio_video_fbjoiner_online_downsampled_inc_archive
10841. watch_feed_downsampled_multi_event_v3_inc_archive
10842. watch_feed_downsampled_multi_event_v5_inc_archive
10843. watch_feed_downsampled_multi_event_v6_inc_archive
10844. watch_feed_downsampled_sparse_multi_event_v5_inc_archive
10845. watch_feed_fbjoiner_online_downsampled_v2_inc_archive
10846. watch_feed_pmv_fbjoiner_online_downsampled_inc_archive
10847. watch_feed_raas_multi_event_v1_inc_archive
10848. watch_feed_user_downsampled_multi_event_v2_inc_archive
10849. watch_growth_inc_archive
10850. watch_history_content_loads_inc_archive
10851. watch_history_result_clicks_inc_archive
10852. watch_interest_follow_inc_archive
10853. watch_interest_follow_users_v1_inc_archive
10854. watch_interest_signal_bank_user_events_inc_archive
10855. watch_interests_inc_archive
10856. watch_mp_groups_tab_badging_ctr_rt_fblite_inc_archive
10857. watch_mp_groups_tab_badging_ctr_rt_fblite_v2_inc_archive
10858. watch_mp_groups_tab_badging_ctr_rt_inc_archive
10859. watch_mp_groups_tab_badging_ctr_rt_v2_inc_archive
10860. watch_rainbow_qp_inc_archive

Highly Confidential – Attorneys' Eyes Only

10861. watch_ranking_debug_tool_inc_archive
10862. watch_recommended_candidates_inc_archive
10863. watch_reels_ranking_user_reels_engagement_usercf_v0_inc_archive
10864. watch_serp_sessions_inc_archive
10865. watch_surface_monetization_three_dot_menu_logging_inc_archive
10866. watch_tab_badging_session_with_tag_rt_fblite_v2_inc_archive
10867. watch_tab_badging_session_with_tag_rt_v2_1_inc_archive
10868. watch_tab_badging_session_with_tag_rt_v2_inc_archive
10869. watch_tab_badging_session_with_tag_rt_v3_1_inc_archive
10870. watch_tab_badging_session_with_tag_rt_v3_2_inc_archive
10871. watch_tab_badging_session_with_tag_v2_inc_archive
10872. watch_tab_bar_badge_actions_inc_archive
10873. watch_uip_backfill_inc_archive
10874. watch_up2string_length_inc_archive
10875. watchqueue_inc_archive
10876. waterfall_aggregator_pymk_inc_archive
10877. waterfall_leaf_pymk_inc_archive
10878. waterfall_lightspeed_event_inc_archive
10879. waterfall_message_iris_send_receive_inc_archive
10880. waterfall_message_lifetime_inc_archive
10881. waterfall_mqtt_endpoint_lifetime_inc_archive
10882. watermark_inc_archive
10883. wdi_lineage_graph_logs_inc_archive
10884. weak_password_user_event_inc_archive
10885. weather_activity_inc_archive
10886. weather_dashboard_inc_archive
10887. web_api_application_inc_archive
10888. web_authn_events_inc_archive
10889. web_bookmarks_log_inc_archive
10890. web_browser_dimensions_inc_archive
10891. web_browser_dimensions_resize_inc_archive
10892. web_emoji_picker_inc_archive
10893. web_event_client_server_pipeline_accounting_inc_archive
10894. web_gvo_1d_post_click_custom_events_inc_archive
10895. web_persistent_props_inc_archive
10896. web_reactions_blingbar_dev_inc_archive
10897. web_reactions_blingbar_inc_archive
10898. web_session_extension_inc_archive
10899. web_session_termination_inc_archive
10900. web_user_reactions_inc_archive
10901. webhooks_outgoing_inc_archive
10902. webhooks_sample_sender_events_inc_archive
10903. webi_news_feed_results_inc_archive
10904. weblite_messenger_entry_points_inc_archive
10905. weblite_rsolution_change_inc_archive
10906. weblite_to_native_sso_inc_archive
10907. weblite_unity_session_events_inc_archive
10908. webrtc_privacy_and_spam_inc_archive
10909. website_events_with_classifications_inc_archive
10910. wellbeing_product_logger_inc_archive
10911. wellbeing_timeinapp_intervals_inc_archive

          Highly Confidential – Attorneys' Eyes Only

10912. wellbeing_timeinapp_perf_inc_archive
10913. wellbeing_timeinapp_raw_inc_archive
10914. wellbeing_timeinapp_ui_migration_inc_archive
10915. wem_health_inc_archive
10916. wem_privacy_mutation_inc_archive
10917. wem_private_sharing_inc_archive
10918. wem_private_sharing_lu_funnel_inc_archive
10919. wem_private_sharing_lu_funnel_unittest_inc_archive
10920. wem_private_sharing_reliability_inc_archive
10921. wem_realtime_inc_archive
10922. wem_screenshot_inc_archive
10923. whats_new_client_logging_inc_archive
10924. whitehat_report_vulnerability_form_inc_archive
10925. whitehat_researcher_profile_inc_archive
10926. whitehat_test_account_inc_archive
10927. who_dis_experiment_results_inc_archive
10928. widevine_license_server_request_inc_archive
10929. wifi_scan_collection_stats_inc_archive
10930. wilde_ad_impression_batch_logging_inc_archive
10931. wireless_positioning_evaluation_inc_archive
10932. wisp_catalyst_inc_archive
10933. with_issues_mutation_inc_archive
10934. wiz_data_verification_results_inc_archive
10935. woodhouse_emailer_inc_archive
10936. word_blacklist_editor_inc_archive
10937. work_approval_header_hourly_base2
10938. work_automation_instance_debug_inc_archive
10939. work_automation_run_info_inc_archive
10940. work_browse_privacy_inc_archive
10941. work_bulk_deactivation_events_inc_archive
10942. work_chat_activity_inc_archive
10943. work_community_center_inc_archive
10944. work_company_notice_events_inc_archive
10945. work_goal_inc_archive
10946. work_mobile_profile_views_inc_archive
10947. work_outgoing_webhooks_inc_archive
10948. work_pymi_events_inc_archive
10949. work_scim_company_user_events_inc_archive
10950. work_state_after_claimed_inc_archive
10951. work_switcher_inc_archive
10952. work_user_availability_status_actions_inc_archive
10953. workbench_logging_inc_archive
10954. workflow_events_inc_archive
10955. wpi_events_score_inc_archive
10956. wpie_embeddings_inc_archive
10957. wpr_results_relevance_inc_archive
10958. wps_local_fb4a_experiment_inc_archive
10959. wps_on_device_experiments_inc_archive
10960. wrangler_events_inc_archive
10961. writes_to_newsfeed_backend_inc_archive
10962. www_ads_tagged_requests_inc_archive

          Highly Confidential – Attorneys' Eyes Only

10963. www_catapult_inc_archive
10964. www_comet_video_autoplay_inc_archive
10965. www_create_menu_clicks_inc_archive
10966. www_dropped_illegal_impression_inc_archive
10967. www_gap_rules_inc_archive
10968. www_image_load_src_events_dev_inc_archive
10969. www_image_load_src_events_inc_archive
10970. www_matcher_events_inc_archive
10971. www_ufi2_development_dev_inc_archive
10972. www_ufi2_development_inc_archive
10973. x_network_impersonation_report_creation_inc_archive
10974. x_out_pymk_suggestions_inc_archive
10975. xavier_errors_log_inc_archive
10976. xavier_events_inc_archive
10977. xchannel_all_traffic_unified_inc_archive
10978. xchannel_all_traffic_unified_mod2_inc_archive
10979. xchannel_all_traffic_unified_mod_inc_archive
10980. xchannel_shops_ads_3co_all_imp_inc_archive
10981. xdelta_fb_inc_archive
10982. xfac_appeal_core_internal_inc_archive
10983. xfb_confirmation_cliff_inc_archive
10984. xfb_confirmation_events_inc_archive
10985. xfb_confirmation_inc_archive
10986. xfb_registration_inc_archive
10987. xma_send_inc_archive
10988. xma_style_inc_archive
10989. xout_lwnf_mobile_feed_inc_archive
10990. xplat_media_manager_log_inc_archive
10991. xpp_events_inc_archive
10992. xpv_service_inc_archive
10993. xrt_ent_history_inc_archive
10994. xs_cookie_counter_events_inc_archive
10995. xstream_stg_groups_actions_detail_inc_archive
10996. ya_feed_units_inc_archive
10997. ya_heavy_page_videos_offline_cache_results_inc_archive
10998. ya_interests_picker_inc_archive
10999. ya_video_chaining_user_cf_user_video_consumption_inc_archive
11000. yao_xiao_integrity_adhoc_inc_archive
11001. youth_birthday_change_inc_archive
11002. youth_hs_typeahead_inc_archive
11003. zendesk_api_inc_archive
11004. zenon_redblock_inc_archive
11005. zero_always_free_endpoint_inc_archive
11006. zero_balance_detection_inc_archive
11007. zero_banner_inc_archive
11008. zero_carrier_signal_dual_ping_inc_archive
11009. zero_carrier_signal_v2_client_ping_inc_archive
11010. zero_carrier_signal_v2_client_run_inc_archive
11011. zero_cdn_urlgen_inc_archive
11012. zero_dialtone_whitelisted_impression_inc_archive
11013. zero_eligibility_hash_inc_archive

          Highly Confidential – Attorneys' Eyes Only

11014. zero_external_sales_inc_archive
11015. zero_fup_blocked_users_hive_inc_archive
11016. zero_fup_events_inc_archive
11017. zero_graphql_queries_inc_archive
11018. zero_growth_inc_archive
11019. zero_header_availability_inc_archive
11020. zero_header_compliance_inc_archive
11021. zero_header_request_android_inc_archive
11022. zero_host_pricing_inc_archive
11023. zero_interstitials_inc_archive
11024. zero_jio_header_config_fetch_inc_archive
11025. zero_jio_header_inc_archive
11026. zero_js_rewrite_rules_inc_archive
11027. zero_mode_switch_event_inc_archive
11028. zero_optin_fetch_api_inc_archive
11029. zero_product_compliance_inc_archive
11030. zero_provisioned_identity_ent_history_inc_archive
11031. zero_provisioning_inc_archive
11032. zero_rating_state_change_fb4a_inc_archive
11033. zero_redirect_inc_archive
11034. zero_sdk_client_dispatched_events_inc_archive
11035. zero_sdk_generic_event_inc_archive
11036. zero_slb_tailer_output_debug_inc_archive
11037. zero_slb_tailer_output_inc_archive
11038. zero_traffic_image_request_violation_inc_archive
11039. zero_traffic_userid_msisdn_hive_inc_archive
11040. zero_uat_checkpoints_inc_archive
11041. zero_upsell_carrier_callback_inc_archive
11042. zero_upsell_carrier_page_inc_archive
11043. zero_upsell_debugging_inc_archive
11044. zero_upsell_events_inc_archive
11045. zero_upsell_interstitials_inc_archive
11046. zero_upsell_machine_learning_inc_archive
11047. zero_upsell_manual_msisdn_inc_archive
11048. zero_upsell_ranking_infra_inc_archive
11049. zero_user_tracing_inc_archive
11050. zhejun_testv2_ppf_scribeh_adconv2_unattributed_inc_archive
11051. zsh_headers_config_fetch_inc_archive

Highly Confidential – Attorneys' Eyes Only